# EXHIBIT C

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Richard Blaylock
Pillsbury Winthrop Shaw Pittman LLP
12255 El Camino Real, Suite 300
San Diego, CA 92130

FLORIDA SECURED TRANSACTION REGISTRY
**FILED**
2017 Jan 30 09:11 AM
****** 201700140041 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:

   1a. ORGANIZATION'S NAME: Ultroid Technologies, Inc.

   1c. MAILING ADDRESS: 3140 W. Kennedy Boulevard, Suite 103 | CITY: Tampa | STATE: FL | POSTAL CODE: 33609 | COUNTRY: USA

2. DEBTOR'S NAME:

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):

   3a. ORGANIZATION'S NAME: Dragon Jade International Ltd.

   3c. MAILING ADDRESS: Unit 306-308, 3/F, Yale Industrial Centre, 61-63 Au Pui Wan Street | CITY: Fo Tan, N.T. | COUNTRY: HK

4. COLLATERAL: This financing statement covers the following collateral:

A continuing first priority lien and security interest in favor of Secured Party in and to all of its right, title and interest in and to the following, wherever located, whether now existing or hereafter from time to time arising or acquired: (i) all Ultroid Assets (as defined in that certain Exclusive Option and Remediation Agreement, by and among Debtor, Secured Party, and the other parties thereto) and any and all claims, rights and interests in any of the Ultroid Assets; (ii) all guaranties and security for any items set forth in (i); (iii) all substitutions and replacements for, additions, accessions, attachments, accessories, and improvements to, and proceeds (including proceeds of any insurance policies, proceeds of proceeds and claims against third parties) of, any and all of the items set forth in (i) and (ii); and (iv) all of Debtor's books relating to any and all of the items set forth in (i), (ii) or (iii).

Florida Documentary Stamp Tax has been paid

8. OPTIONAL FILER REFERENCE DATA:
FL SOS 044553-1

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

FLORIDA SECURED TRANSACTION REGISTRY

# FILED

2017 Jan 30 09:11 AM

****** 20170014005X ******

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Richard Blaylock
Pillsbury Winthrop Shaw Pittman LLP
12255 El Camino Real, Suite 300
San Diego, CA 92130

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b)...

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Ultroid Marketing Development Corp | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3140 W. Kennedy Boulevard, Suite 103 | Tampa | FL | 33609 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b)...

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Dragon Jade International Ltd. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 3c. MAILING ADDRESS Unit 306-308, 3/F, Yale Industrial Centre, 61-63 Au Pui Wan Street | CITY Fo Tan, N.T. | STATE | POSTAL CODE | COUNTRY HK |

**4. COLLATERAL:** This financing statement covers the following collateral:

A continuing first priority lien and security interest in favor of Secured Party in and to all of its right, title and interest in and to the following, wherever located, whether now existing or hereafter from time to time arising or acquired: (i) all Ultroid Assets (as defined in that certain Exclusive Option and Remediation Agreement, by and among Debtor, Secured Party, and the other parties thereto) and any and all claims, rights and interests in any of the Ultroid Assets; (ii) all guaranties and security for any items set forth in (i); (iii) all substitutions and replacements for, additions, accessions, attachments, accessories, and improvements to, and proceeds (including proceeds of any insurance policies, proceeds of proceeds and claims against third parties) of, any and all of the items set forth in (i) and (ii); and (iv) all of Debtor's books relating to any and all of the items set forth in (i), (ii) or (iii).

Florida Documentary Stamp Tax has been paid

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
**6b.** Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
FL SOS 044553-1

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Richard Blaylock
Pillsbury Winthrop Shaw Pittman LLP
12255 El Camino Real, Suite 300
San Diego, CA 92130

FLORIDA SECURED TRANSACTION REGISTRY

### FILED
2017 Jan 30 09:11 AM

\*\*\*\*\*\* 201700140033 \*\*\*\*\*\*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: Ultroid, LLC

1c. MAILING ADDRESS: 3140 W. Kennedy Boulevard, Suite 103 | CITY: Tampa | STATE: FL | POSTAL CODE: 33609 | COUNTRY: USA

2. DEBTOR'S NAME:

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: Dragon Jade International Ltd.

3c. MAILING ADDRESS: Unit 306-308, 3/F, Yale Industrial Centre, 61-63 Au Pui Wan Street | CITY: Fo Tan, N.T. | COUNTRY: HK

4. COLLATERAL: This financing statement covers the following collateral:

A continuing first priority lien and security interest in favor of Secured Party in and to all of its right, title and interest in and to the following, wherever located, whether now existing or hereafter from time to time arising or acquired: (i) all Ultroid Assets (as defined in that certain Exclusive Option and Remediation Agreement, by and among Debtor, Secured Party, and the other parties thereto) and any and all claims, rights and interests in any of the Ultroid Assets; (ii) all guaranties and security for any items set forth in (i); (iii) all substitutions and replacements for, additions, accessions, attachments, accessories, and improvements to, and proceeds (including proceeds of any insurance policies, proceeds of proceeds and claims against third parties) of, any and all of the items set forth in (i) and (ii); and (iv) all of Debtor's books relating to any and all of the items set forth in (i), (ii) or (iii).

Florida Documentary Stamp Tax has been paid

8. OPTIONAL FILER REFERENCE DATA:
FL SOS 044553-1

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

## CT Lien Solutions
a Wolters Kluwer Business

# Filing Results

**RORY O'NEILL**
Pillsbury Winthrop Shaw
Pittman LLP
12255 El Camino Real
Suite 300
San Diego, CA 92130

Date: 01/27/2017
Order #: 57352580
Customer #: 505100
Reference 1: Ultroid, LLC
Reference 2: --

**Target Name:** Ultroid, LLC

**Jurisdiction:** Secretary of State, Nevada

| | | |
|---|---|---|
| **Filing Type:** | UCC Financing Statement | **Searched Through:** -- |
| **Results:** | See attached filing acknowledgement | |

**Document Listing:**

| File # | File Date | Type of Filing |
|---|---|---|
| 2017002372-6 | 01/26/2017 | Original Financing Statement |

KRISTIN ALBERTI
Sacramento Team 1
555 Capitol Mall
Suite 1000
Sacramento, CA 95811
9252872900
Kristin.Alberti@wolterskluwer.com

This report contains information compiled from sources which CT Lien Solutions considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Lien Solutions does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Lien Solutions is not an insurer with regard to this information or these services. Under no circumstances shall CT Lien Solutions be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings.

**STATE OF NEVADA**



BARBARA K. CEGAVSKE
Secretary of State

KIMBERLEY PERONDI
Deputy Secretary
for Commercial Recordings

**OFFICE OF THE
SECRETARY OF STATE**

## Filing Acknowledgement

January 26, 2017

**Job Number**
U20170126-0186

**Initial Filing Number**
2017002372-6

**Filing Description**
Initial Financing Statement

**Document Filing Number**
2017002372-6

**Date/Time of Filing**
01-26-2017 04:02 PM

**Debtors**

ULTROID, LLC
3140 W. KENNEDY BOULEVARD,
SUITE 103
TAMPA FL 33609 USA

**Secured Parties**

DRAGON JADE INTERNATIONAL LTD.
UNIT 306-308, 3/F. YALE INDUSTRIAL
CENTRE,
61-63 AU PUI WAN STREET
FO TAN, N.T. XX XXXX HK

The attached document(s) were filed with the Nevada Secretary of State, Uniform Commercial Code Division. The filing date and time have been affixed to each document, indicating the date and time of filing. A filing number is also affixed and can be used to reference this document in the future.

Nevada Secretary of State
Tracy Gillespie
Filing Officer

**UCC DIVISION:**
Tracy Gillespie, Supervisor
200 N. Carson Street
Carson City, Nevada 89701-4201
Telephone (775) 684-5708
Fax (775) 684-5630

# UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Return acknowledgment to:

Capitol Corporate Services, Inc.
P.O. Box 3100    Carson City, NV 89702
800/899-0490

Filed in the office of *Barbara K. Cegavske*
Barbara K. Cegavske
Secretary of State
State of Nevada

Document Number: **2017002372-6**
Filing Date and Time: **01/26/2017 4:02 PM**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad).

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Ultroid, LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 3140 W. Kennedy Boulevard, Suite 103 | Tampa | | FL | 33609 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad).

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Dragon Jade International Ltd. | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS Unit 306-308, 3/F, Yale Industrial Centre, 61-63 Au Pui Wan Street | CITY Fo Tan, N.T. | | STATE XX | POSTAL CODE XXXX | COUNTRY HK |

**4. COLLATERAL:** This financing statement covers the following collateral:

A continuing first priority lien and security interest in favor of Secured Party in and to all of its right, title and interest in and to the following, wherever located, whether now existing or hereafter from time to time arising or acquired: (i) all Ultroid Assets (as defined in that certain Exclusive Option and Remediation Agreement, by and among Debtor, Secured Party, and the other parties thereto) and any and all claims, rights and interests in any of the Ultroid Assets; (ii) all guaranties and security for any items set forth in (i); (iii) all substitutions and replacements for, additions, accessions, attachments, accessories, and improvements to, and proceeds (including proceeds of any insurance policies, proceeds of proceeds and claims against third parties) of, any and all of the items set forth in (i) and (ii); and (iv) all of Debtor's books relating to any and all of the items set forth in (i), (ii) or (iii).

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
NV SOS 044553-1

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

NVUCC1FNAT - 06/27/2013 Wolters Kluwer Online