# EXHIBIT E

# pillsbury

Pillsbury Winthrop Shaw Pittman LLP
12255 El Camino Real, Suite 300 | San Diego, CA 92130-4088 | tel 858.509.4000 | fax 858.509.4010

Richard L. Blaylock
tel: 858.847.4110
richard.blaylock@pillsburylaw.com

Via Federal Express and Electronic Mail

September 28, 2017

Michael Knox (michaelknox@ultroid.com) and (maknoxcpa@yahoo.com)
Director
Ultroid Marketing Development Corp.
6023 S. 2nd Street
Tampa, FL 33611]

Michael J. Goeree (mgoeree1@gmail.com)
6023 S. 2nd Street
Tampa, FL 33611

Cedric E. Lewis (lewis.cedric@hotmail.com)
310 N. Myers Ave.
Sharon, PA 16146

   Re: Dragon Jade Exclusive Option and Remediation Agreement

Messrs. Knox, Goeree, and Lewis:

I write on behalf of Dragon Jade International, Ltd. ("**Dragon Jade**") regarding the January 19, 2017 Exclusive Option and Remediation Agreement between each of Ultroid, LLC, Ultroid Marketing Development Corporation and Ultroid Technologies, Inc. (collectively, the "**Ultroid Entities**") and Dragon Jade (the "**Option Agreement**").

We are in receipt of Michael Knox's letter of September 22, 2017. Dragon Jade rejects as baseless the Ultroid Entities' allegations of breach and purported termination. They are of no effect and the Option Agreement remains in effect and the Ultroid Entities continue to have contractual obligations to Dragon Jade under the Option Agreement including the obligation to preserve the Ultroid Assets subject to the exclusive Option granted to Dragon Jade. Any action impairing Dragon Jade's exclusive right to acquire the Ultroid Assets during the Option Period or Negotiation Period (as such terms are defined in the Option Agreement) will constitute a breach of

# pillsbury

Messrs. Knox, Goeree, and Lewis
September 28, 2017
Page 3

This letter is without prejudice to Dragon Jade's legal and equitable rights which are expressly reserved.

Sincerely,

Richard L. Blaylock
Partner