UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DRAGON JADE INTERNATIONAL, LTD.**,

    **Plaintiff**,

vs.                                Case No. 8:17-cv-2422-T-27CPT

**ULTROID, LLC, ULTROID MARKETING DEVELOPMENT CORP., and ULTROID TECHNOLOGIES, INC.**

    **Defendants**.

_____/

# ORDER

**BEFORE THE COURT** is the Joint Motion to Extend Certain Pretrial Deadlines (Dkt. 73).

Upon consideration, the motion (Dkt. 73) is **GRANTED**. The Case Management and Scheduling Order (Dkt. 14) is amended as follows:[1]

| | |
|---|---|
| Expert witness disclosures | **November 23, 2018** |
| Discovery Cut-off | **December 6, 2018** |
| Dispositive/Daubert Motion Deadline | **January 4, 2019** |
| Pretrial Conference | **April 5, 2019 at 10:30 A.M.** |
| Trial Term | **May 6, 2019** |

**DONE AND ORDERED** this 16th day of October, 2018.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

---

[1] All other provisions of the Case Management and Scheduling Order shall remain in full force and effect.

Copies to: Counsel of Record