UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DRAGON JADE INTERNATIONAL, LTD.,

    Plaintiff/Counter-Defendant,

v.                                         Case No: 8:17-cv-2422-T-27CPT

ULTROID, LLC, ULTROID
MARKETING DEVELOPMENT CORP.,
and ULTROID TECHNOLOGIES, INC.,

    Defendants/Counter-Plaintiffs.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Proposed Amended Scheduling Order (Dkt. 122). Upon consideration, the Case Management and Scheduling Orders (Dkts. 14, 74) are amended as follows:[1]

| | |
|---|---|
| Dispositive/Daubert Motion Deadline | **June 13, 2019** |
| Pretrial Conference | **September 12, 2019 at 10:30 A.M.** |
| Trial Term | **September 30, 2019** |

**DONE AND ORDERED** this 21st day of February, 2019.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to: Counsel of record

---

[1] All other provisions of the Case Management and Scheduling Order shall remain in full force and effect. And with respect to the other deadlines proposed by the parties, they should comply with the Federal Rules of Civil Procedure and the Local Rules.