Michael Knox
November 20, 2018

1               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
2                      TAMPA DIVISION
                CASE NO. 8:17-cv-02422-JDW-CPT
3

4

5  DRAGON JADE INTERNATIONAL, LTD.,
   a British Virgin Islands limited company,
6
                        Plaintiff,
7
   vs.
8

9  ULTROID, LLC, a Nevada corporation;
   ULTROID MARKETING DEVELOPMENT CORP,
10 a Florida corporation; ULTROID TECHNOLOGIES,
   INC., a Florida corporation,
11
                        Defendants.
12 _____/

13

14        VIDEOTAPED DEPOSITION OF MICHAEL KNOX

15

16             Tuesday, November 20, 2018

17              1:13 p.m. - 5:09 p.m.

18               U.S. Legal Support
                 4200 West Cypress Street
19               Suite 750
                 Tampa, Florida 33607
20

21             Reported by Yvonne P. Habis
               Florida Professional Reporter
22              Stenographic Court Reporter

23

24

25

U.S. LEGAL SUPPORT
www.uslegalsupport.com



Michael Knox
November 20, 2018                                    2

```
 1                         APPEARANCES

 2

 3   On Behalf of the Plaintiff:

 4       K&L GATES LLP
         Southeast Financial Center
 5       200 South Biscayne Boulevard
         Suite 3900
 6       Miami, Florida 33131
         (305) 539-3300
 7
         BY:  WILLIAM J. SIMONITSCH, ESQ.
 8            bill.simonitsch@klgates.com

 9

10   On Behalf of the Defendants:

11       DEAN, RINGERS, MORGAN & LAWTON, PA
         201 Pine Street
12       Suite 1200
         Orlando, Florida 32802
13       (407) 422-4310

14       BY:  JENNA MARIE WINCHESTER, ESQ.
              jwinchester@drml-law.com
15

16   On Behalf of the Witness:

17       TREVENA, PONTRELLO & ASSOCIATES
         801 West Bay Drive
18       Suite 509
         Largo, Florida 33770
19       (727) 581-5813

20       BY:  JOHN H. TREVENA, ESQ.
              trevenalaw@aol.com
21

22   Also Present:

23   Matthew Allison, videographer

24

25
```

Michael Knox
November 20, 2018                                                    23

1       Q     When did you first serve in any capacity for
2    one or more of the Ultroid entities?
3       A     I believe it was 2007.
4       Q     Okay.  And in which Ultroid entity were you
5    involved with in 2007?
6       A     Ultroid Technologies, Inc.
7       Q     How is it you became involved with
8    Ultroid Technologies, Inc.?
9       A     A few years before that, the founder,
10   Michael Cao, had brought me in to do some -- look at a
11   particular product, and we ran across Ultroid.  And
12   he -- this is in 2004.  And one time, we -- he invested
13   in the Ultroid product, got control of the product, and
14   somewhere along the line, he put my name as the chief
15   financial officer, but I never served in any of that
16   capacity, but my name is somewhere on the papers, I
17   believe.
18      Q     When does your name first appear in the papers
19   for --
20      A     I don't -- I'm not sure --
21      Q     When was it that you first saw that your name
22   was listed as --
23      A     2007.
24      Q     Let me finish the question.
25            When was it that you first saw that your name

Michael Knox
November 20, 2018                                    25

1      A     No.

2      Q     But then at some point after that you did

3  begin to assume the role of CFO?

4      A     Right.

5      Q     Would that be after you received the founder

6  shares?

7      A     Yes.

8      Q     How long did you serve as CFO for

9  Ultroid Technologies?

10     A     Until about 2010.

11     Q     Between 2007 and 2010, did you have any

12  official or unofficial role with any other Ultroid

13  entities, specifically Ultroid Marketing Development

14  Corp. or Ultroid, LLC?

15     A     No.

16     Q     In what -- in what sort of business was

17  Ultroid Technologies engaged in?

18     A     It was a holder of a -- well, the LLC is the

19  holder of the 510k, but they were a medical device

20  manufacturing and distribution company.

21     Q     What is the 510k?

22     A     510k is just abbreviation of the form that is

23  issued by the FDA for a medical device getting

24  permission to go to market.

25     Q     And what medical device did -- was covered by

Michael Knox
November 20, 2018                              26

1    the 510k that was owned by Ultroid, LLC?

2        A    The Ultroid Hemorr- -- Hemorrhoid Management

3    System and the related consumables.

4        Q    What is the Ultroid -- I'm sorry, did you say

5    Hemorrhoid Management System?

6        A    Yes, sir.

7        Q    What is that?

8        A    The Ultroid device.

9        Q    Can you explain what it does?

10       A    I'm sorry.  I want to crack a joke.  It's

11   okay.

12            It is a -- it's a way to treat internal mixed

13   hemorrhoids painlessly.

14       Q    And was this designed by Ultroid Technologies?

15       A    No.

16       Q    Who designed it?

17       A    An electrical engineer by the name of

18   Ron Newton and a gastroenterologist, Dr. Daniel Norman.

19       Q    So did you say gastroenterologist?

20       A    Yes.

21       Q    And is there a -- is there a short -- is there

22   a nickname or something rather than the Ultroid

23   Hemorrhoid Management System that you typically use?

24       A    Ul- -- the Ultroid device.

25       Q    The Ultroid device?

Michael Knox
November 20, 2018                              27

1          A     Yes.

2          Q     Okay.  And at some point, the Ultroid device

3     was offered on the open market?

4          A     Yes.

5          Q     What was it called when it was on the open

6     market?

7          A     The Ultroid Hemorrhoid Management System.

8          Q     At some point, did you begin to have an

9     official or unofficial role with Ultroid, LLC?

10         A     Yes.  When I became aware of that -- the

11    entity, I -- I want to say 2011 or 2012.

12         Q     I'm sorry.  I didn't quite understand the

13    answer.

14               When you became aware of what?

15         A     The Ultroid, LLC entity.

16         Q     Oh, that you were aware -- became aware that

17    it existed?

18         A     Yes.

19         Q     How did you become aware that it existed?

20         A     When I assumed the role of -- as the CEO in

21    mid-2010.

22         Q     So that was when you became -- in 2010, you

23    became the CEO of Ultroid Technologies?

24         A     Yes.

25         Q     Did you also then become CEO of Ultroid, LLC?

Michael Knox
November 20, 2018                              28

1       A     I became the manager of Ultroid, LLC, but it

2    wasn't until 2011 or 2012.

3       Q     So that trailed a little bit; right?

4             It sounds like in -- in 2010 you become CEO of

5    Ultroid Technologies, and then a year or two later you

6    become the manager of Ultroid, LLC; is that correct?

7       A     Yes.

8       Q     And did Ultroid, LLC have any operations other

9    than holding the 510k?

10      A     No, just that.  That's it.  Just the 510k.

11      Q     And tell -- tell me more about the 510k.

12            You say that -- that is something that is

13   issued by the FDA.  Am I characterizing that correctly?

14      A     Yes.

15      Q     Okay.  And -- and -- and I believe you said it

16   authorized, if you had -- with the 510k, you could sell,

17   market, what have you, the Ultroid device; is that

18   right?

19      A     Yes.

20      Q     And what needed to be done to obtain the 510k

21   for the Ultroid device?

22      A     I wasn't involved with the original

23   submission, but a general submission to the FDA is you

24   take all your deadline history files with the proper

25   forms and documentation, and you send it to the FDA for

Michael Knox
November 20, 2018                              29

1   review.

2        Q    So was -- were those --

3        A    With a check.

4        Q    So were those materials sent to the FDA by

5   Ultroid, LLC to obtain the original 510k for the Ultroid

6   device?

7        A    Those were -- all those materials were

8   submitted by Ron Newton and Dr. Norman.  Then, I

9   believe, the LLC became the title owner of that 510k.

10       Q    Is it your understanding it was assigned to

11  them by those two gentlemen you just named?

12       A    Yes.

13       Q    And then was there some sort of agreement

14  between Ultroid, LLC and Ultroid Tech that allowed

15  Ultroid Tech to manufacture and sell the products based

16  on Ultroid, LLC's 510k?

17       A    I've personally never seen one, but I know it

18  was discussed.

19            MR. TREVENA:  I don't want you to speculate.

20       The answer would be no, I don't know.

21       A    I don't know.

22       Q    (By Mr. Simonitsch) And then what is

23  Ultroid Marketing Development Corp.?

24       A    Ultroid Marketing Development Corp. was

25  created in 2012 to become the marketing and distribution

1   channel for the Ultroid device.

2       Q    Why was that necessary rather than just going

3   through Ultroid Technologies?

4       A    At that time, the board had decided it was

5   better to split things up, to specialize, have one

6   company just for the manufacturing, and another company

7   to hold the intellectual property, and another company

8   to do the distribution and sales.

9       Q    So the Ultroid Marketing Development Corp. was

10  the distribution and sales arm?

11      A    Yes.

12      Q    Ultroid, LLC held the intellectual property?

13      A    The process was to transfer all the

14  intellectual property, trademarks, patents into

15  Ultroid, LLC.

16      Q    From what entity?

17      A    From Ultroid Technologies, Inc. or

18  Vascular Technologies, Inc.

19      Q    What's the name of the entity you just

20  mentioned?

21      A    Vascular Technologies, Inc.

22      Q    What is Vascular Technologies, Inc.?

23      A    It was the sole owner of

24  Ultroid Technologies.

25      Q    And at that time that transfers were to be

par握

1   made from Vascular Technologies, Inc. to Ultroid, LLC,

2   who was the CEO of Vascular Technologies, Inc.?

3        A    I was.

4        Q    And when did you become CEO of Vascular --

5        A    Same time --

6        Q    -- Technologies, Inc.?

7        A    -- I became CEO of Ultroid Technologies, Inc.

8        Q    So 2010?

9        A    Yes, sir.

10       Q    Who were the other officers of

11  Ultroid Marketing Development Corp. when it was

12  established in 2012?

13       A    I believe I was the only officer.

14       Q    Do you recall any members of the board of

15  directors for Ultroid Marketing when it was formed in

16  2012?

17       A    Yes.  It would have been the same as for

18  Ultroid Technologies, Inc. and Vascular.  At that time,

19  I believe it was -- you need their -- want their names?

20       Q    Yes, please.

21       A    Myself; Dr. Howard Howell.

22       Q    I'm sorry.  Howard Howe?

23       A    Howard Howell.

24       Q    How do you spell Howell?

25       A    H-o-w-e-l-l.

Michael Knox
November 20, 2018                                    33

1          Q      For --
2          A      Sorry.  I need to add one more person to the
3     board members.  I'm sorry.
4          Q      Sure.
5          A      I apologize.
6                 Dr. David Shapiro.
7          Q      He was a board member for all three entities
8     as well?
9          A      Yes.
10                I forgot him.  I apologize.
11         Q      For how long did you serve as CEO of
12    Ultroid Marketing?
13         A      Up until 2016.
14         Q      Who is Jaswinder Singh?
15         A      Employee and acquaintance of Michael Cao.
16         Q      An employee of Michael Cao as well?
17         A      He was an employee of the company, or
18    independent contractor.
19         Q      At some point, did he become president of
20    Ultroid Marketing?
21         A      Yes.
22         Q      Would that have been in 2015?
23         A      Sounds about right.
24         Q      So what was the hierarchy between you and
25    Mr. Singh?

Michael Knox
November 20, 2018                                    34

1        A    Not much.  We considered ourselves kind of

2   equal.  We answered to Michael Cao.

3        Q    From 2012 to 2016, was Mr. Cao the chairman of

4   the board of directors for Ultroid Marketing?

5        A    I believe so.

6        Q    Was Mr. Cao the chairman of the board for all

7   three Ultroid marketing entities from 2012 to 2016?

8        A    Yes.

9        Q    So when you say you -- both you and Mr. Singh

10  reported to Mr. Cao, you mean that in the sense that he

11  was the chairman of the board of directors?

12       A    No.  He had a full management role.

13       Q    When you became CEO of Ultroid Marketing in

14  2012, what was Mr. Cao's management role?

15       A    He was in the office virtually three days a

16  week overseeing everything.

17       Q    And did that continue to be the case in

18  2012 to 2016?

19       A    In 2016, it changed.

20       Q    So can you explain this a little bit more?

21  Because I -- there's a CEO, yourself; there's Mr. Singh,

22  the president.  I'm not quite clear on Mr. Cao's

23  official role in the operations of the company.

24       A    Mr. Cao wanted to be in control at all times.

25  He had check signing ability, everything.

Michael Knox
November 20, 2018                                    35

1       Q    This was conveyed to him by the board?

2       A    Yes.  He also owned a third of the company at

3  that time.

4       Q    When you say "at that time," you mean up until

5  the time his role changed in 2016?

6       A    He -- yes.

7            THE WITNESS:  Can I elaborate?

8            MR. TREVENA:  You can begin.

9            THE WITNESS:  Mid-2000 -- in February of 2016,

10           I became critically ill.  I was admitted to the

11           hospital and put -- and intubated for a period of

12           six days.  I spent six days on a respirator, eight

13           days in ICU.  And the better part -- and Mr. --

14           during this period of time, Mr. Cao took complete

15           charge of the company and was acting CEO.  I was

16           bedridden and in a coma for a -- for part of that

17           time.  I never really returned back to full duties.

18           I still have lingering effects from that disease.

19      Q    (By Mr. Simonitsch) What was the disease?

20      A    Pneumonia, I was -- had acute respiratory

21  failure.  Two other people checked in the hospital the

22  same day I did with the same illness.  They died; I

23  lived.  I had to learn how to walk again.

24      Q    Do you recall what day in February of 2016?

25      A    I became ill, I want to say around the 16th to

Michael Knox
November 20, 2018                                    36

1    18th of February.  I checked in the hospital the last

2    Friday of February.  I was transferred to ICU on that

3    Saturday.  The other two gentlemen, we all three

4    contracted the disease at the same place.  They -- like

5    I said, they were younger and they both died.

6         Q    So how long was it before you were discharged

7    from the hospital?

8         A    I would say about three weeks.

9         Q    So is it fair to say somewhere around the

10   third week of March --

11        A    Yes.

12        Q    -- 2016?

13             The rehabilitation work necessary for you to

14   learn to walk again, was that something you did after

15   you were discharged or took place before you were

16   discharged?

17        A    I had to be -- first, I had to be able to walk

18   up a flight of stairs before they would release me.  So

19   you have to understand, I dropped 60 pounds in a matter

20   of less than 10 days.  I didn't have enough strength to

21   roll to one side of the bed or the other.

22        Q    Now, just so I'm understanding

23   the -- the -- the timeline here a little bit, you --

24   you -- you spoke of Mr. Cao becoming acting CEO

25   when you became critically ill in February of 2016, but

1    his coming in three days a week and overseeing

2    everything was something that predated that; correct?

3         A    Yes.

4         Q    Okay.  So prior to you becoming ill in

5    February 2016, did he have any official title with the

6    company, with Ultroid Marketing?

7         A    Chairman, just chairman.  We referred to him

8    as the founder.

9         Q    And was he, in fact, the founder of

10   Ultroid Marketing?

11        A    Indirectly, yes.

12        Q    What do you mean by "indirectly"?

13        A    Well, originally, it was part of

14   Vascular Technologies that he was the founder of, so --

15   and Ultroid Marketing Development Corp. was spun off, so

16   we still called him the founder.

17        Q    So then that sort of explains the concept that

18   you as the CEO were reporting to him.  He owned a third

19   of the company, and he was a founder, and he was the

20   chairman of the board of directors.  He's got enough

21   weight to do that, is what you're saying, basically?

22        A    Yes.

23        Q    Okay.  So prior to February of 2016, during

24   that period that you were the CEO of Ultroid Marketing,

25   was there any understood delineation between what your

1    responsibilities of CEO were versus what he, Mr. Cao,

2    kept to himself in terms of responsibility or

3    authorization?  Let me rephrase it.

4          So as the CEO, you usually -- a CEO is usually

5    top of the food chain, and so there's a variety of

6    responsibilities and duties and authority that comes

7    with that role.

8          Since you were in the unique situation of

9    being a CEO who was reporting to somebody else, were

10   there any limits of authority put on you that were

11   preserved to Mr. Cao?

12       A    Yes.

13       Q    What were they?

14       A    All contracts had to go through him before I

15   was able to sign them.

16       Q    Anything else?

17       A    And we spoke multiple times throughout the day

18   every day.

19       Q    So Mr. Cao wanted input on everything?

20       A    Yes.

21       Q    And -- and was there a division of

22   responsibilities for Ultroid Marketing between you and

23   Mr. Singh while he was president?

24       A    That was never clearly defined.

25       Q    And how long did Mr. Serve -- Mr. Singh serve

Michael Knox
November 20, 2018                          39

```
 1    as president of Ultroid Marketing?
 2         A    Honestly, I don't recall.
 3         Q    This environment that we've been discussing
 4    where you were essentially reporting to Mr. Cao, did
 5    that apply as well to your role as CEO of
 6    Ultroid Technologies?
 7         A    When I was part of Ultroid Technologies, yes.
 8         Q    How long did you serve as CEO of
 9    Ultroid Technologies?
10         A    I held it formal -- up until the time I got
11    sick, I was acting CEO.  After that I was more of an in
12    title only.  I formally resigned from all those
13    positions in July of '16.
14         Q    When you say "formally resigned," you mean
15    resigned to the board or what do you mean by "formally"?
16         A    I resigned to the board.
17         Q    After you resigned to the board as CEO of all
18    three Ultroid entities, did you continue in any other
19    officer role with Ultroid?
20         A    I maintained a title of secretary and I
21    believe that's considered an officer in the state of
22    Florida laws, and that would be yes.
23         Q    What about as CFO?
24         A    No.
25         Q    Did you become COO of Ultroid, LLC around the
```

Michael Knox
November 20, 2018                                    40

1    same time you became CEO of Ultroid Marketing?

2         A    I don't believe I ever held that title of CEO

3    or I believe you said COO.

4         Q    Oh, I'm sorry.  I apologize.

5              You said you were the manager of Ultroid, LLC,

6    because --

7         A    Yes.

8         Q    -- it's an LLC, not a corporation.

9              So did you -- did you become the manager of

10   Ultroid, LLC at the same time, or around the same time

11   that you became the CEO of Ultroid Marketing?

12        A    No.

13        Q    Did you become the manager of Ultroid, LLC

14   earlier than when you became the CEO of

15   Ultroid Marketing?

16        A    Yes.

17        Q    So back to my question about the environment

18   and reporting to Mr. Cao, from -- from the time that you

19   became CEO of Ultroid Technologies in 2010 until your

20   resignation in 2016, did you report to Mr. Cao?

21        A    Yes.

22        Q    From the time you became manager of

23   Ultroid, LLC sometime in 2011 or 2012 to the time you

24   resigned in 2016, did you report to Mr. Cao?

25        A    Yes.

Michael Knox
November 20, 2018                                    47

```
 1        Q     (By Mr. Simonitsch) Do you recognize that
 2   document?
 3              (The witness reviewed document.)
 4        A     Yes.
 5        Q     (By Mr. Simonitsch)  What is that document?
 6        A     Electronic Filing of Annual Report for Florida
 7   Entity or Corporation.
 8        Q     There is an electronic signature on the
 9   bottom.
10              That's your name; correct?
11        A     Yes.
12        Q     Okay.  Do you recall submitting this annual
13   report?
14        A     Yes.
15        Q     Did you complete this yourself?
16        A     Yes.
17        Q     And this was filed April 30th of 2017;
18   correct?
19        A     Yes.
20        Q     All right.  And in this it identifies you as a
21   director, treasurer, and secretary of Ultroid Marketing
22   Development Corp.; is that correct?
23        A     Yes.
24        Q     As treasurer, was that a role different than
25   the role of CFO?
```

Michael Knox
November 20, 2018                                    48

1       A    Yes.

2       Q    What responsibility did you have as treasurer?

3       A    Treasurer is responsible to make sure that the

4   CFO does his job, but it's to manage the money.  It's

5   very similar to a CFO position.

6       Q    And as director, you were a member of the

7   board at this time?

8       A    Yes.

9       Q    When did you first join the board of

10  Ultroid Marketing Development Corp.?

11      A    From its inception.

12      Q    That would be in 2012; correct?

13      A    Yes.

14      Q    And then when did you step down from the board

15  of Ultroid Marketing?

16      A    Early 2018, shortly before those -- that

17  report was filed in March of 2018.

18      Q    The report you're referring to is Exhibit 1 to

19  the deposition?

20      A    Exhibit 1, yes.

21      Q    And when did you resign?

22           When -- when, if at all, did you resign as

23  secretary of Ultroid Marketing?

24      A    All in the same day.

25      Q    So all in the same day in 2018 you resigned as

Michael Knox
November 20, 2018                                    64

```
 1        A    Yes.

 2        Q    Okay.  And I presented to you with this

 3   three-page letter.

 4             And so my question is, does this comprise the

 5   entirety of what you were referring to as the 510k that

 6   is held by Ultroid, LLC?

 7        A    I wouldn't word it like that.  This is the

 8   only documentation you receive from the FDA.

 9        Q    Thank you.  That's -- that answers my

10   question.

11             MR. SIMONITSCH:  Let's go ahead and mark this

12        letter Exhibit 4, please.

13             (The referred-to document was marked for

14        identification as Plaintiff's Exhibit 4.)

15        Q    (By Mr. Simonitsch) I'll pass you another

16   document, Mr. Knox.  Take a moment and let me know if

17   you recognize this document.

18             (The witness reviewed document.)

19        A    Yes, I do.

20        Q    (By Mr. Simonitsch) And what is this document?

21        A    It's a warning letter from the FDA.

22        Q    And you recognize it because it was addressed

23   to you and you received it in August of 2015?

24        A    I believe I didn't receive it until September

25   of '15, but, yes, I remember receiving it.
```

Michael Knox
November 20, 2018                                    65

1      Q      Are you able to summarize for me briefly the

2  subject of this warning letter?

3      A      It was identifying weakness within the

4  internal control structure that is required to be

5  maintained by the FDA.

6      Q      And what, if anything, did

7  Ultroid Technologies have to do as a result of

8  receiving this warning letter?

9      A      It was determined that our quality management

10  system was substandard.  Our system required us to do

11  any corrective action to the system through what's

12  called the CAPA system.

13      Q      Can you spell the CAPA system?

14      A      C-A-P-A, corrective action procedures.  With

15  the -- and the CAPA system was part broken.  You can't

16  fix a broken system with a broken system, so we had to

17  dismantle and replace the system, and this is only

18  documentation in papers.  We were 80, 85 percent

19  completed installing the new management system when I

20  got sick.

21      Q      In February of 2016?

22      A      Uh-huh.

23      Q      When you say "installing the new system," what

24  system are you referring to?

25      A      Quality management system.

Michael Knox
November 20, 2018                                    66

1      Q     Okay.  So you -- are you referring to written

2   processes or are you referring to a software system?

3      A     Written processes.

4      Q     And -- and who was responsible for creating

5   these processes?

6      A     The company is responsible for creating these

7   processes.

8      Q     Can -- did the company hire any outside

9   resources to assist it --

10     A     Yes.

11     Q     -- in creating these processes --

12     A     I had en- --

13     Q     -- in response to the warning letter?

14     A     Yes.  I had engaged a company called the

15  FDA Group, and we -- they were -- had a complete new

16  system installed.  I was awaiting training when I got

17  sick.

18     Q     When you say "installed" --

19     A     On our computer system.

20     Q     So did -- did software have to be written?

21     A     No.  Papers have to be drawn up about that

22  much, about a foot.

23     Q     About a foot worth of documents?

24     A     Yes.

25     Q     And during the period of time between the date

Michael Knox
November 20, 2018                                    67

1   of the letter, August 27, 2015, and your getting sick in

2   February 2016 while your -- the proc- -- procedures and

3   processes are being prepared, did this letter have any

4   consequences on Ultroid's ability to sell or market the

5   Ultroid device?

6        A    No.

7        Q    Obviously the letter speaks for itself, but

8   just to save time, do you recall whether there was a

9   time frame placed upon you by the FDA in order to remedy

10  the issues that were raised within the letter?

11       A    I don't believe it states that in the letter

12  verbally.  There was a lot of communication going on

13  between the FDA Group and the FDA office, and agreements

14  were made and timelines established that we would

15  implement corrective action, and we were within those

16  timelines.

17       Q    And what was the balance of responsibility

18  between what the company did itself and what the

19  FDA Group did for the company in connection with

20  preparing these processes in response to this letter?

21       A    Well, first, the FDA Group was engaged to

22  initiate correspondence and come to a -- a procedure by

23  which we could fix our issues and -- which were

24  agreeable to the FDA, which they did.  And then we

25  started in Feb- -- excuse me -- in December implementing

1    look at it.  It's been previously Bates stamped

2    DGJI 769.

3              Do you recognize this document?

4              (The witness reviewed document.)

5        Q    (By Mr. Simonitsch) What is this document?

6        A    It's business valuation report/appraisal of

7    Ultroid Marketing Development Corp.

8        Q    Turning to page 2 of the document, there's a

9    letter.

10       A    Uh-huh.

11       Q    And is that addressed to you?

12       A    Yes.

13       Q    Okay.  And according to the cover page of this

14   document, it says it's prepared by Business Value

15   Center, Inc.?

16       A    Yes.

17       Q    Had Ultroid engaged Business Value Center,

18   Inc. to do a valuation?

19       A    Yes.

20       Q    And what was it engaged to value?

21       A    Ultroid Marketing Development Corp.

22       Q    Was part of its valuation involving looking at

23   either Ultroid, LLC or Ultroid Technologies?

24       A    Only part of Ultroid, LLC.

25   Ultroid Technologies was not incorporated into the

Michael Knox
November 20, 2018                                      77

1   valuation.

2        Q    And this may seem like a strange question.

3   Maybe you could answer it, though.

4             You know, thus far, going over a whole lot of

5   the history here and a lot of the documents, we see

6   primarily things concerning Ultroid Marketing and not

7   necessarily Ultroid Technologies.

8             Between the two entities, was

9   Ultroid Marketing the more active entity?

10       A    Yes.

11       Q    Okay.  And why is that?

12       A    Because a couple of years before everything

13  was starting to shift over to -- somewhere around 2014,

14  everything was -- or '13 everything was being shifted

15  over to Ultroid Marketing Development Corp.

16       Q    But Ultroid Technologies continued to be the

17  operating entity through which the Ultroid device would

18  be manufactured; is that right?

19       A    Correct.

20       Q    The FDA letter concerned processes, as

21  you -- as you noted, right, safety processes, for

22  example?  Is that one of the proc- -- what are the

23  proc- -- what were the proc- -- I don't want to misstate

24  your -- your testimony.

25            So the warning letter from the FDA concerned

Michael Knox
November 20, 2018                                    79

1              "Q    Okay.  So is that the reason why the

2        efforts to remedy the concerns of the FDA in the

3        warning letter were being addressed by

4        Ultroid Marketing rather than Ultroid Technology?"

5              MR. SIMONITSCH:  And then he answered;

6        correct?

7              MS. REPORTER:  Yes.

8              MR. SIMONITSCH:  And he just said "Yes"?

9              MS. REPORTER:  He just said "Yes."

10       Q    (By Mr. Simonitsch) So going back to the

11   document that I handed you marked 770, what was the

12   reason that Ultroid Marketing engaged Business Valuation

13   Center to conduct a valuation of Ultroid Marketing?

14       A    A business valuation or appraisal was

15   requested by Dragon Jade in a previous meeting we had

16   with them to facilitate the purchase of Ultroid -- of

17   the company.

18       Q    And when you say "of the company," you're

19   referring to the purchasing of just Ultroid Marketing

20   Development Corp.?

21       A    Yes.

22       Q    And how did those discussions first come

23   about?

24       A    They were initiated by Dragon Jade and Dr. Lai

25   or Steve Lai personally.

Michael Knox
November 20, 2018                    80

1      Q     Was there a previous relationship with

2   Dragon Jade?

3      A     Yes.

4      Q     And what was the nature of that relationship?

5      A     It was a distributor agreement.

6      Q     Given your experience in valuing companies,

7   were you -- did you participate with Business Value

8   Center in preparing the valuation?

9      A     I prepared -- I reviewed the financial model

10  with them, and I was appointed contact for all their

11  questions.

12     Q     What do you mean by "reviewed the financial

13  model"?

14     A     I prepared the financial model for them.

15     Q     What is -- a financial model of what?

16     A     Projections.

17     Q     You need to expand.

18           Of the financial projections?  Okay.

19           Are you talking about projected sales,

20  projected costs, that sort of thing?

21     A     Everything.

22     Q     Okay.

23     A     Projected costs, revenue, expenses as you

24  expand.

25     Q     In a -- in a valuation engagement, is the

Michael Knox
November 20, 2018                                            81

```
 1    preparation of those forecasts typically done by the

 2    entity being valued?

 3         A    Yes.

 4         Q    Turning to -- well, let's -- let's -- well, we

 5    can turn to that.

 6              Turn to page 38 of this report.

 7              So are these some of the projections to which

 8    you're referring?

 9         A    I believe so.

10         Q    And this includes projected sales for 2016,

11    2017, and 2018?

12         A    Yes.

13         Q    And from what I see here, you were projecting

14    increases in sales significantly from '16 to '17 and

15    slightly from '17 to '18; is that right?

16         A    Yes.

17         Q    Do you recall why you projected such a

18    significant increase in sales from 2016 to 2017?

19         A    Predominantly because of the exclusivity

20    agreement we signed with Dragon Jade.

21         Q    And what was that exclusivity agreement?

22         A    They wanted to take over the Asian market for

23    hemorrhoids.

24         Q    And that exclusivity agreement gave them what?

25         A    Exclusive right to distribute and sell the
```

Michael Knox
November 20, 2018                                    82

1    Ultroid device in and throughout -- various countries

2    throughout the Asian market.

3         Q    Okay.  So the exclusivity agreement gives them

4    exclusive rights to -- to do that, those sales and that

5    marketing, but prior to the exclusivity agreement, was

6    Ultroid selling in those markets?

7         A    Not really.

8         Q    So is it fair to say you had a -- you were

9    projecting that by having this arrangement with

10   Dragon Jade, it would help Ultroid to penetrate some

11   markets that it wasn't really actively engaged in at the

12   time?

13        A    That's not a correct statement.

14        Q    Okay.  Could you correct it for me?

15        A    These were based on minimum requirements to

16   maintain exclusivity in those areas and projections

17   supplied by Dragon Jade.

18        Q    Do you have an understanding as to how your

19   financial projections played into the valuation of

20   Ultroid Marketing by Business Value Center?

21        A    All the projections have a play.  The process

22   goes by which they take the income, not the gross, but

23   the net, mostly by off of EBITDA.

24        Q    Can you explain what EBITDA is?

25        A    Earnings before interest, taxes, depreciation,

Michael Knox
November 20, 2018                                    89

1   for Ultroid?

2        A    I was beginning to.

3        Q    Prior to -- between -- I mean, can you give me

4   a sense of when after February 2016 you began to start

5   undertaking responsibilities for Ultroid again?

6        A    I was starting to attend meetings with

7   Michael Cao.  He would come pick me up and we would

8   drive together to the various meetings he wanted me to

9   attend.  I was not working a 9:00 to 5:00 job.

10       Q    All right.  So when would it have started when

11  you started to have meetings with Mr. -- Dr. Cao

12  again -- Michael Cao again?

13       A    Now, they would -- they started in June, they

14  were getting more frequently in July, and then I just

15  couldn't do it.

16       Q    Okay.  So in your resignation, you resigned

17  your position as chief executive officer of the entities

18  named there, Vascular Technologies,

19  Ultroid Technologies, Ultroid Marketing.

20            It's noted in Mr. Cao's e-mail in response

21  that you're continuing to serve as a director.

22            And that was accurate; correct?

23       A    Yes.

24       Q    And we talked earlier that it also -- that you

25  also continued to serve in roles as secretary and

Michael Knox
November 20, 2018                          90

1    treasurer.

2           Is that also correct?

3    A    Yes.

4           MR. SIMONITSCH:   Mark this as Exhibit 8

5    please.

6           (The referred-to document was marked for

7    identification as Plaintiff's Exhibit 8.)

8    Q    (By Mr. Simonitsch) So you had testified that

9    by August of 2016 you were getting back to being

10   yourself.  At some point between August of 2016 to the

11   presence -- present, did you have any relapses or -- or

12   other medical conditions that came up that caused you to

13   regress in terms of your ability to work or function as

14   an employee or officer of Ultroid?

15   A    I never reassum- -- reassumed any of the roles

16   as a -- an employee of Ultroid.

17   Q    Well, that wasn't my question.

18          It was more you had said you were getting to

19   be yourself again, so I'm trying to see if there was a

20   continued upward trend for that from August of 2016, or

21   if you hit any subsequent bumps in the road where you

22   then regressed and --

23   A    You always hit bumps.

24   Q    Okay.  Can you be specific?

25   A    Little setbacks, blood work goes out of

Michael Knox
November 20, 2018                                    94

1            MS. WINCHESTER:  Jazz?

2            MR. SIMONITSCH:  Oh, Jazz Singh.  Okay.

3       Q    (By Mr. Simonitsch) Is the gen- -- is -- that

4    was the gentleman who was president of

5    Ultroid Technologies for a period of time?

6       A    Yes.

7       Q    He went by Jazz?  Okay.

8            And why did Ultroid Technologies recall the

9    Ultroid device?

10      A    Because when the annual inspector -- FDA

11   inspector came in, Mr. Cao didn't bother to show up for

12   the inspection.

13      Q    And as a result what happened?

14      A     It was not a favorable review of the

15   documents.  The FDA's there -- the FDA is there to

16   review your policy management system.

17      Q    Okay.  Now, is that -- is the -- is the issues

18   regarding the quality management system different than

19   the issues that Ultroid was already dealing with as a

20   result of the FDA warning letter?

21      A    Repeat the question, please.

22      Q    The quality management system problems

23   identified by the FDA at its annual inspection, were

24   those different than the issues that Ultroid was already

25   dealing with as a result of the prior FDA warning

Michael Knox
November 20, 2018                                    95

1  letter?

2      A    No, they were the same.

3      Q    So it was a continuation of the same issue

4  that had been worked on from the time of the warning

5  letter until you got sick in February of 2016?

6      A    The process was over 90 percent completed.

7      Q    Do you believe that had Mr. Cao been

8  present at the inspection, that the FDA report would not

9  have found problems with the quality management

10  suffi- -- system that warranted a recall?

11      A    I believe if Mr. Cao was present at the

12  meeting, the recall would not have happened.

13      Q    As of September 27, 2016, the date of this

14  recall announcement, did Ultroid have any products on

15  the market other than the Ultroid device?

16      A    No.

17           Excuse me.  Be more clear -- clear with your

18  question, please.

19      Q    Well, I'll ask a couple of more to lead into

20  that.

21           So this recall announcement pertained to the

22  Ultroid device; correct?

23      A    I believe it also pertained to the consumables

24  associated with it.

25      Q    What are the consumables associated with the

Michael Knox
November 20, 2018                                    106

1          Q     And at this meeting, I see that you note that

2     Mr. Cao was present as a guest.

3                And that's also accurate that he would have

4     been present at this December 28, 2016 board meeting?

5          A     I noted that he was absent.  He was invited as

6     a guest, but absent.

7          Q     I apologize.  You're correct.  He was absent.

8     That's what happens when I take off my glasses.

9          A     Sorry.

10         Q     Turning to Bates page 341, a couple of pages

11    after what we were just looking at, do you recognize

12    this document.

13               (The witness reviewed document.)

14         A     Yes.

15         Q     (By Mr. Simonitsch) And how is it you

16    recognize it?

17         A     It's from a board minutes.

18         Q     That's your signature on the bottom of the

19    minutes?

20         A     Appears to be.

21         Q     These are minutes reflecting discussions at a

22    January 11, 2017 board meeting via conference call?

23         A     Correct.

24         Q     And again, as of January 11, 2017, you state

25    that "since the product recall started, there's been no

Michael Knox
November 20, 2018                                      108

1        Q    The company was not a going concern?

2        A    Correct.

3        Q    Did you believe in January 11 of 2017 that

4   upon the company being unable to pay its obligations as

5   they become due, that your responsibilities shifted?

6        A    I -- under advice of counsel, I'm going to

7   plead the Fifth.

8        Q    Due to -- in Jan- -- on January 11, 2017, due

9   to Ultroid Marketing no longer being a going concern,

10  did you believe that you had a duty to

11  Ultroid Marketing's creditors over a duty to its

12  shareholders?

13       A    Plead the Fifth.

14       Q    The minutes state that "the next order of

15  business was to discuss the sale of assets of the

16  company to Dragon Jade."

17            Is that an accurate reflection of what

18  occurred at the meeting on January 11, 2017?

19       A    Yes.

20       Q    It states that the overall terms of a proposed

21  transaction for the asset sale were acceptable to the

22  board; is that correct?

23       A    I don't believe that was -- that's not

24  reflected here, so I would say no.

25       Q    Which part is not reflected?

Michael Knox
November 20, 2018                                        109

1       A    I -- I don't see where it states they needed

2   to put a formal proposal back to us.

3       Q    Let me -- let me break it up a little bit so I

4   don't want --

5       A    Okay.

6       Q    -- to make you misrepresent anything, of

7   course.

8            So it says here that -- in the minutes,

9   "Mr. Henricksen introduced himself and proceeded to

10  discuss the details of the proposed transaction."

11           The minutes accurately reflect that

12  Mr. Henricksen did so at this January 11, 2017 board

13  meeting?

14      A    He discussed them, but they weren't put -- any

15  of this put in writing yet.

16      Q    Did the board of directors find the overall

17  terms acceptable subject to the review of a final

18  document in writing as reflected in the minutes?

19      A    The overall terms were acceptable, but not yet

20  put in writing.

21      Q    And then it states that you -- "that the board

22  was requesting they be put in writing so that -- "and

23  sent to you so that the company's corporate counsel

24  could review it."

25           Did you receive a document in writing after

Michael Knox
November 20, 2018                                    113

1      A      Define "stalled."

2      Q      Stopped.

3      A      I don't think they ever stopped.

4      Q      Is it fair to say at some point the

5   conversation changed from an acquisition of

6   Ultroid Marketing to the purchase of the assets of

7   Ultroid Marketing?

8      A      That occurred in December/January

9   of 20- -- December '16 and went into January of 2017.

10     Q      And why did the conversation shift from the

11  acquisition of Ultroid Marketing to an asset sale?

12     A      I believe that was initiated by Michael Cao to

13  start with.

14     Q      What do mean by "initiated"?  That it was

15  Michael Cao's idea to change it from an -- from an

16  acquisition to an asset sale?

17     A      Yup.

18     Q      Do you have an understanding of why that took

19  place?

20     A      He was in constant contact with the -- with

21  Glenn Henricksen and Dr. Lai.

22     Q      So you never had any communications with

23  Dragon Jade through which somebody communicated to you

24  why the conversation shifted to an asset sale from an

25  acquisition?

Michael Knox
November 20, 2018                                      121

1        A       You're -- you're talking about comparing an

2   asset valuation as opposed to an income valuation or

3   cash flow.  And I will -- I will probably word it more

4   like this, as -- as -- as you as a buyer buying a law

5   firm, what's that law firm worth.  You have lawyers, you

6   have probably little or no intellectual property, but

7   you have a customer base, client base, and it's always

8   based on future discounted cash flows.  That's what a

9   willing buyer is going to pay for it.

10       Q       So -- and that's -- so that, therefore,

11  the -- the value of the company based on its revenues

12  under an income model will typically exceed the value of

13  its assets?

14       A       Typically, yes.

15       Q       In this instance, Business Value Center

16  valued -- gave a valuation of -- based on -- of -- of

17  the company based on the income method in excess of

18  $84 million?

19       A       Uh-huh.

20       Q       Is it your understanding that that would have

21  reflected a value of the Ultroid assets as also being

22  $84 million?

23       A       Yes.

24       Q       Why is that?

25       A       Because they go hand in hand.  The trademarks

Michael Knox
November 20, 2018                                    122

1    and all that justify the valuation because it stops

2    competition from competing with you, or at least slows

3    them down.

4         Q    So why is -- what's the distinction between

5    Ultroid's situation, the situation you were talking

6    earlier where the income may be significantly higher

7    than the assets, asset -- income value being higher than

8    the asset value?

9         A    So when I was testifying this in -- a few

10   years ago, I had a judge ask me that question.  I said

11   the true definition of fair market value is what a

12   willing buyer will pay for an item and a willing seller

13   will sell it for.  That's the true definition of fair

14   market value.

15        Q    Is it harder to sell an asset for which there

16   has been a recall?

17        A    Yes.

18        Q    Did you travel with Mr. Cao to Hong Kong in

19   April of 2016?

20        A    Yes.

21        Q    And how was your health at that time?

22        A    Not great.

23        Q    I assume not great, but well enough to travel

24   to Hong Kong?

25        A    I had to wear a surgical mask on the plane.  I

Michael Knox
November 20, 2018                              123

1    had a compromised immune system.

2          Q    Why did you go?

3          A    I had to get this transaction going.

4          Q    And why is that?

5          A    Nobod- -- Mr. Cao was running the company.

6          Q    I don't understand your answer.

7          A    Michael Cao insisted I go to meet with

8    Dr. Lai.  This would have been our second visit -- or my

9    second visit; Mr. Cao's third, to my knowledge.

10         Q    And at this time, it was still -- the context

11   was still an acquisition of company?

12         A    Yes, based on our previous conversation back

13   in November.

14         Q    Who paid for the trip to Hong Kong?

15         A    We did.

16         Q    Who is "we"?

17         A    The company, Ultroid.

18         Q    Did Ultroid pay your expenses while you were

19   there?

20         A    Yes.

21         Q    Or reimburse you for your expenses while you

22   were there?

23         A    Yes.

24         Q    And who did you meet with on this trip?

25         A    Clint -- on advice of counsel, I claim the

Michael Knox
November 20, 2018                                    130

```
 1          on this document, but I'm just trying to hit the

 2          real quick ones before we have to wrap this here,

 3          so...

 4               (Pause in proceedings.)

 5      Q    (By Mr. Simonitsch) Paragraph 13 of your

 6    affidavit states that you "came to learn that

 7    Dragon Jade could not fulfill its nonmonetary

 8    obligations under the agreement."

 9               What was the basis for that statement in your

10    affidavit?

11      A    Well, in the meeting with Dr. Lai and

12    Glenn Henricksen, it was apparent that Ultroid was not a

13    priority to get done; quote-unquote, "We don't care if

14    we ever finish it."

15      Q    When was this meeting?

16      A    August 2017.

17      Q    And where was the meeting?

18      A    The Oyster Bar, Grand Central Station,

19    New York City.

20      Q    Is it -- is that the same time that you were

21    attempting to negotiate a job with Dragon Jade?

22      A    They did make a job offer.

23      Q    And so you stated that you were told that

24    Ultroid was not a priority.  That's different than an

25    inability to fulfill nonmonetary obligations.
```

Michael Knox
November 20, 2018                                    131

```
 1              What is your basis for your statement that

 2    Dragon Jade could not fulfill its nonmonetary

 3    obligations?

 4              MR. TREVENA:  Objection, calls for a legal

 5         conclusion.

 6              MR. SIMONITSCH:  No.  I'm asking him to --

 7              MR. TREVENA:  Answer if you know.

 8              MR. SIMONITSCH:  -- you know, I'm asking him

 9         to explain what he wrote.

10              THE WITNESS:  I will.

11              MR. TREVENA:  He already said that it was

12         authored by --

13              MR. SIMONITSCH:  I agree.  I'll -- I'll

14         correct my statement.  I'm asking him to explain

15         the basis for what he signed under oath as being

16         true.

17       Q    (By Mr. Simonitsch) Let's try it this way.

18              What nonmonetary obligation was Dragon Jade

19    unable to fulfill?

20       A    They weren't fulfilling -- they weren't

21    closing.  They were not closing at all.  There was

22    no -- every time we had a discussion about closing and

23    finalizing everything, it always got postponed.  We'll

24    do it in 30 days, two weeks, next week, next week, next

25    week.  They started in April.
```

1     Q    So that has to do with their not yet

2  fulfilling certain nonmonetary obligations.

3          Is it your position that they were incapable

4  of fulfilling any of the particular nonmonetary

5  obligations?

6     A    They did not have the staff capable,

7  knowledgeable enough to even understand a QMS system.

8     Q    Was that an obligation of the agreement or

9  were they supposed to hire a company that would

10 understand those things?

11         MS. WINCHESTER:  Object to form.

12    Q    (By Mr. Simonitsch) You can answer.

13    A    FDA requires that you have someone on staff

14 knowledgeable enough of a QMS system to run it.

15    Q    Right.  What does that have to do Dragon Jade

16 at this point?  Dragon Jade would not have been

17 operating the QMS system.  They just --

18    A    Yes, they would have.  To -- to make a product

19 to FDA standards and sell it, you have to have a QMS

20 system in -- in-house.

21    Q    I understand that.  But as of this August 2017

22 date, Dragon Jade did not own the asset or Ultroid, so

23 what does their ability to operate a QMS system have

24 anything to do their obligations as of August of 2017?

25         MR. TREVENA:  Again, calls for a legal

Michael Knox
November 20, 2018                                    133

1        conclusion.

2                Answer if you know.

3        A    I don't know.

4        Q    (By Mr. Simonitsch) So other than an inability

5    to operate a QMS system, are there any other nonmonetary

6    obligations that you believe Dragon Jade was incapable

7    of fulfilling?

8        A    Well, I went to three different engineers

9    trying to get them to understand how to build the thing,

10   but no one could get it.

11       Q    Anything else?

12       A    No.  I don't want to add anything more.

13       Q    In paragraph 14 you state "it was clear that

14   Dragon Jade did not have the funds to complete the tasks

15   they were required to complete."

16              What is the basis of your sworn testimony that

17   Dragon Jade did not have the funds to complete the tasks

18   necessary under the option agreement?

19       A    They kept telling me they don't have the money

20   per Glenn Henricksen.

21       Q    And when did Mr. Henricksen represent that to

22   you?

23       A    Two to three times every month starting in

24   April.

25       Q    April of 2017?