Michael Goeree  30(b)(6), Confidential
December 03, 2018

```
               UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION

                          CASE NO: 8:17-cv-02422-JDW-CPT

DRAGON JADE INTERNATIONAL,
LTD., a British Virgin
Islands limited company,
      Plaintiff/Counter-Defendant,

vs.

ULTROID, LLC, a Nevada corporation;
ULTROID MARKETING DEVELOPMENT CORP.,
a Florida corporation; ULTROID
TECHNOLOGIES, INC., a Florida
corporation,
      Defendants/Counter-Plaintiffs
_____/


            DEPOSITION OF MICHAEL GOEREE

         ****  NON ATTORNEYS' EYES PORTIONS  ****

Corporate Representative of Defendants/Counter-Plaintiffs,

Ultroid Marketing Development Corp., Ultroid LLC and Ultroid

Technologies, Inc., pursuant to Fed.R.Civ.P. 30(b)(6)

                 Pages 1 through 127

              Monday, December 3, 2018

              From 3:30 p.m. to 7:30 p.m.

           Dean, Ringers, Morgan & Lawton, P.A.

             201 East Pine Street, Suite 1200

                 Orlando, Florida  32801


              Stenographically Reported By:

                Mary Ann Schumacher, FPR
```

U.S. LEGAL SUPPORT
(813) 876-4722

EXHIBIT 3

Michael Goeree   30(b)(6), Confidential
December 03, 2018                                    2

```
 1                    APPEARANCES

 2

 3   On Behalf of the Plaintiff/Counter-Defendant

 4   K&L GATES, LLP
     Southeast Financial Center
 5   200 South Biscayne Blvd., Suite 3900
     Miami, Florida  33131
 6   305-539-3300
     elisa.damico@klgates.com
 7
     BY:   ELISA J. D'AMICO, Esquire
 8

 9   On Behalf of the Defendants/Counter-Plaintiffs

10   DEAN, RINGERS, MORGAN & LAWTON, P.A.
     201 East Pine Street, Suite 1200
11   Orlando, Florida  32801
     407-422-4310
12   wlawton@drml-law.com
     JWinchester@drml-law.com
13
     BY:    WILLIAM E. LAWTON, Esquire
14          JENNA MARIE WINCHESTER, Esquire

15

16

17

18

19

20

21

22

23

24

25
```

1   come back to them.  Why is it that you got involved with
2   Ultroid, you think you said August 2017?
3        A.   This is the first time I got a phone call about
4   it.
5        Q.   Who called you about?
6        A.   Michael Knox.
7        Q.   What was the substance of that phone call?
8        A.   He asked me if I would come in as CEO of the company
9   and do capitulation management or turn it around.
10       Q.   At the time, what was Michael Knox's position?
11       A.   I believe he was director and secretary.
12       Q.   Was there a CEO or other officer at that time --
13       A.   -- no.
14            MR. LAWTON:  Let her finish her question.  Just
15       pause before you answer, and that'll be a good way for
16            you to do it.
17  BY MS. D'AMICO:
18       Q.   Who else was working at the company with Mr. Knox at
19  that time?
20       A.   Nobody that I know of.
21       Q.   Were there any other directors?
22       A.   No.
23       Q.   And what was the problem that Michael Knox brought
24  to your attention with the business that needed your
25  assistance?

1  A.   It needed new funding sources and the product had to
2  be put back in the market.
3  Q.   When you say product, what are you referring to?
4  A.   Ultroid.
5  Q.   What is Ultroid?
6  A.   The hemorrhoid remediation device.  Not remediation,
7  procedure device.
8  Q.   And at the time when you came into the company's
9  window -- this is August 2017 -- was the Ultroid product or
10 the Ultroid device on the market?
11 A.   No.
12 Q.   To your knowledge, when was the last time that the
13 product was on the market?
14 A.   I think late middle to late 2016.  It was probably
15 middle 2016.
16 Q.   I'm going to mark this Exhibit 5.  Take a look at
17 this.
18 A.   Okay.
19      (Plaintiff's Exhibit 5 was identified.)
20 Q.   Have you seen this before?
21 A.   Never.
22 Q.   Take a moment to look at it and let me know if
23 it's an accurate representation of Ultroid.  And actually,
24 before we go there, let's take a moment.  When I say the
25 word, Ultroid during the course of the deposition, when

1  I'm talking about the Ultroid company or Ultroid, I'm
2  specifically talking about the Defendants, Ultroid, LLC;
3  Ultroid Marketing Development Corp. and Ultroid Technologies,
4  Inc.  Is it okay if I refer to those as Ultroid or the
5  Ultroid companies?
6       A.   One of them is not, but --
7       Q.   Okay.  Which one?
8       A.   Ultroid Technologies.  There's no association.
9       Q.   With Ultroid Technologies, Inc.?
10      A.   Ultroid Technologies, Inc. has no association with
11 the rest.
12      Q.   Well, maybe you can help me understand them a little
13 bit better.  At the very top of this sheet, I know you said
14 you've never seen it before, but it says before spin off.
15 Was there a spin off that occurred?
16      A.   Uh-huh.
17           MR. LAWTON:  Again, you're going to have to say yes
18      or no.
19           THE DEPONENT:  I'm sorry.  Yes.
20 BY MS. D'AMICO:
21      Q.   And when did that spin off occur?
22      A.   My understanding was 2016.
23      Q.   Okay.  So before 2016 then, if you look at the
24 top of this sheet, is that an accurate depiction of, I see
25 Vascular Technologies, Inc. or VTI.  I see Ultroid

Michael Goeree   30(b)(6), Confidential
December 03, 2018                                      26

1  Technologies, Inc.
2      A.   I have no idea.
3      Q.   And do you have knowledge about the company, how it
4  exists after the spin off in 2016?
5      A.   After the spin off, sure.
6      Q.   And is this, towards the bottom of Exhibit 5, is
7  this an accurate depiction of what the companies looked like,
8  or I guess Ultroid Marketing Developing Corp. and Ultroid,
9  LLC, is that an accurate depiction of what they look like?
10     A.   Yes.
11     Q.   And then is it your testimony that the other two
12 entities listed here are not related to Ultroid now?
13     A.   At this point, no.
14     Q.   So at some time before 2016, or in 2016, there was a
15 reorganization and now UTI is no longer part of the Ultroid
16 companies?
17     A.   Correct.
18     Q.   Do you know what UTI did before the spin off?
19     A.   My understanding is it did the exact, same thing.
20 And they just placed the asset into a corporation or
21 subsidiary and then spun it off, which then severs the
22 relationship between the two corporations.
23     Q.   That I understand.  And I'm genuinely trying to
24 understand what each of the entities does.  And if this
25 isn't the best vehicle to do that, maybe you can tell me.

Michael Goeree  30(b)(6), Confidential
December 03, 2018                                    27

```
 1  What does Ultroid, LLC do?
 2      A.   It hold the assets.
 3      Q.   What are the assets?
 4      A.   Patents and trademarks.
 5      Q.   And did Ultroid, LLC always hold the assets?
 6      A.   I don't think so.  I think at some point, it was
 7  held by -- well, clearly at some point, it was held by
 8  Ultroid Technologies and then held by Ultroid Marketing
 9  Development Corp. and then moved into a protective LLC in
10  Nevada.
11      Q.   And what is it that Ultroid Marketing Development
12  Corp. or UMDC does?
13      A.   It is the marketing and management arm of the
14  technologies.
15      Q.   Who runs Ultroid Technologies, Inc. now?
16      A.   I do.
17      Q.   Do you run it as a separate entity with no relation
18  to Ultroid?
19      A.   I run it as a separate entity, with no relationship
20  to Vascular Technologies, but with full ownership of Ultroid,
21  LLC.
22      Q.   Maybe I'm confused.  Is this how the companies
23  looked after the spin off, this bottom portion of Exhibit
24  5?
25      A.   Yes.  But there's -- as you see, there's no line
```

```
 1  between the left column and the right column, which means
 2  there's no relationship anymore.  Ultroid, LLC is a
 3  wholly-owned subsidiary of Ultroid Marketing Development
 4  Corp., which is today called Ultroid Corp.
 5       Q.   Okay.  And who owns Ultroid Technologies, Inc.?
 6       A.   No idea.
 7       Q.   Who runs that company?
 8       A.   As far as I know, it's administratively dissolved
 9  and nobody runs it.
10       Q.   And who runs Vascular Technologies?
11       A.   Same.  I have no idea.  I've heard mention of
12  Vascular Technologies, but I never knew they existed.
13       Q.   Who are the shareholders for Ultroid, LLC?
14  BEGIN ATTORNEYS' EYES ONLY
15          (The following portion of the record was designated as
16  confidential and has been bound separately.)
17                            *
18                            *
19                            *
20                            *
21          (The non-confidential record resumed as follows:)
22
23
24
25
```

```
 1   the fact that he was paid under the table, that's the basis.
 2   I mean, that's clear, those bank statements or those wire
 3   transfers are very clear.
 4        Q.   They show where the money was sent, right, from the
 5   individual that sent the money to --
 6        A.   -- why was that not put on the company books?
 7        Q.   I'm not asking you that right now.
 8        A.   It's just an open question in the air.
 9        Q.   Do you have knowledge that the payment was meant to
10   be a personal loan and not related to the company?
11        A.   It's irrelevant.  Do I have knowledge of that, yes.
12   But they could put the money in the company and make a
13   personal loan from the company.  They could make a personal
14   loan from Dr. Lai straight to Michael Knox, that's also not
15   illegal.  But when you have to go through three blind people
16   to get to a third party, I find it odd at best.
17        Q.   Noted.  So I'm going to move on unless you have more
18   to add to that.  And I know you could probably go on all day
19   about it, I get it.
20        A.   I could.
21        Q.   But part C, engaging in extortion by ensuring
22   Mr. Knox's execution of the illegal agreement through
23   threats, intimidation and blackmail, what's the basis for
24   that statement?
25        A.   Conversations with Michael Knox.
```

Michael Goeree  30(b)(6), Confidential
December 03, 2018                                       100

1   Q. What did Michael Knox tell you?
2   A. He told me while he was in Hong Kong, they all had a
3   party, it was at, I believe, Dr. Lai's office or restaurant,
4   I'm not sure which, at which point, they were all drunk or
5   drinking, and a whole bunch of girls come in, prostitutes.
6   And then that next day, something was said about a difference
7   in price. And he said, Well, you do understand we have
8   cameras throughout the whole place and we have pictures of
9   you.
10  Q. Who said that?
11  A. Dr. Lai.
12  Q. To whom?
13  A. To Michael Knox.
14  Q. You said that something about a price. What price
15  are you talking about, the price of the women or --
16  A. I believe at the time, the price changed from 80
17  million to 40 million.
18  Q. So you're not talking about the price of the women,
19  you're talking about the price of the company?
20  A. No.
21  Q. Okay. And Dr. Lai -- sorry -- Mr. Knox told you
22  that Dr. Lai told him that there's cameras all over?
23  A. And they have pictures of him.
24  Q. And do you know what those pictures are of?
25  A. According to Michael Knox, he with a woman that's

```
 1   not his wife.
 2       Q.   Has he ever seen the photographs?
 3       A.   No, but they've told him they've got them.
 4       Q.   Who is they?
 5       A.   I believe it was also heard by Glenn Hendricksen.
 6   And I don't know that to be fact, but I understand he was
 7   there, and Dr. Lai said it to Michael Knox.  Sure, in all
 8   fairness, he said it in a joking manner.
 9       Q.   Who did, Dr. Lai did?
10       A.   Dr. Lai did.  But when it's said, it can't be
11   unsaid, it's sort of a --
12       Q.   Did he say that more than once?
13       A.   I don't know.
14       Q.   Do you know if Mr. Knox returned to this restaurant,
15   or office, another time after this incident?
16       A.   I don't believe he did after that date.  And I might
17   have the two trips mixed up, but I don't believe he did after
18   that date.
19       Q.   But he's never seen photographs or video?
20       A.   No.
21       Q.   Or anything.  Okay.  At D, it says, engaging in
22   other deceitful and fraudulent conduct to secure execution of
23   the illegal agreement.
24       A.   Clearly, no shareholder vote, don't worry about
25   it, we know how to do this, would fall into that category.
```

Michael Goeree  30(b)(6), Confidential
December 03, 2018                                  107

1     A.    Not to my knowledge.
2     Q.    When did Mr. Knox step down from his role as an
3  officer at Ultroid?
4     A.    I want to say plus, minus, August 1, 2016.
5     Q.    And do you know the reason why he stepped down?
6     A.    He's still in poor health, very weak.  And his wife
7  also had a stroke or something that -- her leg was all, and
8  she went on some special medication that made her suicidal,
9  so she had to be on 24-hour watch.
10    Q.    The terrible issue with his wife aside, just for
11 a moment, do you know whether he got clean bills of health
12 before August 2016 or the time period that he was out for
13 being ill?
14    A.    Well, I don't think he yet has a clean bill of
15 health.  He still today, two years later, cannot run, where
16 he used to run all the time.  He's now got a belly on him, I
17 saw pictures of him, I didn't know him back then.  He used
18 to run four or five miles a day, and now he can't even run.
19 He can walk, but -- you think he looks healthy, but he can't,
20 as soon as he runs, he's done.
21    Q.    And when he stepped down in August 2016, did his
22 role with the company change?
23    A.    I believe he was completely resigned.  That's my
24 understanding.
25    Q.    And did he -- so that's August 2016.  Did he ever

Michael Goeree  30(b)(6), Confidential
December 03, 2018                                    108

```
 1   come to work for Ultroid again after that?
 2       A.   Yes.
 3       Q.   And when did that happen?
 4       A.   I believe they brought him back in, what, December
 5   of 2016, going into January 2017.
 6       Q.   What was the purpose of bringing him back on
 7   board?
 8       A.   My opinion, to be the stickman again, to be the
 9   fall guy.
10       Q.   Well, I'd like your opinion as the corporate
11   representative of Ultroid.
12       A.   What was his position then?
13       Q.   What was he brought back to do?
14       A.   I want to say the secretary and director.  I don't
15   think he was named CEO, but he might have been.  Maybe he was
16   named president, but I don't think that he was.
17       Q.   And you said he was being a stickman.  Who put him
18   up to, who made him the stickman?
19       A.   I think they all did.
20       Q.   Who is they all?
21       A.   Okay.  All of Dragon Jade, Hendricksen and Cao.
22       Q.   And who was running the company in August 2016?
23       A.   Cao.
24       Q.   When did Mr. Knox completely cut ties with
25   Ultroid?
```

```
 1     A.   I believe it was August 1, 2016 and then was
 2  brought back sometime later.  I believe he completely cut
 3  ties.  I'm not a hundred percent certain of that because I
 4  think you always have conversations and phone calls, but I
 5  believe he completely cut ties then.
 6     Q.   When you say then, what are you referring to?  Are
 7  you referring to August of 2016?
 8     A.   Yes.
 9     Q.   Well, we know he was in place again, negotiating,
10  in late 2016, with respect to the option agreement.
11     A.   That is correct.  I think he was brought back then.
12     Q.   And when did they finally get him to go away?
13     A.   Who?
14     Q.   When did Mr. Knox --
15     A.   -- when did I fire him?
16     Q.   When did Mr. Knox completely leave Ultroid, or cut
17  his ties with Ultroid?
18     A.   I don't know if he did or he didn't.  Like I said,
19  he resigned then.  To me, resignation means you stop.  But
20  that doesn't mean you don't have somebody's telephone number,
21  where they call you and he still has shareholding interest.
22  You know, I just -- I know that during that time, his focus
23  was his wife and his own health, so he was -- he had to stop
24  everything.
25     Q.   Okay.  Well, he came back, at least to negotiate on
```