Page 71

1

2                    CERTIFICATE OF DEPONENT

3

4    I, STEVEN LAI, hereby certify that I have read the foregoing
     pages, numbered 1 through 69, of my deposition of testimony
5    taken in these proceedings on Wednesday, January 9, 2019
     and, with the exception of the changes listed on the next
6    page and/or corrections, if any, find them to be a true and
     accurate transcription thereof.
7

8

9

10

11   Signed:    *[signature: Steven]*

12   Name:      STEVEN LAI

13   Date:      Jan. 15, 2019

14

15

16

17

18

19

20

21

22

23

24

25


EXHIBIT 6

```
                                                                Page 72
 1                          ERRATA SHEET

 2   Case Name:      Dragon Jade vs. Ultroid
     Witness Name:   STEVEN LAI
 3   Date:           01/09/2019

 4   Page/Line       From                    To

 5    45  /1         "no document"           "no documentation"

 6    54  / 1 & 16   "disgusting"            "irritating"

 7     /

 8     /

 9     /

10     /

11     /

12     /

13     /

14     /

15     /

16     /

17     /

18     /

19     /

20     /

21   Subscribed and sworn to before

22   me this        15      day of   January        , 2019.

23              _____

24              STEVEN LAI

25
```