Sender ABA (3100):                BK OF NYC
Receiver ABA (3400):              GROW FINANCIAL FCU
Amount (2000):          10,000.00
Type/Subtype Code (1510):   1000 - Transfer of Funds
Business Function (3600):   CTP - Customer Transfer Plus
Sender Reference (3320):

**Originator (5000)**

ID Code: D - DDA Account Number
Identifier:
Name: MISS TAM SIU MAN
Address:

**Originator FI (5100)**

ID Code: B - SWIFT Bank Identifier Code
Identifier:

**Instructing FI (5200)**

ID Code: D - DDA Account Number
Identifier:
Name: HANG SENG BANK, LIMITED
Address:

**Beneficiary (4200)**

ID Code: D - DDA Account Number
Identifier:
Name: DALE ROSE

**FI to FI Information (6500)**

1

EXHIBIT 8
D☐ P☐ Ex
Deponent
Date 1/9/

███████████████████████████████████

Sender ABA {3100}: ███ HSBC BANK USA, N.A
Receiver ABA {3400}: ███ GROW FINANCIAL FCU
Amount {2000}: 5,375.00
Type/Subtype Code {1510}: 1000 - Transfer of Funds
Business Function {3600}: CTP - Customer Transfer Plus
Sender Reference {3320}: ███

Reference for Beneficiary {4320}
███

**Originator {5000}**
ID Code: D - DDA Account Number
Identifier: ███
Name: MR FUNG KWOK WING
Address: ███

**Originator FI {5100}**
ID Code: B - SWIFT Bank Identifier Code
Identifier: ███
Name: HSBC HONG KONG
Address: ███

**Originator to Beneficiary Information {6000}**
Text: FROM TAM SIU MAN

**Beneficiary {4200}**
ID Code: D - DDA Account Number
Identifier: ███
Name: DALE ROSE

**FI to FI Information {6500}**

1

Text: BBK INFO: GROW FINANCIAL FCU P.O. B



Charges (3700)

Details of Charges:  S - Charges shared between the originator and beneficiary
USD 25,00

■
Carlos Flores
eft specialist
p. 813.837.2451 ext. 2639
f. 813.832.2086


grow financial
federal credit union




we did it again!
5 years in a row

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual to whom they are addressed. Any disclosure, copying, or distributing by anyone else is strictly prohibited. If you are not the named addressee, please notify the sender immediately by e-mail and delete this e-mail from your system.

# LOAN AGREEMENT

**THIS AGREEMENT** is made on the 23rd January, 2017.

**BETWEEN:-**

(1) **TAM SIU MAN** of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
(hereinafter referred to as "Lender")

and;

(2) **DALE ROSE** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (hereinafter referred to as "Borrower").

The Lender agrees to lend USD10,000.00 to the Borrower subject to terms stated as below:-

1. On the date of this Agreement, the Lender agrees to make a loan of USD10,000.00 (hereinafter referred to as "Loan") to the Borrower at an interest rate of 5% per annum for a term of 180 days. On the date of this Agreement, the Lender shall pay the Loan to the Borrower by telegraphic transfer.
2. All computations of interest shall be made on the basis of a 365-day year for actual days elapsed.
3. The Borrower shall repay the full amount of the Loan and the accrued interests to the Lender within 180 days after the date of this Agreement,
4. In the event that the Borrower fails to repay the Loan and accrued interest according to clause 3, the Lender shall initiate legal proceedings to recover the amount owed plus the costs involved in the proceedings.
5. This Agreement shall be governed by and construed in accordance with the laws of Hong Kong.

Accepted and agreed by:-                    Accepted and agreed by:-

                                            *Dale Rose*

_____                   _____
TAM SIU MAN                                 DALE ROSE

# LOAN AGREEMENT

**THIS AGREEMENT** is made on the 31st day of July 2017.

**BETWEEN:-**

(1) **TAM SIU MAN** of [redacted]
(hereinafter referred to as "Lender")

and;

(2) **DALE ROSE** [redacted]
(hereinafter referred to as "Borrower")

The Lender agrees to lend USD $5,400.00 to the Borrower subject to terms stated as below:-

1. On the date of this Agreement, The Lender agrees to make a loan of USD $5,400.00 (hereinafter referred to as "Loan") to the Borrower at an interest rate of 5% per annum for a term of 180 days. On the date of this Agreement, the Lender shall pay the loan to the Borrower by telegraphic transfer.
2. All computations of interest shall be made on the basis of a 365-day year for actual days elapsed.
3. The Borrower shall repay the full amount of the Loan to the Lender within 180 days after the date of this Agreement.
4. In the event that the Borrower fails to repay the Loan according to clause 3, the Lender shall initiate legal proceedings to recover the amount owed plus the costs involved in the proceedings.
5. This agreement shall be governed by and construed in accordance with the laws of Hong Kong.

Accepted and Agreed by:-

_____
TAM SIU MAN

Accepted and Agreed by:-

*Dale Rose*
DALE ROSE