# EXHIBIT 4

# *Ultroid® Marketing Development Corp.*

# *3140 West Kennedy Blvd., Suite 103*

# *Tampa, Florida 33609*

**as of**
**January 31, 2016**

**Report Dated February 17, 2016**

**PREPARED BY**
**Business Value Center, Inc.**
**100 2nd Avenue South, Suite 200N**
**St. Petersburg, FL 33701**

1

DGJI00000769

# Ultroid Marketing Development Corp.

February 17, 2016

Mr. Michael Knox, CEO
Ultroid® Marketing Development Corp.
3140 West Kennedy Blvd., Suite 103
Tampa, FL 33609

Dear Mr. Knox:

We have performed a valuation engagement, as that term is defined in the Statement on Standards for Valuation Services (SSVS) of the American Institute of Certified Public Accountants, of Ultroid® Marketing Development Corp. as of January 31, 2016.

This valuation engagement was conducted in accordance with the SSVS and this report complies with the Professional Development Standards of the National Association of Certified Valuators and Analysts (NACVA). Our analyses, opinions and conclusions were developed, and this report has been prepared in conformity with the applicable Internal Revenue Service Valuation Guidelines.

This valuation was performed solely to assist in the matter of establishing a value of 100% ownership of the company.  The resulting estimate of value should not be used for any other purpose or by any other party for any purpose. The estimate of value that results from a valuation engagement is expressed as a conclusion of value.

We were restricted or limited in the scope of our work or data available for analysis as described in the attachments to this report.

**Based on our analysis, as described in this valuation report, our final conclusion of value of Ultroid® Marketing Development Corp. as of January 31, 2016 is $84 million.**

This conclusion is subject to the Statement of Assumptions and Limiting Conditions found in the appendixes.

We have no obligation to update this report or our conclusion of value for information that comes to our attention after the date of this report.

2

DGJI00000770

**Ultroid Marketing Development Corp.**

We are responsible for the opinion of value contained in this report and attest that, to the best of our knowledge and belief, the following:

- The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, unbiased professional analyses, opinions and conclusions.

- We have no present or prospective interest in the business that is the subject of this report, and we have no personal interest with respect to the parties involved.

- We have no bias with respect to the business that is the subject of this report or to the parties involved with this assignment.

- Our compensation is not contingent on an action or event resulting from the analysis, opinions or conclusions in, or the use of, this report.

- We have no prior, current or anticipated financial interest in the company.

- This report was prepared on a flat fee basis and the resulting opinion is not dependent upon the value.

Report Prepared by:

Dick Ayotte
Certified Valuation Analyst

Peer Review by

Harry Haigley
Certified Valuation Analyst

Page 3

CONFIDENTIAL

DGJI00000771

**Ultroid Marketing Development Corp.**

# Table of Contents

**INTRODUCTION** ............................................................................................................. 7

    Purpose of Valuation .................................................................................. 7

    Date of Valuation ....................................................................................... 7

    Premise of Value ........................................................................................ 7

    Fair Market Value ....................................................................................... 7

    Scope of Engagement ................................................................................. 7

    Approaches to Value .................................................................................. 8

    Professional Judgment ............................................................................... 8

    IRS Revenue Ruling 59-60 .......................................................................... 8

**COMPANY INFORMATION** ............................................................................................ 10

    History / Background .................................................................................. 10

    Management & Medical Advisors ............................................................... 10

    Current Ownership ..................................................................................... 12

    Physical Facilities ....................................................................................... 12

    Products / Services ..................................................................................... 13

    Patents ...................................................................................................... 14

    Trademarks ................................................................................................ 14

    International Certifications and Approvals .................................................. 14

    Customers .................................................................................................. 16

    Market Area ............................................................................................... 16

    Distribution Channels ................................................................................. 16

    Financial Model for General Practitioner ................................................... 17

    Strengths ................................................................................................... 17

    Weaknesses ............................................................................................... 18

**HEMORRHOIDAL DISEASE** ............................................................................................ 19

    Description ................................................................................................. 19

    Causes ....................................................................................................... 19

CONFIDENTIAL

DGJI00000772

**Ultroid Marketing Development Corp.**

Classifications ................................................................................................ 19

Diagnosis ....................................................................................................... 20

Treatments ..................................................................................................... 20

**ECONOMIC AND INDUSTRY CONDITIONS** ................................................... 22

**MEDICAL DEVICE INDUSTRY OVERVIEW** ....................................................... 26

**MEDICAL DEVICE INDUSTRY SURVEY** ............................................................. 33

**FINANCIAL STATEMENTS** .................................................................................. 34

Balance Sheets ............................................................................................... 34

Income Statements ......................................................................................... 35

Normalization Adjustments ............................................................................ 35

Financial Projections - Summary .................................................................... 38

Financial Projections – Ultroid® Machines ..................................................... 39

Financial Projections – Ultroid® Probes ......................................................... 40

Financial Projections – License Fees .............................................................. 41

**VALUATION METHODOLOGY** .......................................................................... 42

Asset-Based Approach .................................................................................... 43

Income Approach ............................................................................................ 44

Market Approach ............................................................................................ 49

**PATENT ANALYSIS** ............................................................................................ 51

Analyst's Comments ....................................................................................... 51

Description of Patents ..................................................................................... 52

Patent A:  Probes ............................................................................................ 52

Patent B - Preventing Reuse of Medical Instruments ................................... 53

Patent C:  Treatment Using Negative Galvanism .......................................... 54

Word Mark:  Vascular Technology and Ultroid Image .................................. 55

Alternative Technology Compared ................................................................. 55

Analyst's Comments ................................................................................... 56

An Investor's Approach ................................................................................... 58

Indirect Method – Citations as an Indicator of Value ............................... 58

**CONCLUSION OF VALUE** .................................................................................. 59

CONFIDENTIAL                                                                                    DGJI00000773

**Ultroid Marketing Development Corp.**

**APPENDICES** ................................................................................................................ 60

    Appendix A - Valuation Analyst's Representations .................................................. 60

    Appendix B - Limiting Conditions .......................................................................... 61

    Appendix C:  Qualifications of Analysts .................................................................. 64

        Harry Haigley, Certified Valuation Analyst .................................................... 64

        Dick Ayotte, Certified Valuation Analyst ....................................................... 65

    Appendix D – International Certifications & Approvals ........................................... 66

    Appendix E - Sources of Information ..................................................................... 67

    Appendix F – Net Present Value Calculations ........................................................ 69

    Appendix G – International Glossary of Business Valuation Terms .......................... 71

CONFIDENTIAL                                                                                              DGJI00000774

**Ultroid Marketing Development Corp.**

# INTRODUCTION

## Purpose of Valuation

Business Value Center was engaged to determine the Fair Market Value of 100% ownership of Ultroid® Marketing Development Corp., a for profit Florida corporation located in Tampa, Florida.

## Date of Valuation

The effective date of this valuation is January 31, 2016. This data was selected by the client.

## Premise of Value

Since there are no plans to liquidate the company, in whole or in part, we determined the fair market value on a going-concern basis.

## Fair Market Value

The definition of fair market value as set forth in Revenue Ruling 59-60 is as follows:

> *"The price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of relevant facts."*

## Scope of Engagement

This engagement has been conducted in accordance with the *Statement on Standards for Valuation Services* as published by the American Institute of Certified Public Accountants.  In accordance with these standards, Assumptions and Limiting Conditions and a Statement of Appraiser Qualifications are included in the appendices.

CONFIDENTIAL

**Ultroid Marketing Development Corp.**

## Approaches to Value

There are three approaches that must be considered by an appraiser when valuing a going-concern company.  They include:

- The Asset Approach

- The Market Approach

- The Income Approach

There are several methods within each of the three approaches that an appraiser can utilize to determine the value of a company. However, it is up to the appraiser to use professional judgment in determining how to weight each of the approaches when determining a final conclusion of value.

## Professional Judgment

It is important to note that the valuation of a business is a balance between art and science. There is no formula for determining which approach to apply the most weight to, and the professional judgment of the appraiser is an important part of this consideration.

## IRS Revenue Ruling 59-60

IRS Revenue Ruling 59-60 requires the appraiser to carefully consider and analyze eight fundamental factors.  The following table lists these factors and specifies the section of our report where this factor is chiefly discussed:

CONFIDENTIAL

DGJI00000776

# Ultroid Marketing Development Corp.

| Factor | Appraiser Discussion and Report Reference |
|---|---|
| (1) The nature of the business and the history of the enterprise from its inception. | See the Company Information section of our report. |
| (2) The economic outlook in general and the condition and outlook of the specific industry in particular. | See the Economic Condition section of our report. |
| (3) The book value of the stock and the financial condition of the business. | See discussion of the asset approach in the Valuation Methodology section of our report. |
| (4) The earning capacity of the company. | See discussion of the income approach in the Valuation Methodology section of our report. |
| (5) The dividend paying capacity. | Management says that the company has not paid a dividend. |
| (6) Whether or not the enterprise had goodwill or other intangible value. | See discussion of the income approach and market approach in the Valuation Methodology section of our report. |
| (7) Sales of the stock and the size of the block of stock to be valued. | See discussion in the financial analysis section of our report. |
| (8) The market price of stocks of corporations engaged in the same or similar line of business having their stocks actively traded in a free and open market, either on an exchange or over-the-counter. | See discussion of the market approach in the Valuation Methodology section of our report. |

Page 9

CONFIDENTIAL

# COMPANY INFORMATION[1]

## History / Background

Ultroid® Marketing Development Corp. (UMDC) is one of several companies which have been developed under the common ownership of Vascular Technologies, Inc. (VTI).  VTI was organized in 2005 to develop and market its patented devices used in the treatment of hemorrhoids. VTI has approximately 300 shareholders.

On January 1, 2016, VTI effected a change in corporate structure in which Ultroid® Marketing Development Corp. was spun off to VTI shareholders in a tax-free transaction. In addition, the ownership of Ultroid® LLC, a sister company that owns all the intellectual property associated with Ultroid® units and probes, was transferred from VTI to UMDC.

## Management & Medical Advisors

The management of the company consists of medical and business professionals. Several of them have been involved in the initial development of the treatment protocol, while others have recently joined the organization to help expand and commercialize Ultroid®.

**Michael Cao, Chairman:** Mr. Cao is the Founder and Chairman of Vascular Technologies, Inc. and Ultroid® Technologies, Inc. He founded the Company and served as its Chief Executive Officer until February 2009. Prior to that Mr. Cao served as CEO of Liberty Consultant Group Corp., working with a wide variety of small to mid-range organizations.  From 1996–1999, Mr. Cao founded Netoy Corp. and managed its becoming a public company, ultimately with a market capitalization of over $250 million.  Mr. Cao earned his BA degree in international business from Eckerd College in 1995.

**Michael Knox, President, CEO and Director:** Mr. Knox has 30 years of business experience dealing with a wide range of industries. He holds a BA degree from the University of South Florida and is a licensed Certified Public Accountant in the State of Florida. He is a member of both the American Institute of CPAs and the Florida Institute of CPAs. Mr. Knox has been responsible for leading the Company in its development, including obtaining government approval for the sale of the Ultroid® products and establishing international distribution

---

[1] Virtually all of the information in this section of the report was taken from the Company's "Executive Summary 2015-2018," its "Preliminary Business Plan 2015-2018," other documents prepared by the company, and discussions with management.

CONFIDENTIAL                                                                                     DGJI00000778

opportunities in 48 nations. Mr. Knox has been CFO of the Company since 2007, and has been CEO since 2010.

**John Wlassich, PhD, Director:** John Wlassich completed a MS and PhD in electromechanical engineering at MIT in the Newman Laboratory of Biomechanics and Human Rehabilitation. He has more than 20 years in product development and manufacturing technology experience, including US and outside the US successful medical device launches. He led teams to build and implement a medical device Quality Management System that passed FDA QSR and is certified to ISO 13485:2003. He is the author of several 510(k) Notifications and Technical Files. He is currently Director of Advanced Technologies with Vision-Sciences, a publicly traded medical device company where he is responsible for product pipeline and technology strategy. Formerly, he was VP of Engineering with Nomir Medical Technologies, where he led teams to develop the company's FDA-cleared product line, which received news media coverage in the *New York Times* and the *Wall Street Journal*. Earlier, Dr. Wlassich was with the Gillette Company, where he led a team that developed the first 100 prototypes of a billion-dollar brand. His increasing responsibilities included four years in London with the blade & razor R&D group, creating Gillette products currently on the market.

**Kevin McAdams, Director:** Mr. McAdams is currently Regional Operations Manager for the Southeast, for Florida Home Medical, Inc., doing business as Attenda Health Care Solutions, where he is responsible for coordinating activities with HMOs and MSOs through the capitated model and FFS agreements. Earlier, he founded Interactive Cardio-Pulmonary Inc. d/b/a All Care Medical Supply where, during his tenure as CEO and President, he developed a business focused on Managed Care Health Plans and MSO contracting, he acquired two competitors and expanded the company to become a regional provider in Florida with the help of a strong partnership structure. Subsequently, he created a focused approach with several Managed Care HMOs and in 2004 sold the company to Walgreens. He served as Vice President of Sales for an MRI company contracting with Hospitals and Physicians, and Director of Sales and Ops for South East Diagnostic, providing diagnostic services to Physicians. Earlier, he operated landscape design, site development, and real estate organizations. He graduated from the University of Central Florida with a BSBA degree in Business Administration with a major in Marketing in 1991.

**Dr. John Isaac Delgado, M.D., Medical Advisor:** Dr. Delgado has practiced Gastroenterology in Tampa, FL since 1990. He received his Medical Degree from the University of Illinois in 1985. Dr. Delgado completed his medical training at the University of Chicago affiliated Hospital and his Fellowship in Gastroenterology at the Department of Medicine, University of Florida, Gainesville. He is a member of the American College of Physicians, American Gastroenterology Association, American Academy of Anti-Aging Medicine and the Florida

CONFIDENTIAL                                                                                    DGJI00000779

**Ultroid Marketing Development Corp.**

Gastroenterology Society.   Dr.  Delgado has served as Chief of Gastroenterology at Tampa General Hospital (2000-2001 and 2009-2012), Vice Chief of Department of Gastroenterology at Tampa General Hospital (1999-2000 and 2012–present) and as member of the Medical Executive Committee at Kindred Hospital.

**Cesar A. Santiago, M.D., Medical Advisor:** Dr. Santiago is a board certified colorectal surgeon whose education and training include University of Michigan, Ponce School of Medicine (Puerto Rico), Mount Sinai School of Medicine/Cabrini, and University of Miami/Jackson Memorial Hospital. He is currently the Medical Director of the Center for Advanced Robotic Surgery, Tampa, and Tampa Surgical Associates of Tampa. He previously served at The Colorectal Institute, Fort Myers, and was Medical Director of Media Home Health. He was also a Director of the American Cancer Society. He has been involved in research and Clinical Trial Studies and has written a variety of publications and research reports on subjects in his field of expertise. He is a Fellow of the American College of Surgeons and the American Society of Colon and Rectal Surgeons, as well as a Board member of the Tampa Bay Latin American Medical Society.

## Current Ownership

Ultroid® Marketing Development Corp. has over 300 shareholders. The company's two principal shareholders are Michael Cao, Chairman, (31.55%) and Michael Knox, CEO, (10.07%). The following table lists the largest shareholders and their respective ownership percentages.

|  | | |
| --- | --- | --- |
| Michael Cao | 14,508,494 | 31.55% |
| Michael Knox | 4,628,348 | 10.07% |
| Gerald Spurgin | 1,665,000 | 3.30% |
| Ky Phan | 1,482,692 | 3.25% |
| Elmer Smith | 1,255,000 | 2.75% |
| Brent Willis | 1,100,000 | 2.41% |
| All other (300+) | 21,344,584 | 46.42% |
| Total | 45,609,618 | 100.00% |

## Physical Facilities

The company operates from a single leased location in Tampa, Florida.

CONFIDENTIAL                    DGJI00000780

**Ultroid Marketing Development Corp.**

# Products / Services

The company's products for the treatment of hemorrhoids are collectively referred to as The Ultroid® System. The office model consists of three main components: a base with power supply, a hand-control, and a probe. Key elements include the computerized control knob, the single-use non-invasive probe, and two guide lights that assist in placement of the probe at the base of the hemorrhoid. A portable model has also been developed for field use.

An Ultroid® treatment is non-surgical, non-invasive, and painless. It can be performed by a physician, a physician assistant, nurse practitioner, or registered nurse. The Ultroid® System utilizes a proprietary, single use, pre-sterilized and pre-packaged probe.



CONFIDENTIAL                                                                    DGJI00000781

**Ultroid Marketing Development Corp.**

# Patents

The company's products are protected by a patent for the utilization of low-level electricity as a method of reducing and destroying hemorrhoids. This patent expires in 2024. The Company plans to file for additional patents in 2016 for its new technology, including:

- A new locking mechanism between the probe and the hand control
- A fused system to insure single use only
- A web-based interface to track use and details

# Trademarks

The Company has established Trademark protection for the combination of its name and logo in all 28 countries of the European Community and 19 additional nations throughout the world.

| The Americas | Europe | Asia | Africa | Other |
|---|---|---|---|---|
| United States | 28 in Europe | Russia | Egypt | Australia |
| Canada | Germany | China | | |
| Brazil | | Hong Cong | | |
| Argentina | | India | | |
| Chile | | Japan | | |
| Columbia | | Korea | | |
| Costa Rica | | Philippines | | |
| | | Viet Nam | | |

# International Certifications and Approvals

Ultroid® Marketing Development Corp. has contractual agreements with distributors in 38 countries representing over 3 billion people, or about 50% of the world's total population, and is negotiating with potential distributors in 29 additional countries.

Among the countries with distributors under contract, 20 have received governmental approval for sales and marketing activities and 18 are in the process of obtaining approval.

CONFIDENTIAL

# Ultroid Marketing Development Corp.

A detailed list follows below.

| **NATION** | *(Column A)* DISTRIBUTION AGREEMENTS EXECUTED | *(Column B)* DIRECT GOVERNMENT APPROVAL | *(Column C)* DISTRIBUTORS WITH GOVT APPROVAL | *(Column D)* DISTRIBUTION AGREEMENTS NOW IN NEGOTIATION |
|---|---|---|---|---|
| United States | X | X | | |
| Canada | X | X | | |
| Mexico | X | X | | Brazil |
| Puerto Rico | X | X | | Columbia |
| Dominican Republic | X | X | | Venezuela |
| Trinidad & Tobago | X | X | | Chile |
| Panama | X | X | | Costa Rico |
| United Kingdom | X | X | | Cuba |
| Ireland | X | X | | Hungary |
| Spain | X | | X | Uzbekistan |
| Italy | X | | X | Ukraine |
| France | X | | X | Romania |
| Germany | X | | X | Georgia |
| Austria | X | | X | Greece |
| Belgium | X | | X | Israel |
| Portugal | X | | X | Jordan |
| Switzerland | X | | X | U.A.E. |
| Poland | X | | X | Lebanon |
| Denmark | X | | X | Sudan |
| Finland | X | | X | Morocco |
| Sweden | X | | X | Oman |
| Norway | X | | X | South Africa |
| Slovenia | X | X | | Angola |
| Netherlands | X | | X | China |
| Turkey | X | X | | Indonesia |
| Greece | X | X | | Singapore |
| Russia | X | X | | Pakistan |
| Saudi Arabia | X | X | | Bangladesh |
| Egypt | X | X | | Malaysia |
| Iran | X | X | | Myanmar |
| Iraq | X | X | | Cameroon |
| Kuwait | X | X | | |
| Qatar | X | X | | |
| Nigeria | X | X | | |
| India | X | X | | |
| Sri Lanka | X | X | | |
| Thailand | X | X | | |
| South Korea | X | X | | |
| Japan | X | | X | |
| Vietnam | X | X | | |
| Philippines | X | X | | |
| Australia | X | X | | |

CONFIDENTIAL

DGJI00000783

**Ultroid Marketing Development Corp.**

# Customers

The company's customers include all people who suffer from hemorrhoids. In the United States, the disease is most prevalent among those over 45 years old. Due to childbirth and its impact, women are slighly more likely to develop hemorrhoids than men. Higher rates in older populations results from the effects of years of diet, straining, and gravity. The Company's business plan provides the following data and statistics:

- Hemorrhoidal disease (HD) is the 3rd fastest growing disease worldwide.
- HD is the fastest growing disease in the United States, China, Brazil, India, and Korea.
- Up to 85% or the world's population will experience HD at some point in their lives.
- 50 million Americans have HD.
- 1.5 million new patients seek help for the first time each year.
- America has more than 2 million ambulatory care cases each year as a result of HD.
- American has 52,000 individuals on full disability as a result of HD.
- In China, 300 million hemorrhoids were treated in 2011.
- From 60% to 80% of the entire Chinese and Indian populations have HD.

# Market Area

While the company's market area is global, emphasis is placed on areas that have both large populations and a reimbursement mechanism that is provided by insurance companies or directly by the government. At this time, the United States[2], India, and Korea are among these countries.

# Distribution Channels

The company has developed delivery systems that focus on providing treatments at a wide range of physician's offices. This is accomplished, in part, by adding hemorrhoid disease screening questions to their patient examination protocols and software to ensure that the medical staff includes it in each patient appointment. As a result, treatments can be provided to those who are diagnosed as they visit their physicians for periodic examinations, or are visiting for other conditions, as well as supporting the operation of special purpose clinics for the immediate diagnosis and treatment of HD.

---

[2] Ultroid has reimbursement status from insurance providers in the United States and is currently seeking to become the preferred treatment method authorized by HMO and Capitation Insurance Programs.

CONFIDENTIAL                                                                                    DGJI00000784

**Ultroid Marketing Development Corp.**

Gastroenterologists and colorectal surgeons who perform colonoscopy exams and also part of the company's distribution channel. Since the discovery of hemorrhoids is not the purpose of a colonoscopy, there is typically nothing done about them even when discovered. With relatively little change in practice procedures, a physician can generate a significant new source of revenue.

Single-purpose "Ultroid® Clinics" are also part of the company's distribution strategy. These specialty clinics have low start-up and operational costs and, through a variety of advertising and promotional methods designed to reach potential patients, can generate significant revenue for their operators.

The company markets its products and services to individual physicians and to physician groups associated with general and/or special purpose clinics. This is done through a network of individuals and organizations, each being an "Independent Sales Representative," (ISR). The company's ISRs include individuals who have previously been employed by pharmaceutical or medical product service companies. Others have been marketing various products and services to physicians and medical practices where they have established relationships and credibility previous to the introduction of Ultroid®.

## Financial Model for General Practitioner

Individual physicians can generate significantly greater income by providing two additional services to patients who have symptoms of HD as determined by answers to screening questions.

First, an anoscope exam can be recommended and performed whenever screening indicates the possibility of HD. It is estimated that 25% of patients may need an anoscope exam and that each exam can generate between $45 and $95 in additional reimbursement to the physician's practice. This can generate $50,000 in additional revenue on an annual basis.

Second, it is estimated that 25% of patients that undergo an anoscope exam will have an average of 2-3 hemorrhoids. Treatment of the hemorrhoids using the Ultroid® process can generate $100,000 in additional gross revenue for the practice.

## Strengths

- Only treatment that resolves hemorrhoids without surgery or pain.
- Only device approved by the FDA for treatment of all grades of hemorrhoids
- World-wide market of hemorrhoid sufferers
- Relatively inexpensive and effective treatment
- Low training threshold for medical profession

Page 17

CONFIDENTIAL

**Ultroid Marketing Development Corp.**

- Highly desirable and less costly out-patient treatment
- Treatment can be administered by broad range of medical professionals

# Weaknesses

- Lack of reimbursement status from insurance providers and /or the governments of various countries. Without reimbursement status, the potential market is reduced to include only private pay patients—normally limited to middle and upper income groups.
- Plethora of over-the-counter medications that mask the symptoms
- Patients willing to suffer in silence due to shame or embarrassment

Page 18

CONFIDENTIAL

DGJI00000786

**Ultroid Marketing Development Corp.**

# HEMORRHOIDAL DISEASE

## Description

Hemorrhoids are the pillow-like clusters of veins that lie just beneath the mucous membranes lining the lowest part of the rectum and the anus. The condition develops when those veins become swollen and distended. There are two kinds of hemorrhoids: internal ones in the lower rectum, and external, which develop under the skin around the anus. External hemorrhoids are the most uncomfortable, when the overlying skin becomes irritated and erodes. If a blood clot forms within an external hemorrhoid, the pain can be sudden and severe. In addition, a lump may develop which usually dissolves, leaving excess skin as a skin tag, which may itch or become irritated. Internal hemorrhoids are often painless, even when they produce bleeding. Hemorrhoids may also prolapse, or extend beyond the anus. If a hemorrhoid protrudes, it can collect small amounts of mucus and microscopic stool particles that may cause an irritation, which can become worsened by rubbing or wiping.

## Causes

Hemorrhoids are associated with chronic constipation, straining during bowel movements, and prolonged toilet sitting — all of which interfere with blood flow to and from the area, causing it to pool and enlarge the vessels. Hemorrhoidal disease is common during pregnancy, when the enlarging uterus presses on the veins. Patients with hemorrhoids tend to have higher anal canal tone. Constipation increases the problem because straining increases pressure and pushes the hemorrhoids against the sphincter. Finally, the connective tissues that support and hold hemorrhoids in place can weaken with age, causing hemorrhoids to bulge and prolapse.

## Classifications

Hemorrhoids are traditionally classified by grade:

Grade I hemorrhoids remain inside at all times.  While they may bleed, they do not protrude outside the anus.

Grade II hemorrhoids extend out of the rectum during a bowel movement but quickly return on their own.

Grade III hemorrhoids need to be manually placed back inside the anal canal after their

CONFIDENTIAL                                                                            DGJI00000787

**Ultroid Marketing Development Corp.**

protrusion.

Grade IV hemorrhoids may be protruding and sometimes cannot be manually replaced as the tissue is strangulated.

The Hemorrhoidal Grade is pivotal in determining the type of treatment that is recommended by medical professionals.

# Diagnosis

Hemorrhoidal disease is usually diagnosed from a simple medical history and physical examination. While external hemorrhoids are visually apparent, internal hemorrhoids are usually detected by a digital rectal exam or the use of an anoscope (a short illuminated probe). Internal hemorrhoids are also often detected during colonoscopy procedures.

# Treatments

There are at least eight alternative treatment technologies that are used by medical professionals to treat hemorrhoids:

- Hemorrhoidectomy
- Stapling
- Rubber Band Ligation
- Sclerotherapy
- Heater Probe
- Infrared Coagulation
- Laser Treatment
- Ultroid®

In addition, hemorrhoid sufferers may choose from hundreds of creams, lotions, wipes, cooling pads, ointments, suppositories, gels, and cushions to self-medicate. Some over-the-counter products tout aloe, witch hazel, and herbal remedies. While these provide temporary relief, none are permanent treatments or cures.

The following table shows comparisons of the various treatments.

Page 20

CONFIDENTIAL

DGJI00000788

**Ultroid Marketing Development Corp.**

## Hemorrhoidal Disease Treatment Alternatives

| TREATMENT | WHO PROVIDES | Class | | | | POSITIVE ASPECTS | NEGATIVE |
|---|---|---|---|---|---|---|---|
| | | I | II | III | IV | | |
| Hemorrhoidectomy | Colorectal Surgeon | No | No | Yes | Yes | • Permanent Removal<br>• No recurrence | • Surgical risks from anesthetic, infection<br>• Complications and pain<br>• Long recovery time |
| HET, Bi Polar Ligation (Performed by a Surgeon only) | Surgeon | Yes | Yes | No | No | • HET, Not Easy to Perform | • Severe pain<br>• Bleeding<br>• High recurrence<br>• Urinary retention<br>• HET, is not easy to perform |
| Rubber Band Ligation (Performed by a Surgeon only) | Surgeon | Yes | Yes | Yes, for Some | No | • Low Cost<br>• Easy to Perform | • Severe pain<br>• Bleeding<br>• High recurrence<br>• Urinary retention |
| Staple (PPH) Surgery | Surgeon | Yes | Yes | Yes, for Some | No | • High Reimbursement | • Severe pain and bleeding<br>• High recurrence<br>• Long recovery time |
| Laser & Infrared Treatments (IRC) Outpatient | All Physicians | Yes | Yes | No | No | • Fast<br>• Outpatient<br>• Minimally invasive | • Medium pain and burning during treatment<br>• Bleeding<br>• Requires multiple treatments- |
| Sclerotherapy | Physicians | Yes | Small ones only | No | No | • Temporary relief<br>• 1 in 5,000 experience some complications<br>• For small veins only | • Lasts for about 1 year<br>• If needle misses, site can harden, causing thrombosis<br>• Can require up to 10 outpatient treatments |
| Over-the-counter | Patients | Yes | Yes | No | No | • Temporary relief of symptoms, which recur in weeks or months | • Masks problem<br>• No resolution |
| Ultroid® | All Physicians, Physician Assistants, Nurse Practitioners, RNs | Yes | Yes | Yes | Yes | • Outpatient<br>• No pain or bleeding<br>• No anesthetic<br>• No preparation<br>• No recovery time<br>• Non-surgical<br>• Non-invasive<br>• 100,000 safe treatments with no complications | • Can take up to 20 minutes<br>• Can require 2-3 treatments, but 1 is normally sufficient on grade I, II and Small III |

Page 21

DGJI00000789

# ECONOMIC AND INDUSTRY CONDITIONS

The professional development standards of our profession require an examination of the economic conditions generally, and specifically, as they might impact this company.   The following is a summary of the National Economic Report prepared by Key Value Data and approved for use in valuation reports.

**December 2015 National Economic Report: Summary**

The national economic picture was mixed in December, albeit with some strongly positive news. The growth of the Gross Domestic Product (GDP) remained tepid, edging down in the final estimate from 2.1% to 2.0%. Although this figure was higher than the originally estimated 1.5%, it still represented a sharp falloff from the second quarter's growth rate of 3.9%. More encouraging, following gains in October and November, U.S. job growth surged in December, with the U.S. Bureau of Labor Statistics reporting on January 8 that nonfarm payrolls grew by 292,000 on the month, and that job gains for October and November were revised upward by a total of 50,000 positions. In all, the nation added 2.65 million jobs in 2015, the second-best year for hiring since 1999. At the same time, BLS reported, after having fallen from 5.3% in July to 5.0% in October, the U.S. unemployment rate held at that level in November and again in December.

Still, concerns persist. Although growth in the U.S. national debt slowed early in 2015 and the budget deficit for Fiscal 2015 fell to a seven-year low, both Federal spending and taxation continued to hit new highs, and the budget deficit began trending upward again in the first quarter of the new fiscal year. In other areas, on the positive side, U.S. auto sales posted a strong December and, for all of 2015, set a new all-time high. Both new-home and existing-home sales were up, five major consumer confidence measures were all positive for the first time in several months, consumer prices remained moderate, and gasoline prices continued downward. On the negative side, stocks fell in December to post their worst annual performance since 2008, industrial production declined sharply, consumer spending was unchanged, and retail sales barely edged up, achieving their weakest annual gain since 2009.

**U.S. Economic Growth for Third Quarter Revised Downward**

After accelerating to a rate of 3.9% in the final estimate for the second quarter, U.S. economic growth braked in the third quarter, but by less than originally thought. According to the third estimate released by the U.S. Commerce Department on December 22, the Gross Domestic Product (GDP) increased at only a 2.0% clip for the third quarter. Though down sharply from the second quarter's rate and a downgrade from the 2.1% second estimate released on November 24, it was nevertheless an improvement from the initially estimated 1.5% growth rate. Previously, the economy grew by 0.6% in the first quarter of 2015 and by 2.2% in the fourth quarter of 2014.

CONFIDENTIAL

DGJI00000790

**Ultroid Marketing Development Corp.**

Prior to that quarter, the economy met or exceeded a growth rate of 3.5% for four of the past five quarters. For all of 2014, the economy grew by 2.4%, up from 2.2% in 2013.

**Job Gains Strong in December**
Following gains in October and November, U.S. job growth surged in December. Overall, the U.S. Bureau of Labor Statistics (BLS) reported on January 8, nonfarm payrolls grew by 292,000 in December. Simultaneously, BLS revised its job estimates for October and November upward by a combined 50,000 positions. In all, the nation added 2.65 million jobs in 2015, the second-best year for hiring since 1999. At the same time, BLS reported, after having fallen from 5.3% in July to 5.0% in October, the U.S. unemployment rate held at that level in November and again in December.

**Fed Raises Interest Rates for First Time in Almost a Decade**
The U.S. Federal Reserve in December raised interest rates for the first time in almost a decade. However, weak economic indicators since then have caused a growing number of analysts to question the wisdom of that decision.

**Budget Deficit Dips to Seven-Year Low**
After topping $1 trillion for four straight years, the Federal budget deficit fell sharply to $680.3 billion in Fiscal Year 2013 and to $483.0 billion in Fiscal 2014, then dipped further to $438.9 billion in Fiscal 2015, the latter of which ended on September 30, 2015, the U.S. Department of the Treasury said on October 15. However, the budget deficit began trending upward again in the first quarter of the new fiscal year.

**U.S. National Debt Jumps**
After rising to $18.141 trillion on December 31, 2014, the U.S. national debt slipped to $18.137 trillion on February 24, 2015, then rose thereafter to $18.936 trillion on January 26, 2016. The $18.936 trillion figure is 78.2% greater than the $10.625 trillion national debt that had existed on January 21, 2009.

**Federal Tax Revenues and Spending Again Set New Records**
The Federal government took in another new record of $3.25 trillion in taxes in Fiscal Year 2015, which ended on September 30, up by 7.5% from the $3.02 trillion in taxes collected during Fiscal Year 2014. At the same time, Federal spending hit another all-time record in FY 2015, coming in at an estimated $3.7 trillion vs. $3.5 trillion in FY 2014.

Page 23

## Ultroid Marketing Development Corp.

### Stocks Slip in December

After treading water in November, U.S. stocks fell back in December. The Dow-Jones Industrial Average sank from 17,719.92 on November 30 to 17,425.03 on December 31, a drop of 1.6%. Likewise, the S&P 500 declined from 2,080.41 on November 30 to 2,043.94 on December 31, a falloff of 1.7%. The Nasdaq fell from 5,108.67 on November 30 to 5,007.41 on December 31, a decline of 2.0%. Overall, U.S. stocks in 2015 had their worst annual performance since 2008, and subsequently began 2016 with a steep drop off in the first two weeks of the year.

### Industrial Production Declines Sharply

After experiencing its sharpest decline in a decade, U.S. industrial production fell for a third straight month in December, falling by 0.4%, according to Federal Reserve data.

### Productivity Growth for Third Quarter Lags, But Revised Upward

After falling by 1.1% during the first quarter of 2015 and rebounding by an upwardly revised 3.5% in the second quarter, growth in U.S. nonfarm productivity—or the level of employee output per hour—slowed to 2.2% in the July-to-September quarter, the U.S. Labor Department said in its second quarterly estimate, released on December 2. Despite the slowdown, the third-quarter rate was substantially improved from the initially reported growth rate of 1.6% announced on November 5.

### U.S. Auto Sales Post Strong December

Continuing the pattern of recent months, U.S. auto sales jumped by a strong 9% in December, reaching a seasonally adjusted annualized rate of 17.34 million vehicles, according to researcher Autodata Corp. Although the total was below expectations, it was enough to vault sales for the year to an all-time high of 17.47 million vehicles, breaking the record of 17.41 million vehicles set in 2000.

### Both New-Home and Existing-Home Sales Climb

New U.S. single-family home sales rose in December at the strongest pace in 10 months, surging by 10.8%, the U.S. Commerce Department reported on January 27. At the same time, contracts to buy previously owned homes rebounded in December from a 19-month low in November, climbing by a record 14.7%.

CONFIDENTIAL

DGJI00000792

**Ultroid Marketing Development Corp.**

**Consumer Confidence All Positive**

After several months of mixed readings, five major consumer-confidence indicators, including the Conference Board Consumer Confidence Index and the Thomson Reuters/ University of Michigan Index of Consumer Sentiment, were all up in December.

**Consumer Spending Unchanged in December**

After climbing by 0.3% in November, U.S. consumer spending was unchanged in December, the U.S. Commerce Department said on February 1.

**Retail Sales Weakest Since 2009**

After edging up by 0.1% in September and October and by an upwardly revised 0.4% in November, U.S. retail sales slipped at the forecast rate of 0.1% in December, the U.S. Department of Commerce reported on January 15. For all of 2015, retail sales climbed by a meager 2.1%, representing the smallest annual gain in the measure since 2009.

**Consumer Prices Fall by 0.1% in December**

On a seasonally adjusted basis, the U.S. Consumer Price Index (CPI) for all goods fell by 0.1% in December following an increase of 0.2% in October and after having remained flat in November. The index for all items less food and energy rose by 0.1% in December after climbing by 0.2% in each of October and November.

**Gasoline Prices Plunge in December**

After hitting $3.70 per gallon on June 23, 2014, the average retail price of a gallon of regular unleaded fuel in the United States began falling, dipping in November 2014 below the $3.00-a-gallon mark for first time in four years. Subsequently, prices plunged from $2.17 per gallon on October 26, 2015, to $1.97 per gallon on November 30—the first time that average U.S. retail gasoline prices had dipped below $2.00 per gallon in more than six years—and, further, to $1.93 per gallon on December 31.

Page 25

CONFIDENTIAL

# MEDICAL DEVICE INDUSTRY OVERVIEW

Our review of the industry is based, in part, on a report titled "How the Dynamics are Changing in the Medical Device Industry"[3] by Sarah Collins of Market Realist.[4]

The medical device industry is one of the biggest industries in healthcare. The last decade has seen an unprecedented growth in innovative and improved technologies. The United States medical device industry is the global leader with 45% of the global market and sales of about $136 billion in 2014. This segment of the market is expected to grow at a compound annual rate of 6.1% between 2014 and 2017.

**Geographic Segmentation**
The medical device industry consists of 7,000 companies in the U.S. that employ around 400,000 people directly and an estimated 2 million people indirectly. The industry is highly fragmented as most of the companies are small and medium-size enterprises. Europe and China represent the 2nd and 3rd largest medical device markets, respectively.

**Definition**
A medical device is "an article instrument, apparatus or machine that is used in the prevention, diagnosis or treatment of illness or disease, or for detecting, measuring, restoring, correcting or modifying the structure or function of the body for some health purpose."[5] Medical devices range from simple tongue depressors to complex programmable pacemakers and CT scanners.

**Key Players**
The top five companies in the U.S. medical devices industry in revenue are Johnson & Johnson, General Electric, Medtronic, Baxter International, and Cardinal Health. Collectively, these companies comprise two-thirds of the total U.S. market.

**Device Segmentation**
The U.S. Food and Drug Administration (FDA) categorizes over 1,700 specific types of medical devices covering 17 medical specialties. They major segments are orthopedic instruments,

---

[3] Marketrealist.com/2015/11/must-read-overview-medical-device-industry/
[4] Market Realist is an investment information technology company that is committed to providing unbiased, engaging, institutional-quality investment research and analytics. Its mission is to provide investment management information and research that is useful and accessible for both investment professionals and individual investors.
[5] Defined by the World Health Organization (WHO)

CONFIDENTIAL

**Ultroid Marketing Development Corp.**

surgical instruments, diagnostic apparatuses, stents and catheters, syringes and hypodermic needles, and blood transfusion land intravenous equipment.

**Value Chain**

The medical device industry is composed of companies that provide different types of products and services which determine their competitive positioning and differentiation in the market. The value chain components are:

- Research and development
  - Components manufacturing
    - Assembly
      - Distribution
        - Marketing and sales
          - Post-sales services

Buyers are:   Wholesale distributors
Hospitals
Doctors and nurses
Individual patients

UMDC's role in the value chain is "distribution" and "marketing and sales." Its buyers include wholesale distributors, hospitals, and doctors and nurses but not individual patients.

The medical device industry consists of a few big manufacturing companies that dominate the market and a large number of small players. Physicians have historically been the key influencers that impact medical device buying decisions. However, physicians increasingly prefer being employed by big hospitals and other healthcare organizations as opposed to owning individual practices. This shift is changing the manufacturer-buyer dynamics. Apart from physicians, entities such as hospital groups and payers like insurance companies and government agencies have also emerged as entities that directly or indirectly influence medical device buying decisions.

Consolidation, mainly driven by cost-containment measures to retain profit margins, has led to an increase in stakeholders involved in medical device buying decisions. As a result, group purchasing organizations (or GPOs), hospital financial organizations, and other similar entities are beginning to have greater influence over medical device buying decisions. These entities also consider financial impact analysis for making medical device purchase decisions. Thus, there has been a power shift to payers and purchasers in the medical device industry.

CONFIDENTIAL                                                                                     DGJI00000795



### Economic Environment

The state of an economy determines the expenditure potential and the willingness of consumers, which thus regulates demand. Though the medical device sector displays significant resilience towards changes in the economic environment due to the indispensable nature of healthcare services, economic factors do impact short-term demand substantially.

The 2009 economic crisis led to the weakening of the global economy. With rising unemployment, healthcare services utilization rates dropped, leading to a decrease in demand for medical devices. Also, exports declined due to the weakening global demand.

With the strengthening of the US economy, the US medical device sector witnessed a gradual revival in demand. Other factors such as the strength of the US dollar also impact the profit margins of medical device companies that have significant exposure to international markets.

### Regulatory Influence on Medical Device Companies

The US Food and Drug Administration's Center for Devices for Radiological Health (or USFDA/CDRH) regulates the medical device industry in the United States.

Page 28

# Ultroid Marketing Development Corp.

In 1961, the FDA gained authority to regulate clinical trials and related methodologies. Until the early 1960s, no premarket approval or review processes existed. In 1976, some important regulations related to risk-based device classifications, general and special controls, premarket notification, and premarket approval processes were established. The Safe Medical Devices Act (or SMDA) was also passed, which required healthcare facilities to report faulty medical devices to the FDA.



History of U.S. Medical Device Regulations

Market Realist

### Effect of Demographics

In the United States, the population over the age of 65 has increased by 18% from 2000 to 2011. Also, with the technological advancements and improvement in healthcare, there has been a steady increase in life expectancy rates over the years.

The aging world population along with an increase in life expectancy substantiates a sustained long-term demand and need for medical devices. Additionally, healthcare services for the elderly are government-subsidized. Thus, the age profile of the population determines the payer profile for the medical device sector, which in turn impacts the business margins. The increasing elderly population has led to higher demand for orthopedic and surgical instruments.

Page 29



**Reimbursement and Payment Models**

Healthcare payment systems in the U.S. are based on a fee-for-service model and consist of public payers such as Medicare and Medicaid as well as private third-party payers such as insurance companies. The Centers for Medicare and Medicaid Services (or CMS), which administers Medicare and Medicaid programs, provides payment coverage for the majority of devices after approval from the US Food and Drug Administration (or FDA).

Coverage, coding, and payment are essential elements to obtaining adequate reimbursement for a new medical device. It is challenging for a medical device company to fulfill both the CMS criteria for novelty and superiority of the product and FDA approval criteria for safety and efficacy.

CONFIDENTIAL   DGJI00000798

**Ultroid Marketing Development Corp.**

Reimbursement is an integral part of developing and marketing a medical device. Reimbursement strategy is imperative for acceptance and success of a device in the market. In the case of uncertainty of reimbursement for a particular device, securing funding becomes difficult. Also, whether a device is reimbursable or not and the cost of reimbursement are key factors that determine product demand and commercial success.

The Affordable Care Act (or ACA) enacted in 2010, which aims at a shift from fee-for-service to value-based models, has led to the emergence of some new payment models such as pay for performance, shared savings, and bundled payments. Medical device companies find it more difficult to market their products due to increased scrutiny, increased coverage by public payers, and CMS taking into account cost perspective while evaluating medical devices for coverage. Additionally, an excise tax of 2.3% on sales of all medical devices has also impacted the profitability of medical device companies.

**Competitive Landscape**
The medical device industry in the U.S. consists of a few big players and a large number of small and medium enterprises (or SMEs). As per the US Census Bureau, 80% of medical device companies employ less than 50 employees. Such an industry profile makes it a highly competitive sector across product lines and market segments.

**Emerging Markets**
As per the U.S. Department of Commerce, US medical device exports were worth $45 billion against the medical device industry's global market value of $340 billion in 2014. The US, Japan, and Europe are the largest markets but are largely saturated with annual growth rates of 3%-5%. Thus, developing countries provide potential markets for the US medical device companies to drive future growth.

CONFIDENTIAL

**Ultroid Marketing Development Corp.**



Emerging markets provide access to a large, underserved population growing at a steady pace. Increasing diseases, an aging population, enhanced health awareness, and rising income levels are primary drivers in these markets.

Brazil is one emerging market with tremendous opportunities for export. U.S. medical devices constitute 30% of the total medical devices imported into Brazil. China's medical device market has been growing at 20% annually since 2009 and is projected to reach over $48 billion by the end of 2015. US medical devices are highly valued and considered to be the most reliable in China, thus providing the potential for premium pricing. In India, the medical device industry was valued at $4.2 billion in 2014 and is projected to grow at a compound annual growth rate (or CAGR) of 16% from 2014-2018, according to a report published in 2015 by the Federation of the Indian Chambers of Commerce and Industry.

Different regulatory requirements in different countries put price pressures on medical device companies. Reduced reimbursement rates, price limits, and high tariffs established by some countries impact the sales potential of medical device products. The violation of intellectual property rights is one of the other factors that puts pressure on the economic feasibility of medical device companies exporting to other countries.

CONFIDENTIAL

DGJI00000800

**Ultroid Marketing Development Corp.**

# MEDICAL DEVICE INDUSTRY SURVEY

A survey of 4,400 medical device industry processionals conducted by Emergo[6] in 2015 made the following observations and conclusions:

- 82% of survey participants conveyed a positive outlook for their industry in 2016
- North American and Asian firm are more likely than European to hake an extremely positive outlook
- China and Brazil are perceived as more difficult markets to enter
- Nearly 60% of participants cited changing regulatory environments as their biggest challenge
- Asian markets are seen as have the highest growth potential

---

[6] http://www.emergogroup.com/resources/research/outlook-medical-device-industry

CONFIDENTIAL

DGJI00000801

**Ultroid Marketing Development Corp.**

# FINANCIAL STATEMENTS

## Balance Sheets

The company's balance sheets at the end of its last three fiscal years are shown below. Assets consist of cash and accounts receivable and, in 2015 an investment of $262,435 was consists of 5 million shares of HemCare received in exchange for products sold. Liabilities consist of an inter-company balance arising from the parent company's cash advances to cover UMDC's operating shortfall. All of the company's common stock is held by over 300 individuals.

**Ultroid Marketing Development Corp.**
**Balance Sheet**
**December 31**

|  | Nominal Balances | | | Common Size | | |
|---|---|---|---|---|---|---|
|  | 2013 | 2014 | 2015 | 2013 | 2014 | 2015 |
| Assets: |  |  |  |  |  |  |
| Cash | $ (279) | $ 17,491 | $ 49,147 | -1.0% | 39.4% | 14.4% |
| Accounts receivable | 29,348 | 26,867 | 30,222 | 101.0% | 60.6% | 8.8% |
| Investments | - | - | 262,435 | 0.0% | 0.0% | 76.8% |
| Total | 29,069 | 44,358 | 341,804 | 100.0% | 100.0% | 100.0% |
| Liabilities: |  |  |  |  |  |  |
| Due to related company | 324,819 | 637,122 | 843,327 | 1117.4% | 1436.3% | 246.7% |
| Equity: |  |  |  |  |  |  |
| Common stock | 200 | 200 | 200 | 0.7% | 0.5% | 0.1% |
| Earnings deficit | (295,950) | (592,964) | (501,723) | -1018.1% | -1336.8% | -146.8% |
| Total | $ 29,069 | $ 44,358 | $ 341,804 | 100.0% | 100.0% | 100.0% |

Accounts receivable at December 31, 2015 consisted of 11 accounts aged as follows:

| | |
|---|---|
| 30 days old or less | $15,885 |
| 31-60 days | $750 |
| 61-90 days | $750 |
| Over 90 days | $12,837 |
| Total | $30,222 |

CONFIDENTIAL

DGJI00000802

**Ultroid Marketing Development Corp.**

# Income Statements

The income statements for the years ended December 31, 2013 through 2015 are shown below. While gross sales and cost of sales were nearly the same in 2013 and 2014, the year 2015 produced a surge that resulted in triple the volume of sales. After operating expenses are taken into account, the Company had it first profitable year in 2015.

**Ultroid Marketing Development Corp.**
**Income Statement**
**Years Ended December 31**

| | Nominal Balances | | | Common Size | | |
|---|---|---|---|---|---|---|
| | 2013 | 2014 | 2015 | 2013 | 2014 | 2015 |
| Sales | $ 229,627 | $ 243,272 | $ 801,375 | 100.0% | 100.0% | 100.0% |
| Cost of sales | 97,302 | 100,707 | 270,000 | 42.4% | 41.4% | 33.7% |
| Gross profit | 132,325 | 142,565 | 531,375 | 57.6% | 58.6% | 66.3% |
| | | | | | | |
| Operating expenses: | | | | | | |
| Management fee | 420,000 | 420,000 | 420,000 | 182.9% | 172.6% | 52.4% |
| Discounts & marketing fees | 2,231 | 10,293 | 8,844 | 1.0% | 4.2% | 1.1% |
| Merchant account fees | 2,843 | 4,775 | 2,619 | 1.2% | 2.0% | 0.3% |
| Office supplies | 1,690 | 2,124 | 5,349 | 0.7% | 0.9% | 0.7% |
| Commissions | - | 1,300 | 1,475 | 0.0% | 0.5% | 0.2% |
| Bad debt expenses | 747 | 64 | - | 0.3% | 0.0% | 0.0% |
| Bank service charges | 563 | 414 | 1,645 | 0.2% | 0.2% | 0.2% |
| Licenses, taxes, & permits | 194 | 185 | 209 | 0.1% | 0.1% | 0.0% |
| Other | (4) | 424 | (7) | 0.0% | 0.2% | 0.0% |
| | 428,264 | 439,579 | 440,134 | 186.5% | 180.7% | 54.9% |
| | | | | | | |
| Net income | $ (295,939) | $ (297,014) | $ 91,241 | -128.9% | -122.1% | 11.4% |

# Normalization Adjustments

Normalization adjustments adjust the financial statements of a private company to show the prospective purchaser the return from normal operations of the business. Normalizing adjustments eliminate one-time gains or losses, unusual items, and non-operating assets. They are also made to normalize owner compensation and other discretionary expenses that would not otherwise exist. As shown below, we considered the following issues:

CONFIDENTIAL

# Ultroid Marketing Development Corp.

1. **Consideration of adjustment of management fees:** UMDC is charged a management fee of $35,000 per month by its parent company. This fee covers the cost of office space, equipment, compensation of officers and employees, payroll taxes and employee benefits. Management believes the management fee is a fair exchange for the costs incurred by the parent on its behalf.

2. **Consideration of adjustment of fixed assets:** A normalization adjustment is commonly made to a company's fixed assets to reflect their fair market value rather than their depreciated book value. In the case of UMDC, fixed assets are carried on the books of an affiliated company which is compensated for their use via a management fee. Consequently, we did not adjust fixed assets.

3. **Consideration of adjustment of compensation:** Since owner's compensation and other employment benefits are discretionary expenses, they are commonly removed from the income statement and replaced by an amount that reflects industry standards. As noted above however, compensation of officers and employees is accomplished by payment of a management fee to the company's parent. We concluded that a normalization adjustment with respect to compensation is not warranted.

4. **Consideration of adjustment of income taxes:** The Company's income statements do not reflect income taxes because it had net operating losses before 2015. However, since the year 2015 saw a tripling of sales that resulting in net income of $91,000, we adjusted income taxes to show the tax benefit of its prior-years' losses and the tax expense of its most recent year's profit.

The following page shows the Company's adjusted balance sheets and its adjusted income statements after reflecting our normalization adjustment with regards to income taxes.

CONFIDENTIAL

DGJI00000804

# Ultroid Marketing Development Corp.

## Adjusted Balance Sheet:

|  | 2013 | 2014 | 2015 |
|---|---|---|---|
| Assets: | | | |
| Cash | $ (279) | $ 17,491 | $ 49,147 |
| Accounts receivable | 29,348 | 26,867 | 30,222 |
| Investments | - | - | 262,435 |
| Total | 29,069 | 44,358 | 341,804 |
| | | | |
| Liabilities: | | | |
| Due to related company | 324,819 | 637,122 | 843,327 |
| **Income tax (benefit) payable** | **(103,579)** | **(207,534)** | **(175,599)** |
| Equity: | | | |
| Common stock | 200 | 200 | 200 |
| Retained earnings (deficit) | (192,371) | (385,430) | (326,124) |
| Total | $ 29,069 | $ 44,358 | $ 341,804 |

## Adjusted Income Statements

|  | 2013 | 2014 | 2015 |
|---|---|---|---|
| Sales | $ 229,627 | $ 243,272 | $ 801,375 |
| Cost of sales | 97,302 | 100,707 | 270,000 |
| Gross profit | 132,325 | 142,565 | 531,375 |
| | | | |
| Operating expenses: | | | |
| Management fee | 420,000 | 420,000 | 420,000 |
| Discounts & marketing fees | 2,231 | 10,293 | 8,844 |
| Merchant account fees | 2,843 | 4,775 | 2,619 |
| Office supplies | 1,690 | 2,124 | 5,349 |
| Commissions | - | 1,300 | 1,475 |
| Bad debt expenses | 747 | 64 | - |
| Bank service charges | 563 | 414 | 1,645 |
| Licenses, taxes, & permits | 194 | 185 | 209 |
| Other | (4) | 424 | (7) |
| | 428,264 | 439,579 | 440,134 |
| | | | |
| Net income before taxes | $ (295,939) | $ (297,014) | $ 91,241 |
| **Income tax benefit or (expense) @ 35%** | **103,579** | **103,955** | **(31,934)** |
| Net income | (192,360) | (193,059) | 59,307 |

Page 37

DGJI00000805

**Ultroid Marketing Development Corp.**

# Financial Projections - Summary

The primary drivers of the Company's financial projections are the following:

1. Number of units sold of each product
2. Cost per unit
3. Sales price per unit
4. Timing and amount of license fees
5. Operating expenses, including estimates of:
   a. Payroll costs including taxes and benefits
   b. Travel expenses
   c. Occupancy costs
   d. Regulatory and development costs
   e. Marketing costs
   f. Office supplies and miscellaneous expenses

**Ultroid Marketing Development Corp.**
**Projected Income Statements**

|  |  | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| Sales |  | $ 11,492,560 | $ 34,718,040 | $ 35,085,540 |
| Cost of sales |  | 851,200 | 2,425,600 | 3,497,200 |
| Gross profit |  | 10,641,360 | 32,292,440 | 31,588,340 |
|  |  |  |  |  |
| Operating expenses: |  |  |  |  |
| Commissions |  | 100,000 | - | - |
| Payroll Expenses |  | 925,766 | 1,270,774 | 1,615,782 |
| Travel Expense |  | 193,200 | 289,200 | 385,200 |
| Occupancy |  | 24,600 | 51,600 | 51,600 |
| Regulatory & Development |  | 180,000 | 180,000 | 180,000 |
| Marketing |  | 78,000 | 108,000 | 108,000 |
| Office Supplies |  | 12,000 | 12,000 | 12,000 |
| Miscellaneous |  | 12,000 | 12,000 | 12,000 |
| Total operating expenses |  | 1,525,566 | 1,923,574 | 2,364,582 |
|  |  |  |  |  |
| Income before income taxes | (EBITDA) | 9,115,794 | 30,368,866 | 29,223,758 |
|  |  |  |  |  |
| Income taxes @ 35% |  | 3,190,528 | 10,629,103 | 10,228,315 |
|  |  |  |  |  |
| Net income |  | $  5,925,266 | $ 19,739,763 | $ 18,995,443 |

Page 38

CONFIDENTIAL                                                                                     DGJI00000806

**Ultroid Marketing Development Corp.**

# Financial Projections – Ultroid® Machines

| Ultroid Machines: | | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| Projected unit sales: | Type | | | |
| Retail | Standard Unit | 40 | 40 | 40 |
| Wholesale | Standard Unit | 40 | 40 | 40 |
| Hong Kong | Standard Unit | 60 | 60 | 60 |
| Ultroid UK/EU | Standard Unit | 106 | 200 | 200 |
| India | Standard Unit | 120 | 200 | 200 |
| HemCare | Standard Unit | 70 | 100 | 100 |
| Total standard units | | 436 | 640 | 640 |
| | | | | |
| ASC | Ultroid 5000 | 50 | 200 | 300 |
| Hospitals | Ultroid 5000 | 50 | 200 | 200 |
| Total Ultroid 5000 units | | 100 | 400 | 500 |
| | | | | |
| Total projected unit sales | | 536 | 1,040 | 1,140 |
| | | | | |
| Projected sales prices: | | | | |
| Retail | Standard Unit | $ 4,995 | $ 4,995 | $ 4,995 |
| Wholesale | Standard Unit | $ 2,495 | $ 2,495 | $ 2,495 |
| ASC | Ultroid 5000 | $ 9,995 | $ 9,995 | $ 9,995 |
| Hospitals | Ultroid 5000 | $ 9,995 | $ 9,995 | $ 9,995 |
| Hong Kong | Standard Unit | $ 2,499 | $ 2,499 | $ 2,499 |
| Ultroid UK | Standard Unit | $ 2,495 | $ 2,495 | $ 2,495 |
| India | Standard Unit | $ 2,495 | $ 2,495 | $ 2,495 |
| HemCare | Standard Unit | $ 2,495 | $ 2,495 | $ 2,495 |
| | | | | |
| Projected sales: | | | | |
| Retail | Standard Unit | 199,800 | 199,800 | 199,800 |
| Wholesale | Standard Unit | 99,800 | 99,800 | 99,800 |
| ASC | Ultroid 5000 | 499,750 | 1,999,000 | 2,998,500 |
| Hospitals | Ultroid 5000 | 499,750 | 1,999,000 | 1,999,000 |
| Hong Kong | Standard Unit | 149,940 | 149,940 | 149,940 |
| Ultroid UK | Standard Unit | 264,470 | 499,000 | 499,000 |
| India | Standard Unit | 299,400 | 499,000 | 499,000 |
| HemCare | Standard Unit | 174,650 | 249,500 | 249,500 |
| Gross income from sale of Ultroid machines | | 2,187,560 | 5,695,040 | 6,694,540 |
| | | | | |
| Cost of sales @ $700 per unit | Standard Unit | 305,200 | 448,000 | 448,000 |
| Cost of sales @ $1,500 per unit | Ultroid 5000 | 150,000 | 600,000 | 750,000 |
| Total cost of sales of Ultroid machines | | 455,200 | 1,048,000 | 1,198,000 |
| | | | | |
| Gross profit on Ultroid machine sales | | $ 1,732,360 | $ 4,647,040 | $ 5,496,540 |

CONFIDENTIAL                                                                                       DGJI00000807

**Ultroid Marketing Development Corp.**

# Financial Projections – Ultroid® Probes

| Ultroid Probes: | | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Projected unit sales:** | **Type** | | | |
| Retail | Standard Unit | 10,000 | 26,000 | 42,000 |
| Wholesale | Standard Unit | 5,000 | 13,000 | 21,000 |
| Hong Kong | Standard Unit | 10,000 | 26,000 | 42,000 |
| Ultroid UK | Standard Unit | 5,000 | 13,000 | 21,000 |
| India | Standard Unit | 1,000 | 2,600 | 4,200 |
| HemCare | Standard Unit | 1,000 | 2,600 | 4,200 |
| Total standard probe units | | 32,000 | 83,200 | 134,400 |
| | | | | |
| ASC | Ultroid 5000 | 7,500 | 33,000 | 57,000 |
| Hospitals | Ultroid 5000 | 3,500 | 13,000 | 21,000 |
| Total Ultroid 5000 probe units | | 11,000 | 46,000 | 78,000 |
| | | | | |
| Total projected probe unit sales | | 43,000 | 129,200 | 212,400 |
| | | | | |
| **Projected sales prices:** | | | | |
| Retail | Standard Unit | $ 85.00 | $ 85.00 | $ 85.00 |
| Wholesale | Standard Unit | $ 55.00 | $ 55.00 | $ 55.00 |
| ASC | Ultroid 5000 | $ 200.00 | $ 200.00 | $ 200.00 |
| Hospitals | Ultroid 5000 | $ 200.00 | $ 200.00 | $ 200.00 |
| Hong Kong | Standard Unit | $ 45.00 | $ 45.00 | $ 45.00 |
| Ultroid UK | Standard Unit | $ 40.00 | $ 40.00 | $ 40.00 |
| India | Standard Unit | $ 40.00 | $ 40.00 | $ 40.00 |
| HemCare | Standard Unit | $ 40.00 | $ 40.00 | $ 40.00 |
| | | | | |
| **Projected sales:** | | | | |
| Retail | Standard Unit | 850,000 | 2,210,000 | 3,570,000 |
| Wholesale | Standard Unit | 275,000 | 715,000 | 1,155,000 |
| ASC | Ultroid 5000 | 1,500,000 | 6,600,000 | 11,400,000 |
| Hospitals | Ultroid 5000 | 700,000 | 2,600,000 | 4,200,000 |
| Hong Kong | Standard Unit | 450,000 | 1,170,000 | 1,890,000 |
| Ultroid UK | Standard Unit | 200,000 | 520,000 | 840,000 |
| India | Standard Unit | 40,000 | 104,000 | 168,000 |
| HemCare | Standard Unit | 40,000 | 104,000 | 168,000 |
| Gross income from sale of probes | | 4,055,000 | 14,023,000 | 23,391,000 |
| | | | | |
| Cost of sales @ $5.50 per unit | Standard Unit | 176,000 | 457,600 | 739,200 |
| Cost of sales @ $20.00 per unit | Ultroid 5000 | 220,000 | 920,000 | 1,560,000 |
| Total cost of sales of Ultroid probes | | 396,000 | 1,377,600 | 2,299,200 |
| | | | | |
| Gross profit on Ultroid probe sales | | $ 3,659,000 | $ 12,645,400 | $ 21,091,800 |

CONFIDENTIAL                                                                                          DGJI00000808

**Ultroid Marketing Development Corp.**

# Financial Projections – License Fees

| Ultroid License Fees: | | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| Private Label | 2nd Quarter | $ 250,000 | | |
| India | 4th Quarter | $ 5,000,000 | | |
| China | 1st Quarter | | $ 10,000,000 | |
| EU | 2nd Quarter | | $ 5,000,000 | |
| Brazil | 1st Quarter | | | $ 2,500,000 |
| Mexico | 1st Quarter | | | $ 2,500,000 |
| Total license fees | | $ 5,250,000 | $ 15,000,000 | $ 5,000,000 |

It is important to note that (a) the efficacy of the medical science supporting the Ultroid® products, and (b) the Company's ability to generate sales and licensing revenue in the times and volumes projected, is beyond the scope of our valuation considerations. We accept the science and we accept management's analysis of its costs and sales prospects. Accordingly, our valuation is conditioned on the following:

- Ultroid® products function as described to us.
- UMDC is the owner of the patents related to it.
- UMDC owns all the rights pertinent to manufacture, distribution, and licensing.
- Acceptance of the financial projections that were prepared by management based upon their understanding and knowledge of their products and the markets for them.

Page 41

DGJI00000809

**Ultroid Marketing Development Corp.**

# VALUATION METHODOLOGY

Our valuation of Ultroid® Marketing Development Corp. includes all three of the traditional approaches to value:

- Asset-based approach
- Income approach
- Market approach

The <u>Asset Approach</u> is defined as "a general way of determining a value indication of a business, business ownership interest, or security using one or more methods based on the value of the assets net of liabilities." Whereas both the income and market approaches focus on income statement activity, the asset approach primarily utilizes the company's balance sheet. The asset approach is often utilized when a company is no longer operating as a going concern, is planning to liquidate, or is in bankruptcy.

The <u>Income Approach</u> uses the historical and/or future cash flow stream generated by the company to determine its value.  Under the income approach, we apply an appropriate capitalization rate to either a single historical period or a weighted average of several historical periods to get a value estimate. We may also establish an appropriate discount rate and discount a future benefit stream of the subject company as forecasted by the company. This discounted approach assumes that the company is worth the present value of a series of income streams as determined by a multi-period forecast.

The <u>Market Approach</u> utilizes valuation multiples from publicly traded and privately held companies in the same, or similar, industry as the subject company.  We use publicly traded companies that are similar to the subject company and determine applicable multiples based on the current trading multiples of the comparable companies on one of the public stock exchanges. The other variation to this approach is to utilize previous sales of privately-held companies in the same, or similar, industry as the subject company. We apply the multiples from the previous transactions of comparable companies to the subject company to determine a value estimate.

The following outlines the methods used to determine our opinion of the value of the company as of January 31, 2015.

CONFIDENTIAL                                                                                          DGJI00000810

**Ultroid Marketing Development Corp.**

# Asset-Based Approach

The asset-based approach is defined in the International Glossary of Business Valuation Terms as "a general way of determining a value indication of a business, business ownership interest, or security using one or more methods based on the value of the assets net of liabilities."

Under this approach, the company's balance sheet, which is usually based on historical cost, is restated to reflect the fair market value of both its assets and liabilities.

The following shows the Company's balance sheet on a historical cost basis at December 31, 2015 after a normalization adjustment to reflect the income tax benefit arising from the Company's operating losses.

| Adjusted Balance Sheet: | 2015 |
|---|---|
| Assets: | |
| Cash | $ 49,147 |
| Accounts receivable | 30,222 |
| Investments | 262,435 |
| Total | 341,804 |
| | |
| Liabilities: | |
| Due to related company | 843,327 |
| **Income tax (benefit) expense** | **(175,599)** |
| Equity: | |
| Common stock | 200 |
| Retained earnings (deficit) | (326,124) |
| Total | $ 341,804 |

The value of the company's tangible and intangible assets is an integral part of its total value as determined by both the income approach and the market approach to value discussed below.

Page 43

DGJI00000811

**Ultroid Marketing Development Corp.**

# Income Approach

The income-based approach is defined in the International Glossary of Business Valuation Terms as "a general way of determining a value indication of a business, business ownership interest, security, or intangible asset using one or more methods that convert anticipated economic benefits into a present single amount."  In this approach, we consider the financial future of Ultroid® Marketing Development Corp. to determine its fair market value.

**Income Stream to be Capitalized**

The Company sells Ultroid® machines (an original standard model and a new Ultroid® 5000), Ultroid® probes, and license fees. The primary drivers of UMDC's cash flow projections include the following:

- Number of units sold of each product
- Cost per unit
- Sales price per unit
- Timing and amount of license fees
- Operating expenses

The proper level of income to be capitalized is the one which best measures the financial return to an investor in the stock of the Company.  In this case, we selected net cash flow available to stockholders.  This selection was made because net cash flow approximates the amount that could be paid out to stockholders, while still leaving enough cash in the Company to finance operations, replace fixed assets, and maintain an adequate level of working capital. Projected net cash flow to investors is as follows:

| | |
|---|---|
| 2016 | $ 5,925,266 |
| 2017 | $19,739,763 |
| 2018 | $18,995,443 |

**Developing the Discount and Capitalization Rates**

The rate used to discount net cash flows is the estimated rate of return available in the market on alternative investments with comparable risk.  Our estimate of the rate of return needed to induce a willing purchaser to buy is derived from market evidence and is a sum of the following components:

1. Risk-free rate:  This is the long-term Treasury Bond yield at the valuation date.  The U.S. Department of the Treasury Resource Center published the rate for 30-year Treasury bonds with a 20-year maturity at the valuation date of **2.38%.**

CONFIDENTIAL

DGJI00000812

2. Beta Adjusted Equity risk premium:  The equity risk premium is the extra return over the expected yield on risk-free securities that investors expect to receive from an investment in a diversified portfolio of stocks. The equity risk premium is necessary to compensate for the additional risk associated with non-Treasury securities. The Stern School of Business at New York University calculates the 2015 equity risk premium at **5.55%.**

Beta is a measure of the volatility of a security in comparison to the market as a whole. A Beta less than 1 can indicate that the industry is less volatile than the market.  A Beta higher than one indicates that the industry is more volatile than the market.  Betas are calculated by industry sector. The following shows the Beta of the related industry sectors as determined by The Stern School of Business at New York University:

| | |
|---|---|
| Healthcare products | 1.03 |
| Healthcare support services | 1.05 |
| Average | 1.04 |

The average beta for the industry sectors listed above is **1.04**. Therefore, the beta adjusted equity risk premium used in our valuation was **5.77%** (5.55% x 1.04).

3. Benchmark size premium:  This rate adjustment is added to reflect the additional risk inherent in small company stocks.  Duff & Phelps publishes the size premium for decile portfolios of the New York Stock Exchange and, since UMDC falls within the smallest-cap category, we selected the size premium for the 10th (smallest-cap) decile. The rate published in the 2014 Valuation Handbook (the latest available) was 20.85%.[7] However, in the current economic environment of very low interest rates, high employment, and market stability, we believe a benchmark size premium of **15%** is reasonable.

4. Company-specific risk premium (CSRP):  This rate adjustment compares the risk level of the Company with the Company's industry as a whole. While the information relied upon to develop the discount rate up to this point has been based on objective empirical data, the company specific risk premium is a matter of the valuator's professional judgment. An authoritative article by Timothy Meinhart in Insight states that "there is no generally accepted model, formula, equation, or method available for the valuation analyst to quantitatively measure the CSRP. The only "model" available to measure the CSRP is the valuation analyst's informed professional judgment, based on the valuation analyst's studied consideration of various generally recognized factors.[8]

---

[7] 2015 data will not be available until March 2016, after the date of this report.
[8] Estimating a Company Specific Risk Premium in the Cost of Capital for Ad Valorem Tax Valuation Purposes, Timothy J. Meinhart, Insight, Summer 2008

CONFIDENTIAL                                                                                   DGJI00000813

# Ultroid Marketing Development Corp.

As shown in the table below, the company-specific risk factors we considered included efficacy of patents, regulatory challenges, and management depth.

| Factor | Effect on Risk | Magnitude | Amount |
|---|---|---|---|
| Efficacy of patents | Increase | As noted in our discussion in the section titled "Patents," the company's patents are scored as valuable. | +2.00% |
| Regulatory challenges | Decrease | The Company's has met all the regulatory hurdles in the U.S. and several foreign countries and its products are approved for distribution. | -1.00% |
| Management depth | Increase | To achieve broad-based marketing success, the Company may need to significantly increase breadth and depth of its key managers. | +1.00% |
| TOTAL Company Specific Risk Premium | | | +2.00% |

**Summary of Discount and Capitalization Rates Buildup (e.g.; Cost of Capital)**

The cost of capital is defined as "the expected rate of return (discount rate) that the market requires in order to attract funds to a particular investment."[9]  To determine the cost of capital for UMDC, we utilized the buildup method as described above. "The buildup method is an additive model in which the return on assets is estimated as the sum of a risk-free rate and one or more risk premia.  Each premium represents the reward an investor receives for taking on a specific risk. The premiums are summed arithmetically to form an estimate of the cost of capital."[10]

---

[9] International Glossary of Business Valuation Terms
[10] Stocks, Bonds, Bills and Inflation: 2000 Yearbook, (Chicago: Ibbotson Associates, 2000 p.29.

Page 46

DGJI00000814

**Ultroid Marketing Development Corp.**

Our estimate of the cost of capital for UMDC is as follow:

| | |
|---|---|
| Risk-free rate | 2.38% |
| Beta adjusted equity risk premium | 5.77% |
| Benchmark size premium | 15.00% |
| Company specific risk premium | +2.00% |
| Discount rate | 21.15% |
| Long-term sustainable growth rate[11] | 0.00% |
| Capitalization rate | 21.15% |

The capitalization rate is the discount rate minus the assumed long-term sustainable growth rate. The annual income stream divided by the present value factor for the capitalization rate provides the present value of that income stream.

The terminal value is calculated by dividing the net cash flow to equity in the final year of the projection by the capitalization rate, then discounting that value by the present value factor of the final year of the projection to arrive at its present value. (See Appendix F for detailed calculations.)

**Calculation of Value**

| | Net Cash Flow to Equity | Present Value Factor @ 20% | Net Present Value |
|---|---|---|---|
| **2016** | $ 5,925,266 | 0.833333 | $ 4,937,720 |
| **2017** | $ 19,739,763 | 0.694444 | $ 13,708,160 |
| **2018** | $ 18,995,443 | 0.578704 | $ 10,992,739 |
| **Terminal value** | $ 94,977,214 | 0.578704 | $ 54,963,693 |
| **Total** | | | $ 84,602,312 |

---

[11] There is no long-term sustainable growth rate at this stage of the company's development.

Page 47

CONFIDENTIAL

DGJI00000815

# Ultroid Marketing Development Corp.

## Sensitivity Applied to Projection Period:

The table below summarizes the range of values derived from the Company's financial projections for the years 2016 thru 2018. The net present value of the base scenario (highlighted in yellow) is $84.6 million.

Higher values are derived when the cost of capital (i.e., capitalization rate) is lower than the base scenario rate of 20% and when the volume of business is greater than the base scenario rate.

Lower values are derived when the cost of capital is higher than the base scenario rate and when the volume of business is lower than the base scenario rate.

The center of the table highlighted in green shows the sensitivities of plus/minus 25% relative to volume and plus/minus 5% relative to cost of capital.

| Net Present Value of UMDC Financial Projections from 2016-2018 | | | | |
| --- | --- | --- | --- | --- |
| Cost of Capital | Base Volume Minus 50% | Base Volume Minus 25% | Base Scenario | Base Volume Plus 25% | Base Volume Plus 50% |
| 10% | 89,344,405 | 134,016,608 | 178,688,811 | 223,361,013 | 268,033,216 |
| 15% | 57,916,849 | 86,875,274 | 115,833,698 | 144,792,123 | 173,750,547 |
| Base = 20% | 42,301,156 | 63,451,734 | 84,602,312 | 105,752,890 | 126,903,468 |
| 25% | 33,000,997 | 49,501,496 | 66,001,994 | 82,502,493 | 99,002,992 |
| 30% | 26,847,575 | 40,271,363 | 53,695,150 | 67,118,938 | 80,542,726 |

CONFIDENTIAL

**Ultroid Marketing Development Corp.**

# Market Approach

**Guideline Publicly Traded Companies:**

Transactions on the New York Stock Exchange represent excellent examples of fair market value set by a willing buyer and willing seller. Its daily trading sets the value of a minority interest in a company, commonly referred to as a share of stock. When current transaction data such as this is available for a company, it is the clearest indicator of fair market value.

We performed an on-line search using SIC codes for guideline publicly traded companies that were comparable to Ultroid® Marketing Development Corp. However, since the company is significantly smaller than publicly traded companies in its field, we believe that no indication of value can be drawn from guideline publicly traded companies.

**Subject Company Stock Transaction:**

Previous sales of the Company's stock have occurred at negotiated values and, in our opinion, are not indicative of fair market value.

**Transaction Databases:**

When guideline publicly traded companies and recent sales of the subject's stock are not available, we turn to recent private transactions involving similar companies as these are strong indicators of value. Among the databases available for this purpose, we selected the Institute of Business Appraisers ("IBA") and BizComps. We searched for transactions involving companies to distribute medical equipment and medical supplies. Then we eliminated transactions that occurred before 2010, companies that deal in ambulatory equipment, and duplicates. This search provided a total of 30 transactions, as shown on the next page.

Among these transactions we note the following:
   a.  The average price to sales ratio is .59
   b.  The average price to earnings ratio is 2.26.

Applying the sales ratio of .59 to UMDC's 2015 sales of $801,375 yields a value of $472,811. Applying the earnings ratio of 2.26 to 2015 earnings of $59,307 yields a value of $134,034.

We conclude that the market approach to determining the fair market value of Ultroid® Marketing Development Corp. is not appropriate because the company is in a rapid-growth stage and static multiples are not an appropriate measure of value.

CONFIDENTIAL

## Ultroid Marketing Development Corp.

**Private Market Transactions**

| Source | Business Description | Revenue | SDE | Price | Price / Revenue | Price / SDE | St | Sale Date |
|--------|---------------------|---------|-----|-------|-----------------|-------------|-----|-----------|
| BizComps | Distr-Medical Supplies | 15,136 | 1,000 | 700 | 0.05 | 0.70 | FL | 6/4/2012 |
| IBA | Durable Medical Equipment | 3,868 | 874 | 2,000 | 0.52 | 2.29 | OH | 01/04/11 |
| IBA | Durable Medical Equipment | 2,486 | 418 | 695 | 0.28 | 1.66 | MI | 05/02/11 |
| BizComps | Sales/Serv-Medical Equip | 2,338 | 663 | 1,198 | 0.51 | 1.81 | GA | 6/10/2013 |
| IBA | Distributor of Healthcare Products | 2,323 | 210 | 675 | 0.29 | 3.21 | CO | 11/17/14 |
| IBA | Durable Medical Equipment | 2,286 | 402 | 1,100 | 0.48 | 2.74 | MA | 10/05/10 |
| IBA | Durable Medical Equipment | 1,987 | 307 | 575 | 0.29 | 1.87 | TX | 06/07/10 |
| BizComps | Sales/Serv-Medical Equip | 1,958 | 737 | 800 | 0.41 | 1.09 | TX | 8/31/2011 |
| BizComps | Distr-Medical Supplies | 1,762 | 736 | 1,470 | 0.83 | 2.00 | FL | 6/29/2012 |
| BizComps | Sales/Serv-Medical Equip | 1,702 | 480 | 1,149 | 0.68 | 2.39 | FL | 9/3/2010 |
| IBA | Medical Related Biz\|Medical Equipmer | 1,686 | 584 | 1,063 | 0.63 | 1.82 | FL | 01/12/10 |
| IBA | Durable Medical Equipment | 1,183 | 251 | 785 | 0.66 | 3.13 | CA | 01/28/10 |
| IBA | Medical Supply Dist. | 971 | 473 | 1,550 | 1.60 | 3.28 | PA | 06/21/10 |
| BizComps | Distr-Medical Equipment | 892 | 271 | 580 | 0.65 | 2.14 | FL | 11/30/2011 |
| IBA | Durable Medical Equipment | 884 | 252 | 750 | 0.85 | 2.98 | NJ | 04/01/10 |
| IBA | Medical Related Biz\|Medical Equipmer | 848 | 224 | 650 | 0.77 | 2.91 | FL | 02/26/10 |
| BizComps | Distr-Medical Supplies | 828 | 189 | 785 | 0.95 | 4.15 | FL | 8/23/2010 |
| BizComps | Sales/Serv-Medical Equip | 701 | 75 | 310 | 0.44 | 4.13 | FL | 10/12/2011 |
| BizComps | Distr-Medical Supplies | 592 | 109 | 125 | 0.21 | 1.15 | CA | 10/27/2014 |
| BizComps | Distr-Medical Equipment | 520 | 85 | 155 | 0.30 | 1.82 | | 2/17/2011 |
| BizComps | Distr-Medical Supplies | 445 | 191 | 275 | 0.62 | 1.44 | FL | 5/31/2013 |
| BizComps | Sales/Serv-Medical Equip | 423 | 115 | 500 | 1.18 | 4.35 | GA | 12/30/2011 |
| BizComps | Distr-Medical Supplies | 350 | 62 | 85 | 0.24 | 1.37 | TN | 12/31/2010 |
| IBA | Medical Related Biz\|Medical Equipmer | 320 | 61 | 155 | 0.48 | 2.56 | FL | 01/08/10 |
| BizComps | Distr-Medical Supplies | 320 | 92 | 200 | 0.63 | 2.17 | FL | 11/30/2012 |
| BizComps | Distr-Medical Equipment | 303 | 64 | 150 | 0.50 | 2.34 | FL | 2/10/2010 |
| BizComps | Sales/Serv-Medical Equip | 298 | 162 | 465 | 1.56 | 2.87 | FL | 4/19/2011 |
| BizComps | Distr-Medical Supplies | 232 | 60 | 80 | 0.34 | 1.33 | FL | 2/15/2011 |
| BizComps | Distr-Medical Equipment | 208 | 74 | 124 | 0.60 | 1.68 | FL | 5/30/2010 |
| IBA | Medical Related Biz\|Medical Equipmer | 207 | 110 | 55 | 0.26 | 0.50 | FL | 02/11/10 |
| **AVERAGE** | **30 TRANSACTIONS** | | | | **0.59** | **2.26** | | |

Note:  SDE is Seller's Discretionary Income.

CONFIDENTIAL

**Ultroid Marketing Development Corp.**

# PATENT ANALYSIS

This section is organized as follows:

1. A description of the patent with references.
2. A description of competing technologies.
3. An approach an investor might take in examining this patent as it relates to patents in the same general category.
4. A statistical assessment of the patent as it relates to other patent that are:   a) specifically related to the subject patent and b) generally related to the subject patent.

In this section, we examine three patents owned by Vascular Technologies and one trademark owned by the company.  The patents deal with a device and method of treating hemorrhoids.

## Analyst's Comments

Patents, by definition, are unique.   Accordingly, we use direct and indirect methods of documenting value.  Other portions of this valuation report examined direct approaches as seen in the Market, Income and Asset sections.   This portion of the valuation focuses on indirect methods, which examines patents that are "somewhat like or similar" to the subject patent.

We use the viewpoint of a dispassionate, arm's length investor who has an interest in the concept but wants to examine whether this patent – in a large field of related patents – has independent, intrinsic value irrespective of the history of the company owning the patent, the prior sales of the patented product or disposables, royalties or other sources of income from the intellectual property.

For purposes of this report, we segmented the intellectual properties as:

| | |
|---|---|
| Patent A: | Probes for current therapy of tissue |
| Patent B: | Preventing reuse of medical instruments |
| Patent C: | Prevention of reuse of medical equipment |
| Word Mark | Vascular Technologies and, by reference, the Ultroid image |

CONFIDENTIAL                                                                                      DGJI00000819

**Ultroid Marketing Development Corp.**

# Description of Patents

| Patent A: Probes | |
|---|---|
| **Applicant/Client Name** | Vascular Technologies |
| **Patent Name** | Probes for Electrical Current Therapy of Tissue, and Methods of Using Same |
| **Published Number** | EP 1848503 A2 (text from WO2006088943A2) |
| **Publication Date** | October 31, 2007 |
| **Priority Date** | February 14, 2005 |
| **Also Published as** | CA2597892A1, CA2597892C, EP1848503A4, US8131380, US20080208188, WO2006088943A2, WO2006088943A3 |
| **Inventors** | Michael Cao, Ronald Newton |
| **Export Citation** | BibTeX, EndNote, RefMan |
| **Patent Citations** | None |
| **Non Patent Citations** | None |
| **Reference by** | WO2006088943A2 |
| **External Links** | Espacenet, EP Register |
| **Agent** | Woodrow Pollack, Holland & Knight LLP, Post Office Box 1288 Tampa, FL 33601-1288 |

CONFIDENTIAL
DGJI00000820

**Ultroid Marketing Development Corp.**

## Patent B - Preventing Reuse of Medical Instruments

| | |
|---|---|
| **Applicant/Client Name** | Vascular Technologies |
| **Patent Name** | Medical ultrasonic doppler apparatus; oxygen monitor; medical instruments for disecting tissue |
| **Published Number** | EP2187828 A1 (text from WO02009035886A1) |
| **Publication Date** | May 26, 2010 |
| **Priority Date** | September 27, 2007 |
| **Also Published as** | CA2699508 A1, EP2187828 A1, EP21878284 A4, US20090065564 |
| **Inventors** | Michael Cao |
| **Export Citation** | BiBTeX, EndNote, RefMan |

**Patent Citations**

| Cited Patent | Filing date | Publication date | Applicant | Title |
|---|---|---|---|---|
| WO2004094543A2 * | 14-Feb-06 | 24-Aug-06 | Vascular Tech Inc | Probes for electrical current therapy of tissue, and methods of using same |
| US8093576 * | 11-Sep-00 | 29-Jul-03 | Transurgical, Inc. | Occlusion of tubular anatomical structures by energy application |
| US2004019774 * | 12-Nov-03 | 3-Jun-04 | Kotik Mark M. | Identification band with adhesively attached coupling elements |
| US2006018211 * | 17-Jun-04 | 20-Jul-06 | Checkpoint Systems, Inc. | Multiple frequency detection system |
| US2008023950 * | 10-Apr-06 | 12-Oct-06 | Ronald Newton | Instrument and Methods for Electrical Current Treatment of Tissues and Methods for Monitoring the Same |
| US2010094340 * | 22-May-06 | 19-Apr-07 | Stryker GI, Ltd | Tracking of disposable components |

| | |
|---|---|
| **Non Patent Citations** | None |

**Reference by**

| Citing Patent | Filing date | Publication date | Applicant | Title |
|---|---|---|---|---|
| WO2010087831A1 * | 29-Dec-10 | 3-May-12 | Thermaltherapeutic Systems, Inc. | Fuse link system for disposable component |
| WO2013086184A1 * | 16-Mar-13 | 7-Nov-13 | Covidien Lp | External reader for device management |
| US8272554 | 2-May-12 | 8-Dec-15 | Covidien Lp | External reader for device management |

| | |
|---|---|
| **External Links** | PatentScope, Espacenet |
| **Agent** | Woodrow Pollack, Holland & Knight LLP, Post Office Box 1288 Tampa, FL 33601-1288 |

Page 53

DGJI00000821

# Ultroid Marketing Development Corp.

## Patent C:  Treatment Using Negative Galvanism

| | |
|---|---|
| **Applicant/Client Name/Assignees** | Vascular Technologies |
| **Patent Name** | Method, Apparatus, and System for Treatment of Hemorrhoidal Disease Using Negative Galvanism |
| **Published Number** | 20120029602 A1 |
| **Publication Date** | February 2, 2012 |
| **Priority Date** | July 27, 2010 |
| **Also Published as** | None |
| **Inventors** | Michael Knox, Michael Wodstrchill |
| **Export Citation** | BibTeX, EndNote, RefMan |
| **Patent Citations** | |
| **Non Patent Citations** | None |
| **Reference by** | None |
| **External Links** | None |
| **Agent** | Woodrow Pollack, Holland & Knight LLP, Post Office Box 1288 Tampa, FL 33601-1288 |

| Cited Patent | Filing date | Publication date | Applicant | Title |
|---|---|---|---|---|
| US4227533 * | Apr 2, 1979 | Oct 14, 1980 | Bio-Tronics, Inc. | Proctologic d therapeutic tr hemorrhoids |
| US20040133197 * | Sep 29, 2003 | Jul 8, 2004 | Caron Medical, Inc. | Systems and treating dysfu intestines and |
| US20060293204 * | May 12, 2008 | Nov 13, 2008 | Raffaele Salfi | System and M Treating Hem |
| US20120030346 * | | Jan 5, 2012 | Wolfgang Neuberger | System and M Treating Hem |

CONFIDENTIAL

DGJI00000822

**Ultroid Marketing Development Corp.**

| Word Mark:  Vascular Technology and Ultroid Image | |
|---|---|
| **Applicant/Client Name/Owner** | Vascular Technologies |
| **Patent Name** | Probes for Electrical Current Therapy of Tissue, and Methods of Using Same |
| **Serial Number** | 77555020 |
| **First Use** | Feb. 25, 1985 |

# Alternative Technology Compared

The two primary methods of hemorrhoid treatment are Ultroid, which uses a low-voltage instrument, and Rubber Band Ligation.  The effectiveness of the two treatment methods is discussed in a medical journal article as follows:

> <u>*Acta Medica Iranica*</u> *2010. 0(No. 6):389-393.*
>
> *Comparison between Ultroid and Rubber Band Ligation in Treatment of Internal Hemorrhoids*
> *Rasoul Azizi, Behzad Rabani-Karizi, Mohammad Ali Taghipour*

*<u>ABSTRACT:</u> Hemorrhoid is one of the most common surgical diseases and different methods are available for its treatment. This study is a comparison between two methods of treatment of internal hemorrhoid, Monopolar low voltage instrument (Ultroid) and Rubber Band Ligation. This method has been carried out prospectively in which 50 patients who were treated with rubber band ligation and 50 patients with Ultroid were compared according to the incidence of complications, post-operative pain and treatment response. According to this study, the complete success rate with Ultroid was 82% and partial success rate was 10% and no response to treatment was seen in 8%. In the Rubber Band Ligation method, the complete success rate was 94% (P=0.2). With Ultroid, 74% of patient reported no postoperative pain, 24% reported mild and moderate pain and 2% of patients complained of severe pain. With Rubber Band Ligation, 72% of patients reported no post-operative pain, 26% reported mild and moderate pain and 1% complained of severe pain (P=0.00). Rubber Band Ligation and Ultroid are both considered as outpatient procedures for treatment of hemorrhoids. Both methods are mostly used for grade 1, 2 and sometimes grade 3 hemorrhoids. In the Ultroid method the operator is required to hold the probe for a period of time and, in most cases, the surgeon should spend between 20-25 minutes for the coagulation of three piles. Some surgeons do not have patience for this modality of internal hemorrhoid treatment. In this study we achieved acceptable results comparable with those of other techniques.*

CONFIDENTIAL

DGJI00000823

## Ultroid Marketing Development Corp.

*Analyst's Comments*

We rely upon outside experts, such as this report, to provide information about the treatment options.

We hold the opinion that the authors' exceeded the scope of study with gratuitous commentary relating to the time needed for the two procedures in that there is no data on the time needed for procedures needed in treating each of the four grades of hemorrhoids.

This treatment is filed with the US Patent Office as "Elastic Band Ligation Device and Method for Treatment of Hemorrhoids," which was sold under the branding of the "O'Regan System." The patent is owned by CRH Medical Corporation, a publicly held company based in Vancouver, BC and traded on the Canadian exchange. The application was filed on October 16, 2008.

At that time, the company pursed two business strategies:

- Sale of disposable, single-use hemorrhoid technology to physicians.
- Operating Centers for Colorectal Health facilities in the United States.

Financial results[12] are:

| Year | Product Sales | Anesthesia Sales | Total Sales |
|------|--------------:|-----------------:|------------:|
| 2008 | $ 615,079 | $ - | $ 615,079 |
| 2009 | $ 1,864,728 | $ - | $ 1,864,728 |
| 2010 | $ 3,645,118 | $ - | $ 3,645,118 |
| 2011 | $ 5,533,433 | $ - | $ 5,533,433 |
| 2012 | $ 6,848,643 | $ - | $ 6,848,643 |
| 2013 | $ 7,682,628 | $ 37,128,967 | $ 44,811,595 |
| 2014 | $ 8,598,987 | $ 34,520,315 | $ 43,119,302 |
| 2015 | $ 9,259,484 | $ 33,555,115 | $ 42,814,599 |

At some point, the development of stand-alone operating centers appears to be abandoned but was not the subject of financial disclosure.

Additionally, the firm expanded the anesthesia services:

- In March 2015, the firm announced the sale of 7 million shares of the company, to a syndicate of underwriters, raising $23.8 million in cash.
- In August 2015, the firm purchased Associates of Digestive Health with announced anticipated revenues of $3 million annually. The purchase price was not disclosed.

---

[12]  2015 results are based on Quarter 3 data annualized.  2015 result have not been reported as of the date of this report.

Page 56

- In September 2015, the firm purchased Knoxville Gastroenterology Anesthesia Associates with announced anticipated revenues of $6.5 million annually.  The purchase price was not disclosed.
- In December 2015, the firm purchased Macon Gastroenterology Anesthesia Association with announced anticipated revenues of $3.5 million annually.  The purchase price was not disclosed.
- In January 2016, the firm purchased Johns Creek Anesthesia with announced anticipated revenues of $1.3 million.  The purchase price was not disclosed.

Market capitalization of the CRH Medical, as of the date of this report, was $254.91 million.  Generally speaking, the stock price was around $1 (more or less) from 2008 through to Quarter 3 of 2014.  Since then, it has been trading in the $3 to $5 per share price.  Here's an active link to the stock chart:
http://www.google.com/finance?chdnp=1&chdd=1&chds=1&chdv=1&chvs=maximized&chdeh=0&chfdeh=0&chdet=1456742800J00&chddm=371450&chls=IntervalBasedLine&q=TSE:CRH&&fct=big&ei=yo_EVi2kBtC1mAGGka-ABA.

Product sales are illustrated as follows:



Change in sales growth illustrated is:



CONFIDENTIAL

**Ultroid Marketing Development Corp.**

# An Investor's Approach

In this discussion, we assume the role of an independent investor who has an interest in the general area but no specific commitment to any of the alternative methods.

Google's patent search engine lists 91,000 internet sources of information on devices or methods of preventing or restricting the reuse of medical equipment.  The Vascular Technologies patent is the first four in Google search related to the patent that is the subject of this section.  This means it is relatively unique in Google Patents on this subject.

*Indirect Method – Citations as an Indicator of Value*
Cluster Analysis

Cluster analysis is a means of identifying direct and indirect patent citations. This identification tool allows individual examination and selection of patents for comparison.

AmerCite is a company that provides a scoring tool that ranks patents.  The scoring tool is AmerScore.  It shows that a:

- High numbers of citation links within clusters of interconnected patents are an indicator high inventive activity (and hence likely economic value).
- High numbers of forward, and in particular recent forward citations, suggest that the patent in an important patent in this field;
- That 1 is an average score.

We selected the top 87 relevant patents in this field for review.

The scores of these patents ranged from .001 to 23.15.[13]  Vascular Technologies' score was .31, putting it in the lower one-third of similar or related patents.

We do not regard this scoring as indicative of value.

From this analysis, we formed the following professional opinions:

- The Patent Analysis Approach to value is less indicative of value than the Income Approach.
- A direct competitor is highly successful in this market with growth rates exceeding 1,000% in one year.

---

[13]  Data on this research is detailed and available upon request.

CONFIDENTIAL                                                                                                    DGJI00000826

**Ultroid Marketing Development Corp.**

Nothing came to our attention during our review and analysis of the Company's patents, alternative technologies, and citation analysis that would cause us to modify our view that the Income Approach is the best basis upon which to establish the value of UMDC.

# CONCLUSION OF VALUE

<u>**Final conclusion of Value of Ultroid® Marketing Development Corp. at January 31, 2016 is $84 million.**</u>

Page 59

CONFIDENTIAL

**Ultroid Marketing Development Corp.**

# APPENDICES

## Appendix A - Valuation Analyst's Representations

The analyses, opinions, and conclusion of value included in the valuation report are subject to the specified assumptions and limiting conditions (see Appendix B), and they are the personal analyses, opinions, and conclusion of value of the valuation analyst.

The economic and industry data included in the valuation report were obtained from various printed or electronic reference sources that the valuation analyst believes to be reliable. The valuation analyst has not performed any corroborating procedures to substantiate that data.

The valuation engagement was performed in accordance with the National Association of Certified Valuators and Analysts (NACVA) reporting standards.

The parties for which the information and use of the valuation report is restricted are identified; the valuation report is not intended to be and should not be used by anyone other than such parties.

The analyst's compensation is fee-based and is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the estimate of value or the attainment of a stipulated result.

The valuation analyst did not use the work of one or more outside specialists to assist during the valuation engagement.

The valuation analyst has no obligation to update the report or the opinion of value for information that comes to his attention after the date of the report.

CONFIDENTIAL

DGJI00000828

**Ultroid Marketing Development Corp.**

# Appendix B - Limiting Conditions

1. The calculation of value arrived at herein is valid only for the stated purpose as of the date of the valuation.

2. Financial statements and other related information provided by the Company or its representatives, in the course of this engagement, have been accepted without any verification as fully and correctly reflecting the enterprise's business conditions and operating results for the respective periods, except as specifically noted herein.  Business Value Center, Inc. has not audited, reviewed, or compiled the financial information provided and, accordingly, we express no audit opinion or any other form of assurance on this information.

3. Public information and industry and statistical information have been obtained from sources we believe to be reliable.  However, we make no representation as to the accuracy or completeness of such information and have performed no procedures to corroborate it.

4. We do not provide assurance on the possibility of the results forecasted by the Company because events and circumstances frequently do not occur as expected; differences between actual and expected results may be material; and achievement of the forecasted results is dependent on actions, plans, and assumptions of management.

5. The calculation of value arrived at herein is based on the assumption that the current level of management expertise and effectiveness would continue to be maintained, and that the character and integrity of the enterprise through any sale, reorganization, exchange, or diminution of the owners' participation would not be materially or significantly changed.

6. This report and the calculation of value arrived at herein are for the exclusive use of the Company for the sole and specific purposes as noted herein.  It may not be used for any other purpose or by any other party for any purpose.  Furthermore, the report and calculation of value are not intended by the author and should not be construed by the reader to be investment advice in any manner whatsoever.  The calculation of value represents the considered opinion of Business Value Center, Inc., based on information furnished by the Company and other sources.

CONFIDENTIAL

DGJI00000829

**Ultroid Marketing Development Corp.**

7. Neither all nor any part of the contents of this report (especially the calculation of value, the identity of any valuation specialist(s), or the firm with which such valuation specialists are connected or any reference to any of their professional designations) should be disseminated to the public through advertising media, public relations, news media, sales media, mail, direct transmittal, or any other means of communication without the prior written consent and approval of Business Value Center, Inc.

8. Future services regarding the subject matter of this report, including, but not limited to testimony or attendance in court, shall not be required of Business Value Center, Inc. unless previous arrangements are been made in writing.

9. Business Value Center, Inc. is not an environmental consultant or auditor, and it takes no responsibility for any actual or potential environmental liabilities.  Any person entitled to rely on this report, wishing to know whether such liabilities exist, or the scope and their effect on the value of the property, is encouraged to obtain a professional environmental assessment.  Business Value Center, Inc. does not conduct or provide environmental assessments and has not performed one for the subject property.

10. Business Value Center, Inc. does not consist of scientists and has no training or expertise in the sciences.  We accept the science and focus on value.

11. Business Value Center, Inc. has not determined independently whether the Company is subject to any present or future liability relating to environmental matters nor the scope of any such liabilities.  Business Value Center, Inc.'s valuation takes no such liabilities into account.

12. Business Value Center, Inc. has not made a specific compliance survey or analysis of the subject property to determine whether it is subject to, or in compliance with, the American Disabilities Act of 1990, and this valuation does not consider the effect, if any, of noncompliance.

13. No change of any item in this appraisal report shall be made by anyone other than Business Value Center, Inc., and we shall have no responsibility for any such unauthorized change.

14. Unless otherwise stated, no effort has been made to determine the possible effect, if any, on the subject business due to future federal, state, or local legislation, including any environmental or ecological matters or interpretations thereof.

CONFIDENTIAL                                                                                              DGJI00000830

**Ultroid Marketing Development Corp.**

15. If prospective financial information approved by management has been used in our work, we have not examined or compiled the prospective financial information and therefore, do not express an audit opinion or any other form of assurance on the prospective financial information or the related assumptions. Events and circumstances frequently do not occur as expected and there will usually be differences between prospective financial information and actual results, and those differences may be material.

16. We have conducted interviews with the current management of the Company concerning the past, present, and prospective operating results of the company.

17. Except as noted, we have relied on the representations of the owners, management, and other third parties concerning the value and useful condition of all equipment, real estate, investments used in the business, and any other assets or liabilities, except as specifically stated to the contrary in this report. We have not attempted to confirm whether or not all assets of the business are free and clear of liens and encumbrances or that the entity has good title to all assets.

CONFIDENTIAL

DGJI00000831

## Ultroid Marketing Development Corp.

# Appendix C:  Qualifications of Analysts

*Harry Haigley, Certified Valuation Analyst*

**CREDENTIALS**

Harry Haigley is a valuation analyst certified by the National Association of Certified Valuators and Analysts (NACVA):  http://www.nacva.com.  He observes and adheres to the professional standards and ethics of this organization.

He is a member of Business Brokers of Florida: http://bbfmls.com.  He observes and adheres to the professional standards and ethics of this organization.

Business brokers in Florida are required to hold a Florida real estate license.  He holds this license: http://www.myfloridalicense.com/dbpr/re/frec.html.    He  observes  and  adheres  to  the professional standards and ethics of this profession.

**EXPERIENCE**

He has performed more than 400 written and oral valuations encompassing many industries.

He is experienced in the purchase or sale of privately owned businesses.

He created and maintains a privately owned database of more than 25,000 privately owned businesses that have been sold in recent years; the majority located in Florida. He has access to data on businesses currently for sale in Florida, in the United States and internationally.

He  served  as  a  senior  executive  with  Kemper  Financial,  the  Federal  National  Mortgage Association, Arthur Andersen & Co. and other national and international companies.

He  provided  marketing  consulting  services  to  banks  including  Bank  of  America,  Wachovia, BancOne and others.

He created and owned a successful management consulting company providing advisory services to privately owned businesses.

**EDUCATION**

He holds an MBA from the University of Chicago's Booth Graduate School of Business.  He holds a BA from the University of South Florida.

A full profile can be found at: http://www.linkedin.com/profile/view?id=1601998&trk=tab_pro.

Page 64

DGJI00000832

## Ultroid Marketing Development Corp.

*Dick Ayotte, Certified Valuation Analyst*

**CREDENTIALS**

Dick Ayotte is a valuation analyst certified by the National Association of Certified Valuators and Analysts (NACVA): http://www.nacva.com.    He observes and adheres to the professional standards and ethics of the National Association of Certified Valuation Analysts and the American Institute of Certified Public Accountants.  He is a member of both organizations.

**EXPERIENCE**

Dick joined Business Value Center, Inc. in 2013 and has participated in a number of corporate valuations and business consulting assignments.

He has spent his professional career providing a variety of financial consulting services to corporate clients.  In addition, he is the author and publisher of 27 annual editions of ***Bankers Guide to Third-Party Retail Investment Programs*** and 7 biennial editions of comprehensive national research titled ***National Survey of Bank Retail Investment Services***.

Most of his professional career involved strategic assessments and management consulting services for corporate clients as well as advice and counsel on corporate buy/sell opportunities and analysis and pricing of mergers and acquisitions.

The following is a chronological list of his professional career:

- 1971-78:     Certified Public Accountant with Deloitte & Touche, Boston and Tampa
- 1978-82:     SrVP of Finance at Coast Federal Savings and Loan Assn., Sarasota, FL
- 1982-87:     SrVPresident and CFO at Invest Financial Corp., the nation's first bank
                -owned securities brokerage firm developed specifically to provide
                investment products and services to customers of banking institutions.
- 1987-2013:   Founder and CEO of American Brokerage Consultants, St. Petersburg, FL
- 2013-        Valuation Analyst with Business Value Center, Inc., Tampa, FL

**EDUCATION**

He holds a Bachelor of Science Degree with a major in accounting from Thomas College in Waterville, Maine.  He is an "inactive" CPA with certificates from Florida and New Hampshire.

Page 65

**Ultroid Marketing Development Corp.**

# Appendix D – International Certifications & Approvals

| NATION | (Column A) DISTRIBUTION AGREEMENTS EXECUTED | (Column B) DIRECT GOVERNMENT APPROVAL | (Column C) DISTRIBUTORS WITH GOVT APPROVAL | (Column D) DISTRIBUTION AGREEMENTS NOW IN NEGOTIATION |
|---|---|---|---|---|
| United States | X | X | | |
| Canada | X | X | | |
| Mexico | X | X | | Brazil |
| Puerto Rico | X | X | | Columbia |
| Dominican Republic | X | X | | Venezuela |
| Trinidad & Tobago | X | X | | Chile |
| Panama | X | X | | Costa Rico |
| United Kingdom | X | X | | Cuba |
| Ireland | X | X | | Hungary |
| Spain | X | | X | Uzbekistan |
| Italy | X | | X | Ukraine |
| France | X | | X | Romania |
| Germany | X | | X | Georgia |
| Austria | X | | X | Greece |
| Belgium | X | | X | Israel |
| Portugal | X | | X | Jordan |
| Switzerland | X | | X | U.A.E. |
| Poland | X | | X | Lebanon |
| Denmark | X | | X | Sudan |
| Finland | X | | X | Morocco |
| Sweden | X | | X | Oman |
| Norway | X | | X | South Africa |
| Slovenia | X | X | | Angola |
| Netherlands | X | | X | China |
| Turkey | X | X | | Indonesia |
| Greece | X | X | | Singapore |
| Russia | X | X | | Pakistan |
| Saudi Arabia | X | X | | Bangladesh |
| Egypt | X | X | | Malaysia |
| Iran | X | X | | Myanmar |
| Iraq | X | X | | Cameroon |
| Kuwait | X | X | | |
| Qatar | X | X | | |
| Nigeria | X | X | | |
| India | X | X | | |
| Sri Lanka | X | X | | |
| Thailand | X | X | | |
| South Korea | X | X | | |
| Japan | X | | X | |
| Vietnam | X | X | | |
| Philippines | X | X | | |
| Australia | X | X | | |

CONFIDENTIAL

DGJI00000834

**Ultroid Marketing Development Corp.**

# Appendix E - Sources of Information

- Historical financial statement provided by the Company

- Financial projections prepared by the Company

- Company website

- Interviews with management

- Vascular Technologies, Inc., Executive Summary 2015-2018

- Vascular Technologies, Inc., Preliminary Business Plan 2015-2018

- Published information about the company and its competitors

- IBA Market Data on industry completed transactions

- BizComps data on industry completed transactions

- Federal Reserve Board for information on national and local economy

- Key Value Data for information on national economy

- Key Value Data for information on pertinent industries

- The Stern School of Business at New York University

- IBISWorld Industry Report OD4885: Expert Witness Consulting Services in the US

- "Devices for the Endoscopic Treatment of Hemorrhoids, by ASGE Technological Assessment Committee, 2014

- "Medical Device Manufacturing in the U.S.," IBISWorld Industry Report 33451b, January 2016

CONFIDENTIAL                                                                    DGJI00000835

**Ultroid Marketing Development Corp.**

- "Global Medical Device Industry Outlook for 2016," Emergo Group, January 2016

- "Healthcare M&A Report," Hyde Park Capital, Q4, 2015

- "How the Dynamics are Changing in the Medical Device Industry," by Market Realist, 2013

- "Global Medical Device Industry 2012-2017: Trend, Profit, and Forecast Analysis," by Lucintel, July 2012

- "Estimating a Company Specific Risk Premium in the Cost of Capital for Ad Valorem Tax Valuation Purposes," Timothy J. Meinhart, Insight, Summer 2008

- "Stocks, Bonds, Bills and Inflation: 2000 Yearbook," Ibbotson Associates, 2000 p.29

Page 68

CONFIDENTIAL

DGJI00000836

## Ultroid Marketing Development Corp.

# Appendix F − Net Present Value Calculations

The "terminal value" is calculated by dividing the net cash flow to equity in the final year of the projection by the capitalization rate (minus the assumed long-term growth rate of 0%).  The net present value of the terminal value is calculated by using the discount factor applicable to the capitalization rate in the final year of the projection.  Schedule 1 shows the net present value of the terminal value across the spectrum of variables shown in the "Sensitivity Analysis."

## Schedule 1 - Net Present Value of Terminal Value

|  | Year 3 Net Income | Cap Rate | Terminal Value | NPV Factor | Terminal Value NPV |
|---|---|---|---|---|---|
| **Base Volume Scenario** | | | | | |
| 10% | 18,995,443 | 10% | 189,954,427 | 0.751315 | 142,715,610 |
| 15% | 18,995,443 | 15% | 126,636,285 | 0.657516 | 83,265,383 |
| 20% | 18,995,443 | 20% | 94,977,214 | 0.578704 | 54,963,693 |
| 25% | 18,995,443 | 25% | 75,981,771 | 0.512000 | 38,902,667 |
| 30% | 18,995,443 | 30% | 63,318,142 | 0.455000 | 28,809,755 |
| **Base Volume Minus 25%** | | | | | |
| 10% | 14,246,582 | 10% | 142,465,820 | 0.751315 | 107,036,708 |
| 15% | 14,246,582 | 15% | 94,977,214 | 0.657516 | 62,449,038 |
| 20% | 14,246,582 | 20% | 71,232,910 | 0.578704 | 41,222,770 |
| 25% | 14,246,582 | 25% | 56,986,328 | 0.512000 | 29,177,000 |
| 30% | 14,246,582 | 30% | 47,488,607 | 0.455000 | 21,607,316 |
| **Base Volume Minus 50%** | | | | | |
| 10% | 9,497,721 | 10% | 94,977,214 | 0.751315 | 71,357,805 |
| 15% | 9,497,721 | 15% | 63,318,142 | 0.657516 | 41,632,692 |
| 20% | 9,497,721 | 20% | 47,488,607 | 0.578704 | 27,481,847 |
| 25% | 9,497,721 | 25% | 37,990,885 | 0.512000 | 19,451,333 |
| 30% | 9,497,721 | 30% | 31,659,071 | 0.455000 | 14,404,877 |
| **Base Volume + 25%** | | | | | |
| 10% | 23,744,303 | 10% | 237,443,034 | 0.751315 | 178,394,513 |
| 15% | 23,744,303 | 15% | 158,295,356 | 0.657516 | 104,081,729 |
| 20% | 23,744,303 | 20% | 118,721,517 | 0.578704 | 68,704,617 |
| 25% | 23,744,303 | 25% | 94,977,214 | 0.512000 | 48,628,333 |
| 30% | 23,744,303 | 30% | 79,147,678 | 0.455000 | 36,012,193 |
| **Base Volume + 50%** | | | | | |
| 10% | 28,493,164 | 10% | 284,931,641 | 0.751315 | 214,073,415 |
| 15% | 28,493,164 | 15% | 189,954,427 | 0.657516 | 124,898,075 |
| 20% | 28,493,164 | 20% | 142,465,820 | 0.578704 | 82,445,540 |
| 25% | 28,493,164 | 25% | 113,972,656 | 0.512000 | 58,354,000 |
| 30% | 28,493,164 | 30% | 94,977,214 | 0.455000 | 43,214,632 |

CONFIDENTIAL                                                                                             DGJI00000837

## Ultroid Marketing Development Corp.

Schedule 2 below shows the net present value of annual cash flow to equity plus the net present value of the terminal value (from Schedule 1 above) across the spectrum of variables shown in the "Sensitivity Analysis" table.

## Schedule 2 - Net Present Value of Annual Earnings

|  | 2014 Yr1 | 2015 Yr2 | 2016 Yr3 | Terminal Value -NPV | Equity Value |
|---|---|---|---|---|---|
| **Base Volume Scenario** | | | | | |
| PV @ Discount Rate of: | | | | | Base Scenario |
| 10% | 5,387,791 | 16,313,848 | 14,271,561 | 142,715,610 | 178,688,811 |
| 15% | 5,152,404 | 14,926,103 | 12,489,808 | 83,265,383 | 115,833,698 |
| 20% | 4,937,720 | 13,708,160 | 10,992,739 | 54,963,693 | 84,602,312 |
| 25% | 4,740,213 | 12,633,448 | 9,725,667 | 38,902,667 | 66,001,994 |
| 30% | 4,556,530 | 11,685,940 | 8,642,926 | 28,809,755 | 53,695,150 |
| | | | | | |
| **Base Volume Minus 25%** | | | | | |
| PV @ Discount Rate of: | | | | | Base Less 25% |
| 10% | 4,040,843 | 12,235,386 | 10,703,671 | 107,036,708 | 134,016,608 |
| 15% | 3,864,303 | 11,194,577 | 9,367,356 | 62,449,038 | 86,875,274 |
| 20% | 3,703,290 | 10,281,120 | 8,244,554 | 41,222,770 | 63,451,734 |
| 25% | 3,555,160 | 9,475,086 | 7,294,250 | 29,177,000 | 49,501,496 |
| 30% | 3,417,397 | 8,764,455 | 6,482,195 | 21,607,316 | 40,271,363 |
| | | | | | |
| **Base Volume Minus 50%** | | | | | |
| PV @ Discount Rate of: | | | | | Base Less 50% |
| 10% | 2,693,896 | 8,156,924 | 7,135,781 | 71,357,805 | 89,344,405 |
| 15% | 2,576,202 | 7,463,052 | 6,244,904 | 41,632,692 | 57,916,849 |
| 20% | 2,468,860 | 6,854,080 | 5,496,369 | 27,481,847 | 42,301,156 |
| 25% | 2,370,106 | 6,316,724 | 4,862,833 | 19,451,333 | 33,000,997 |
| 30% | 2,278,265 | 5,842,970 | 4,321,463 | 14,404,877 | 26,847,575 |
| | | | | | |
| **Base Volume + 25%** | | | | | |
| PV @ Discount Rate of: | | | | | Base Plus 25% |
| 10% | 6,734,739 | 20,392,310 | 17,839,451 | 178,394,513 | 223,361,013 |
| 15% | 6,440,505 | 18,657,629 | 15,612,259 | 104,081,729 | 144,792,123 |
| 20% | 6,172,150 | 17,135,200 | 13,740,923 | 68,704,617 | 105,752,890 |
| 25% | 5,925,266 | 15,791,810 | 12,157,083 | 48,628,333 | 82,502,493 |
| 30% | 5,695,662 | 14,607,425 | 10,803,658 | 36,012,193 | 67,118,938 |
| | | | | | |
| **Base Volume + 50%** | | | | | |
| PV @ Discount Rate of: | | | | | Base Plus 50% |
| 10% | 8,081,687 | 24,470,772 | 21,407,342 | 214,073,415 | 268,033,216 |
| 15% | 7,728,606 | 22,389,155 | 18,734,711 | 124,898,075 | 173,750,547 |
| 20% | 7,406,580 | 20,562,240 | 16,489,108 | 82,445,540 | 126,903,468 |
| 25% | 7,110,319 | 18,950,172 | 14,588,500 | 58,354,000 | 99,002,992 |
| 30% | 6,834,794 | 17,528,909 | 12,964,390 | 43,214,632 | 80,542,726 |

CONFIDENTIAL

# Appendix G – International Glossary of Business Valuation Terms

To enhance and sustain the quality of business valuations for the benefit of the profession and its clientele, the below identified societies and organizations have adopted the definitions for the terms included in this glossary.

The performance of business valuation services requires a high degree of skill and imposes upon the valuation professional a duty to communicate the valuation process and conclusion in a manner that is clear and not misleading.  This duty is advanced through the use of terms whose meanings are clearly established and consistently applied throughout the profession.

If, in the opinion of the business valuation professional, one or more of these terms needs to be used in a manner which materially departs from the enclosed definitions, it is recommended that the term be defined as used within that valuation engagement.

This glossary has been developed to provide guidance to business valuation practitioners by further memorializing the body of knowledge that constitutes the competent and careful determination of value and, more particularly, the communication of how that value was determined.  Departure from this glossary is not intended to provide a basis for civil liability and should not be presumed to create evidence that any duty has been breached.

> **American Institute of Certified Public Accountants**
> **American Society of Appraisers**
> **Canadian Institute of Chartered Business Valuators**
> **National Association of Certified Valuation Analysts**
> **The Institute of Business Appraisers**

**Adjusted Book Value Method**—a method within the asset approach whereby all assets and liabilities (including off-balance sheet, intangible, and contingent) are adjusted to their fair market values.

**Adjusted Net Asset Method**—see **Adjusted Book Value Method**.

**Appraisal**—see **Valuation**.

**Appraisal Approach**—see **Valuation Approach**.

CONFIDENTIAL                                                                                      DGJI00000839

## Ultroid Marketing Development Corp.

**Appraisal Date**—see **Valuation Date**.

**Appraisal Method**—see **Valuation Method**.

**Appraisal Procedure**—see **Valuation Procedure**.

**Arbitrage Pricing Theory**—a multivariate model for estimating the cost of equity capital, which incorporates several systematic risk factors.

**Asset (Asset-Based) Approach**—a general way of determining a value indication of a business, business ownership interest, or security using one or more methods based on the value of the assets net of liabilities.

**Assumptions and Limiting Conditions**—Parameters and boundaries under which a valuation is performed, as agreed upon by the valuation analyst and the client or as acknowledged or understood by the valuation analyst and the client as being due to existing circumstances. An example is the acceptance, without further verification, by the valuation analyst from the client of the client's financial statements and related information.

**Beta**—a measure of systematic risk of a stock; the tendency of a stock's price to correlate with changes in a specific index.

**Blockage Discount**—an amount or percentage deducted from the current market price of a publicly traded stock to reflect the decrease in the per share value of a block of stock that is of a size that could not be sold in a reasonable period of time given normal trading volume.

**Book Value**—see **Net Book Value**.

**Business**—see **Business Enterprise**.

**Business Enterprise**—a commercial, industrial, service, or investment entity (or a combination thereof) pursuing an economic activity.

**Business Ownership Interest**—A designated share in the ownership of a business enterprise.

**Business Risk**—the degree of uncertainty of realizing expected future returns of the business resulting from factors other than financial leverage. See **Financial Risk**.

**Business Valuation**—the act or process of determining the value of a business enterprise or ownership interest therein.

Page 72

CONFIDENTIAL

## Ultroid Marketing Development Corp.

**Calculated Value**—An estimate as to the value of a business, business ownership interest, security, or intangible asset, arrived at by applying valuation procedures agreed upon with the client and using professional judgment as to the value or range of values based on those procedures.

**Calculation Engagement**—An engagement to estimate value wherein the valuation analyst and the client agree on the specific valuation approaches and valuation methods that the valuation analyst will use and the extent of valuation procedures the valuation analyst will perform to estimate the value of a subject interest. A calculation engagement generally does not include all of the valuation procedures required for a valuation engagement. If a valuation engagement had been performed, the results might have been different. The valuation analyst expresses the results of the calculation engagement as a calculated value, which may be either a single amount or a range.

**Capital Asset Pricing Model (CAPM)**—a model in which the cost of capital for any stock or portfolio of stocks equals a risk-free rate plus a risk premium that is proportionate to the systematic risk of the stock or portfolio.

**Capitalization**—a conversion of a single period of economic benefits into value.

**Capitalization Factor**—any multiple or divisor used to convert anticipated economic benefits of a single period into value.

**Capitalization of Benefits Method**—A method within the income approach whereby expected future benefits (for example, earnings or cash flow) for a representative single period are converted to value through division by a capitalization rate.

**Capitalization of Earnings Method**—a method within the income approach whereby economic benefits for a representative single period are converted to value through division by a capitalization rate.

**Capitalization Rate**—any divisor (usually expressed as a percentage) used to convert anticipated economic benefits of a single period into value.

**Capital or Contributory Asset Charge**—A fair return on an entity's *contributory assets*, which are tangible and intangible assets used in the production of income or cash flow associated with an intangible asset being valued. In this context, *income or cash flow* refers to an applicable measure of income or cash flow, such as net income, or operating cash flow before taxes and capital expenditures. A capital charge may be expressed as a percentage return on an economic rent associated with, or a profit split related to, the contributory assets.

Page 73

**Ultroid Marketing Development Corp.**

**Capital Structure**—the composition of the invested capital of a business enterprise; the mix of debt and equity financing.

**Cash Flow**—cash that is generated over a period of time by an asset, group of assets, or business enterprise. It may be used in a general sense to encompass various levels of specifically defined cash flows. When the term is used, it should be supplemented by a qualifier (for example, "discretionary" or "operating") and a specific definition in the given valuation context.

**Common Size Statements**—financial statements in which each line is expressed as a percentage of the total. On the balance sheet, each line item is shown as a percentage of total assets, and on the income statement, each item is expressed as a percentage of sales.

**Comparable Profits Method**—A method of determining the value of intangible assets by comparing the profits of the subject entity with those of similar uncontrolled companies that have the same or similar complement of intangible assets as the subject company.

**Comparable Uncontrolled Transaction Method**—A method of determining the value of intangible assets by comparing the subject transaction to similar transactions in the market place made between independent (uncontrolled) parties.

**Conclusion of Value**—An estimate of the value of a business, business ownership interest, security, or intangible asset, arrived at by applying the valuation procedures appropriate for a valuation engagement and using professional judgment as to the value or range of values based on those procedures.

**Control**—the power to direct the management and policies of a business enterprise.

**Control Adjustment**—A valuation adjustment to financial statements to reflect the effect of a controlling interest in a business. An example would be an adjustment to owners' compensation that is in excess of market compensation.

**Control Premium**—an amount or a percentage by which the pro rata value of a controlling interest exceeds the pro rata value of a non-controlling interest in a business enterprise to reflect the power of control.

**Cost Approach**—a general way of determining a value indication of an individual asset by quantifying the amount of money required to replace the future service capability of that asset.

**Cost of Capital**—the expected rate of return that the market requires in order to attract funds to a particular investment.

CONFIDENTIAL

DGJI00000842

## Ultroid Marketing Development Corp.

**Debt-Free**—*we discourage the use of this term.* See **Invested Capital**.

**Discount for Lack of Control**—an amount or percentage deducted from the pro rata share of value of 100% of an equity interest in a business to reflect the absence of some or all of the powers of control.

**Discount for Lack of Marketability**—an amount or percentage deducted from the value of an ownership interest to reflect the relative absence of marketability.

**Discount for Lack of Voting Rights**—an amount or percentage deducted from the per share value of a minority interest voting share to reflect the absence of voting rights.

**Discount Rate**—a rate of return used to convert a future monetary sum into present value.

**Discounted Cash Flow Method**—a method within the income approach whereby the present value of future expected net cash flows is calculated using a discount rate.

**Discounted Future Earnings Method**—a method within the income approach whereby the present value of future expected economic benefits is calculated using a discount rate.

**Economic Benefits**—inflows such as revenues, net income, net cash flows, etc.

**Economic Life**—the period of time over which property may generate economic benefits.

**Effective Date**—see **Valuation Date**.

**Engagement to Estimate Value**—An engagement, or any part of an engagement (for example, a tax, litigation, or acquisition-related engagement), that involves determining the value of a business, business ownership interest, security, or intangible asset. Also known as *valuation service*.

**Enterprise**—see **Business Enterprise**.

**Equity**—the owner's interest in property after deduction of all liabilities.

**Equity Net Cash Flows**—those cash flows available to pay out to equity holders (in the form of dividends) after funding operations of the business enterprise, making necessary capital investments, and increasing or decreasing debt financing.

**Equity Risk Premium**—a rate of return added to a risk-free rate to reflect the additional risk of equity instruments over risk free instruments (a component of the cost of equity capital or equity discount rate).

Page 75

DGJI00000843

## Ultroid Marketing Development Corp.

**Excess Earnings**—that amount of anticipated economic benefits that exceeds an appropriate rate of return on the value of a selected asset base (often net tangible assets) used to generate those anticipated economic benefits.

**Excess Earnings Method**—a specific way of determining a value indication of a business, business ownership interest, or security determined as the sum of *a*) the value of the assets derived by capitalizing excess earnings and *b*) the value of the selected asset base. Also frequently used to value intangible assets. See **Excess Earnings**.

**Excess Operating Assets**—Operating assets in excess of those needed for the normal operation of a business.

**Fair Market Value**—the price, expressed in terms of cash equivalents, at which property would change hands between a hypothetical willing and able buyer and a hypothetical willing and able seller, acting at arms-length in an open and unrestricted market, when neither is under compulsion to buy or sell and when both have reasonable knowledge of the relevant facts.

**Fair Value**—In valuation applications, there are two commonly used definitions for fair value: (1) for financial reporting purposes only, the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. *Source:* Financial Accounting Standards Board definition in Statement of Financial Accounting Standards (SFAS) No. 157, *Fair Value Measurements*, as used in the context of Generally Accepted Accounting Principles (GAAP) (Effective 2008). (2) For state legal matters only, some states have laws that use the term *fair value* in shareholder and partner matters. For state legal matters only, therefore, the term may be defined by statute or case law in the particular jurisdiction.

**Fairness Opinion**—an opinion as to whether or not the consideration in a transaction is fair from a financial point of view.

**Financial Risk**—the degree of uncertainty of realizing expected future returns of the business resulting from financial leverage. See **Business Risk**.

**Forced Liquidation Value**—liquidation value, at which the asset or assets are sold as quickly as possible, such as at an auction.

**Free Cash Flow**—*we discourage the use of this term.* See **Net Cash Flow**.

**Going Concern**—an ongoing operating business enterprise.

Page 76

DGJI00000844

## Ultroid Marketing Development Corp.

**Going Concern Value**—the value of a business enterprise that is expected to continue to operate into the future. The intangible elements of Going Concern Value result from factors such as having a trained work force, an operational plant, and the necessary licenses, systems, and procedures in place.

**Goodwill**—that intangible asset arising as a result of name, reputation, customer loyalty, location, products, and similar factors not separately identified.

**Goodwill Value**—the value attributable to goodwill.

**Guideline Public Company Method**—a method within the market approach whereby market multiples are derived from market prices of stocks of companies that are engaged in the same or similar lines of business and that are actively traded on a free and open market.

**Hypothetical Condition**—That which is or may be contrary to what exists, but is supposed for the purpose of analysis.

**Income (Income-Based) Approach**—a general way of determining a value indication of a business, business ownership interest, security, or intangible asset using one or more methods that convert anticipated economic benefits into a present single amount.

**Incremental Income**—Additional income or cash flow attributable to an entity's ownership or operation of an intangible asset being valued, as determined by a comparison of the entity's income or cash flow with the intangible asset to the entity's income or cash flow without the intangible asset. In this context, *income or cash flow* refers to an applicable measure of income or cash flow, such as license royalty income or operating cash flow before taxes and capital expenditures.

**Intangible Assets**—nonphysical assets such as franchises, trademarks, patents, copyrights, goodwill, equities, mineral rights, securities, and contracts (as distinguished from physical assets) that grant rights and privileges and have value for the owner.

**Internal Rate of Return**—a discount rate at which the present value of the future cash flows of the investment equals the cost of the investment.

**Intrinsic Value**—the value that an investor considers, on the basis of an evaluation or available facts, to be the "true" or "real" value that will become the market value when other investors reach the same conclusion. When the term applies to options, it is the difference between the exercise price and strike price of an option and the market value of the underlying security.

Page 77

## Ultroid Marketing Development Corp.

**Invested Capital**—the sum of equity and debt in a business enterprise. Debt is typically (*a*) all interest-bearing debt or (*b*) long-term, interest-bearing debt. When the term is used, it should be supplemented by a specific definition in the given valuation context.

**Invested Capital Net Cash Flows**—those cash flows available to pay out to equity holders (in the form of dividends) and debt investors (in the form of principal and interest) after funding operations of the business enterprise and making necessary capital investments.

**Investment Risk**—the degree of uncertainty as to the realization of expected returns.

**Investment Value**—the value to a particular investor based on individual investment requirements and expectations.

**Key Person Discount**—an amount or percentage deducted from the value of an ownership interest to reflect the reduction in value resulting from the actual or potential loss of a key person in a business enterprise.

**Levered Beta**—the beta reflecting a capital structure that includes debt.

**Limited Appraisal**—the act or process of determining the value of a business, business ownership interest, security, or intangible asset with limitations in analyses, procedures, or scope.

**Liquidity**—the ability to quickly convert property to cash or pay a liability.

**Liquidation Value**—the net amount that would be realized if the business is terminated and the assets are sold piecemeal. Liquidation can be either "orderly" or "forced."

**Majority Control**—the degree of control provided by a majority position.

**Majority Interest**—an ownership interest greater than 50% of the voting interest in a business enterprise.

**Market (Market-Based) Approach**—a general way of determining a value indication of a business, business ownership interest, security, or intangible asset by using one or more methods that compare the subject to similar businesses, business ownership interests, securities, or intangible assets that have been sold.

**Market Capitalization of Equity**—the share price of a publicly traded stock multiplied by the number of shares outstanding.

CONFIDENTIAL

DGJI00000846

## Ultroid Marketing Development Corp.

**Market Capitalization of Invested Capital**—the market capitalization of equity plus the market value of the debt component of invested capital.

**Market Multiple**—the market value of a company's stock or invested capital divided by a company measure (such as economic benefits, number of customers).

**Marketability**—the ability to quickly convert property to cash at minimal cost.

**Marketability Discount**—see **Discount for Lack of Marketability**.

**Merger and Acquisition Method**—a method within the market approach whereby pricing multiples are derived from transactions of significant interests in companies engaged in the same or similar lines of business.

**Mid-Year Discounting**—a convention used in the Discounted Future Earnings Method that reflects economic benefits being generated at midyear, approximating the effect of economic benefits being generated evenly throughout the year.

**Minority Discount**—a discount for lack of control applicable to a minority interest.

**Minority Interest**—an ownership interest less than 50% of the voting interest in a business enterprise.

**Multiple**—the inverse of the capitalization rate.

**Net Book Value**—with respect to a business enterprise, the difference between total assets (net of accumulated depreciation, depletion, and amortization) and total liabilities as they appear on the balance sheet (synonymous with Shareholder's Equity). With respect to a specific asset, the capitalized cost less accumulated amortization or depreciation as it appears on the books of account of the business enterprise.

**Net Cash Flows**—when the term is used, it should be supplemented by a qualifier. See **Equity Net Cash Flows** and **Invested Capital Net Cash Flows**.

**Net Present Value**—the value, as of a specified date, of future cash inflows less all cash outflows (including the cost of investment) calculated using an appropriate discount rate.

**Net Tangible Asset Value**—the value of the business enterprise's tangible assets (excluding excess assets and non-operating assets) minus the value of its liabilities.

**Non-operating Assets**—assets not necessary to ongoing operations of the business enterprise.

CONFIDENTIAL                                                                                                                                      DGJI00000847

## Ultroid Marketing Development Corp.

**Normalized Earnings**—economic benefits adjusted for nonrecurring, noneconomic, or other unusual items to eliminate anomalies and/or facilitate comparisons.

**Normalized Financial Statements**—financial statements adjusted for non-operating assets and liabilities and/or for nonrecurring, noneconomic, or other unusual items to eliminate anomalies and/or facilitate comparisons.

**Orderly Liquidation Value**—liquidation value at which the asset or assets are sold over a reasonable period of time to maximize proceeds received.

**Pre-adjustment Value**—The value arrived at prior to the application, if appropriate, of valuation discounts or premiums.

**Premise of Value**—an assumption regarding the most likely set of transactional circumstances that may be applicable to the subject valuation; for example, going concern, liquidation.

**Present Value**—the value, as of a specified date, of future economic benefits and/or proceeds from sale, calculated using an appropriate discount rate.

**Portfolio Discount**—an amount or percentage deducted from the value of a business enterprise to reflect the fact that it owns dissimilar operations or assets that do not fit well together.

**Price/Earnings Multiple**—the price of a share of stock divided by its earnings per share.

**Profit Split Income**—With respect to the valuation of an intangible asset of an entity, a percentage allocation of the entity's income or cash flow whereby (1) a split (or percentage) is allocated to the subject intangible and (2) the remainder is allocated to all of the entity's tangible and other intangible assets. In this context, *income or cash flow* refers to an applicable measure of income or cash flow, such as net income or operating cash flow before taxes and capital expenditures.

**Rate of Return**—an amount of income (loss) and/or change in value realized or anticipated on an investment, expressed as a percentage of that investment.

**Redundant Assets**—see **Non-operating Assets**.

**Relief from Royalty Method**—A valuation method used to value certain intangible assets (for example, trademarks and trade names) based on the premise that the only value that a purchaser of the assets receives is the exemption from paying a royalty for its use. Application of this method usually involves estimating the fair market value of an intangible asset by quantifying the present value of the stream of market-derived royalty payments that the owner of the

Page 80

                                                                                 DGJI00000848

## Ultroid Marketing Development Corp.

**Report Date**—the date conclusions are transmitted to the client.

**Replacement Cost New**—the current cost of a similar new property having the nearest equivalent utility to the property being valued.

**Reproduction Cost New**—the current cost of an identical new property.

**Required Rate of Return**—the minimum rate of return acceptable by investors before they will commit money to an investment at a given level of risk.

**Residual Income**—For an entity that owns or operates an intangible asset being valued, the portion of the entity's income or cash flow remaining after subtracting a capital charge on all of the entity's tangible and other intangible assets. *Income or cash flows* can refer to any appropriate measure of income or cash flow, such as net income or operating cash flow before taxes and capital expenditures.

**Residual Value**—the value as of the end of the discrete projection period in a discounted future earnings model.

**Return on Equity**—the amount, expressed as a percentage, earned on a company's common equity for a given period.

**Return on Investment**—See **Return on Invested Capital** and **Return on Equity**.

**Return on Invested Capital**—the amount, expressed as a percentage, earned on a company's total capital for a given period.

**Risk-Free Rate**—the rate of return available in the market on an investment free of default risk.

**Risk Premium**—a rate of return added to a risk-free rate to reflect risk.

**Rule of Thumb**—a mathematical formula developed from the relationship between price and certain variables based on experience, observation, hearsay, or a combination of these; usually industry specific.

**Security**—A certificate evidencing ownership or the rights to ownership in a business enterprise that (1) is represented by an instrument or by a book record or contractual agreement, (2) is of a type commonly dealt in on securities exchanges or markets or, when represented by an instrument, is commonly recognized in any area in which it is issued or dealt in as a medium for investment, and (3) either one of a class or series or, by its terms, is divisible into a class or series of shares, participations, interests, rights, or interest-bearing obligations.

Page 81

CONFIDENTIAL

DGJI00000849

## Ultroid Marketing Development Corp.

**Special Interest Purchasers**—acquirers who believe they can enjoy post-acquisition economies of scale, synergies, or strategic advantages by combining the acquired business interest with their own.

**Standard of Value**—the identification of the type of value being utilized in a specific engagement; for example, fair market value, fair value, investment value.

**Subject Interest**—A business, business ownership interest, security, or intangible asset that is the subject.

**Sustaining Capital Reinvestment**—the periodic capital outlay required to maintain operations at existing levels, net of the tax shield available from such outlays.

**Systematic Risk**—the risk that is common to all risky securities and cannot be eliminated through diversification. The measure of systematic risk in stocks is the beta coefficient.

**Tangible Assets**—physical assets (such as cash, accounts receivable, inventory, property, plant and equipment, etc.).

**Terminal Value**—See **Residual Value**.

**Transaction Method**—See **Merger and Acquisition Method**.

**Unlevered Beta**—the beta reflecting a capital structure without debt.

**Unsystematic Risk**—the risk specific to an individual security that can be avoided through diversification.

**Valuation**—the act or process of determining the value of a business, business ownership interest, security, or intangible asset.

**Valuation Approach**—a general way of determining a value indication of a business, business ownership interest, security, or intangible asset using one or more valuation methods.

**Valuation Date**—the specific point in time as of which the valuator's opinion of value applies (also referred to as "Effective Date" or "Appraisal Date").

**Valuation Method**—within approaches, a specific way to determine value.

**Valuation Procedure**—the act, manner, and technique of performing the steps of an appraisal method.

CONFIDENTIAL                                                                                                          DGJI00000850

## Ultroid Marketing Development Corp.

**Valuation Ratio**—a fraction in which a value or price serves as the numerator and financial, operating, or physical data serve as the denominator.

**Value to the Owner**—see **Investment Value**.

**Voting Control**—*de jure* control of a business enterprise.

**Weighted Average Cost of Capital (WACC)**—the cost of capital (discount rate) determined by the weighted average, at market value, of the cost of all financing sources in the business enterprise's capital structure.

CONFIDENTIAL

DGJI00000851