EXHIBIT 5

Michael Knox
November 20, 2018

1                    UNITED STATES DISTRICT COURT
                      MIDDLE DISTRICT OF FLORIDA
2                           TAMPA DIVISION
                      CASE NO. 8:17-cv-02422-JDW-CPT
3

4

5     DRAGON JADE INTERNATIONAL, LTD.,
      a British Virgin Islands limited company,
6
                            Plaintiff,
7
      vs.
8

9     ULTROID, LLC, a Nevada corporation;
      ULTROID MARKETING DEVELOPMENT CORP,
10    a Florida corporation; ULTROID TECHNOLOGIES,
      INC., a Florida corporation,
11
                            Defendants.
12    _____/

13

14           VIDEOTAPED DEPOSITION OF MICHAEL KNOX

15

16                 Tuesday, November 20, 2018

17                  1:13 p.m. - 5:09 p.m.

18                    U.S. Legal Support
                     4200 West Cypress Street
19                   Suite 750
                     Tampa, Florida 33607
20

21              Reported by Yvonne P. Habis
                Florida Professional Reporter
22                 Stenographic Court Reporter

23

24

25

Michael Knox
November 20, 2018                                    27

1          A    Yes.

2          Q    Okay.  And at some point, the Ultroid device

3    was offered on the open market?

4          A    Yes.

5          Q    What was it called when it was on the open

6    market?

7          A    The Ultroid Hemorrhoid Management System.

8          Q    At some point, did you begin to have an

9    official or unofficial role with Ultroid, LLC?

10         A    Yes.  When I became aware of that -- the

11   entity, I -- I want to say 2011 or 2012.

12         Q    I'm sorry.  I didn't quite understand the

13   answer.

14              When you became aware of what?

15         A    The Ultroid, LLC entity.

16         Q    Oh, that you were aware -- became aware that

17   it existed?

18         A    Yes.

19         Q    How did you become aware that it existed?

20         A    When I assumed the role of -- as the CEO in

21   mid-2010.

22         Q    So that was when you became -- in 2010, you

23   became the CEO of Ultroid Technologies?

24         A    Yes.

25         Q    Did you also then become CEO of Ultroid, LLC?

Michael Knox
November 20, 2018                                    28

1        A    I became the manager of Ultroid, LLC, but it

2   wasn't until 2011 or 2012.

3        Q    So that trailed a little bit; right?

4             It sounds like in -- in 2010 you become CEO of

5   Ultroid Technologies, and then a year or two later you

6   become the manager of Ultroid, LLC; is that correct?

7        A    Yes.

8        Q    And did Ultroid, LLC have any operations other

9   than holding the 510k?

10       A    No, just that.  That's it.  Just the 510k.

11       Q    And tell -- tell me more about the 510k.

12            You say that -- that is something that is

13   issued by the FDA.  Am I characterizing that correctly?

14       A    Yes.

15       Q    Okay.  And -- and -- and I believe you said it

16   authorized, if you had -- with the 510k, you could sell,

17   market, what have you, the Ultroid device; is that

18   right?

19       A    Yes.

20       Q    And what needed to be done to obtain the 510k

21   for the Ultroid device?

22       A    I wasn't involved with the original

23   submission, but a general submission to the FDA is you

24   take all your deadline history files with the proper

25   forms and documentation, and you send it to the FDA for

Michael Knox
November 20, 2018                                    34

1       A    Not much.  We considered ourselves kind of

2    equal.  We answered to Michael Cao.

3       Q    From 2012 to 2016, was Mr. Cao the chairman of

4    the board of directors for Ultroid Marketing?

5       A    I believe so.

6       Q    Was Mr. Cao the chairman of the board for all

7    three Ultroid marketing entities from 2012 to 2016?

8       A    Yes.

9       Q    So when you say you -- both you and Mr. Singh

10   reported to Mr. Cao, you mean that in the sense that he

11   was the chairman of the board of directors?

12      A    No.  He had a full management role.

13      Q    When you became CEO of Ultroid Marketing in

14   2012, what was Mr. Cao's management role?

15      A    He was in the office virtually three days a

16   week overseeing everything.

17      Q    And did that continue to be the case in

18   2012 to 2016?

19      A    In 2016, it changed.

20      Q    So can you explain this a little bit more?

21   Because I -- there's a CEO, yourself; there's Mr. Singh,

22   the president.  I'm not quite clear on Mr. Cao's

23   official role in the operations of the company.

24      A    Mr. Cao wanted to be in control at all times.

25   He had check signing ability, everything.

Michael Knox
November 20, 2018                                                35

1        Q    This was conveyed to him by the board?

2        A    Yes.  He also owned a third of the company at

3   that time.

4        Q    When you say "at that time," you mean up until

5   the time his role changed in 2016?

6        A    He -- yes.

7             THE WITNESS:  Can I elaborate?

8             MR. TREVENA:  You can begin.

9             THE WITNESS:  Mid-2000 -- in February of 2016,

10       I became critically ill.  I was admitted to the

11       hospital and put -- and intubated for a period of

12       six days.  I spent six days on a respirator, eight

13       days in ICU.  And the better part -- and Mr. --

14       during this period of time, Mr. Cao took complete

15       charge of the company and was acting CEO.  I was

16       bedridden and in a coma for a -- for part of that

17       time.  I never really returned back to full duties.

18       I still have lingering effects from that disease.

19       Q    (By Mr. Simonitsch) What was the disease?

20       A    Pneumonia, I was -- had acute respiratory

21   failure.  Two other people checked in the hospital the

22   same day I did with the same illness.  They died; I

23   lived.  I had to learn how to walk again.

24       Q    Do you recall what day in February of 2016?

25       A    I became ill, I want to say around the 16th to

1    18th of February.  I checked in the hospital the last

2    Friday of February.  I was transferred to ICU on that

3    Saturday.  The other two gentlemen, we all three

4    contracted the disease at the same place.  They -- like

5    I said, they were younger and they both died.

6        Q    So how long was it before you were discharged

7    from the hospital?

8        A    I would say about three weeks.

9        Q    So is it fair to say somewhere around the

10   third week of March --

11       A    Yes.

12       Q    -- 2016?

13           The rehabilitation work necessary for you to

14   learn to walk again, was that something you did after

15   you were discharged or took place before you were

16   discharged?

17       A    I had to be -- first, I had to be able to walk

18   up a flight of stairs before they would release me.  So

19   you have to understand, I dropped 60 pounds in a matter

20   of less than 10 days.  I didn't have enough strength to

21   roll to one side of the bed or the other.

22       Q    Now, just so I'm understanding

23   the -- the -- the timeline here a little bit, you --

24   you -- you spoke of Mr. Cao becoming acting CEO

25   when you became critically ill in February of 2016, but

Michael Knox
November 20, 2018                                    37

```
 1    his coming in three days a week and overseeing
 2    everything was something that predated that; correct?
 3         A    Yes.
 4         Q    Okay.  So prior to you becoming ill in
 5    February 2016, did he have any official title with the
 6    company, with Ultroid Marketing?
 7         A    Chairman, just chairman.  We referred to him
 8    as the founder.
 9         Q    And was he, in fact, the founder of
10    Ultroid Marketing?
11         A    Indirectly, yes.
12         Q    What do you mean by "indirectly"?
13         A    Well, originally, it was part of
14    Vascular Technologies that he was the founder of, so --
15    and Ultroid Marketing Development Corp. was spun off, so
16    we still called him the founder.
17         Q    So then that sort of explains the concept that
18    you as the CEO were reporting to him.  He owned a third
19    of the company, and he was a founder, and he was the
20    chairman of the board of directors.  He's got enough
21    weight to do that, is what you're saying, basically?
22         A    Yes.
23         Q    Okay.  So prior to February of 2016, during
24    that period that you were the CEO of Ultroid Marketing,
25    was there any understood delineation between what your
```

1        A    Yes.

2        Q    What responsibility did you have as treasurer?

3        A    Treasurer is responsible to make sure that the

4   CFO does his job, but it's to manage the money.  It's

5   very similar to a CFO position.

6        Q    And as director, you were a member of the

7   board at this time?

8        A    Yes.

9        Q    When did you first join the board of

10  Ultroid Marketing Development Corp.?

11       A    From its inception.

12       Q    That would be in 2012; correct?

13       A    Yes.

14       Q    And then when did you step down from the board

15  of Ultroid Marketing?

16       A    Early 2018, shortly before those -- that

17  report was filed in March of 2018.

18       Q    The report you're referring to is Exhibit 1 to

19  the deposition?

20       A    Exhibit 1, yes.

21       Q    And when did you resign?

22            When -- when, if at all, did you resign as

23  secretary of Ultroid Marketing?

24       A    All in the same day.

25       Q    So all in the same day in 2018 you resigned as

```
 1   secretary, director, and treasurer?

 2        A    Yes.

 3        Q    And why did you resign?

 4        A    I was stepping further away from Ultroid all

 5   together, trying to move on with my life.

 6        Q    And why is that?

 7             MR. TREVENA:  At this point, I'm going to

 8        interpose an objection.  I'm going to advise my

 9        client to exercise his Fifth Amendment right to

10        answering that question as that could lead to

11        issues that we discussed previously.

12        A    Under advice of counsel, I respectfully

13   decline to answer that question under my Fifth Amendment

14   rights.

15        Q   (By Mr. Simonitsch)  Mr. Knox, do you believe

16   that you are currently under investigation by any

17   federal or state authorities?

18             MR. TREVENA:  I'm going to object as

19        relevancy.  He can answer if he knows, but whether

20        he is or isn't, isn't the issue for this

21        deposition.

22             If you know.

23        A   No, I'm not.

24        Q   (By Mr. Simonitsch)  Have you been contacted

25   by any state or federal prosecuting authority or
```

Michael Knox
November 20, 2018                                    85

1          Q     And these numbers here, you have a total

2    of -- I'm going to say it a particular way.  It's going

3    to sound weird, but that's part of my question.

4               "The total is 341 comma 804."  I don't see any

5    reference saying that that's short for thousands,

6    millions, or anything.

7               So is that a total $341,804?

8          A     Yes.

9          Q     Okay.  So turning to page 44, the valuation

10   addresses the income approach.  Now, there seems to be a

11   number of factors that go into the income approach that

12   I'm not going to go into, but is it fair to say that the

13   income approach would be heavily reliant upon the

14   forecasts that you prepared regarding sales of units?

15         A     Yes.

16         Q     As well as profits to be received from those

17   sales of units and the net revenue of the company based

18   on those forecasts?

19         A     Correct.

20         Q     And looking at the description from page 44 to

21   47, again, I recognize there's some -- some complicated

22   aspects to it, but are you able to generally explain how

23   the valuation goes from the forecasts of the income

24   stream to be capitalized, which shows on page 44 of,

25   you know, $18,995,443 for 2018, for example, to the

Michael Knox
November 20, 2018                              86

1   calculat- -- ultimate calculation of value of

2   $84,602,312 on page 47?

3        A    Yes.

4        Q    Please share that.

5        A    Okay.  First, in this particular example,

6   they're taking a 20 percent discount.

7        Q    Please slow down for the reporter.

8             THE WITNESS:  Do you wish me to start over?

9             MS. REPORTER:  No.  You can continue.

10       A    Okay.  They take a discounted -- discount on

11  the future cash flow.  In this particular case, they did

12  a 20 percent discount, which is significant.  Then

13  you -- and it calculates this down.  You multiply each

14  year by that discount rate to net present value, and you

15  get to a terminal value, and there's a whole spreadsheet

16  on that to come to a valuation based on the final year

17  of income of $84 million.  If you go to the next page --

18       Q    Which is the next page?

19       A    Page 48.  Pardon me.

20            The general thing is to create this box where

21  directly in the middle is your base scenario based on a

22  variety of different discount rates and cap rates.

23       Q    What is a cap rate?

24       A    Cost of capital.

25            So it's essentially to prove that whatever we

Michael Knox
November 20, 2018                          87

1    do from a 10, 15, 20, 25 percent, 30 percent cost of

2    capital to a how far we miss our projections plus or

3    minus, we should be right within that -- that middle

4    number should be right or close to true market value as

5    defined by the courts.

6              MR. SIMONITSCH:  Please mark this as

7         Exhibit 7.

8              (The referred-to document was marked for

9         identification as Plaintiff's Exhibit 7.)

10        Q    (By Mr. Simonitsch) I'm going to pass you

11   another document.

12             MR. TREVENA:  Thank you.

13             There you go.

14        Q    (By Mr. Simonitsch) Do you recognize this

15   document, Mr. Knox?

16             (The witness reviewed document.)

17        A    Yes.

18        Q    (By Mr. Simonitsch) And what is this document,

19   which has been previously Bates-stamped Ultroid 0052583?

20        A    It looks like my copy of my formal

21   resignation.

22        Q    So you're referring to, if I turn to the

23   second page of this e-mail trail, there's an e-mail from

24   Michaelknox@ultroid.com saying,

25   "Dear Michael Cao."

Michael Knox
November 20, 2018                    88

1                    And that is your formal resignation?

2        A    Yes.

3        Q    In this resignation, it says that you're

4    resigning due to your wife's medical condition and it's

5    become clear that you must spend a large amount of time

6    to assist her in her recovery.

7                    So were you resigning because of your wife's

8    medical condition?

9        A    At that point, I was.  She was put on

10   medication and she was having thoughts of suicide and I

11   had to be with her.

12       Q    And that's obviously a private matter.  I'm

13   not looking to explore your wife's medical condition.

14                   I'm curious, though, because you said "at that

15   time, yes."  And what you did mean by the "at that time"

16   portion of it?

17       A    I was starting to get back to my full

18   functioning self.

19       Q    In terms of recovering from your

20   February 2016 --

21       A    Yes.

22       Q    -- pneumonia?

23                   In the sense of your have -- being

24   your -- getting to be your full functioning self by

25   August of 2016, were you undertaking responsibilities

Michael Knox
November 20, 2018                          89

1    for Ultroid?

2         A    I was beginning to.

3         Q    Prior to -- between -- I mean, can you give me

4    a sense of when after February 2016 you began to start

5    undertaking responsibilities for Ultroid again?

6         A    I was starting to attend meetings with

7    Michael Cao.  He would come pick me up and we would

8    drive together to the various meetings he wanted me to

9    attend.  I was not working a 9:00 to 5:00 job.

10        Q    All right.  So when would it have started when

11   you started to have meetings with Mr. -- Dr. Cao

12   again -- Michael Cao again?

13        A    Now, they would -- they started in June, they

14   were getting more frequently in July, and then I just

15   couldn't do it.

16        Q    Okay.  So in your resignation, you resigned

17   your position as chief executive officer of the entities

18   named there, Vascular Technologies,

19   Ultroid Technologies, Ultroid Marketing.

20             It's noted in Mr. Cao's e-mail in response

21   that you're continuing to serve as a director.

22             And that was accurate; correct?

23        A    Yes.

24        Q    And we talked earlier that it also -- that you

25   also continued to serve in roles as secretary and

Michael Knox
November 20, 2018                    90

1    treasurer.

2            Is that also correct?

3        A    Yes.

4            MR. SIMONITSCH:  Mark this as Exhibit 8

5        please.

6            (The referred-to document was marked for

7        identification as Plaintiff's Exhibit 8.)

8        Q    (By Mr. Simonitsch) So you had testified that

9    by August of 2016 you were getting back to being

10   yourself.  At some point between August of 2016 to the

11   presence -- present, did you have any relapses or -- or

12   other medical conditions that came up that caused you to

13   regress in terms of your ability to work or function as

14   an employee or officer of Ultroid?

15       A    I never reassum- -- reassumed any of the roles

16   as a -- an employee of Ultroid.

17       Q    Well, that wasn't my question.

18            It was more you had said you were getting to

19   be yourself again, so I'm trying to see if there was a

20   continued upward trend for that from August of 2016, or

21   if you hit any subsequent bumps in the road where you

22   then regressed and --

23       A    You always hit bumps.

24       Q    Okay.  Can you be specific?

25       A    Little setbacks, blood work goes out of

Michael Knox
November 20, 2018                                      94

1          MS. WINCHESTER:  Jazz?

2          MR. SIMONITSCH:  Oh, Jazz Singh.  Okay.

3      Q    (By Mr. Simonitsch) Is the gen- -- is -- that

4   was the gentleman who was president of

5   Ultroid Technologies for a period of time?

6      A    Yes.

7      Q    He went by Jazz?  Okay.

8           And why did Ultroid Technologies recall the

9   Ultroid device?

10     A    Because when the annual inspector -- FDA

11  inspector came in, Mr. Cao didn't bother to show up for

12  the inspection.

13     Q    And as a result what happened?

14     A    It was not a favorable review of the

15  documents.  The FDA's there -- the FDA is there to

16  review your policy management system.

17     Q    Okay.  Now, is that -- is the -- is the issues

18  regarding the quality management system different than

19  the issues that Ultroid was already dealing with as a

20  result of the FDA warning letter?

21     A    Repeat the question, please.

22     Q    The quality management system problems

23  identified by the FDA at its annual inspection, were

24  those different than the issues that Ultroid was already

25  dealing with as a result of the prior FDA warning

Michael Knox
November 20, 2018                                     95

1     letter?

2           A     No, they were the same.

3           Q     So it was a continuation of the same issue

4     that had been worked on from the time of the warning

5     letter until you got sick in February of 2016?

6           A     The process was over 90 percent completed.

7           Q     Do you believe that had Mr. Cao been

8     present at the inspection, that the FDA report would not

9     have found problems with the quality management

10    suffi- -- system that warranted a recall?

11          A     I believe if Mr. Cao was present at the

12    meeting, the recall would not have happened.

13          Q     As of September 27, 2016, the date of this

14    recall announcement, did Ultroid have any products on

15    the market other than the Ultroid device?

16          A     No.

17                Excuse me.  Be more clear -- clear with your

18    question, please.

19          Q     Well, I'll ask a couple of more to lead into

20    that.

21                So this recall announcement pertained to the

22    Ultroid device; correct?

23          A     I believe it also pertained to the consumables

24    associated with it.

25          Q     What are the consumables associated with the

Michael Knox
November 20, 2018                                    98

 1   you questions and you have to keep taking the Fifth;

 2   correct?

 3        A    Uh-huh.

 4        Q    Okay.  In October of 2016, did Michael Cao

 5   resign from the board of Ultroid?

 6             MR. TREVENA:  You can answer that.

 7        A    Yes.

 8             MR. SIMONITSCH:  I believe counsel said you

 9        could answer that.

10        Is that --

11             MR. TREVENA:  That's correct.

12        Q    (By Mr. Simonitsch) Okay.  Were you present at

13   the board meeting when Mr. Cao resigned?

14        A    It was telephonic.

15        Q    Were you present on the call when Mr. Cao

16   resigned?

17        A    Yes.

18        Q    Was there representation made by anyone on the

19   call as to why Mr. Cao was resigning?

20        A    No.

21        Q    During that call, were you giving au- -- given

22   authority to finalize the terms of an asset sale to

23   Dragon Jade?

24        A    I claim the Fifth Amendment on that.

25             MR. SIMONITSCH:  Let's mark this as

Michael Knox
November 20, 2018                                    102

1   "following guest was present for the meeting,

2   Michael Cao"?

3           MS. WINCHESTER:  December 11th we're looking

4       at; right?

5           MR. TREVENA:  Well, it's dated at the bottom

6       12/12, but it's dated at the top 12/11.

7       Q    (By Mr. Simonitsch) Yeah.  It's -- it's a

8   board meeting that occurred on December 11th that he

9   signed on December 12th of 2016.

10          MS. WINCHESTER:  I'm sorry.  I misheard what

11      you said.

12          MR. SIMONITSCH:  That's okay.

13      Q    (By Mr. Simonitsch) So do you see the second

14  paragraph after it notes --

15      A    Yes.

16      Q    -- Mr. Cao being present?

17      A    Because that was post him resigning from the

18  board.

19      Q    In that second paragraph you wrote that you

20  opened the meeting with a discussion regarding the

21  status of the company financial position, that since the

22  product recall started, there have been no revenues

23  generated, and the only funds received have been through

24  borrowing of funds.

25          Is that an accurate representation?

1        A    Yes.

2        Q    And it discusses possible sale of the assets

3   to a buyer represented by John McConkie.

4             Who was this buyer?

5        A    That was a gentleman acquainted -- that became

6   acquainted with -- from Mr. Cao.  Mr. Cao brought him to

7   the table.

8             And I don't believe this was an asset purchase

9   or sale.

10       Q    Why is it you don't believe it was an asset

11  purchase when the minutes states it was to discuss the

12  sale of the assets?

13       A    I guess it was a sale of the assets.

14       Q    Do you recall if the February 2016 valuation

15  was provided to the party represented by Mr. McConkie?

16       A    I would not know.

17       Q    Were you involved in discussions with that

18  potential buyer?

19       A    Yes.

20       Q    What was your role in those discussions?

21       A    Personal meeting with him with Michael Cao.

22       Q    What ultimately happened with regard to the

23  negotiations with the party represented by Mr. McConkie?

24       A    They never facilitated the tran- -- they never

25  stepped forward enough to facilitate the transaction.

Michael Knox
November 20, 2018                                    104

1          Q     What do you mean did not step forward enough?

2          A     We never found out the buyer's name.  Don't

3     even know if it was real.  Mr. Cao handled all the

4     communication with Mr. McConkie, and --

5          Q     Turning to the next page, which is

6     Bates-stamped 339, do you recognize this document?

7               (The witness reviewed document.)

8          A     It's another board minutes.

9          Q     (By Mr. Simonitsch) And on page 340, is that

10    your signature?

11         A     Appears to be.

12         Q     And this reflects your minutes of a meeting

13    held on December 28, 2016; correct?

14         A     Yes.

15         Q     And this appears to reflect a discussion

16    concerning McConkie's offer and concerns that it was not

17    a real offer; is that right?

18         A     Yes.

19         Q     The last paragraph on page 339 states that you

20    "advised that Dragon Jade was still interested in the

21    Ultroid brand, but that they were not interested in

22    dealing with Mr. Cao."

23               Is that an accurate reflection of what you

24    informed the board?

25         A     Yes.

Michael Knox
November 20, 2018                                    109

1        A    I -- I don't see where it states they needed

2   to put a formal proposal back to us.

3        Q    Let me -- let me break it up a little bit so I

4   don't want --

5        A    Okay.

6        Q    -- to make you misrepresent anything, of

7   course.

8             So it says here that -- in the minutes,

9   "Mr. Henricksen introduced himself and proceeded to

10  discuss the details of the proposed transaction."

11            The minutes accurately reflect that

12  Mr. Henricksen did so at this January 11, 2017 board

13  meeting?

14       A    He discussed them, but they weren't put -- any

15  of this put in writing yet.

16       Q    Did the board of directors find the overall

17  terms acceptable subject to the review of a final

18  document in writing as reflected in the minutes?

19       A    The overall terms were acceptable, but not yet

20  put in writing.

21       Q    And then it states that you -- "that the board

22  was requesting they be put in writing so that -- "and

23  sent to you so that the company's corporate counsel

24  could review it."

25            Did you receive a document in writing after

Michael Knox
November 20, 2018                                              110

1    this board meeting?

2          A    There was documents going back and forth, but

3    yes.

4          Q    Did you have the company's corporate counsel

5    review any documents that were going back and forth

6    after the January 11, 2017 board meeting?

7          A    Yes.

8          Q    And that includes proposed agreements between

9    Dragon Jade and Ultroid for the sale of assets -- for

10   the sale of Ultroid's assets?

11         A    Yes.

12             MR. SIMONITSCH:  Please mark this Exhibit 11.

13             (The referred-to document was marked for

14       identification as Petitioner's Exhibit 11.)

15         Q    (By Mr. Simonitsch) After you resigned as CEO

16   of Ultroid Marketing -- let me -- I withdraw that.

17             So after the January 2017 board meeting that

18   we just discussed, what role did you play in

19   negotiations with Dragon Jade for the sale of

20   Ultroid Marketing's assets?

21         A    I -- I was a conduit to receive the

22   information as supplied by Glenn and Mr. Blylock.

23         Q    Did there come a time after January 11, 2017

24   where the board of directors revoked your authority to

25   engage in negotiations with Dragon Jade and act as a