# EXHIBIT 8

**From:**       Michael Knox
**Sent:**       Tue, 11 Oct 2016 10:01:23 AM US/Eastern
**To:**         dr. lai;Glenn
**Subject:**    Ultroid

Steve and Glenn,

Just an FYI;

It is now official, Michael Cao resigned from the BOD.  During our board meeting last night,  Mr Cao submitted his resignation to the board, and it was accepted.

In addition, I was given formal authority, by the board to finalize the terms for the asset sale to DJ, and was instructed to accomplish this as quickly as possible.

Knox

Sent from my iPhone