# EXHIBIT 9

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DRAGON JADE INTERNATIONAL, LTD.,     CASE NO 8:17-cv-02422-JDW-CPT
a British Virgin Islands limited company,

       Plaintiff/Counter-Defendant,

v.

ULTROID, LLC, a Nevada corporation;
ULTROID MARKETING DEVELOPMENT
CORP, a Florida corporation; ULTROID
TECHNOLOGIES, INC. a Florida
corporation,

       Defendants/Counter-Plaintiffs.
_____/

**DECLARATION OF DR. STEVEN LAI IN SUPPORT OF
PLAINTIFF DRAGON JADE INTERNATIONAL, LTD.'S
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

       1.     My name is Dr. Yat Man ("Steven") Lai and I am the President and Chief Executive Officer of Dragon Jade, International, Ltd.

       2.     On January 9, 2019, I was deposed in the above-captioned case. During that deposition I testified that Dragon Jade reimbursed Michael Cao and Michael Knox for their air travel in April 2016 and that they had provided Dragon Jade with the invoice from their travel agency.

       3.     A true and correct copy of the travel invoice provided to me by Mr. Cao and Mr. Knox is attached hereto as **Exhibit A**. The documents in Exhibit A were previously produced by Dragon Jade as DGJ I00007921 and DGJI00007922.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 18 January 2019

By: _____
Dr. Steven Lai

# EXHIBIT A

# NAT
## Travel and Tours, Inc.

4166 Buford Highway, Suite E, Atlanta, GA 30345
Tel: (404) 321-6878   Fax: (404) 321-6880

Date : 06 APR 2016
Invoice number : Inv. 13

| Passenger name | Description | Price |
|---|---|---|
| CAO MICHAEL | MCO- HKG- MCO | $ 2350.00 |

CONFIDENTIAL

DGJI00007921

CONFIDENTIAL



# NAT
## Travel and Tours, Inc.

4186 Buford Highway, Suite E, Atlanta, GA 30345
Tel: (404) 321-6878   Fax: (404) 321-6880

Date : 06 APR 2016
Invoice number : Inv 13

| Passenger name | Description | Price |
|---|---|---|
| KNOX  MICHAEL | TPA - HKG- TPA | $ 2290.00 |

DGJI00007922