# EXHIBIT 10

**From:**      Michael C.
**Sent:**      Fri, 5 Aug 2016 7:06:05 PM US/Eastern
**To:**      Kevin Mcadams;John Wlassich
**Cc:**      Michael Knox
**Subject:**      Fw: Please approve resignation

Gentlemen:

Please see attached letter below. It's with sadness  to inform you Michael Knox had resigned from our Company as CEO, he will continue to serve as a Director. I wanted to thank you Mr. Knox for all his services to our Companies. My gratitude and thank him for his services.


Warmly Regards,

Michael Cao
Chairman and Founder
Vascular Technologies, Inc.,
Ultroid Technologies, Inc. &
Ultroid Marketing Development Corp
Phone:  727-898-0717
Cell:  770-877-2980
Fax:  727-898-0716
email:  mc@ultroid.com
Website:  www.ultroid.com


**ATTENTION:**
**CONFIDENTIALITY NOTICE:  This transmission is**



**HIGHLY CONFIDENTIAL AEO**

Ultroid0052583

Ultroid0052583

protected by the Electronic Communications Privacy Act,18 U.S.C. Sections 2510-2521 and is intended to be delivered only to the named addressee(s) and may contain information that is confidential and proprietary.  If this information is received by anyone other than the named addressee(s), the recipient should immediately notify the sender by e-mail and by telephone (727) 260-9999 and obtain instructions regarding disposal of the transmitted material.  In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s).

On Monday, August 1, 2016 3:33 PM, Michael Knox <michaelknox@ultroid.com> wrote:

Dear Michael Cao,

Please accept this letter as notice of my resignation from my position as the President and Chief Executive Officer of Vascular Technologies, Inc., Ultroid Technologies, Inc., and Ultroid Marketing Development Corp. effective immediately.

Do to my wife medical condition it has become clear that I must spend an large amount of time to assist her in her recovery.

It has been a pleasure working with you and your team past nine years.  Your company is poised for continued growth and I wish you much success in the years to come.

I would like to help with the transition to a new President and Chief Executive Officer so I will make myself available to you after my departure. I am available to help recruit and train my replacement.

Sincerely,

*Michael Knox*

**HIGHLY CONFIDENTIAL AEO**

**Ultroid0052584**

Ultroid0052584

Michael Knox


Michael Knox
Website: www.ultroid.com
Please Join me on Linkedin: http://www.linkedin.com/pub/michael-knox/29/118/486



*"Transforming the Standard of Care for People with HD (Hemorrhoid Disease)"*

**HIGHLY CONFIDENTIAL AEO**

**Ultroid0052585**

Ultroid0052585