# EXHIBIT 11

Michael Goeree  30(b)(6), Confidential
December 03, 2018

```
  1                  UNITED STATES DISTRICT COURT
                    FOR THE MIDDLE DISTRICT OF FLORIDA
  2                        TAMPA DIVISION

  3                                CASE NO: 8:17-cv-02422-JDW-CPT

  4   DRAGON JADE INTERNATIONAL,
      LTD., a British Virgin
  5   Islands limited company,
           Plaintiff/Counter-Defendant,
  6
      vs.
  7
      ULTROID, LLC, a Nevada corporation;
  8   ULTROID MARKETING DEVELOPMENT CORP.,
      a Florida corporation; ULTROID
  9   TECHNOLOGIES, INC., a Florida
      corporation,
 10        Defendants/Counter-Plaintiffs
      _____/
 11

 12               DEPOSITION OF MICHAEL GOEREE

 13          ****  NON ATTORNEYS' EYES PORTIONS  ****

 14   Corporate Representative of Defendants/Counter-Plaintiffs,

 15   Ultroid Marketing Development Corp., Ultroid LLC and Ultroid

 16   Technologies, Inc., pursuant to Fed.R.Civ.P. 30(b)(6)

 17                  Pages 1 through 127

 18                 Monday, December 3, 2018

 19              From 3:30 p.m. to 7:30 p.m.

 20          Dean, Ringers, Morgan & Lawton, P.A.

 21             201 East Pine Street, Suite 1200

 22                 Orlando, Florida  32801

 23

 24             Stenographically Reported By:

 25               Mary Ann Schumacher, FPR
```

Michael Goeree   30(b)(6), Confidential
December 03, 2018                    39

1    END ATTORNEYS' EYES ONLY

2    BY MS. D'AMICO:

3        Q.   I'm showing you Exhibit 9.

4        A.   Okay.

5             (Plaintiff's Exhibit 9 was identified.)

6        Q.   So this is --

7        A.   -- mid October.  Okay.

8        Q.   Exhibit 9, does this demonstrate when Michael Cao

9    left the company?

10       A.   I knew it was on or about mid to late October

11   2016.

12       Q.   I'm not trying to test you, I'm trying to make it

13   easier.

14       A.   -- no, no, I remember seeing his letter of

15   resignation.

16       Q.   So October of '16, Michael Cao resigns and Knox

17   also represents to -- if you look at the 2 here, it says,

18   Dr. Lai and then Glenn.  Do you know who Glenn is?

19       A.   Glenn Hendricksen.

20       Q.   And he says that he was given formal authority by

21   the board to finalize the terms for the asset sale to DJ.

22       A.   Okay.

23       Q.   In your mind, does DJ stand for Dragon Jade?

24       A.   I'm sorry?

25       Q.   Does DJ stand for Dragon Jade?

Michael Goeree  30(b)(6), Confidential
December 03, 2018                              47

 1  company was in January of 2016?

 2       A.   I do not.

 3       Q.   Can you turn to page 337?  This is a meeting held

 4  on August 8, 2016.

 5       A.   337.  Okay.

 6       Q.   And do you see towards the middle it says, Michael

 7  Cao advised the board about a product recall?

 8       A.   Okay.

 9       Q.   Do you know whether that affected the financial

10  health of Ultroid?

11       A.   Please repeat the question.

12       Q.   Do you know whether that product recall affected the

13  financial health of Ultroid?

14       A.   I suspect that it would.

15       Q.   In what sense or in what way?

16       A.   If you can't sell, your revenues will come to a

17  halt.

18       Q.   339.  This is a meeting held on December 28, 2016.

19       A.   Okay.

20       Q.   Do you know who John McConkie is, M-c-C-O-N-K-I-E?

21       A.   I actually do know who John McConkie is.

22       Q.   Okay.  Who is he?

23       A.   That's a strange name to see here.  I never knew

24  that he had anything to do with this company.  I knew him

25  through another business deal out west.  This is the first

Michael Goeree  30(b)(6), Confidential
December 03, 2018                        50

```
 1    that the company has zero funds and is unable to pay its
 2    obligations as they become due.
 3        A.   Okay.
 4        Q.   Do you have any knowledge about the company's
 5    financial health at that time?
 6        A.   Well, this is pretty clear.  If there's no revenues,
 7    no product to sell, you have problems.
 8        Q.   Would you consider that at this time, the company
 9    was insolvent?
10            MR. LAWTON:  Objection to the form.
11    BY MS. D'AMICO:
12        Q.   Do you have any personal knowledge about that?
13        A.   No, I do not.
14        Q.   As the Ultroid corporate representative, do you know
15    whether the company was insolvent on January 11, 2017?
16        A.   No, I do not.
17        Q.   And who would know about whether the company was
18    insolvent on January 11, 2017?
19        A.   Again, probably Michael Knox.
20        Q.   Anybody else who is at the company still?
21        A.   No.  And Michael Knox is also not at the company,
22    so --
23            MS. D'AMICO:  Let's go off for a minute.
24               (A recess was held.)
25    BY MS. D'AMICO:
```

Michael Goeree   30(b)(6), Confidential
December 03, 2018                          81

1        Q.    So your position is that Michael Cao and Dragon

2   Jade are conspiring in some sense?

3        A.    Correct.

4        Q.    Other than the UCC filing, what information do you

5   have to support that conspiracy theory?

6        A.    I looked at all the things that were done.  And I

7   looked at all the paperwork, as to what the initial 45,000

8   was.  And I know that we had -- if we didn't have the probes

9   in inventory, I would have said, You fool, why would you

10  take on a purchase order that you know you can't fill?

11       There was no FDA problem at that time, blocking.  There

12  might have been a warning letter, but there wasn't a stop.

13  So you could continue business, continue selling.  If you've

14  got the probes in inventory, they can't be used for anything

15  else, why would you do that?

16       Why would you take them out of inventory and say, I'll

17  take care of this order when, just weeks before that, Michael

18  Cao was sitting in Hong Kong and received an envelope full

19  of cash from Dr. Lai directly?  Is there a conspiracy?  Did

20  he pay him to push the company down?  I think there's a

21  strong argument there.

22       I don't know why there's no much cash that goes back and

23  forth and why people are getting envelopes and three weeks

24  later, they're screwing up orders that have no reason to be

25  screwed up, and creating, six months later, a debt situation

Michael Goeree  30(b)(6), Confidential
December 03, 2018                              82

 1   against that invoice and saying now it's a loan.  It wasn't a

 2   loan, it was a purchase order.

 3          MS. D'AMICO:  Okay.  I'm going to move to strike as

 4      unresponsive.

 5          MR. LAWTON:  I don't think he's finished his answer,

 6      but --

 7   BY MS. D'AMICO:

 8      Q.   Do you want to keep going?

 9      A.   My point is, I think there's a lot of conspiracy

10   going on between a lot of parties, Dr. Lai.  Hendricksen.

11   Possibly Michael Knox, that's yet to be seen, I've got a lot

12   of questions for him too.

13       The people that suffered in this were the shareholders.

14   They were lied to.  From start to finish, A to Z, there was

15   not one word of truth told to these people.  Some of them

16   had a good bit of money invested.  And I think they set up

17   the whole situation where they just deliberately drained the

18   company, pushed it down, sucked the money out and then said,

19   Okay, we're going to sell it.

20       It wasn't necessary.  This market is so large and so

21   liquid, there's no reason for this.  Call it bad management,

22   bad judgment.  Not when there's envelopes of cash going back

23   and forth and third and fourth party wires being done with

24   cash.  I mean, you start to think about money laundering,

25   taxes, IRS, you start to think about all kind of problems.

Michael Goeree  30(b)(6), Confidential
December 03, 2018                              85

1       A.    No.  I know Michael Cao took them out of inventory,

2    saying he would take care of the order.  I have no proof

3    that they ever did get to Dragon Jade.

4       Q.    Understood.  So you believe that it was not actually

5    a purchase order?  You don't believe that Dragon Jade

6    actually placed a real purchase order, you believe there was

7    something fishy going on there?

8       A.    No, it was a real purchase order.  I just -- well,

9    I think it was the start of a setup or a reason for

10   everything else to snowball behind it.

11      Q.    Okay.  And you believe that there were lots of

12   envelopes of cash being passed around?

13      A.    I know for a fact.

14      Q.    Okay.  Describe all instances that that happened.

15      A.    When they were over in, just a few weeks prior to

16   the purchase order, they were all in Hong Kong.

17      Q.    Who's there?

18      A.    Michael Cao and Michael Knox, meeting with

19   Hendricksen and Dr. Lai.

20      Q.    Okay.

21      A.    They were all calling, Cao and Lai were calling

22   each other brother, buddy-buddy and hugs and walking, hanging

23   on hands.  I don't know if that's a normal thing to do over

24   there.  Been to China a few times before, never hung on to

25   another man's hand, but that's my personal perspective.  But

Michael Goeree  30(b)(6), Confidential
December 03, 2018                              86

1   having said that, Dr. Lai handed Michael Cao an envelope

2   that was several inches, a couple inches thick, a sealed,

3   white envelope, and it was suspected that there was cash in

4   it.

5       Q.    Suspected by whom?

6       A.    By Michael Knox.  And that was, Um, why are you

7   giving this guy cash?  Hendricksen said, That's customary

8   in China.  Again, I've been to China a couple times, done

9   business, they didn't hand me envelopes of cash.  So at

10  that point it's speculative, we speculate and assume that

11  it was cash.  Hendricksen had told Knox that it was, it was

12  customary to pay for services, whatever those services are.

13      Q.    Then in Miami, under oath, he confirmed it.

14  Hendricksen confirmed it, yes, it was cash, it was cash

15  that was traded hands.  So then you know, at least unless

16  he's lying under oath, I don't know, but he was handed cash.

17      Three weeks later, you have a purchase order that

18  comes through, where you have more than sufficient inventory

19  to complete the transaction.  The guy that received the cash

20  goes and takes everything out of inventory and says, oh, no,

21  I'll handle this myself personally.  Okay, don't know why.

22      Michael Knox thought, that's odd.  And then he got,

23  of course, sick, he was feeling worse, he resigned.  And when

24  he come back towards the end of the year, going into '17,

25  they all walked up and said, Oh, by the way, that purchase

Michael Goeree  30(b)(6), Confidential
December 03, 2018                    89

1          MS. D'AMICO:  And I know we've been here a while,

2      I'm trying to push through all the material that I've

3      got.  I'm just going to ask you some questions.  You are

4      free to talk as you wish and answer as you wish and

5      hopefully you'll just give me the information that I'm

6      asking for, but that's what I'm trying to do.  I don't

7      want you to feel that I'm trying to rush you in any way,

8      I'm just trying to get through the information.

9  BY MS. D'AMICO:

10         Q.   So you mentioned before an envelope of cash that was

11  given by Dr. Lai to Mr. Cao?

12         A.   Correct.

13         Q.   Where did you get that information from, in terms of

14  that Dr. Lai handed it to Mr. Cao?

15         A.   From Michael Knox.

16         Q.   And are there any other envelopes of cash that you

17  believe were given, or that you know were given to Mr. Cao?

18         A.   I've only heard of one.

19         Q.   And you said that you don't know, Ultroid doesn't

20  know how much cash was in there, you don't know how much cash

21  was in the envelope?

22         A.   I don't have firsthand knowledge.  I know what

23  Michael Knox told me when he spoke to Hendricksen in China

24  or wherever they were, in Hong Kong.  He said $100,000.  But

25  that could be $100,000 Hong Kong dollars, U.S. dollars, don't

Michael Goeree  30(b)(6), Confidential
December 03, 2018                    90

 1    know.  Both use a dollar.

 2            MS. D'AMICO:  Let's go off for a minute.

 3            (Off-the-record discussion was held.)

 4    BY MS. D'AMICO:

 5        Q.   What's the basis of the position that Mr. Cao was

 6    under investigation by the FDA between July and October of

 7    2016?

 8        A.   That's a chain of conversations.  I got the

 9    information from Michael Knox.  It was something was

10    circulated, that he was under investigation by the FDA.

11        Q.   He meaning, Knox?

12        A.   Meaning Knox.  So he hired a criminal attorney,

13    which they don't understand that the FDA doesn't have a gun

14    or a badge or policing authority, but they thought.  So that

15    attorney contacted the FDA and he said -- and supposedly,

16    they came back and said, No, it's the other Michael.  Well,

17    there was only one other Michael then.  You've got a whole

18    slew of them now that you can pick from.  So that's where

19    that came from.

20        Q.   Have you heard anything else since that conversation

21    that you had with Michael Knox about an investigation?

22        A.   Never.

23        Q.   When did you have a discussion with Mr. Knox about

24    it?

25        A.   Well, I read it on the one topic you wanted to talk

1    the legal agreements by offering him a job and paying him

2    under the table.  What other information, aside from what you

3    just told me, is not enough?

4              MR. LAWTON:  He didn't have the counterclaim at the

5        right spot.  62B.

6        A.    62B.

7    BY MS. D'AMICO:

8        Q.    So we just talked about A, and now I'm asking you

9    what the basis is for Ultroid's position that Dragon Jade

10   bribed Mr. Knox to execute the agreements, by offering him a

11   job and paying him under the table.

12       A.    Yes.

13       Q.    So it's your position that they bribed him, by

14   offering him a job at the company?

15       A.    Yes.

16       Q.    What's the basis for you making that statement?

17       A.    The under the table payments.  Offering somebody a

18   job is not an issue.

19       Q.    It's the second piece of that.

20       A.    But when you start paying people under the table,

21   you sign this and don't worry, we'll take care of you later,

22   that's where the cue comes in and it smells bad.

23       Q.    And the basis of you saying he was paid under the

24   table is what Mr. Knox told you?

25       A.    The basis of me saying he was paid under table is

Michael Goeree  30(b)(6), Confidential
December 03, 2018                          99

1    the fact that he was paid under the table, that's the basis.

2    I mean, that's clear, those bank statements or those wire

3    transfers are very clear.

4        Q.    They show where the money was sent, right, from the

5    individual that sent the money to --

6        A.    -- why was that not put on the company books?

7        Q.    I'm not asking you that right now.

8        A.    It's just an open question in the air.

9        Q.    Do you have knowledge that the payment was meant to

10   be a personal loan and not related to the company?

11       A.    It's irrelevant.  Do I have knowledge of that, yes.

12   But they could put the money in the company and make a

13   personal loan from the company.  They could make a personal

14   loan from Dr. Lai straight to Michael Knox, that's also not

15   illegal.  But when you have to go through three blind people

16   to get to a third party, I find it odd at best.

17       Q.    Noted.  So I'm going to move on unless you have more

18   to add to that.  And I know you could probably go on all day

19   about it, I get it.

20       A.    I could.

21       Q.    But part C, engaging in extortion by ensuring

22   Mr. Knox's execution of the illegal agreement through

23   threats, intimidation and blackmail, what's the basis for

24   that statement?

25       A.    Conversations with Michael Knox.

Michael Goeree  30(b)(6), Confidential
December 03, 2018                          100

1        Q.   What did Michael Knox tell you?

2        A.   He told me while he was in Hong Kong, they all had a

3    party, it was at, I believe, Dr. Lai's office or restaurant,

4    I'm not sure which, at which point, they were all drunk or

5    drinking, and a whole bunch of girls come in, prostitutes.

6    And then that next day, something was said about a difference

7    in price.  And he said, Well, you do understand we have

8    cameras throughout the whole place and we have pictures of

9    you.

10       Q.   Who said that?

11       A.   Dr. Lai.

12       Q.   To whom?

13       A.   To Michael Knox.

14       Q.   You said that something about a price.  What price

15   are you talking about, the price of the women or --

16       A.   I believe at the time, the price changed from 80

17   million to 40 million.

18       Q.   So you're not talking about the price of the women,

19   you're talking about the price of the company?

20       A.   No.

21       Q.   Okay.  And Dr. Lai -- sorry -- Mr. Knox told you

22   that Dr. Lai told him that there's cameras all over?

23       A.   And they have pictures of him.

24       Q.   And do you know what those pictures are of?

25       A.   According to Michael Knox, he with a woman that's

Michael Goeree  30(b)(6), Confidential
December 03, 2018                          101

1    not his wife.

2         Q.   Has he ever seen the photographs?

3         A.   No, but they've told him they've got them.

4         Q.   Who is they?

5         A.   I believe it was also heard by Glenn Hendricksen.

6    And I don't know that to be fact, but I understand he was

7    there, and Dr. Lai said it to Michael Knox.  Sure, in all

8    fairness, he said it in a joking manner.

9         Q.   Who did, Dr. Lai did?

10        A.   Dr. Lai did.  But when it's said, it can't be

11   unsaid, it's sort of a --

12        Q.   Did he say that more than once?

13        A.   I don't know.

14        Q.   Do you know if Mr. Knox returned to this restaurant,

15   or office, another time after this incident?

16        A.   I don't believe he did after that date.  And I might

17   have the two trips mixed up, but I don't believe he did after

18   that date.

19        Q.   But he's never seen photographs or video?

20        A.   No.

21        Q.   Or anything.  Okay.  At D, it says, engaging in

22   other deceitful and fraudulent conduct to secure execution of

23   the illegal agreement.

24        A.   Clearly, no shareholder vote, don't worry about

25   it, we know how to do this, would fall into that category.

Michael Goeree  30(b)(6), Confidential
December 03, 2018                    102

1    That's very deceitful and very fraudulent.

2        Q.   And you're talking about Dragon Jade's lawyer giving

3    advice to Ultroid?

4        A.   I'm talking about all of them.  Dr. Lai, Dragon

5    Jade.  Hendricksen is also a separate entity, he's his own

6    company.  And then you would have Michael Cao in there,

7    you would have Michael Knox in there, I mean --

8        Q.   So to be clear, is it Ultroid's position that

9    Mr. Cao and Mr. Knox were both caught up in the deceitful and

10   fraudulent conduct that was going on?

11       A.   I definitely think that Michael Cao was.  With

12   regard to Michael Knox, I don't know if he was a

13   co-conspirator or the stickman.  Do you know what a stickman

14   is?

15       Q.   I know what a stickman is.

16       A.   He was the guy left holding the bag.  If you're

17   looking around the room to see who the idiot is, chances are

18   it's you.  Do you know that expression?

19       Q.   I do, sir.

20       A.   I think he was looking around the room.

21       Q.   What is the basis for your statement that Dragon

22   Jade has engaged in similar activity in the past?

23       A.   According to Glenn Hendricksen on the phone, he

24   says, we've done this before, this is a tried and true

25   contract, this is how we get our intellectual properties.

Michael Goeree  30(b)(6), Confidential
December 03, 2018                              106

1    that the agreement was entered into.

2        A.   Yes.

3        Q.   And was there ever another appraisal done in between

4    the February 2016 and the January 2017?

5        A.   No.  But situation, or their situation, had not

6    changed.

7        Q.   So your opinion and your statement now is that

8    the product recall, and not having a product on the market

9    would not affect the valuation of the company?

10       A.   No.  Because a lot of the valuation is based on

11   forward looking, three to five-year, forward-looking

12   valuation or cash flow and how large the market is.  There

13   are a lot of things that go into an appraisal, not just --

14   the product never lost its 510K, never lost its FDA approval.

15   The only thing it didn't have was a QMS, which cost $14,000

16   to write a new one and submit to the FDA.  It's real simple.

17   Why they didn't do it, I don't know.

18           MS. D'AMICO:  Can we take a two-minute break,

19       please?

20           (A recess was taken.)

21   BY MS. D'AMICO:

22       Q.   Other than the photographs that we discussed, of

23   Mr. Knox and another woman in Hong Kong, were there any

24   other blackmail attempts by Dragon Jade, to your knowledge,

25   that relate to Ultroid?

Michael Goeree  30(b)(6), Confidential
December 03, 2018                              107

 1      A.   Not to my knowledge.

 2      Q.   When did Mr. Knox step down from his role as an

 3  officer at Ultroid?

 4      A.   I want to say plus, minus, August 1, 2016.

 5      Q.   And do you know the reason why he stepped down?

 6      A.   He's still in poor health, very weak.  And his wife

 7  also had a stroke or something that -- her leg was all, and

 8  she went on some special medication that made her suicidal,

 9  so she had to be on 24-hour watch.

10      Q.   The terrible issue with his wife aside, just for

11  a moment, do you know whether he got clean bills of health

12  before August 2016 or the time period that he was out for

13  being ill?

14      A.   Well, I don't think he yet has a clean bill of

15  health.  He still today, two years later, cannot run, where

16  he used to run all the time.  He's now got a belly on him, I

17  saw pictures of him, I didn't know him back then.  He used

18  to run four or five miles a day, and now he can't even run.

19  He can walk, but -- you think he looks healthy, but he can't,

20  as soon as he runs, he's done.

21      Q.   And when he stepped down in August 2016, did his

22  role with the company change?

23      A.   I believe he was completely resigned.  That's my

24  understanding.

25      Q.   And did he -- so that's August 2016.  Did he ever

Michael Goeree  30(b)(6), Confidential
December 03, 2018                    108

1    come to work for Ultroid again after that?

2        A.   Yes.

3        Q.   And when did that happen?

4        A.   I believe they brought him back in, what, December

5    of 2016, going into January 2017.

6        Q.   What was the purpose of bringing him back on

7    board?

8        A.   My opinion, to be the stickman again, to be the

9    fall guy.

10       Q.   Well, I'd like your opinion as the corporate

11   representative of Ultroid.

12       A.   What was his position then?

13       Q.   What was he brought back to do?

14       A.   I want to say the secretary and director.  I don't

15   think he was named CEO, but he might have been.  Maybe he was

16   named president, but I don't think that he was.

17       Q.   And you said he was being a stickman.  Who put him

18   up to, who made him the stickman?

19       A.   I think they all did.

20       Q.   Who is they all?

21       A.   Okay.  All of Dragon Jade, Hendricksen and Cao.

22       Q.   And who was running the company in August 2016?

23       A.   Cao.

24       Q.   When did Mr. Knox completely cut ties with

25   Ultroid?

Michael Goeree  30(b)(6), Confidential
December 03, 2018                                    110

 1  the Dragon Jade deal, right?

 2      A.   Correct.

 3      Q.   And did he continue to work for some time into the

 4  beginning of 2017?

 5      A.   Yes, right on through until February 2018, when I

 6  terminated him.

 7      Q.   Why did you come to terminate Mr. Knox?

 8      A.   Because of all the stuff that I saw, that I told

 9  you, is he a co-conspirator or the fall guy?  I can't take

10  that gamble in the company.  There is other peoples' money,

11  including my own, to, you know, put first.

12      Q.   So you came into the picture in September of 2017

13  and a few months later, Michael Knox left?

14      A.   Correct.  He didn't leave, he was terminated.  I

15  fired him.

16      Q.   Is he consulting at all for Ultroid?

17      A.   No.  Okay, hold on.  Has he given us things like

18  the gentleman for the FDA, correct, yes, but consulting, no.

19      Q.   No formal agreement with Mr. Knox?

20      A.   And very little contact, to be honest.

21      Q.   After Mr. Knox got sick, was he able to continue to

22  work at all or was he completely on leave?

23      A.   He almost died.  He was in -- well, according to

24  his doctor, he was on his death bed.  Three or four people

25  contracted the illness at the same time here in Tampa, and

Michael Goeree  30(b)(6), Confidential
December 03, 2018                    119

```
 1
 2                              *
 3                              *
 4                              *
 5                              *
 6
 7        (The non-confidential record resumed as follows:)
 8                              *
 9                              *
10                              *
11                              *
12    END OF ATTORNEYS' EYES ONLY
13        Q.   I'm finished with the affidavit.  What is the basis
14    for your position -- by you, I mean, Ultroid's position --
15    that Dragon Jade had represented that they would remediate,
16    but knew that they couldn't actually remediate for Ultroid?
17        A.   The fact is they didn't.
18        Q.   Well, that's a different question.
19        A.   But that's the same answer.
20        Q.   Well, okay.  I want to make sure --
21        A.   After the fact, if you tell somebody you can do
22    something, okay, and then you don't do it and don't do it
23    and don't do it, the net result is you can't do it.
24        Q.   My question is the basis for Ultroid's statement
25    that Dragon Jade had represented to Ultroid that it would
```

Michael Goeree  30(b)(6), Confidential
December 03, 2018                          120

1    remediate the product, but it made that statement, quote,

2    knowing that it would not be able to do so; do you understand

3    the distinction there?

4         A.   No, I don't see -- because if you've not done and

5    you don't know how to do it, and you don't do it, you can't

6    do it -- they knew then they were just rolling the dice and

7    hoping that they could stay at the crap table.  That's all

8    it was, that's clear to me.

9         Q.   I understand it's clear to you, but what's the basis

10   of Ultroid's statement that Dragon Jade knew it wouldn't be

11   able to remediate, but told Ultroid it would anyway?

12        A.   Hasn't done it before.  What other medical products

13   have they put in the market?  What's their -- what's their

14   experience?  They had a couple medical clinics or a doctor --

15   okay.

16        Q.   So the basis of your statement then is that Dragon

17   Jade had not done this before, for a medical product -- and

18   what else; what am I forgetting?

19        A.   And didn't do it.

20        Q.   And didn't do it.  Anything else?

21        A.   Because if they could do it, they would have done

22   it.

23        Q.   I understand that, but --

24        A.   -- okay, so we agree on that.

25        Q.   Well, I don't agree on that.  It's not that late.

Michael Goeree Excerpt  30(b)(6), Attorneys Eyes Only
December 03, 2018

```
 1              UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF FLORIDA
 2                    TAMPA DIVISION

 3                            CASE NO: 8:17-cv-02422-JDW-CPT
   DRAGON JADE INTERNATIONAL,
 4 LTD., a British Virgin
   Islands limited company,
 5       Plaintiff/Counter-Defendant,

 6 vs.

 7 ULTROID, LLC, a Nevada corporation;
   ULTROID MARKETING DEVELOPMENT CORP.,
 8 a Florida corporation; ULTROID
   TECHNOLOGIES, INC., a Florida
 9 corporation,
            Defendants/Counter-Plaintiffs
10 _____/

11

12              DEPOSITION OF MICHAEL GOEREE

13           *** Confidential Portions Only ***

14      CONTAINS MATERIAL MARKED AS ATTORNEYS' EYES ONLY

15 Corporate Representative of Defendants/Counter-Plaintiffs,

16 Ultroid Marketing Development Corp., Ultroid LLC and Ultroid

17 Technologies, Inc., pursuant to Fed.R.Civ.P. 30(b)(6)

18                    Pages 1 through 45

19                 Monday, December 3, 2018

20              From 3:30 p.m. to 7:30 p.m.

21           Dean, Ringers, Morgan & Lawton, P.A.

22            201 East Pine Street, Suite 1200

23                Orlando, Florida  32801

24              Stenographically Reported By:

25                Mary Ann Schumacher, FPR
```

Michael Goeree Excerpt  30(b)(6), Attorneys Eyes Only
December 03, 2018                            34

 1    the company?

 2         A.   This is a signed contract.

 3         Q.   And the name of the company is Quality Solutions and

 4    Support?

 5         A.   Yes.

 6         Q.   Have you worked with them before?

 7         A.   I have not, but I have met with them now several

 8    times.

 9         Q.   And this scope of this project, it says, Create a

10    quality management system, QMS?

11         A.   Uh-huh.

12         Q.   Does that include the design history file at work?

13         A.   That is everything, yes.

14         Q.   And it looks like the total hours estimated is 70

15    hours?

16         A.   Yes.

17         Q.   And do you know, has this work all been completed

18    then or is it still as a project that's going on?

19         A.   This work has been completed.

20         Q.   So it's your position that --

21         A.   -- hold on, let me finish.  You don't do the

22    last couple steps until you're ready to actually start

23    manufacturing.  So to say is it completed, sure.  Is it fully

24    ready, the answer would be no because you don't ever do the

25    last step until your facility's in place and ready to produce

1   product.  But yes, all this work is done.

2       Q.   And so then it's your position that the Ultroid

3   device, the Ultroid product is ready to hit the market,

4   provided the last step or steps are completed?

5       A.   Sure.

6       Q.   And when was the remediation completed?

7       A.   The remediation was completed back, I want to say in

8   June.  So this was, we signed it in May 18th.  I believe it

9   was by July 1st, it was ready to go.

10      Q.   So a month and a half it took to remediate the

11  product?

12      A.   Yeah, six weeks.

13      Q.   And did any of -- did Ultroid use any of the work

14  that had been done, the remediation work that had been done

15  previously, when Dragon Jade was still involved?

16      A.   No, it wasn't necessary.

17      Q.   Was Mr. Knox involved in the remediation process at

18  all?

19      A.   No, all he did was advise me to, because he was no

20  longer with the company, he advised me who to talk to.

21      Q.   Did he recommend using this company?

22      A.   Uh-huh.  Yes, sorry.

23      Q.   And he had also recommended using the prior

24  companies that Ultroid used, SEI and is it AWJ?

25      A.   I don't know who they are.  I didn't use them.

```
 1                   (A recess was taken.)

 2    BY MS. D'AMICO:

 3         Q.   I'm going to show you Exhibit 16.  Do you recognize

 4    Exhibit 16?

 5         A.   Yes.

 6                   (Plaintiff's Exhibit 16 was identified.)

 7              MR. LAWTON:  We're still attorneys eyes only?

 8              MS. D'AMICO:  Yes, we haven't gone off.

 9    BY MS. D'AMICO:

10         Q.   And what is this document?

11         A.   It's an ongoing consulting agreement for remediation

12    and work to be done.

13         Q.   I don't mean this figuratively, but what are you

14    waiting for, to get the Ultroid product back to market?

15         A.   I'm sorry?

16         Q.   You're waiting for the last few steps to be done?

17         A.   Once you build your manufacturing facility, you

18    just have to, then you would notify the FDA that you're

19    ready to start production and they do an inspection to make

20    sure that your manufacturing facility is correct.  And that

21    inspection, you can actually start production, go into

22    market.  And that inspection might take a year, but you can

23    still go back in the market.  However, the trade off is

24    if they come and you don't pass inspection, you got to go

25    collect all that backup that you put out in the market.  So
```

1    you got to make sure you do it right.  There's no, you know,

2    crimping the corners, if you will.  It's not a difficult

3    process.

4       Q.   And you had said that you're building a new

5    manufacturing facility?

6       A.   Uh-huh.

7       Q.   Was that part of the remediation?

8       A.   No, that's something we're doing separately, as part

9    of our capital raise.

10      Q.   And how is it that Ultroid is being funded right

11   now?

12           MR. LAWTON:  Excuse me, hold on.  I'm going to

13        object to that and tell him not to answer it.

14           MS. D'AMICO:  You're not going to let him answer the

15        question?

16           MR. LAWTON:  Uh-uh.

17   END OF ATTORNEYS' EYES ONLY

18   *************************************************************

19   Page 116, Line 2 to Page 119, Line 11:

20   BEGIN ATTORNEYS' EYES ONLY

21   BY MS. D'AMICO:

22      Q.   So at this time, December 20, 2017, had Ultroid

23   begun their ongoing efforts to resolve the FDA's concerns?

24      A.   Yes.

25      Q.   And what was the company doing?