# EXHIBIT 13

MINUTES OF REGULAR MEETING OF THE
SPECIAL MEETING OF THE SHAREHOLDERS
OF
ULTROID MARKETING DEVELOPMENT CORP

The Shareholder of Ultroid Marketing Development Corp held a Special meeting on June 6th, 2016, at 12:00 noon EST, at 1800 Pembrook Dr., suite 300, Orlando, FL 32810.

The following directors were present and constituted a quorum of the Board:

Michael Cao
Michael Knox

The following directors were absent from the meeting: John Wlassich, & Kevin McAdams.

Michael Cao, as Chairman of the Board of Directors, called the meeting to order at 12:10 p.m. and announced that this meeting was held pursuant to an email, announcement on the website, and formal letter notice sent to all shareholders of record, and announced that this meeting was held pursuant to a written notice of meeting which was given to all shareholders of this corporation.

Michael Cao opened the meeting with a brief discussion regarding the status of The Company. The meeting broke for 5 minutes as Michael Knox, as the secretary totaled the votes received.

Michael Knox presented a brief overview of Dragon Jade International Limited, and their management team. Mr. Knox opened the floor for questions. And he addressed them as they were asked.

Michael Knox, as the secretary of The Corporation announced that the shareholder votes had been counted, and no further votes would be accepted. The results are as follows. Out of 45,994,120 eligible shares to vote, he received 36,806,222 affirmative votes and 0 no votes and 0 abstained votes. Total affirmative votes received represent 80.02% of eligible shares to vote. Therefore the motion to sell the company to Dragon Jade Internationl Limited has been approved by the shareholders.

## ADJOURNMENT

Because there was no further business to come before the Shareholders at this meeting, the meeting was adjourned.

Date: 6/7/16

Michael Knox, Secretary

CONFIDENTIAL

Ultroid0000334

## MINUTES OF REGULAR MEETING OF THE
## BOARD OF DIRECTORS OF
## ULTROID MARKETING DEVELOPMENT CORP

The Board of Directors of Ultroid Marketing Development Corp held a Regular meeting on August 8th, 2016, at 12:00 noon EST, via Conference Call.

The following directors were present and constituted a quorum of the Board:

Michael Cao
Michael Knox
John Wlassich
Kevin McAdams

The following directors were absent from the meeting: None.

Michael Cao, as Chairman of the Board of Directors, called the meeting to order at 12:05 p.m. and announced that this meeting was held pursuant to an email notice sent to all directors, and announced that this meeting was held pursuant to a written notice of meeting which was given to all directors of this corporation.

Michael Cao opened the meeting with a brief discussion regarding the status of The Company and all Directors participated in that discussion.

Michael Cao advised the board that a Product Recall is being scheduled and that all sales, production etc. have stopped. He further announced that the potential sale of The Company to Dragon Jade International Limited will not occur because of the recall. All board members participated in the discussions.

Michael Knox suggested that we move to an asset sale, so the potential buyer would not assume any of our liabilities. Michael Cao agreed and placed a motion to the board to make the change. The Board unanimously approved to move to an asset sale, with no "NO" vote. Michael Cao agreed facilitate the communication with Dragon Jade.

### ADJOURNMENT

Because there was no further business to come before the Board of Directors at this meeting, on motion duly made and seconded, the meeting was adjourned.

Date: 8/31/16

Michael Knox, Secretary

**CONFIDENTIAL**                                                                                          Ultroid0000337

MINUTES OF REGULAR MEETING OF THE
BOARD OF DIRECTORS OF
ULTROID MARKETING DEVELOPMENT CORP.

The Board of Directors of Ultroid Marketing Development Corp held a Regular meeting on December 11th, 2016 at 9 p.m. EST, via Conference Call.

The following directors were present and constituted a quorum of the Board:

Michael Knox
John Wlassich
Kevin McAdams

The following directors were absent from the meeting: None.

The following guest was present for the meeting: Michael Cao

The Secretary called the meeting to order at 9:05 p.m. and announced that this meeting was held pursuant to an email notice sent to all directors, and announced that this meeting was held pursuant to a written notice of meeting which was given to all directors of this corporation.

Michael Knox opened the meeting with a brief discussion regarding the status of The Company financial position, that since the product recall started, there have been no revenues generated and the only funds received have been through the borrowing of funds. All Directors participated in this discussion.

The next order of business was to discuss the sale the assets of The Company to a potential buyer represented by John McConkie; Michael Cao presented the terms of the agreement, noting a deposit to be received prior to December 30th. Further noting that a cash deposit would be escrowed by that same date; the written proposal was supplied to all members earlier. The Board was concerned that the name of the buyer was not disclosed, however, Mr Cao insisted that this was normal. The terms were acceptable to the board and voted unanimously to move forward with the transaction with no "NO" vote.

John Wlassich motioned to pay a commission to Michael Cao for his work in facilitating the sale of $500,000. Mr. Wlassich further proposed the same commission for Michael Knox. Michael Knox joined in and argued that this commission was excessive and not reasonable. Kevin McAdams proposed a significantly lower commission of $100,000 for Mr. Cao and Mr. Knox. All board members participated in the discussion. John Wlassich formally motioned and Kevin McAdams seconded the motion to pay a commission of $100,000 to Michael Cao and $100,000 to Michael Knox; for the transaction proposed by John McConkie. Michael Knox, declined to vote on this motion, the motion passed with a 2/3 vote.

The Board requested the Michael Knox work closely with Michael Cao to facilitate the transaction proposed with John McConkie.

ADJOURNMENT

Because there was no further business to come before the Board of Directors at this meeting, on motion duly made and seconded, the meeting was adjourned.

Date: 12/12/16

Michael Knox, Secretary

MINUTES OF REGULAR MEETING OF THE
BOARD OF DIRECTORS OF
ULTROID MARKETING DEVELOPMENT CORP.

The Board of Directors of Ultroid Marketing Development Corp held a Regular meeting on December 28th, 2016 at 9 p.m. EST, via Conference Call.

The following directors were present and constituted a quorum of the Board:

Michael Knox
John Wlassich
Kevin McAdams

The following directors were absent from the meeting: None.

The following guests were present for the meeting: John McConkie, Charles O'Neil

The following invited guest was absent from the meeting: Michael Cao

Michael Knox, as Secretary, called the meeting to order at 9:01 p.m. and announced that this meeting was held pursuant to an email notice sent to all directors, and announced that this meeting was held pursuant to a written notice of meeting which was given to all directors of this corporation.

Michael Knox opened the meeting with a brief discussion regarding the status of The Company and all Directors participated in that discussion.

The attending guests were introduced to the Board of Directors.

John McConkie, who represented a potential buyer of the assets of The Company, presented the status and time-line for the transaction. He advised that the funding for the transactions was the hold up. They had no funds available to place into escrow, and it would take between 3 and 6 months to have the funds. He further advised that he could not guarantee that of the funds would be available or even if the transaction would or could occur. We thanked him for his honesty and advised him that due to The Company's financial situation that without a deposit placed in escrow that his offer would be rejected. Mr. McConkie left the board meeting.

Charles O'Neil, a shareholder was introduced to board. Mr. O'Neil has been a shareholder/investor for a number of years and has experience with companies who are in financial situations identical to The Company's. He advised that Mr. McConkie's offer is not a real offer. Additionally, that by the time he raised the funds to purchase the assets, Ultroid would be out of business. The Board thanked Mr. O'Neil for his input and agreed with him, that The Company would not survive more than another 30 to 45 days. Mr. O'Neil left that meeting.

After Mr. O'Neil left the meeting, Michael Knox advised that Dragon Jade International Limited (DJ) was still interested in the "Ultroid Brand". However, based on their prior dealings with the former Chairman, Michael Cao, it would be difficult and were not interested in dealing with former Chairman, Michael Cao. Kevin McAdam initiated a motion to the Board to have Michael Knox begin formal discussions with DJ for the purpose to sell the assets of The Company. The motion was seconded by John Wlassich. The Board voted unanimously, with no "NO" vote.

## ADJOURNMENT

Because there was no further business to come before the Board of Directors at this meeting, on motion duly made and seconded, the meeting was adjourned.

Date: 12/29/16

Michael Knox, Secretary

CONFIDENTIAL

Ultroid0000340

## MINUTES OF REGULAR MEETING OF THE
## BOARD OF DIRECTORS OF
## ULTROID MARKETING DEVELOPMENT CORP.

The Board of Directors of Ultroid Marketing Development Corp held a Regular meeting on January 11th, 2017 at 9 p.m. EST, via Conference Call.

The following directors were present and constituted a quorum of the Board:

Michael Knox
Kevin McAdams

The following directors were absent from the meeting: None.

The following guest was present for the meeting: Glenn Henricksen

The Secretary called the meeting to order at 9:02 p.m. and announced that this meeting was held pursuant to an email notice sent to all directors, and announced that this meeting was held pursuant to a written notice of meeting which was given to all directors of this corporation.

The Secretary announced that John Wlassich had resigned from the board, today via email a few minutes before the scheduled meeting was to begin. Michael Knox as the secretary accepted his resignation and the board thanked him for his years of service.

Michael Knox opened the meeting with a brief discussion regarding the status of The Company financial position, that since the product recall started, there have been no revenues generated and the only funds received have been through the borrowing of funds; resulting the current situation that the company has zero funds, and The Company is unable to pay its obligations as they become due. All Directors participated in this discussion.

The next order of business was to discuss the sale the assets of The Company to Dragon Jade International Limited (DJ); the written proposal was supplied to all members earlier.

The next order of business was to open a discussions regarding the terms for the potential sale of assets to DJ. A representative of DJ, Glenn Henricksen was asked to join the board meeting and make a formal proposal for the potential transaction.

Mr. Henricksen introduced himself and proceeded to discuss the details of the proposed transaction. The overall terms were acceptable to The Board of Directors, however, The Board of Directors requested that DJ prepare the final document and send them to Michael Knox, so he can have The Company's Corporate Council review the agreement.

### ADJOURNMENT

Because there was no further business to come before the Board of Directors at this meeting, on motion duly made and seconded, the meeting was adjourned.

Date: 1/11/17

Michael Knox, Secretary

CONFIDENTIAL

Ultroid0000341