# EXHIBIT 14




**BOARD OF DIRECTORS RESOLUTIONTO AUTHORIZATION TO SIGN AGREEMENT FOR**

**ULTROID TECHNOLOGIES, INC.**

WHEREAS, the Board of Directors has determined it to be in the best interest of the Corporations to sell substantially all of the assets to Dragon Jade International Ltd., a British Virgin Island limited company, be it:

RESOLVED, that the Corporation shall enter into an Exclusive Option and Remediation Agreement to sell substantially of the assets to Dragon Jade International Ltd. all upon such terms and conditions as are set forth in an agreement between the parties as annexed herto.

The undersigned hereby certifies that he is the duly elected and qualified Secretary the custodian of the books and records and seal of Ultroid Technologies, Inc., corporation duly formed pursuant to the laws of the state of Florida and that the foregoing is a true record of a resolution duly adopted at a meeting of the board of directors and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on January 19th, 2017, and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Secretary and have hereunto affixed the corporate seal of the above-named Corporation this 19th day of January of 2017.

Secretary

Director

Director

ULTROID TECHNOLOGIES, INC.
3140 W. KENNEDY BLVD, SUTIE 103
TAMPA, FL 33609
(OFFICE) 727-898-0717 OR (FAX) 727-898-0716



Ultroid0051577




**BOARD OF DIRECTORS RESOLUTIONTO AUTHORIZATION TO SIGN AGREEMENT FOR**

**ULTROID MARKETING DEVELOPMENT CORP.**

WHEREAS, the Board of Directors has determined it to be in the best interest of the Corporation to sell substantially all of the assets to Dragon Jade International Ltd., a British Virgin Island limited company, be it:

RESOLVED, that the Corporation shall enter into an Exclusive Option and Remediation Agreement to sell substantially of the assets to Dragon Jade International Ltd. all upon such terms and conditions as are set forth in an agreement between the parties as annexed herto.

The undersigned hereby certifies that he is the duly elected and qualified Secretary the custodian of the books and records and seal of Ultroid Marketing Development Corp. a, corporation duly formed pursuant to the laws of the state of Florida and that the foregoing is a true record of a resolution duly adopted at a meeting of the board of directors and that said meeting was held in accordance with state law and the Bylaws of the above-named Corporation on January 19th, 2017, and that said resolution is now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Secretary and have hereunto affixed the corporate seal of the above-named Corporation this 19th day of January of 2017.

Secretary

Director

Director

ULTROID MARKETIG DEVELOPMENT CORP.
3140 W. KENNEDY BLVD, SUTIE 103
TAMPA, FL 33609
(OFFICE) 727-898-0717 OR (FAX) 727-898-0716



Ultroid0051578