# EXHIBIT 16

|  |  |
|---|---|
| **To:** | Blaylock, Richard L.[richard.blaylock@pillsburylaw.com] |
| **Cc:** | Glenn Henricksen[razorsedge40@yahoo.com]; dr.lai[dr.lai@uamedicalnet.com] |
| **From:** | Michael Knox |
| **Sent:** | 2017-01-19T09:57:54+08:00 |
| **Subject:** | Re: Exclusive Option and Remediation Agreement |
| **Received:** | 2017-01-19T09:57:54+08:00 |

That is correct. I will supplying you and Dragon Jade a board resolution giving me permission to sign as back-up.

Sent from my iPhone

On Jan 18, 2017, at 8:22 PM, Blaylock, Richard L. <richard.blaylock@pillsburylaw.com> wrote:

> Dear Mr. Knox:
>
> I noticed that in May of 2016 you executed IP assignments (to Ultroid, LLC) on behalf of Ultroid Tech and UMDC as president and CEO of each of those Ultroid entities. Has your title changed since that time?
>
> If your correct title for Ultroid Technologies and UMDC is now only Secretary and if you have authority to bind Ultroid Tech and UMDC in your capacity as Secretary, then I have no objection to that correction.
>
> Sincerely,
>
>
> **Richard L. Blaylock** | Partner
> Pillsbury Winthrop Shaw Pittman LLP
> 12255 El Camino Real, Suite 300 | San Diego, CA 92130-4088
> t 858.847.4110 | f 858.509.4010 | m 760.815.5375
> richard.blaylock@pillsburylaw.com | website bio
>
>> <image001.png>
>>
>> <image002.png>
>
>> **From:** Michael Knox [mailto:maknoxcpa@yahoo.com]
>> **Sent:** Wednesday, January 18, 2017 4:52 PM
>> **To:** Blaylock, Richard L.
>> **Cc:** Glenn Henricksen; dr.lai
>> **Subject:** Re: Exclusive Option and Remediation Agreement
>>
>>> Mr Blaylock
>>> Thank you, this email shall confirm receipt. I see one quick correction, I will be signing this document as the Secretary of UMDC and Ultroid Tech. My title for the LLC is correct.
>>> May I make those changes without causing you any issues?

CONFIDENTIAL                                                                                                              DGJI00002646

Best Regards,
Michael

Sent from my iPhone

> On Jan 18, 2017, at 6:38 PM, Blaylock, Richard L. <richard.blaylock@pillsburylaw.com> wrote:
>
> Dear Mr. Knox:
>
> On behalf of Dragon Jade International Ltd. I request that you review and execute the attached Exclusive Option and Remediation Agreement in your capacity as an officer or manager of each of the listed Ultroid entities. After executing the agreement, please scan a full copy of the signed agreement and email it to me. Additionally, I request that you send to me a signed original by mail at my address below.
>
> Sincerely,
>
> **Richard L. Blaylock** | Partner
> Pillsbury Winthrop Shaw Pittman LLP
> 12255 El Camino Real, Suite 300 | San Diego, CA 92130-4088
> t 858.847.4110 | f 858.509.4010 | m 760.815.5375
> richard.blaylock@pillsburylaw.com | website bio
>
> <image001.png>
>
> <image002.png>
>
> ---
>
> **From:** Michael Knox [mailto:maknoxcpa@yahoo.com]
> **Sent:** Wednesday, January 18, 2017 6:22 AM
> **To:** Glenn Henricksen; Blaylock, Richard L.
> **Cc:** dr.lai
> **Subject:** Ultroid's 510k
>
> Gentlemen,
>
> As per your request, please see the paperwork from our 510K, clearing showing the owner as being Ultroid LLC.
>
> You can also find this document on the FDA's website, for your convenience, you may use the following link:
>
> http://www.accessdata.fda.gov/cdrh_docs/pdf2/k023706.pdf
>
> If you have any questions, please give me a call, my cell is 813-244-1910.
>
> Knox

CONFIDENTIAL

DGJI00002647

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770, Option 1, immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

<Dragon Jade - Ultroid - Exclusive Option and Remediation Agreement 4821-....doc>

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770, Option 1, immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

CONFIDENTIAL