# EXHIBIT 17

|  |  |
|---|---|
| To: | razorsedge40@yahoo. com[razorsedge40@yahoo.com] |
| From: | Glenn Henricksen |
| Sent: | 2017-10-26T11:21:48+08:00 |
| Subject: | Chat history between "Michael Knox" and "glenzo" |
| Received: | 2017-10-26T11:21:48+08:00 |

WeChat chat history between Michael Knox and glenzo below.

——————— 2016-12-05 ———————

glenzo  09:55

we will be speaking in few minutes I think

glenzo  09:55

With dr. Lai be conference call

glenzo  09:56

The goal is to communicate with him where Ultroid stands with respect to dgji and the new potential acquirer

——————— 2016-12-06 ———————

Michael Knox  00:01

[Voice]

Michael Knox  00:04

Glenn, I understand.  More importantly, I do not not to misrepresent anything, out of respect.  I know that Cao is withholding information.  This was my concern when he resigned from the company and board.

Michael Knox  00:06

This week will tell me everything that I need to know and will determine which direction we must go.

——————— 2016-12-08 ———————

Michael Knox  02:23

CPA will try and get to any cash in general operating

glenzo  08:05

Okay

Michael Knox  08:07

Under a recap, you or you and ONeil (I will send his CV) exchange umdc shares fit DGJI shares Tax Free

Michael Knox  08:07

Debts are negotiated down

Michael Knox  08:07

Better payment terms etc

Michael Knox  08:09

I just sent his resume to your email

Michael Knox  08:09

He is running HemWell

glenzo  08:10

I will get in touch with DL today if I can.  He didn't return my call yesterday

Michael Knox  08:35

It is the holidays

Michael Knox  11:04

Glenn, the call went well.  Let me know if you set something up.

―――――  2017-01-03  ―――――

Michael Knox  02:48

Glenn,  I am ready to send you my proposal.  But I have a couple of question before I send it

glenzo  05:07

It's 5 am here

glenzo  05:07

I am in central Taiwan tray to go see the sunrise fire away on this

glenzo  05:07

I will be on and off all day

Michael Knox  05:48

Text me when you want to speak

Michael Knox  06:18

Do you know about a type D reorganization?

glenzo  08:01

Just a spin-off

Michael Knox  08:01

Talk?

Michael Knox  08:10

[Walkie Talkie session ended]

Michael Knox  08:21

The only concerns I have is "no one is to speak to Cao"

Michael Knox  08:22

I have board approval to move forward!

Michael Knox  21:19

Morning

CONFIDENTIAL
DGJI00007200