# EXHIBIT 18

**To:** razorsedge40@yahoo. com[razorsedge40@yahoo.com]
**From:** Glenn Henricksen
**Sent:** 2017-10-26T12:01:55+08:00
**Subject:** Chat history between "Michael Knox" and "glenzo"
**Received:** 2017-10-26T12:01:55+08:00

WeChat chat history between Michael Knox and glenzo below.

——————— 2017-01-14 ———————

glenzo  08:25

I will call you later

Michael Knox  08:25

The conversations are heating up with the HCA group and getting us into the system

Michael Knox  08:30

I fwd your email, you were copied

Michael Knox  08:38

Monday is not a holiday for a lot of us

Michael Knox  08:44

I have been reviewing Cao's actions from the past and what he has done in hard situations.  He has waited till the problems are fixed then he makes his move.  I feel that the placing a Lien in the assets is good, but I feel that the break-fee should be higher, closer to $5mm!  Your thoughts?

glenzo  09:19

I started a Walkie Talkie session

——————— 2017-01-16 ———————

Michael Knox  09:49

Morning

glenzo  09:50

I am at a conference today

Seems straight forward, can the liquidating damages be added to the security interest as a safe guard

Michael Knox  08:38

Just a suggestion

Michael Knox  08:43

I opened a separate UMDC account today, at a different bank, based on advice from our attorney.  I am the only signer!

Michael Knox  08:43

I will give you full access

glenzo  09:05

I am trying to call your cell

glenzo  09:06

I can't use Internet right now for a call. Unstable

Michael Knox  10:03

I am not able to call you either

Michael Knox  10:06

I am trying magic jack now

glenzo  10:06

I am in a conference call

Michael Knox  10:10

Not working either

glenzo  10:16

Call you when I am done

Michael Knox  10:18

Sure

CONFIDENTIAL
DGJI00007242

glenzo  11:32

I started a Walkie Talkie session

Michael Knox  20:21

Glenn, you have a minute

glenzo  20:21

Yeah

Michael Knox  20:36

[Walkie Talkie session ended]

Michael Knox  22:41

Please confirm address to mail two original signed agreements

Michael Knox  22:43

FYI, no resolution needed for LLC. I am the only Manager.

glenzo  23:27

Richard L. Blaylock | Partner
Pillsbury Winthrop Shaw Pittman LLP
12255 El Camino Real, Suite 300 |San Diego, CA 92130-4088

Michael Knox  23:27

Great

Michael Knox  23:28

I got the go ahead from our atty.  waiting on resolutions to be signed by the other board member now

glenzo  23:30

Great

glenzo  23:30

Night night

CONFIDENTIAL