# EXHIBIT 19

| | |
|---|---|
| To: | William Fung[williamfung@uamedicalnet.com] |
| Cc: | dr.lai[dr.lai@uamedicalnet.com] |
| From: | Glenn Henricksen |
| Sent: | 2017-01-05T13:36:57+08:00 |
| Subject: | outlines of remediation, QMS and UL/CE marks |
| Received: | 2017-01-05T13:36:57+08:00 |

The Ultroid Remediation   process.docx
Hong Kong Request.docx

**Glenn Henricksen, Jr.**
CIF Consultants & Asia Technology Management
**(Cell) 852-9860-0890**

He has made everything beautiful in its time. He has also set eternity in the hearts of men; yet they cannot fathom what God has done from beginning to end.
**-Ecclesiastes 3:11-**


----- Forwarded Message -----
**From:** Michael Knox <maknoxcpa@yahoo.com>
**To:** Glenn Henricksen <razorsedge40@yahoo.com>
**Sent:** Thursday, January 5, 2017 1:24 PM
**Subject:**

Glenn,

I wrote it two ways.

One is titled Hong Kong Requested Docs.  This is the order that you requested the info and how you asked it. However, as I read it it was more confusing.

Therefore I prepared a second one called Ultroid Remediation Process, which I think is much easier to understand etc.  Note, on the second page I am suggesting that we change the name from Ultroid to something else.

Knox



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DGJI00002362
DGJI00002362

Section 1: Essentially, we need to think about these issues at this point of time:

1. Remediation- cost and execution
    a. Cost $90,000; but includes cost of new molds which may be eliminated
    b. Execution; 60 to 90 days to complete
2. QMS set up- cost and execution
    a. Cost of set up $30,000 to $40,000 (excludes the monthly access fee)
    b. This is a virtual QMS which will give you access anywhere in the world.
    c. The system will be ready within 60 days from start to finish
    d. The system will also be ISO 13485 certified (this is required for the CE Mark)
    e. Additional Services Required will be
        i. Interim quality management representative $1,850 to $3,000
        ii. Internal quality system audit estimated cost $5,400
        iii. Management Review Facilitation, estimated $9,000
        iv. Supplier qualification audits, estimated $4,000
3. Prototypes- timeline to get them done after the remediation
    a. This is Phase 2 of the Remediation proposal by SEI.
    b. Completed within 60 days from the beginning of Remediation
    c. Prototypes will be sent to UL and TUV labs for testing and validation
    d. NOTE; UL is for USA/FDA requirements, and TUV is required for the CE Mark. We are planning on doing them both at the same time.
4. UL and CE certification- time and execution
    a. See above as part of testing and validation of the prototypes
    b. As the product is sent to UL for US validation, Prototypes will also be sent to TUV testing for CE certification.
5. Appropriate manufacturing centers- who is going to manufacture the probes and machines?
    a. I would recommend that SEI manufacture the units and probes, at least for the first batch
    b. SEI has already reviewed the original 510k submission, and has already examined some units.
6. Budgets for each
    a. Remediation, prototypes, testing of prototypes and production readiness to be performed by SEI, estimated cost $90,000. Note this includes the cost of a new mold, which may not be necessary.
    b. QMS, total estimated cost between $50,250 and $61,400

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DGJI00002363

DGJI00002363

The Ultroid Remediation process

- The process will begin with engaging Superior Electronics (who can start immediately):
    - Total estimated Cost $90,000
    - Time to compete between 60 to 90 days, during which time the following will be completed:
        - The Design History Files will be upgraded to production ready status
        - Prototypes will be produced, validated and tested by Underwriters Laboratory according to USA standards; and by TUV according to CE standards
        - Production will begin between 4/1 and 5/1
        - Selling will begin the US will between 5/1 and 6/30
        - Note the CE Mark may take up to another 6 months longer to achieve, therefore selling where the CE Mark is required may not occur until as late as December or January of next year.
- While Superior Electronic is performing the above; AJW Technologies, will be engaged and they will install a new Quality Management System (QMS)
    - Total Cost between $50,250 and $61,400
    - This cost includes:
        - A complete new QMS
        - An interim quality management representative
        - An internal quality system audit
        - Management review facilitation
        - Supplier qualification audit
    - This system is virtual and can easily be expanded to include all of Dragon Jade future needs as new products are shipped into the USA
    - As a virtual system, access will be from anywhere
    - The QMS is also designed to meet all ISO 13485 standards (ISO 13485 is required for CE Mark)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

DGJI00002364

DGJI00002364