# EXHIBIT 20

# LOAN AGREEMENT

**THIS AGREEMENT** is made on the 23rd January, 2017.

**BETWEEN:-**

(1) **TAM SIU MAN** of Room 906, 9/F., 64 Hoi Yuen Road, Kwun Tong, Kowloon, Hong Kong (hereinafter referred to as "**Lender**")

and;

(2) **DALE ROSE** (Social Security Number: 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) of 4520 S Cameron Ave, Tampa, Florida 33611, United States (hereinafter referred to as "**Borrower**").

The Lender agrees to lend USD10,000.00 to the Borrower subject to terms stated as below:-

1. On the date of this Agreement, the Lender agrees to make a loan of USD10,000.00 (hereinafter referred to as "Loan") to the Borrower at an interest rate of 5% per annum for a term of 180 days. On the date of this Agreement, the Lender shall pay the Loan to the Borrower by telegraphic transfer.
2. All computations of interest shall be made on the basis of a 365-day year for actual days elapsed.
3. The Borrower shall repay the full amount of the Loan and the accrued interests to the Lender within 180 days after the date of this Agreement.
4. In the event that the Borrower fails to repay the Loan and accrued interest according to clause 3, the Lender shall initiate legal proceedings to recover the amount owed plus the costs involved in the proceedings.
5. This Agreement shall be governed by and construed in accordance with the laws of Hong Kong.

Accepted and agreed by:-                                   Accepted and agreed by:-

                                                                                    *Dale Rose*

_____                         _____

TAM SIU MAN                                                      DALE ROSE