# EXHIBIT 21

# REDACTED EXHIBIT

## WILL BE FILED UNDER SEAL PURSUANT TO COURT ORDER ECF No. 132