# EXHIBIT 22

## Jenna M. Winchester

**From:** Michael Knox <maknoxcpa@yahoo.com>
**Sent:** Tuesday, July 25, 2017 8:37 PM
**To:** Glenn Henricksen

Glenn,

Since January of this year, I have been diligently working on the Ultroid Sales Project. Since the beginning of this year I have spent 516 hours, drove 2,520.5 miles and have incurred out of pocket expenses totally $290.55; all working towards one goal, which is to complete the sale of the Ultroid Assets to Dragon Jade. I fully understand that after the sales transaction is completed the real work begins. I know that you will be spending a limited amount of time in the USA, so I understand that most of the heaving lifting will be my responsibility. Which is something that I am very much looking forward to and excited about.

However, will all my hours and expenses that I have billed, I have only been paid a small amount and that has put me into a financial situation which is very uncomfortable for my family and myself. I respectively request financial assistance of some form totally $10,000 as quickly as you can. This will provide me with sufficient funds to support my family until we meet in New York in about three weeks.

Thank you for your understanding.

Best Regards,
Michael Knox

 Virus-free. www.avast.com

1