# EXHIBIT 24

**Toni Maceovsky**

**From:** Carlos Flores
**Sent:** Friday, November 03, 2017 11:01 AM
**To:** Toni Maceovsky

```
Sender ABA {3100}:              021000018  BK OF NYC
Receiver ABA {3400}:            263182914  GROW FINANCIAL FCU
Amount {2000}:                  10,000.00
Type/Subtype Code {1510}:       1000 - Transfer of Funds
Business Function {3600}:       CTP - Customer Transfer Plus
Sender Reference {3320}:        F5S17012495207O0
```

**Originator {5000}**

```
ID Code:   D - DDA Account Number
Identifier: 924006208668
Name:      MISS TAM SIU MAN
Address:   RM 2004, 20/F WANG YUNG HOUSE CHEUN
           G WANG ESTATE TSING YI NT HONG KONG
```

**Originator FI {5100}**

```
ID Code:   B - SWIFT Bank Identifier Code
Identifier: HASEHKHHXXX
```

**Instructing FI {5200}**

```
ID Code:   D - DDA Account Number
Identifier: 8033152605
Name:      HANG SENG BANK, LIMITED
Address:   HEAD OFFICE
           83 DES VOEUX ROAD
           HONG KONG
```

**Beneficiary {4200}**

```
ID Code:   D - DDA Account Number
Identifier: 0001520619682
Name:      DALE ROSE
```

**FI to FI Information {6500}**

1

D☐ P☐ Exhibit 1
Deponent S. Lai
Date 1/9/19  Rptr JB

**Toni Maceovsky**

**From:** Carlos Flores
**Sent:** Friday, November 03, 2017 11:04 AM
**To:** Toni Maceovsky

Sender ABA {3100}: 021001088 HSBC BANK USA, N.A
Receiver ABA {3400}: 263182914 GROW FINANCIAL FCU
Amount {2000}: 5,375.00
Type/Subtype Code {1510}: 1000 - Transfer of Funds
Business Function {3600}: CTP - Customer Transfer Plus
Sender Reference {3320}: 213330853
Reference for Beneficiary: {4320} HK101087PI199662

Originator {5000}
ID Code: D - DDA Account Number
Identifier: 608361093888CUA
Name: MR FUNG KWOK WING
Address: RM 6, 25/F, BLOCK C, KING LAM HOUSE
, HONG LAM COURT, SHATIN NT,HONG KO
NG

Originator FI {5100}
ID Code: B - SWIFT Bank Identifier Code
Identifier: HSBCHKHHHKH
Name: HSBC HONG KONG
Address: GENERAL REMITTANCE ATTN: MGR BOOKS
PO BOX 64
HONG KONG HONG KONG

Originator to Beneficiary Information {6000}
Text: FROM TAM SIU MAN

Beneficiary {4200}
ID Code: D - DDA Account Number
Identifier: 0001520619682
Name: DALE ROSE

FI to FI Information {6500}

1

Text: BBK INFO: GROW FINANCIAL FCU P.O. BOX89909 TAMPA, FL 33689 0415ROUTING NO:263182914 UNITEDSTATES

Charges {3700}
Details of Charges: S - Charges shared between the originator and beneficiary
USD 25,00

Carlos Flores
eft specialist
p. 813.837.2451 ext. 2639
f. 813.832.2086







we did it again!
5 years in a row

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual to whom they are addressed. Any disclosure, copying, or distributing by anyone else is strictly prohibited. If you are not the named addressee, please notify the sender immediately by e-mail and delete this e-mail from your system.

2