# EXHIBIT 25

**To:**        razorsedge40@yahoo. com[razorsedge40@yahoo.com]
**From:**    Glenn Henricksen Jr
**Sent:**     2017-10-24T14:56:46+08:00
**Subject:**  Chat aug 1 to Sept 1 history between "Michael Knox" and "glenzo"
**Received:**        2017-10-24T14:56:46+08:00

40d4394d2a826d7d0c2b35ba18076255.jpg
24019a6105d191b53b38bc457e9a6b23.jpg

WeChat chat history between Michael Knox and glenzo below.

———————  2017-08-01  ———————

Michael Knox  20:57

You said you had questions

glenzo  20:57

Nope

glenzo  20:58

Only that we couldn't ffind your notes from our talk last night

glenzo  20:59

Found them attached to Jon's comments

glenzo  21:30

I had to overnight the documents and the checks myself to the Florida department of state.  Dgji folks were spinning their wheels

Michael Knox  21:53

I was afraid of that, I assume William was trying to find a way to do it via internet.

Michael Knox  21:54

Do you have your appointment with AJW

glenzo  21:57

There was no way

glenzo  21:57

———— 2017-08-23 ————

Michael Knox  00:22

my test results showed - all good, all normal, no cancer and no polyps

Michael Knox  07:31

And one more thing.  Since I am taking a reduced compensation package - I will not be forgoing any unpaid payroll!  FYI, this will be a priority debt issue.

———— 2017-08-24 ————

Michael Knox  07:03

Can you talk

glenzo  07:04

I cannot right now.  Later

Michael Knox  07:53

Let me know when you can speak

Michael Knox  08:28

And the $15,400 would be paid back in full at closing or within 24 to 48 hours post closing/disbursement

———— 2017-08-28 ————

glenzo  21:19

Let's speak in my am.  I think that there are some things that we need to chat about.  Thanks

———— 2017-08-29 ————

glenzo  07:33

Just called you.  Let me know when you are free

Michael Knox  07:33