# EXHIBIT 26

**To:** razorsedge40@yahoo. com[razorsedge40@yahoo.com]
**From:** Glenn Henricksen Jr
**Sent:** 2017-10-24T20:54:50+08:00
**Subject:** Chat 27 Apr to 29 may history between "Michael Knox" and "glenzo"
**Received:** 2017-10-24T20:54:50+08:00
b517388413bf001a45c1813bd69f7da4.jpg
aedf6e11c32d01ea7eb79e01fc937bab.jpg

WeChat chat history between Michael Knox and glenzo below.

———— 2017-04-27 ————

Michael Knox 10:03

You need to talk about anything before I crash for the night

glenzo 10:04

Yeah

null———— 2017-04-28 ————

glenzo 20:09

I spoke to Jon Ward this morning

glenzo 20:09

It was kind of a shock

Michael Knox 20:09

I was reading the email

glenzo 20:10

From what he told me, the state of DHF, is just not acceptable

Michael Knox 20:10

Let me guess - he has an engineering group who can do it all for a price

glenzo 20:10

The FDA won't be happy when they review it

glenzo 20:11

The processes and procedures for the dhf haven't been created

glenzo 20:13

So we will need to go back and do a lot of work documenting and verifying the engineering. He says that it will take 2 months to do this and have the dhf in reasonable shape, maybe

Michael Knox 20:13

So he first needs to create the process and procedures.

glenzo 20:16

Yup. Then they need to work through the work that they already did to get the documentation. Set up a risk management system then populate it

glenzo 20:16

Can't do the tuv testing room that's all done

Michael Knox 20:17

TUV must wait for the CE testing

Michael Knox 20:17

No matter what Herb says

Michael Knox 20:20

Here are some necessary components of risk management:

Michael Knox 20:21

Review the intended use of a medical device.
Identify hazards and estimate the probability that harm might occur.
Estimate the severity of each hazard and evaluate the associated risks.
Control the risks and monitor the effectiveness of the controls put in place.

Michael Knox 20:21

This is identical to CE requirements

——— 2017-05-01 ———

glenzo 19:59

That is what Dr Lai was freaking about

glenzo 19:59

And the AJW timeline

Michael Knox 20:00

AJW's timeline is unacceptable

Michael Knox 20:01

I am freaking out also

Michael Knox 20:02

The recall had nothing to do with the product - only the records!

Michael Knox 20:03

The CM breached the agreement and failed to keep records, and we F'd up and did not properly review the CM.

Michael Knox 20:04

I am jumping into the shower

glenzo 20:07

I will call you around 930

Michael Knox 20:50

Sure

——— 2017-05-16 ———

glenzo 10:30

You in michigan?

Michael Knox 10:32

No, in about 11 hours I will be