# EXHIBIT 27

**To:** razorsedge40@yahoo. com[razorsedge40@yahoo.com]
**From:** Glenn Henricksen Jr
**Sent:** 2017-10-24T20:41:34+08:00
**Subject:** Chat 26 Jun to jul 6 history between "Michael Knox" and "glenzo"
**Received:** 2017-10-24T20:41:34+08:00
56ae05f6d195339cf6b4368a3c4a1d5d.jpg

WeChat chat history between Michael Knox and glenzo below.

————— 2017-06-26 —————

Michael Knox  09:32

I am at a wine tasting

glenzo  09:32

A demain

Michael Knox  09:35

Oui

Michael Knox  20:34

Morning

glenzo  21:03

Sup

Michael Knox  21:04

Ok

glenzo  21:04

Chat time?

Michael Knox  21:04

I need 5 mins

glenzo  21:04

K

I have read Kamil's work task summaries and I am concerned about a few things

Michael Knox   19:35

I am heading for my quarterly blood work, if you want to talk

——————— 2017-06-30 ———————

glenzo   13:36

I am in New York now

Michael Knox   13:37

You got me n late

glenzo   13:37

Yeah

Michael Knox   13:37

I was completing my courses for my COA cert

Michael Knox   13:37

Heading to bed

glenzo   13:40

What are you concerned about within kamill

Michael Knox   13:41

I think he wants todo the circuit board for the handle, and will discredit Q Circuit wherever he can

Michael Knox   13:42

FYI - spoke with W Circuit today, they are putting all the papers together for MC

glenzo   13:43

I don't want him to do any more work than is required for qms

Michael Knox   13:44

Most of Those papers are what will make up the DHF

glenzo  13:45

We don't need sei to redo that work if it isn't necessary

Michael Knox  13:46

It is not necessary

Michael Knox  13:47

The units that are in process of Being returned will document just about all that we need

———————  2017-07-01  ———————

Michael Knox  00:36

[Walkie Talkie session ended]

Michael Knox  06:34

The engineering company that I met with today (that was referred by Justin) is ISO 13485 and is already go with us

Michael Knox  06:59

It appears that they could take it over from where we are currently

Michael Knox  07:00

Also, Q Circuit will gave a proposal after the holiday to do the complete system

Michael Knox  07:20

Will give their proposal

Michael Knox  08:14

Just got off the phone with Kamill

glenzo  10:14

What did you talk about?

CONFIDENTIAL

Michael Knox  17:23

The need to get the documents and paperwork finished as soon as possible!

Michael Knox  17:25

I wished him a happy 4th of July

——————— 2017-07-02 ———————

Michael Knox  02:15

I think that Kamill knows that I am unhappy with his process

glenzo  09:20

I think he knows

——————— 2017-07-03 ———————

Michael Knox  22:19

I sent you an email regarding the terms of my agreement.  I really put a lot of thought into being reasonable and trying to insure that I stick around.  I am also open to suggestions.

Michael Knox  22:20

If I may suggest; the first goal needs to bring 2 people up to speed on the Ultroid unit

——————— 2017-07-05 ———————

Michael Knox  07:42

Happy 4th of July to you and your family

glenzo  08:53

Same to you

Michael Knox  23:46

The units have cleared customs

——————— 2017-07-06 ———————

CONFIDENTIAL DGJI00007153