# EXHIBIT 28

**To:**      razorsedge40@yahoo. com[razorsedge40@yahoo.com]
**From:**    Glenn Henricksen Jr
**Sent:**    2017-10-24T20:33:52+08:00
**Subject:** Chat jul 11 to jul 17 history between "Michael Knox" and "glenzo"
**Received:**            2017-10-24T20:33:52+08:00

WeChat chat history between Michael Knox and glenzo below.

——————  2017-07-11  ——————

glenzo  05:04

Cabin on a lake

Michael Knox  05:08

I finished an hour long call with Kamill, is now saying that i never told him or emailed him that Q-Circuits was assembling the handle.

Michael Knox  05:31

The units arrived at my home a few minutes ago

Michael Knox  06:18

We are having a bad storm here - and it is pitch black out side.

Michael Knox  06:19

Check out the email I sent to Kamill

glenzo  07:39

About the different parts?

Michael Knox  07:41

Kamill is trying to make a big deal out of nothing

glenzo  07:55

What is he making a big deal out of?

Michael Knox  07:56

Claiming the BOM is obsolete

DGJI00007126

glenzo  22:24

The remediation is not really moving forward like I would like if.

Michael Knox  22:24

Can you talk?

glenzo  22:24

AJW wants a small fortune

glenzo  22:25

SEI is spinning their wheels

glenzo  22:25

My 313 number

glenzo  23:09

I started a Walkie Talkie session

Michael Knox  23:16

[Walkie Talkie session ended]

————— 2017-07-13 —————

glenzo  09:18

Do you think that these guys will be able to do everything properly with the handle?

Michael Knox  09:18

Yes

Michael Knox  09:22

[Walkie Talkie session ended]

————— 2017-07-14 —————

glenzo  19:05

CONFIDENTIAL