# EXHIBIT 29

To:	razorsedge40@yahoo. com[razorsedge40@yahoo.com]
From:	Glenn Henricksen Jr
Sent:	2017-10-24T15:11:45+08:00
Subject:	Chat 17 jul to 25 jul history between "Michael Knox" and "glenzo"
Received:	2017-10-24T15:11:45+08:00
a6c1e2412b1d453388a57816a3612758.temp.jpg

WeChat chat history between Michael Knox and glenzo below.

——————  2017-07-17  ——————

Michael Knox  11:04

This is like watching paint dry

glenzo  11:05

Have a drink

Michael Knox  11:06

Too late, already started

glenzo  11:08

Ha

Michael Knox  11:10

[Images: a6c1e2412b1d453388a57816a3612758.temp.jpg(View in attachment)]

Michael Knox  11:10

When I tell you that I am just an old country boy, this was me a few years ago on my father's farm

Michael Knox  11:18

I helped birth that cafe, it was the Mother's first cafe, she did not have enough milk, so I bottle fed him. That cafe then followed me everywhere.

glenzo  11:22

Cool

Michael Knox  20:03

CONFIDENTIAL DGJI00007115

Michael Knox  23:34

Please give me a call when you can regarding banking

——————  2017-07-21  ——————

glenzo  00:42

As soon as I can

Michael Knox  00:44

I understand - today is a day to be running around trying to get things done and not enough time to do anything

Michael Knox  08:14

Save travels

——————  2017-07-23  ——————

Michael Knox  01:45

Please let me know how the meeting went Saturday.

glenzo  03:31

The meeting went okay

glenzo  03:31

We can catch up in the morning

Michael Knox  03:31

Good

Michael Knox  03:32

A little jet lag

glenzo  03:32

Yup

glenzo  03:33

The question Dr. Lai has is how long till we reach a point that we are satisfied that the progress is along enough to close

glenzo  03:33

MC is not satisfied with SEI

Michael Knox  03:34

I do not think any of us are satisfied with SEI's performance

Michael Knox  03:36

Glenn,  Dr Lai's question is not an easy question to answer, with a definitive date.

glenzo  03:36

He thinks that we are nowhere on this

glenzo  03:37

And that it could take months

Michael Knox  03:38

I can't wait months.

Michael Knox  03:40

Kamill needs to go and go now!

glenzo  03:43

I told him that we will have AJW take over

glenzo  03:44

And that there was no point in continuing with SEI.

glenzo  03:44

But he wants 100% of the work product that they produced before that

glenzo  03:45

CONFIDENTIAL