# EXHIBIT 30

| | |
|---|---|
| **From:** | Glenn Henricksen |
| **Sent:** | Thu, 21 Sep 2017 3:56:17 AM US/Eastern |
| **To:** | Justin Bushko;Ryan Burke;Jon Ward |
| **Cc:** | MC Chan;Michael Knox;William Fung |
| **Subject:** | Re: Follow-up |

Hi guys,

I hope that all is well.

I am expecting that we do our weekly call for FL Thursday HK Friday. If there is anything different than that, please let me know. Thanks.

I figure that we should allow you to dig out from the recent near catastrophe from Hurricane Irma. I saw on the news that things weren't as bad in Tampa as feared prior to the storm and that is good news. Even so, I am sure that with electricity out in some areas, it will hamstring progress.

We had an internal meeting yesterday and I told DGJI that the storm will set us back about two weeks or so from our timeline.

So here is what I would like to do and report to DGJI:

1. Status of the TUV EMC test. Will we have a document prepared?
2. Status of the tasks 1&2 DHF and DMR work. Originally we estimated that it would take 6-8 weeks to complete. What is the new timeline?

These 2 issues are very important to the closing of the purchase transaction.

Thanks.

**Glenn I. Henricksen, Jr.**
Asia Technology Management
(Cell) 852-9860-0890

He has made everything beautiful in its time. He has also set eternity in the hearts of men; yet they cannot fathom what God has done from beginning to end.
**-Ecclesiastes 3:11-**

**CONFIDENTIAL**

**Ultroid0065827**

Ultroid0065827-00001