# EXHIBIT 31

Dragon Jade International Limited

Unit 306-308, 3/F

Yale Industrial Centre

61-63 Au Pui Wan Street

Fo Tan, N.T., Hong Kong

Attn: Dr. Steve Lai, CEO


A copy to:


Pillsbury Winthrop Shaw Pittman LLP

12255 El Camino Real

Suite 300

San Diego, CA 92101-4088

Attn: Richard Blaylock


September 22, 2017


### NOTICE OF BREACH

Dr. Steve Lai,

      As you are aware, our companies entered into an Exclusive Option and Remediation Agreement with an effective date of January 19, 2017. Pursuant to that Agreement Ultoid granted Dragon Jade an option to purchase certain Ultoid assets during an Option Period. Section 2.2 defines that Option Period as beginning on the Effective Date of the Agreement (Jan. 19, 2017) and expiring 30 days after completion of Milestone 2 (also titled Phase 2) as laid out in Exhibit C of the Agreement.

Exhibit C of the Agreement details the Timeline for beginning and completing each Phase or Milestone. Phase 2 was to begin Jan. 30, 2017 and be complete on or by Feb. 15, 2017. This date would commence the beginning of the Option Period. That period expired on or about March 17, 2017. That date having passed and no waiver being granted by us, this letter shall serve as Notice of Breach of our Agreement and Termination of the Option effective immediately.

EXHIBIT GOEKE 17 12/3/18

There have been some changes in our management structure. Future communication should be directed to:

Michael J. Goeree

President & CEO

6023 S. 2nd Street

Tampa, FL 33611

813-458-7795

mgoeree1@gmail.com

With a copy to:

Cedric E. Lewis

Head of Compliance

310 N. Myers Ave.

Sharon, PA 161646

(863) 812-7894

lewis.cedric@hotmail.com

Thank you for your attention to this matter.

Sincerely,

Michael Knox, for

Ultoid, LLC

Ultoid Marketing Development Corporation

Ultoid Technologies, Inc.