# EXHIBIT 33

2016/7/4                          online@hsbc

You may save this Acknowledgement according to the following steps:
1. Click 'File' at the Menu Bar, then click 'Print'.
2. Click 'PDF', then click 'Save as PDF'.
3. Select the location and enter the file name.
4. Click 'Save'.

**Acknowledgement**                                   04 Jul 2016 16:18

We have received your instruction and will process it accordingly. Please note the Reference No. for your records.

*Important Notes*

*Please ensure there are sufficient funds in the 'Transfer From' / 'Pay From' account until the transaction is completed.*

*Please check the transaction status in 'Email Messages' under 'My HSBC' in your Internet Banking.*

| | |
|---|---|
| Reference No.: | N70442414665 |
| Instruction: | Make Overseas Payments |
| Pay To - Country/Territory: | UNITED STATES |
| Pay To - City: | OTHER CITY |
| Pay To - Bank: | WELLS FARGO NA |
| Bank Address: | 1500 S. DALE MABRY HWY, TAMPA, FL33629 ROUTING NO:121000248 SWIFT CODE:WFBIUS6S |
| Fedwire Number: | |
| Account Holder's Name: | ULTROID MARKETING DEVELOPMENT CORP |
| Account Holder's Address: | |
| Account No.: | 7195598615 |
| Pay From: | 608-361093-888 HSBC Advance HKD Savings |
| Amount: | USD 45,000.00 |
| Exchange Rate: | To be confirmed |
| Pay On: | 04 Jul 2016 |
| *Local Charges: | Charges to be determined at the time the instruction is processed |
| *Overseas Charges Paid By: | RECIPIENT |
| Charges Account: | 608-361093-888 HSBC Advance HKD Savings |
| Message to Recipient: | |
| Message to Recipient's Bank: | |
| My Notes: | |

*Please refer to transaction advice at Internet Banking email box for detail charges.

You may wish to print or save a copy of this acknowledgement page for future reference only. Please note that this page is not an official receipt of the transaction.

Terms and condition
Disclaimer and Internet Privacy Statement
© The Hongkong and Shanghai Banking Corporation Limited

1/1

CONFIDENTIAL                                             DGJI00008318

DGJI00008318

# LOAN AGREEMENT

**THIS AGREEMENT** is made on the 26th January, 2017.

**BETWEEN:-**

(1) **Dragon Jade International Limited** of Unit 306-308, 3/F., Yale Industrial Centre, 61-63 Au Pui Wan Street, Fo Tan, N.T., Hong Kong (hereinafter referred to as "**Lender**")

and;

(2) **Ultroid Marketing Development Corporation** of 3140 W. Kennedy Blvd., Suite 103, Tampa, Florida 33609 (hereinafter referred to as "**Borrower**").

The Lender agrees to lend USD10,000.00 to the Borrower subject to terms stated as below:-

1. On the date of this Agreement, the Lender agrees to make a loan of USD10,000.00 (hereinafter referred to as "Loan") to the Borrower for a term of 180 days. On the date of this Agreement, the Lender shall pay the Loan to the Borrower by telegraphic transfer.
2. The Borrower shall repay the full amount of the Loan to the Lender within 180 days after the date of this Agreement,
3. In the event that the Borrower fails to repay the Loan according to clause 2, the Lender shall initiate legal proceedings to recover the amount owed plus the costs involved in the proceedings.
4. This Agreement shall be governed by and construed in accordance with the laws of Hong Kong.

Accepted and agreed by:-                                Accepted and agreed by:-

_____                    _____
Dragon Jade International Limited                  Ultroid Marketing Development Corporation

2017/1/26                                                                online@hsbc

You may save this Acknowledgement according to the following steps:
1. Click 'File' at the Menu Bar, then click 'Print'.
2. Click 'PDF', then click 'Save as PDF'.
3. Select the location and enter the file name.
4. Click 'Save'.

## Acknowledgement                                                    26 Jan 2017 16:58

We have received your instruction and will process it accordingly. Please note the Reference No. for your records.

*Important Notes*

*Please ensure there are sufficient funds in the 'Transfer From' / 'Pay From' account until the transaction is completed.*

*Please check the transaction status in 'Email Messages' under 'My HSBC' in your Internet Banking.*

| | |
|---|---|
| Reference No.: | N12688371886 |
| Instruction: | Make Overseas Payments |
| Pay To - Country/Territory: | UNITED STATES |
| Pay To - City: | OTHER CITY |
| Pay To - Bank: | TD BANK NA |
| Bank Address: | 6000 ATRIUM WAY MOUNT LAUREL, NJ 08054 SWIFT CODE:NRTHUS33XXX ABA:067014822 |
| Fedwire Number: | |
| Account Holder's Name: | ULTROID MARKETING DEVELOPMENT CORP |
| Account Holder's Address: | 6023 S. 2ND STREET, TAMPA, FL 33611 |
| Account No.: | 4326736919 |
| Pay From: | 608-361093-888 HSBC Advance HKD Savings |
| Amount: | USD 10,000.00 |
| Exchange Rate: | To be confirmed |
| Pay On: | 26 Jan 2017 |
| *Local Charges: | Charges to be determined at the time the instruction is processed |
| *Overseas Charges Paid By: | RECIPIENT |
| Charges Account: | 608-361093-888 HSBC Advance HKD Savings |
| Message to Recipient: | DRAGON JADE INTERNATIONAL LIMITED |
| Message to Recipient's Bank: | |
| My Notes: | |

*Please refer to transaction advice at Internet Banking email box for detail charges.

You may wish to print or save a copy of this acknowledgement page for future reference only. Please note that this page is not an official receipt of the transaction.

Terms and condition
Disclaimer and Internet Privacy Statement
© The Hongkong and Shanghai Banking Corporation Limited

1/1

CONFIDENTIAL                                                    Ultroid0047967

Ultroid0047967

## LOAN AGREEMENT

**THIS AGREEMENT** is made on 17th of March, 2017

**BETWEEN:**

(1) **Dragon jade International Limited** of Unit 306-308, 3/F., Yale Industrial Centre, 61-63 Au Pui Wam Street, Fo Tan, N.T., Hong Kong (hereinafter referred to as "Lender")

and;

(2) **Ultroid Marketing Development Corpo**ration of 3140 W. Kennedy Blvd., Suite 103, Tampa, FL  33609 (hereinafter referred to as "Borrower")

The Lender agrees to lend $10,000.00 USD subject to terms stated as below:

1. On the date of this agreement, the lender agrees to make a loan of $10,000.00 USD (hereinafter referred to as "Loan") to the Borrower for a term of 180 days.  On the date of this Agreement, the Lender shall pay the Loan to the Borrower by wire transfer.
2. The Borrower shall repay the full amount of the Loan to the Lender within 180 days after the date of the Agreement.
3. The Borrower shall use the only use the funds as follows:
    a. One Payment to Prime Rate Premium $1,687.98 USD
    b. Estimated Payment for US Patent Fees which should not to exceed $3,500.00 USD
    c. Partial payment to Michael A. Knox, CPA, PA for Consulting Work Performed and billed during the Month of January 2017, not to exceed $5,000.00 USD
4. In the event that the Borrower fails to repay the Loan according to clause 2, the Lender shall initiate legal proceedings to recover the amount owed plus the costs involved in the proceedings.
5. This Agreement shall be governed by and construed in accordance with the laws of Hong Kong.

Accepted and agreed by:                                  Accepted and agreed by:


_____                         _____

Dragon Jade International Limited                    Ultroid Marketing Development Corporation

CONFIDENTIAL

You may save this Acknowledgement according to the following steps:
1. Click 'File' at the Menu Bar, then click 'Print'.
2. Click 'PDF', then click 'Save as PDF'.
3. Select the location and enter the file name.
4. Click 'Save'.

**Acknowledgement**                                                    20 Mar 2017 14:42

We have received your instruction and will process it accordingly. Please note the Reference No. for your records.

*Important Notes*

*Please ensure there are sufficient funds in the 'Transfer From' / 'Pay From' account until the transaction is completed.*

*Please check the transaction status in 'Email Messages' under 'My HSBC' in your Internet Banking.*

| | |
|---|---|
| Reference No.: | N32099348200 |
| Instruction: | Make Overseas Payments |
| Pay To - Country/Territory: | UNITED STATES |
| Pay To - City: | OTHER CITY |
| Pay To - Bank: | TD BANK NA |
| Bank Address: | 6000 ATRIUM WAY MOUNT LAUREL, NJ 08054 SWIFT CODE:NRTHUS33XXX ABA:067014822 |
| Bank No.: | |
| Account Holder's Name: | ULTROID MARKETING DEVELOPMENT CORP |
| Account Holder's Address: | 6023 S. 2ND STREET, TAMPA, FL 33611 |
| Account No.: | 4326736919 |
| Pay From: | 608-361093-888 HSBC Advance HKD Savings |
| Amount: | USD 10,000.00 |
| Exchange Rate: | To be confirmed |
| Pay On: | 20 Mar 2017 |
| *Local Charges: | Charges to be determined at the time the instruction is processed |
| *Overseas Charges Paid By: | RECIPIENT |
| Charges Account: | 608-361093-888 HSBC Advance HKD Savings |
| Message to Recipient: | DRAGON JADE INTERNATIONAL LIMITED |
| Message to Recipient's Bank: | |
| My Notes: | |

*Please refer to transaction advice at Internet Banking email box for detail charges.

You may wish to print or save a copy of this acknowledgement page for future reference only. Please note that this page is not an official receipt of the transaction.

Terms and condition
Disclaimer and Internet Privacy Statement
© The Hongkong and Shanghai Banking Corporation Limited

CONFIDENTIAL                                                        DGJI00003485

DGJI00003485

# LOAN AGREEMENT

**THIS AGREEMENT** is made on the 08th May, 2017.

**BETWEEN:-**

(1) **Dragon Jade International Limited** of Unit 306-308, 3/F., Yale Industrial Centre, 61-63 Au Pui Wan Street, Fo Tan, N.T., Hong Kong (hereinafter referred to as "**Lender**")

and;

(2) **Ultroid Marketing Development Corporation** of 3140 W. Kennedy Blvd., Suite 103, Tampa, Florida 33609 (hereinafter referred to as "**Borrower**").

The Lender agrees to lend USD20,000.00 to the Borrower subject to terms stated as below:-

1. On the date of this Agreement, the Lender agrees to make a loan of USD20,000.00 (hereinafter referred to as "Loan") to the Borrower for a term of 180 days. On the date of this Agreement, the Lender shall pay the Loan to the Borrower by telegraphic transfer.

2. The Borrower shall repay the full amount of the Loan to the Lender within 180 days after the date of this Agreement,

3. Funds for ongoing remediation and other expenses are being provided under section 2.6 (i) including direct costs to service providers. As per the Exclusive Option and Remediation Agreement, both parties agree in writing as stipulated in section 3.1 that the funds being provided in this loan as well as loan 1, dated 26 January 2017, and loan 2, dated 17 March 2017, for both the insurance obligations as well as funds needed for ongoing expenses to complete the remediation are subject to the Security Agreement as agreed as Ultroid's payment of the Remediation Amount when due.

4. In the event that the Borrower fails to repay the Loan according to clause 2, the Lender shall initiate legal proceedings to recover the amount owed plus the costs involved in the proceedings.

5. This Agreement shall be governed by and construed in accordance with the laws of Hong Kong.

Accepted and agreed by:-    Accepted and agreed by:-

_____    _____
Dragon Jade International Limited    Ultroid Marketing Development Corporation