# EXHIBIT 34

**To:** razorsedge40@yahoo. com[razorsedge40@yahoo.com]
**From:** Glenn Henricksen
**Sent:** 2017-10-26T11:21:48+08:00
**Subject:** Chat history between "Michael Knox" and "glenzo"
**Received:** 2017-10-26T11:21:48+08:00

WeChat chat history between Michael Knox and glenzo below.

——————  2016-12-05  ——————

glenzo  09:55

we will be speaking in few minutes I think

glenzo  09:55

With dr. Lai be conference call

glenzo  09:56

The goal is to communicate with him where Ultroid stands with respect to dgji and the new potential acquirer

——————  2016-12-06  ——————

Michael Knox  00:01

[Voice]

Michael Knox  00:04

Glenn, I understand.  More importantly, I do not not to misrepresent anything, out of respect.  I know that Cao is withholding information.  This was my concern when he resigned from the company and board.

Michael Knox  00:06

This week will tell me everything that I need to know and will determine which direction we must go.

——————  2016-12-08  ——————

Michael Knox  02:23

We should chat for a few minutes.  I informed the Group from California they till Sunday, or they are out.  Meaning that we accept a deal with Dragon, cash and stock for the assets.  My feelings are that they will not come through and Cao is trying everything he can to postpone it.

glenzo  10:19

I am traveling

glenzo  10:19

I will try to call you in your morning

glenzo  21:59

You free now?

Michael Knox  22:00

Need 5 mins

glenzo  22:01

Okay

glenzo  22:01

I will call you on wechat

glenzo  22:01

My connection here isn't good

glenzo  22:02

If it doesn't work well

Michael Knox  22:02

Ready

glenzo  22:02

I am back in HK tomorrow

glenzo  22:07

I started a Walkie Talkie session

CONFIDENTIAL

DGJI00007192

glenzo  22:07

My network is weak here

glenzo  22:07

Got dc

Michael Knox  22:08

[Walkie Talkie session ended]

Michael Knox  22:11

Lost you.

Michael Knox  22:12

I should know everything by end of today and will advise.

Michael Knox  22:13

Fyi, i will not except a promise from them.  They must act, and Mr Cao will not receive a commission

Michael Knox  22:17

My conversation with Steve can only have two outcomes.  If California dies not come through, we are selling to Dragon and my board of directors will be on the call.  If they do come through, we move to a lic type agreement, but the timing will be after the sale is completed.

Michael Knox  22:18

I hate auto correct [Angry]

Michael Knox  22:20

I think you get the idea.  Steve has been more than patient with us.  If they come through, u will refund the $$ next week.  This will also be part of the discussion in Tuesday.

Michael Knox  22:21

I will send an agenda for the meeting about 2 hours before the call.  In this way, all will know the topics and direction that Ultroid is heading.

glenzo  22:39

CONFIDENTIAL
DGJI00007193

I have a board meeting Sunday at 7pm EST

glenzo  10:05

Okay. No problem. No rush

glenzo  10:06

Did they post the money?

Michael Knox  10:07

That is what I am waiting on confirmation of

glenzo  10:08

Okay

Michael Knox  10:08

FYI, Cao is not in the decision process

glenzo  10:08

Good

Michael Knox  10:10

Cao and I have been having words today.  Not nice words either.

glenzo  10:15

Sorry to hear that

Michael Knox  10:15

I am not sorry - he knows that I am angry

Michael Knox  10:16

He knows that I know he has withheld information and he has not been honest with me

glenzo  10:16

He is playing the situation.  Pyrrhic potentially

glenzo  10:18

As you know, we want to move forward. Get the product remediated

Michael Knox  10:18

Same here, no matter what Ultroid in moving forward

glenzo  10:19

Yeah

——————— 2016-12-12 ———————

glenzo  08:50

When you are done your board meeting, let me know the outcome if you can

glenzo  13:51

Hi Knox,

Can we switch the time for the follow-up conference call from 10 am HK time to 9-30 am due to a scheduling conflict.  Much appreciated.  That will be 8-30 PM EST Monday December 12.

Thanks.

Glenn Henricksen, Jr.

——————— 2016-12-13 ———————

glenzo  09:35

We are on the call

glenzo  09:42

Is there some confusion

CONFIDENTIAL
DGJI00007196