# EXHIBIT 35

**To:** razorsedge40@yahoo. com[razorsedge40@yahoo.com]
**From:** Glenn Henricksen Jr
**Sent:** 2017-10-24T15:00:01+08:00
**Subject:** Chat 25 July to 1 Aug history between "Michael Knox" and "glenzo"
**Received:** 2017-10-24T15:00:01+08:00

WeChat chat history between Michael Knox and glenzo below.

——————— 2017-07-25 ———————

glenzo  13:22

A little bit of pain created sound?

Michael Knox  13:25

I have the stone to be tested

Michael Knox  13:25

It was a big one

glenzo  13:26

Big stone passing through something so small?

Michael Knox  13:27

It literally got stuck at the end.  They numbed everything

Michael Knox  13:27

It did not pass, it was pulled out

glenzo  13:28

If you hit just behind it with a hammer it should be expelled

Michael Knox  13:29

It took two people to remove it- one to hold me down, the other pulling on the stone

glenzo  13:32

They didn't do the Cuban way?

glenzo  13:32

glenzo  07:13

Feeling better?

Michael Knox  07:47

[Walkie Talkie session ended]

Michael Knox  08:37

Sent

——————  2017-07-27  ——————

glenzo  07:27

I will send another letter to me.  You can do this too just in case.  Sometimes it takes up to 5 weeks to send a letter to the USA from Hong Kong.  So I am a little concerned.  So if you could do back up letters it would be great.

Michael Knox  07:29

Have your parents send a letter

Michael Knox  07:31

[Walkie Talkie session ended]

Michael Knox  07:31

What ever works - the critical thing is that LLC must be registered in Florida

Michael Knox  20:12

I sent the bank statements in a separate email

——————  2017-07-28  ——————

Michael Knox  05:40

Dr Goldman is asking to speak to you.  He asked for your number, but I do not think it wise for him to have it

Michael Knox  06:19

But he has your email

glenzo   07:56

I can't speak to him

Michael Knox   08:14

He does not believe me at all.  I think Cao is telling him we are going to F^^%#} him over

Michael Knox   08:14

I would suggest to let him be

glenzo   08:15

Yup

Michael Knox   08:16

He has no case, he can not do anything.  He is trying to use a threat of criminal to get a civil settlement - and that is illegal in Florida

Michael Knox   08:34

Talk to MC, I think we are closer to 95% done with the DMR now

glenzo   08:49

Cool

Michael Knox   08:55

I believe that MC can clearly see that there is nothing to hold up the closing now

———————  2017-07-29  ———————

Michael Knox   00:41

Glenn, I did not hear from you about a possible advance.

Michael Knox   00:48

I really need to know about this

glenzo   08:15

CONFIDENTIAL