# EXHIBIT 36

**To:** razorsedge40@yahoo. com[razorsedge40@yahoo.com]
**From:** Glenn Henricksen Jr
**Sent:** 2017-10-24T20:54:50+08:00
**Subject:** Chat 27 Apr to 29 may history between "Michael Knox" and "glenzo"
**Received:** 2017-10-24T20:54:50+08:00
b517388413bf001a45c1813bd69f7da4.jpg
aedf6e11c32d01ea7eb79e01fc937bab.jpg

WeChat chat history between Michael Knox and glenzo below.

—————— 2017-04-27 ——————

Michael Knox 10:03

You need to talk about anything before I crash for the night

glenzo 10:04

Yeah

null—————— 2017-04-28 ——————

glenzo 20:09

I spoke to Jon Ward this morning

glenzo 20:09

It was kind of a shock

Michael Knox 20:09

I was reading the email

glenzo 20:10

From what he told me, the state of DHF, is just not acceptable

Michael Knox 20:10

Let me guess - he has an engineering group who can do it all for a price

glenzo 20:10

The FDA won't be happy when they review it

Now

glenzo 09:26

Yeah

Michael Knox 11:42

Just loaded it to you on drop box. Editable word document

glenzo 19:40

I had a very difficult meeting with dr. Lai today

Michael Knox 19:42

That is ok, I am going to get sufficient parts to build at lease a dozen units and extra circuit boards for testing and engineering

glenzo 19:42

I well call you after I eat

Michael Knox 19:43

I am just waking up, could not sleep, was up till 2:30

glenzo 19:43

In some respects its positive

Michael Knox 19:44

I think it is positive and will be more efficient.

Michael Knox 19:45

If I can get the testing equipment and it still functions - the test can be performed internally

glenzo 19:45

What is positive?

Michael Knox 19:46

Going with the KJ2

glenzo 19:59

That is what Dr Lai was freaking about

glenzo 19:59

And the AJW timeline

Michael Knox 20:00

AJW's timeline is unacceptable

Michael Knox 20:01

I am freaking out also

Michael Knox 20:02

The recall had nothing to do with the product - only the records!

Michael Knox 20:03

The CM breached the agreement and failed to keep records, and we F'd up and did not properly review the CM.

Michael Knox 20:04

I am jumping into the shower

glenzo 20:07

I will call you around 930

Michael Knox 20:50

Sure

——— 2017-05-16 ———

glenzo 10:30

You in michigan?

Michael Knox 10:32

No, in about 11 hours I will be