# EXHIBIT 37



**HIGH TECH ELECTRONICS MFG & COMPUTER BASED SOLUTIONS**

October 17, 2016                                    Sent via eMail to: michaelknox@ultroid.com

Michael Knox
Ultroid Technologies, Inc.

Subject: Proposal to restart production of HMS products

Reference:   Verbal request by Michael Knox

Dear Michael,

Thank you for considering SEI for your manufacturing needs. Our proposal follows the outline I sent you via email on October 14.
We are submitting a multi-phase solution due to the chronological dependencies of tasks. For example, the Audit Trail and Baseline phase has to be completed before we know what parts we need to price and order in the Manufacturing Readiness Phase.
The following is our pricing and schedule by phase:
Phase 1 Audit Trail and Baseline $20,000.00 – 30 days ARO $10,000 at start
Phase 2 Manufacturing Readiness $10,000.00 – 60 days ARO, $5,000 at start, $5,000 weekly
Phase 3 Compliance with Standards – TBD based on quotes in Phases 1 & 2 (est $30,000)
Phase 4 Quantity bids – TBD based on outcome of Phase 2 (NTE $300/unit)

We might be able to pull in the schedules by two weeks without additional charge. As you know, we are dealing with a lot of variables and missing data but we will do our best to overcome these barriers. Phases 1 through 3 are non-recurring but necessary start-up costs. If you have no tooling for the injection molding parts, these costs also need to be added to the non-recurring prices.
We can use the two HMS units you bailed us for reverse engineering but the physical audit needs to be conducted on items manufactured per the data and methods developed in phases 1 and 2.

Michael, I understand that you are looking for a turn-key solution to manufacturing and delivery to your customers. We are prepared to do just that. After phase 2 we will have an opportunity to discuss how you will transition responsibility to us for items that we have not dealt with before (Sterilization, probes, Training CDs, etc. Phase 3 is a very important activity; it is where we install the QA, UL and FDA compliance in accordance with your customer and regional needs.

If we are in agreement in principle, we can discuss the form of our contractual agreement (SOW, PO etc.)

Sincerely,

*[signature]* A. deSouza

Sherman A. (Andy) deSouza, President

---

*For best results, Use SUPERIOR products*
1063 Cephas Rd., Clearwater, Fl 33765  PH: (727) 733-0700  FAX: (727) 733-1495  info@seimfg.com

EXHIBIT 13
12/3/18

Highly Confidential AEO                                                                                                    Ultroid0068532