Michael Knox
November 20, 2018

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. 8:17-cv-02422-JDW-CPT



DRAGON JADE INTERNATIONAL, LTD.,
a British Virgin Islands limited company,

                    Plaintiff,

vs.


ULTROID, LLC, a Nevada corporation;
ULTROID MARKETING DEVELOPMENT CORP,
a Florida corporation; ULTROID TECHNOLOGIES,
INC., a Florida corporation,

                    Defendants.
_____/


        VIDEOTAPED DEPOSITION OF MICHAEL KNOX


            Tuesday, November 20, 2018

            1:13 p.m. - 5:09 p.m.

            U.S. Legal Support
            4200 West Cypress Street
            Suite 750
            Tampa, Florida 33607


        Reported by Yvonne P. Habis
        Florida Professional Reporter
            Stenographic Court Reporter

1    Q    This was conveyed to him by the board?

2    A    Yes.  He also owned a third of the company at

3    that time.

4    Q    When you say "at that time," you mean up until

5    the time his role changed in 2016?

6    A    He -- yes.

7         THE WITNESS:  Can I elaborate?

8         MR. TREVENA:  You can begin.

9         THE WITNESS:  Mid-2000 -- in February of 2016,

10   I became critically ill.  I was admitted to the

11   hospital and put -- and intubated for a period of

12   six days.  I spent six days on a respirator, eight

13   days in ICU.  And the better part -- and Mr. --

14   during this period of time, Mr. Cao took complete

15   charge of the company and was acting CEO.  I was

16   bedridden and in a coma for a -- for part of that

17   time.  I never really returned back to full duties.

18   I still have lingering effects from that disease.

19   Q    (By Mr. Simonitsch) What was the disease?

20   A    Pneumonia, I was -- had acute respiratory

21   failure.  Two other people checked in the hospital the

22   same day I did with the same illness.  They died; I

23   lived.  I had to learn how to walk again.

24   Q    Do you recall what day in February of 2016?

25   A    I became ill, I want to say around the 16th to

1   18th of February.  I checked in the hospital the last

2   Friday of February.  I was transferred to ICU on that

3   Saturday.  The other two gentlemen, we all three

4   contracted the disease at the same place.  They -- like

5   I said, they were younger and they both died.

6        Q    So how long was it before you were discharged

7   from the hospital?

8        A    I would say about three weeks.

9        Q    So is it fair to say somewhere around the

10  third week of March --

11       A    Yes.

12       Q    -- 2016?

13            The rehabilitation work necessary for you to

14  learn to walk again, was that something you did after

15  you were discharged or took place before you were

16  discharged?

17       A    I had to be -- first, I had to be able to walk

18  up a flight of stairs before they would release me.  So

19  you have to understand, I dropped 60 pounds in a matter

20  of less than 10 days.  I didn't have enough strength to

21  roll to one side of the bed or the other.

22       Q    Now, just so I'm understanding

23  the -- the -- the timeline here a little bit, you --

24  you -- you spoke of Mr. Cao becoming acting CEO

25  when you became critically ill in February of 2016, but

1    his coming in three days a week and overseeing

2    everything was something that predated that; correct?

3        A    Yes.

4        Q    Okay.  So prior to you becoming ill in

5    February 2016, did he have any official title with the

6    company, with Ultroid Marketing?

7        A    Chairman, just chairman.  We referred to him

8    as the founder.

9        Q    And was he, in fact, the founder of

10   Ultroid Marketing?

11       A    Indirectly, yes.

12       Q    What do you mean by "indirectly"?

13       A    Well, originally, it was part of

14   Vascular Technologies that he was the founder of, so --

15   and Ultroid Marketing Development Corp. was spun off, so

16   we still called him the founder.

17       Q    So then that sort of explains the concept that

18   you as the CEO were reporting to him.  He owned a third

19   of the company, and he was a founder, and he was the

20   chairman of the board of directors.  He's got enough

21   weight to do that, is what you're saying, basically?

22       A    Yes.

23       Q    Okay.  So prior to February of 2016, during

24   that period that you were the CEO of Ultroid Marketing,

25   was there any understood delineation between what your

1    as president of Ultroid Marketing?

2         A    Honestly, I don't recall.

3         Q    This environment that we've been discussing

4    where you were essentially reporting to Mr. Cao, did

5    that apply as well to your role as CEO of

6    Ultroid Technologies?

7         A    When I was part of Ultroid Technologies, yes.

8         Q    How long did you serve as CEO of

9    Ultroid Technologies?

10        A    I held it formal -- up until the time I got

11   sick, I was acting CEO.  After that I was more of an in

12   title only.  I formally resigned from all those

13   positions in July of '16.

14        Q    When you say "formally resigned," you mean

15   resigned to the board or what do you mean by "formally"?

16        A    I resigned to the board.

17        Q    After you resigned to the board as CEO of all

18   three Ultroid entities, did you continue in any other

19   officer role with Ultroid?

20        A    I maintained a title of secretary and I

21   believe that's considered an officer in the state of

22   Florida laws, and that would be yes.

23        Q    What about as CFO?

24        A    No.

25        Q    Did you become COO of Ultroid, LLC around the

Michael Knox
November 20, 2018                                          47

```
1       Q     (By Mr. Simonitsch) Do you recognize that
2   document?
3             (The witness reviewed document.)
4       A     Yes.
5       Q     (By Mr. Simonitsch)  What is that document?
6       A     Electronic Filing of Annual Report for Florida
7   Entity or Corporation.
8       Q     There is an electronic signature on the
9   bottom.
10            That's your name; correct?
11      A     Yes.
12      Q     Okay.  Do you recall submitting this annual
13  report?
14      A     Yes.
15      Q     Did you complete this yourself?
16      A     Yes.
17      Q     And this was filed April 30th of 2017;
18  correct?
19      A     Yes.
20      Q     All right.  And in this it identifies you as a
21  director, treasurer, and secretary of Ultroid Marketing
22  Development Corp.; is that correct?
23      A     Yes.
24      Q     As treasurer, was that a role different than
25  the role of CFO?
```

Michael Knox
November 20, 2018                                        48

1        A    Yes.

2        Q    What responsibility did you have as treasurer?

3        A    Treasurer is responsible to make sure that the

4   CFO does his job, but it's to manage the money.  It's

5   very similar to a CFO position.

6        Q    And as director, you were a member of the

7   board at this time?

8        A    Yes.

9        Q    When did you first join the board of

10  Ultroid Marketing Development Corp.?

11       A    From its inception.

12       Q    That would be in 2012; correct?

13       A    Yes.

14       Q    And then when did you step down from the board

15  of Ultroid Marketing?

16       A    Early 2018, shortly before those -- that

17  report was filed in March of 2018.

18       Q    The report you're referring to is Exhibit 1 to

19  the deposition?

20       A    Exhibit 1, yes.

21       Q    And when did you resign?

22            When -- when, if at all, did you resign as

23  secretary of Ultroid Marketing?

24       A    All in the same day.

25       Q    So all in the same day in 2018 you resigned as

Michael Knox
November 20, 2018                                    79

1          "Q     Okay.  So is that the reason why the

2     efforts to remedy the concerns of the FDA in the

3     warning letter were being addressed by

4     Ultroid Marketing rather than Ultroid Technology?"

5          MR. SIMONITSCH:  And then he answered;

6     correct?

7          MS. REPORTER:  Yes.

8          MR. SIMONITSCH:  And he just said "Yes"?

9          MS. REPORTER:  He just said "Yes."

10         Q    (By Mr. Simonitsch) So going back to the

11    document that I handed you marked 770, what was the

12    reason that Ultroid Marketing engaged Business Valuation

13    Center to conduct a valuation of Ultroid Marketing?

14         A    A business valuation or appraisal was

15    requested by Dragon Jade in a previous meeting we had

16    with them to facilitate the purchase of Ultroid -- of

17    the company.

18         Q    And when you say "of the company," you're

19    referring to the purchasing of just Ultroid Marketing

20    Development Corp.?

21         A    Yes.

22         Q    And how did those discussions first come

23    about?

24         A    They were initiated by Dragon Jade and Dr. Lai

25    or Steve Lai personally.

Michael Knox
November 20, 2018                                                    80

1        Q     Was there a previous relationship with

2    Dragon Jade?

3        A     Yes.

4        Q     And what was the nature of that relationship?

5        A     It was a distributor agreement.

6        Q     Given your experience in valuing companies,

7    were you -- did you participate with Business Value

8    Center in preparing the valuation?

9        A     I prepared -- I reviewed the financial model

10   with them, and I was appointed contact for all their

11   questions.

12       Q     What do you mean by "reviewed the financial

13   model"?

14       A     I prepared the financial model for them.

15       Q     What is -- a financial model of what?

16       A     Projections.

17       Q     You need to expand.

18             Of the financial projections?   Okay.

19             Are you talking about projected sales,

20   projected costs, that sort of thing?

21       A     Everything.

22       Q     Okay.

23       A     Projected costs, revenue, expenses as you

24   expand.

25       Q     In a -- in a valuation engagement, is the

Michael Knox
November 20, 2018                                    81

```
 1    preparation of those forecasts typically done by the

 2    entity being valued?

 3         A    Yes.

 4         Q    Turning to -- well, let's -- let's -- well, we

 5    can turn to that.

 6              Turn to page 38 of this report.

 7              So are these some of the projections to which

 8    you're referring?

 9         A    I believe so.

10         Q    And this includes projected sales for 2016,

11    2017, and 2018?

12         A    Yes.

13         Q    And from what I see here, you were projecting

14    increases in sales significantly from '16 to '17 and

15    slightly from '17 to '18; is that right?

16         A    Yes.

17         Q    Do you recall why you projected such a

18    significant increase in sales from 2016 to 2017?

19         A    Predominantly because of the exclusivity

20    agreement we signed with Dragon Jade.

21         Q    And what was that exclusivity agreement?

22         A    They wanted to take over the Asian market for

23    hemorrhoids.

24         Q    And that exclusivity agreement gave them what?

25         A    Exclusive right to distribute and sell the
```

Michael Knox
November 20, 2018                                    82

```
 1   Ultroid device in and throughout -- various countries

 2   throughout the Asian market.

 3        Q     Okay.  So the exclusivity agreement gives them

 4   exclusive rights to -- to do that, those sales and that

 5   marketing, but prior to the exclusivity agreement, was

 6   Ultroid selling in those markets?

 7        A     Not really.

 8        Q     So is it fair to say you had a -- you were

 9   projecting that by having this arrangement with

10   Dragon Jade, it would help Ultroid to penetrate some

11   markets that it wasn't really actively engaged in at the

12   time?

13        A     That's not a correct statement.

14        Q     Okay.  Could you correct it for me?

15        A     These were based on minimum requirements to

16   maintain exclusivity in those areas and projections

17   supplied by Dragon Jade.

18        Q     Do you have an understanding as to how your

19   financial projections played into the valuation of

20   Ultroid Marketing by Business Value Center?

21        A     All the projections have a play.  The process

22   goes by which they take the income, not the gross, but

23   the net, mostly by off of EBITDA.

24        Q     Can you explain what EBITDA is?

25        A     Earnings before interest, taxes, depreciation,
```

Michael Knox
November 20, 2018                                          89

1     for Ultroid?

2          A     I was beginning to.

3          Q     Prior to -- between -- I mean, can you give me

4     a sense of when after February 2016 you began to start

5     undertaking responsibilities for Ultroid again?

6          A     I was starting to attend meetings with

7     Michael Cao.  He would come pick me up and we would

8     drive together to the various meetings he wanted me to

9     attend.  I was not working a 9:00 to 5:00 job.

10         Q     All right.  So when would it have started when

11    you started to have meetings with Mr. -- Dr. Cao

12    again -- Michael Cao again?

13         A     Now, they would -- they started in June, they

14    were getting more frequently in July, and then I just

15    couldn't do it.

16         Q     Okay.  So in your resignation, you resigned

17    your position as chief executive officer of the entities

18    named there, Vascular Technologies,

19    Ultroid Technologies, Ultroid Marketing.

20               It's noted in Mr. Cao's e-mail in response

21    that you're continuing to serve as a director.

22               And that was accurate; correct?

23         A     Yes.

24         Q     And we talked earlier that it also -- that you

25    also continued to serve in roles as secretary and

Michael Knox
November 20, 2018                                          90

1    treasurer.

2            Is that also correct?

3    A    Yes.

4            MR. SIMONITSCH:   Mark this as Exhibit 8

5    please.

6            (The referred-to document was marked for

7    identification as Plaintiff's Exhibit 8.)

8    Q    (By Mr. Simonitsch) So you had testified that

9    by August of 2016 you were getting back to being

10   yourself.  At some point between August of 2016 to the

11   presence -- present, did you have any relapses or -- or

12   other medical conditions that came up that caused you to

13   regress in terms of your ability to work or function as

14   an employee or officer of Ultroid?

15   A    I never reassum- -- reassumed any of the roles

16   as a -- an employee of Ultroid.

17   Q    Well, that wasn't my question.

18           It was more you had said you were getting to

19   be yourself again, so I'm trying to see if there was a

20   continued upward trend for that from August of 2016, or

21   if you hit any subsequent bumps in the road where you

22   then regressed and --

23   A    You always hit bumps.

24   Q    Okay.  Can you be specific?

25   A    Little setbacks, blood work goes out of

Michael Knox
November 20, 2018                                    94

1              MS. WINCHESTER:  Jazz?

2              MR. SIMONITSCH:  Oh, Jazz Singh.  Okay.

3        Q    (By Mr. Simonitsch) Is the gen- -- is -- that

4   was the gentleman who was president of

5   Ultroid Technologies for a period of time?

6        A    Yes.

7        Q    He went by Jazz?  Okay.

8             And why did Ultroid Technologies recall the

9   Ultroid device?

10       A    Because when the annual inspector -- FDA

11  inspector came in, Mr. Cao didn't bother to show up for

12  the inspection.

13       Q    And as a result what happened?

14       A    It was not a favorable review of the

15  documents.  The FDA's there -- the FDA is there to

16  review your policy management system.

17       Q    Okay.  Now, is that -- is the -- is the issues

18  regarding the quality management system different than

19  the issues that Ultroid was already dealing with as a

20  result of the FDA warning letter?

21       A    Repeat the question, please.

22       Q    The quality management system problems

23  identified by the FDA at its annual inspection, were

24  those different than the issues that Ultroid was already

25  dealing with as a result of the prior FDA warning

Michael Knox
November 20, 2018                                          95

1   letter?

2        A     No, they were the same.

3        Q     So it was a continuation of the same issue

4   that had been worked on from the time of the warning

5   letter until you got sick in February of 2016?

6        A     The process was over 90 percent completed.

7        Q     Do you believe that had Mr. Cao been

8   present at the inspection, that the FDA report would not

9   have found problems with the quality management

10  suffi- -- system that warranted a recall?

11       A     I believe if Mr. Cao was present at the

12  meeting, the recall would not have happened.

13       Q     As of September 27, 2016, the date of this

14  recall announcement, did Ultroid have any products on

15  the market other than the Ultroid device?

16       A     No.

17             Excuse me.  Be more clear -- clear with your

18  question, please.

19       Q     Well, I'll ask a couple of more to lead into

20  that.

21             So this recall announcement pertained to the

22  Ultroid device; correct?

23       A     I believe it also pertained to the consumables

24  associated with it.

25       Q     What are the consumables associated with the

1  you questions and you have to keep taking the Fifth;

2  correct?

3       A    Uh-huh.

4       Q    Okay.  In October of 2016, did Michael Cao

5  resign from the board of Ultroid?

6            MR. TREVENA:  You can answer that.

7       A    Yes.

8            MR. SIMONITSCH:  I believe counsel said you

9       could answer that.

10           Is that --

11           MR. TREVENA:  That's correct.

12      Q    (By Mr. Simonitsch) Okay.  Were you present at

13  the board meeting when Mr. Cao resigned?

14      A    It was telephonic.

15      Q    Were you present on the call when Mr. Cao

16  resigned?

17      A    Yes.

18      Q    Was there representation made by anyone on the

19  call as to why Mr. Cao was resigning?

20      A    No.

21      Q    During that call, were you giving au- -- given

22  authority to finalize the terms of an asset sale to

23  Dragon Jade?

24      A    I claim the Fifth Amendment on that.

25           MR. SIMONITSCH:  Let's mark this as

Michael Knox
November 20, 2018                                    109

```
 1        A    I -- I don't see where it states they needed
 2   to put a formal proposal back to us.
 3        Q    Let me -- let me break it up a little bit so I
 4   don't want --
 5        A    Okay.
 6        Q    -- to make you misrepresent anything, of
 7   course.
 8             So it says here that -- in the minutes,
 9   "Mr. Henricksen introduced himself and proceeded to
10   discuss the details of the proposed transaction."
11             The minutes accurately reflect that
12   Mr. Henricksen did so at this January 11, 2017 board
13   meeting?
14        A    He discussed them, but they weren't put -- any
15   of this put in writing yet.
16        Q    Did the board of directors find the overall
17   terms acceptable subject to the review of a final
18   document in writing as reflected in the minutes?
19        A    The overall terms were acceptable, but not yet
20   put in writing.
21        Q    And then it states that you -- "that the board
22   was requesting they be put in writing so that -- "and
23   sent to you so that the company's corporate counsel
24   could review it."
25             Did you receive a document in writing after
```

Michael Knox
November 20, 2018                                    110

1   this board meeting?

2       A    There was documents going back and forth, but

3   yes.

4       Q    Did you have the company's corporate counsel

5   review any documents that were going back and forth

6   after the January 11, 2017 board meeting?

7       A    Yes.

8       Q    And that includes proposed agreements between

9   Dragon Jade and Ultroid for the sale of assets -- for

10  the sale of Ultroid's assets?

11      A    Yes.

12           MR. SIMONITSCH:  Please mark this Exhibit 11.

13           (The referred-to document was marked for

14       identification as Petitioner's Exhibit 11.)

15      Q    (By Mr. Simonitsch) After you resigned as CEO

16  of Ultroid Marketing -- let me -- I withdraw that.

17           So after the January 2017 board meeting that

18  we just discussed, what role did you play in

19  negotiations with Dragon Jade for the sale of

20  Ultroid Marketing's assets?

21      A    I -- I was a conduit to receive the

22  information as supplied by Glenn and Mr. Blylock.

23      Q    Did there come a time after January 11, 2017

24  where the board of directors revoked your authority to

25  engage in negotiations with Dragon Jade and act as a

Michael Knox
November 20, 2018                                    121

```
 1        A     You're -- you're talking about comparing an
 2   asset valuation as opposed to an income valuation or
 3   cash flow.  And I will -- I will probably word it more
 4   like this, as -- as -- as you as a buyer buying a law
 5   firm, what's that law firm worth.  You have lawyers, you
 6   have probably little or no intellectual property, but
 7   you have a customer base, client base, and it's always
 8   based on future discounted cash flows.  That's what a
 9   willing buyer is going to pay for it.
10        Q     So -- and that's -- so that, therefore,
11   the -- the value of the company based on its revenues
12   under an income model will typically exceed the value of
13   its assets?
14        A     Typically, yes.
15        Q     In this instance, Business Value Center
16   valued -- gave a valuation of -- based on -- of -- of
17   the company based on the income method in excess of
18   $84 million?
19        A     Uh-huh.
20        Q     Is it your understanding that that would have
21   reflected a value of the Ultroid assets as also being
22   $84 million?
23        A     Yes.
24        Q     Why is that?
25        A     Because they go hand in hand.  The trademarks
```

Michael Knox
November 20, 2018                                      122

1    and all that justify the valuation because it stops

2    competition from competing with you, or at least slows

3    them down.

4         Q    So why is -- what's the distinction between

5    Ultroid's situation, the situation you were talking

6    earlier where the income may be significantly higher

7    than the assets, asset -- income value being higher than

8    the asset value?

9         A    So when I was testifying this in -- a few

10   years ago, I had a judge ask me that question.  I said

11   the true definition of fair market value is what a

12   willing buyer will pay for an item and a willing seller

13   will sell it for.  That's the true definition of fair

14   market value.

15        Q    Is it harder to sell an asset for which there

16   has been a recall?

17        A    Yes.

18        Q    Did you travel with Mr. Cao to Hong Kong in

19   April of 2016?

20        A    Yes.

21        Q    And how was your health at that time?

22        A    Not great.

23        Q    I assume not great, but well enough to travel

24   to Hong Kong?

25        A    I had to wear a surgical mask on the plane.  I

Michael Knox
November 20, 2018                                            123

1    had a compromised immune system.

2         Q    Why did you go?

3         A    I had to get this transaction going.

4         Q    And why is that?

5         A    Nobod- -- Mr. Cao was running the company.

6         Q    I don't understand your answer.

7         A    Michael Cao insisted I go to meet with

8    Dr. Lai.  This would have been our second visit -- or my

9    second visit; Mr. Cao's third, to my knowledge.

10        Q    And at this time, it was still -- the context

11   was still an acquisition of company?

12        A    Yes, based on our previous conversation back

13   in November.

14        Q    Who paid for the trip to Hong Kong?

15        A    We did.

16        Q    Who is "we"?

17        A    The company, Ultroid.

18        Q    Did Ultroid pay your expenses while you were

19   there?

20        A    Yes.

21        Q    Or reimburse you for your expenses while you

22   were there?

23        A    Yes.

24        Q    And who did you meet with on this trip?

25        A    Clint -- on advice of counsel, I claim the

Michael Knox
November 20, 2018                                130

1          on this document, but I'm just trying to hit the

2          real quick ones before we have to wrap this here,

3          so...

4                  (Pause in proceedings.)

5          Q    (By Mr. Simonitsch) Paragraph 13 of your

6    affidavit states that you "came to learn that

7    Dragon Jade could not fulfill its nonmonetary

8    obligations under the agreement."

9                  What was the basis for that statement in your

10   affidavit?

11         A    Well, in the meeting with Dr. Lai and

12   Glenn Henricksen, it was apparent that Ultroid was not a

13   priority to get done; quote-unquote, "We don't care if

14   we ever finish it."

15         Q    When was this meeting?

16         A    August 2017.

17         Q    And where was the meeting?

18         A    The Oyster Bar, Grand Central Station,

19   New York City.

20         Q    Is it -- is that the same time that you were

21   attempting to negotiate a job with Dragon Jade?

22         A    They did make a job offer.

23         Q    And so you stated that you were told that

24   Ultroid was not a priority.  That's different than an

25   inability to fulfill nonmonetary obligations.

Michael Knox
November 20, 2018                                    131

```
 1              What is your basis for your statement that
 2    Dragon Jade could not fulfill its nonmonetary
 3    obligations?
 4              MR. TREVENA:  Objection, calls for a legal
 5        conclusion.
 6              MR. SIMONITSCH:  No.  I'm asking him to --
 7              MR. TREVENA:  Answer if you know.
 8              MR. SIMONITSCH:  -- you know, I'm asking him
 9        to explain what he wrote.
10              THE WITNESS:  I will.
11              MR. TREVENA:  He already said that it was
12        authored by --
13              MR. SIMONITSCH:  I agree.  I'll -- I'll
14        correct my statement.  I'm asking him to explain
15        the basis for what he signed under oath as being
16        true.
17        Q    (By Mr. Simonitsch) Let's try it this way.
18              What nonmonetary obligation was Dragon Jade
19    unable to fulfill?
20        A    They weren't fulfilling -- they weren't
21    closing.  They were not closing at all.  There was
22    no -- every time we had a discussion about closing and
23    finalizing everything, it always got postponed.  We'll
24    do it in 30 days, two weeks, next week, next week, next
25    week.  They started in April.
```

Michael Knox
November 20, 2018                                          132

```
 1         Q    So that has to do with their not yet
 2   fulfilling certain nonmonetary obligations.
 3              Is it your position that they were incapable
 4   of fulfilling any of the particular nonmonetary
 5   obligations?
 6         A    They did not have the staff capable,
 7   knowledgeable enough to even understand a QMS system.
 8         Q    Was that an obligation of the agreement or
 9   were they supposed to hire a company that would
10   understand those things?
11              MS. WINCHESTER:  Object to form.
12         Q    (By Mr. Simonitsch) You can answer.
13         A    FDA requires that you have someone on staff
14   knowledgeable enough of a QMS system to run it.
15         Q    Right.  What does that have to do Dragon Jade
16   at this point?  Dragon Jade would not have been
17   operating the QMS system.  They just --
18         A    Yes, they would have.  To -- to make a product
19   to FDA standards and sell it, you have to have a QMS
20   system in -- in-house.
21         Q    I understand that.  But as of this August 2017
22   date, Dragon Jade did not own the asset or Ultroid, so
23   what does their ability to operate a QMS system have
24   anything to do their obligations as of August of 2017?
25              MR. TREVENA:  Again, calls for a legal
```

Michael Knox
November 20, 2018                                    133

1        conclusion.

2                Answer if you know.

3        A    I don't know.

4        Q    (By Mr. Simonitsch) So other than an inability

5    to operate a QMS system, are there any other nonmonetary

6    obligations that you believe Dragon Jade was incapable

7    of fulfilling?

8        A    Well, I went to three different engineers

9    trying to get them to understand how to build the thing,

10   but no one could get it.

11       Q    Anything else?

12       A    No.  I don't want to add anything more.

13       Q    In paragraph 14 you state "it was clear that

14   Dragon Jade did not have the funds to complete the tasks

15   they were required to complete."

16               What is the basis of your sworn testimony that

17   Dragon Jade did not have the funds to complete the tasks

18   necessary under the option agreement?

19       A    They kept telling me they don't have the money

20   per Glenn Henricksen.

21       Q    And when did Mr. Henricksen represent that to

22   you?

23       A    Two to three times every month starting in

24   April.

25       Q    April of 2017?