# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DRAGON JADE INTERNATIONAL, LTD., a British Virgin Islands limited company,**

**CASE NO:  8:17-cv-2422-T-27TBM**

       **Plaintiff/Counter-Defendant,**

**vs.**

**ULTROID, LLC, et al.,**

       **Defendants/Counter-Plaintiffs.**

_____/

## AFFIDAVIT OF TIMOTHY VAN DYKE

STATE OF FLORIDA

COUNTY OF ORANGE

    I, **TIMOTHY VAN DYKE**, Affiant, first being duly sworn on oath, depose and say as follows:

    1.    I am over the age of 21 years, not a party to the above-referenced litigation, am competent to testify and have personal knowledge of the facts set forth herein.

    2.    I am a registered patent attorney with the law firm of Beusse, Wolter, Sanks & Maire, PLLC, and have been practicing intellectual property law since 1997. I am admitted to practice in Florida, the U.S. Court of Appeals for the Federal Circuit, the U.S. District Court for the Middle District of Florida, and the U.S. Patent and Trademark Office. I concentrate my practice on securing domestic and international patent protection in the technical areas of biomedicine and medical devices. As part of my practice, I also provide services relating to the enforcement of intellectual property rights.

3.      I was first hired by Vascular Technologies, Inc. and Ultroid Technologies, Inc. in 2014 (Ultroid Companies) to monitor and secure the Ultroid Companies' domestic and international intellectual property rights related to the Ultroid Hemorrhoid Management System ("Product"). This includes the following intellectual property that is the subject of the above-referenced lawsuit: (a) U.S. Patent No. 8131380; (b) U.S. Patent No. 9179966; (c) CA Patent No. 2597892; (d) U.S. Registered Trademark No. 3526435; and (e) U.S. Registered Trademark No. 1485175.

4.      Over the years, I have assisted the Ultroid Companies in transferring their intellectual property into a holding company, Ultroid, LLC; filing for international patents and trademarks for the Product; and renewing their patents and trademarks to ensure that all intellectual property is up-to-date and retained by the companies.

5.      I have had the opportunity to review the Investor Presentation that Dragon Jade International, Ltd. filed along with its Form 6-K with the U.S. Securities and Exchange Commission on April 30, 2019, a copy of which is attached hereto at Exhibit A. Dragon Jade represents that it is in the business of treating hemorrhoids and indicates it is the exclusive owner and provider of an exclusive hemorrhoid treatment technology. The technology described in Dragon Jade's filing is disclosed and taught in Ultroid's intellectual property for the Product and the subject of the above-referenced lawsuit between Dragon Jade and Ultroid.

6.      I am currently working with Ultroid's CEO, Michael Goeree, to determine the appropriate and preferred course of action to enforce Ultroid's intellectual property rights.

FURTHER AFFIANT SAYETH NAUGHT.

**TIMOTHY VAN DYKE, ESQ.**

The foregoing instrument was sworn to and signed before me this 14th day of May, 2019, by **TIMOTHY VAN DYKE** who is personally known to me or who produced _____ as identification.

_Mary Jean Cross_

NOTARY PUBLIC

MARY JEAN CROSS

PRINT NAME

November 28, 2020

COMMISSION EXPIRES



MARY JEAN CROSS
MY COMMISSION # GG 050716
EXPIRES: November 28, 2020
Bonded Thru Budget Notary Services

EDGARpro
by EDGAR Online

# DRAGON JADE INTERNATIONAL LTD

## FORM 6-K
(Report of Foreign Issuer)

## Filed 04/30/19 for the Period Ending 04/30/19

| | |
|---|---|
| Telephone | 852 3588 1780 |
| CIK | 0001456787 |
| Symbol | DGJI |
| SIC Code | 5912 - Retail-Drug Stores and Proprietary Stores |
| Industry | Drug Retailers |
| Sector | Consumer Non-Cyclicals |
| Fiscal Year | 03/31 |



Powered By EDGAR Online

http://www.edgar-online.com

© Copyright 2019, EDGAR Online, a division of Donnelley Financial Solutions. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online, a division of Donnelley Financial Solutions, Terms of Use.

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 6-K

REPORT OF FOREIGN PRIVATE ISSUER PURSUANT TO RULE 13a-16 OR 15d-16 OF
THE SECURITIES EXCHANGE ACT OF 1934

CURRENT REPORT

For the month of April 2019

## Dragon Jade International Limited
(Exact name of registrant as specified in its charter)

| British Virgin Islands | 0-53593 | None |
|:---:|:---:|:---:|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

Unit 2, 23/F, New World Tower I, 18 Queens Road, Central Hong Kong, SAR, China
(Address of Principal Executive Offices)

Registrant's telephone number, including area code:  011-852-3588-1780

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F  ☒                                    Form 40-F  ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1):  ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7):  ☐

Dragon Jade International Limited hereby furnishes its investors presentation, which is attached to this Form 6-K as Exhibit 99.1.

The fact that this presentation is being made available and filed herewith should not be deemed an admission as to the materiality of any information contained in the materials. The information contained in the presentation is being provided as of April 30, 2019 and the Company does not undertake any obligation to update the presentation in the future or to update forward-looking statements to reflect subsequent actual results.

## EXHIBIT INDEX

| Exhibit No . | Description |
|---|---|
| 99.1 | Investor Presentation |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**Dragon Jade International Limited**

Date: April 30, 2019

By: *_/s/ Yat Man Lai_*

Yat Man Lai
Chief Executive Officer

2

Exhibit 99.1





## Dragon Jade International Limited.

(OTC QX: DGJI)

Investor Presentation

April 2019

# Forward Looking Statement



This presentation contains forward-looking statements that reflect our current expectations and views of future events. You can identify some of these forward-looking statements by words or phrases such as "may," "will," "should," "expect," "anticipate," "aim," "estimate," "intend," "plan," "believe," "is/are likely to," "approximately," "potential," "continue," or other similar expressions. We have based these forward-looking statements largely on our current expectations and projections about future events that we believe may affect our financial condition, results of operations, business strategy and financial needs. These forward-looking statements involve various risks and uncertainties. Although we believe that our expectations expressed in these forward-looking statements are reasonable, our expectations may later be found to be incorrect. The forward-looking statements made in this presentation relate only to events or information as of the date on which the statements are made in this presentation. Except as required by law, we undertake no obligation to update or revise publicly any forward-looking statements, whether as a result of new information, future events or otherwise, after the date on which the statements are made or to reflect the occurrence of unanticipated events. You should thoroughly read this presentation and the documents that we refer to herein with the understanding that our actual future results may be materially different from and worse than what we expect. We qualify all of our forward-looking statements by these cautionary statements.

This presentation contains certain data and information that we obtained from various government and private publications. Statistical data in these publications also include projections based on a number of assumptions. If any one or more of the assumptions underlying the market data are later found to be incorrect, actual results may differ from the projections based on these assumptions. You should not place undue reliance on these forward-looking statements.

You should read carefully the factors described in the "Risk Factors" section of the prospectus contained in the Registration Statement to better understand the risks and uncertainties inherent in our business and any forward-looking statements.

All references to dollar amounts in the offering summary or to use of proceeds are subject to change pending a final prospectus.

2

# Contents



01 • Company Summary

Company Summary, Investment Highlights

02 • Company Overview

Company Overview, Business Model, Market Coverage

03 • Cross-border Healthcare

Industry Overview, KPM, Customer Sourcing Strategy, Revenue Growth Driver

04 • Hemorrhoids Treatment

Industry Overview, Hemorrhoids Hydrolysis Technology

05 • Financial Forecast

Financial Forecast, Management Team

3

# Company Summary



| Company | Dragon Jade International Limited. |
|---|---|
| Exchange & Ticker Symbol | OTC QX : DGJI |
| Shares Outstanding | 57,023,319 Ordinary Shares* |
| Financial Advisor | Univest Securities, LLC. |
| Legal Counsel | Ortoli Rosenstadt LLP |
| Auditor | Centurizon ZD CPA Limited |

This is not an offer to sell or buy securities. See Registration Statement for full risks and disclosures.
*Source: F1 P5 See https://www.sec.gov/Archives/edgar/data/1456787/000121390018015729/ff12018_dragonjadeinter.htm

 Investment Highlights



| Expertise | Experience | Demand | Sales and Marketing | Market Size | Technology |
|---|---|---|---|---|---|
| • In-depth knowledge of operating and regulatory regimes across distinct regions | • Over 20-year experienced management team with medical background | • Considerable growth of demand for cross-border healthcare in China, particularly due to the increase of middle-class population | • Existing 5000+ high-net-worth customer resources and particular channels for acquiring new customers | • 156 million patients need surgical correction of Hemorrhoids with average cost of $2000. Total market size is $150 billion in China only | • Proprietary technology (IP pending and CFDA approval pending) |

See Registration Statement for full disclosures and risks.
* Source F-1 P24 "Competitive Advantage" https://www.sec.gov/Archives/edgar/data/1456787/000121390018015729/ff12018_dragonjadeinter.htm
* Source F-1 P23 Business Overview https://www.sec.gov/Archives/edgar/data/1456787/000121390018015729/ff12018_dragonjadeinter.htm

5

## Business Model



See Registration Statement for full disclosures and risks.
Source F-1 P4 Corporate Information

6

## Company Overview




**About Us**

- Headquarter: Hong Kong
- More than 20 years of experience and expertise in medical industry
- Broad network with local doctors, high-end hospitals, and clinics in Hong Kong
- Exclusive hemorrhoids treatment technology owner and provider
- Cross-border healthcare service provider, including comprehensive medical examination, new drug consultation, global hospital referral services, and cross-border medical services.


**Our Business**

 Cross-border Healthcare Services

 Hemorrhoids Treatment Technology


**Our Goal**

- Bridge the latest treatments and therapies between the west and east
- Become the largest one-stop private medical service provider in Hong Kong.
- To be the best hemorrhoids treatment provider around the world

7

See Registration Statement for full disclosures and risks.
Source F-1 P4 Corporate Information

## Potential Market Coverage



Our business network covers all over the world:
Europe, America, Hong Kong, Macau, Mainland China, Taiwan,
Singapore, Malaysia, Thailand, etc.



See Registration Statement for full disclosures and risks.
* Source: F-1 Page2

8



**(1) Business Line — Hemorrhoids Treatment**

See Registration Statement for full disclosures and risks.

9

# About Hemorrhoids



### What are Hemorrhoids



Hemorrhoids are swollen veins in the lower part of the anus and rectum. When the walls of these vessels are stretched, they become irritated.

### Causes of Hemorrhoids



- Unhealthy eating habits / Low fiber Diet
- Prolong sitting / Standing / Squating
- Constipation
- Pregnancy

### Common Patients



- High risk occupations
- High stress and sleeping disorder
- Postpartum women
- The elderly

See Registration Statement for full disclosures and risks.

10

# Hemorrhoid Treatment Stage Comparison





| Stage 1 | Stage 2 | Stage 3 | Stage 4 |

A first-grade internal hemorrhoid bulges into the anal canal during bowel movements.

A second-grade internal hemorrhoid bulges from the anus during bowel movements, then goes back inside by itself.

A third-grade hemorrhoid bulges from the anus during bowel movements and must be pushed back in with a finger.

A fourth-grade hemorrhoid protrudes from the anus all the time. The tissue was red and swollen, with strong pain.

See Registration Statement for full disclosures and risks.

11

# Hemorrhoid Treatment– Market Size





**$150 Billion**

Market Size in China Only*

| Medical Treatment Rate: 28%[1] | Percentage of patients with Hemorrhoids: 49% | Percentage of 16+ population China: 82.3%[2] |

**156 Million**

**Waiting for surgical correction**

Note : *Market Size Calculation Formula : The total number of Hemorrhoids patients seeking for treatment in China" Treatment cost (6,500 RMB)
Source : 1. Results of National Epidemiological Anorectal Disease Survey2. Statistical Communiqué of the People's Republic of China on the 2016 National Economic and Social Development

12

# Hemorrhoids Hydrolysis Technology





Internal Hemorrhoids

Special Anoscope

A registered Western doctor will first conduct a preliminary examination using a special anoscope, to understand the situation and confirm the position of hemorrhoids

Place probe at the base of the hemorrhoid

H2

Alkaline Environment

✔ No anesthesia needed during treatment
✔ The patient only needs to lie on the side on bed
✔ The general treatment time lasts about 30 minutes
✔ The probe, anoscope and sponge are only for one-time use (Safe and Clean)
✔ Treatment can be performed by any GP

See Registration Statement for full disclosures and risks.

✔ Hydrogen ions (H^+) are converted into hydrogen (H2) and released as a foam. [i]
✔ Hydrogen peroxide (OH^−) forms an strong alkaline environment [i]
✔ Protein denaturation [i]
✔ Blood vessel thrombosis [i]
✔ The Hemorrhoids without nutrients will naturally shrink, be absorbed by the body, and will gradually shrink in 7-10 days   13

## Treatment for Hemorrhoids




| | Hemorrhoids Hydrolysis Technology | Traditional Surgery | Rubber Band Ligation | PPH Surgery | Ointment/Medical towel/Medical cushion treatment |
|---|---|---|---|---|---|
| Radical Cure | ✓ | ✓ | ✓ | ✓ | ✗ |
| Low Pain | ✓ | ✗ | ✗ | ✗ | ✓ |
| Protects Rectal Structure | ✓ | ✗ | ✗ | ✗ | ✓ |
| Non-Traumatic | ✓ | ✗ | ✗ | ✗ | ✓ |
| Low Recurrence Rate | ✓ | ✓ | ✗ | ✗ | ✗ |
| Suitable for all-stage treatment | ✓ | ✓ | ✗ | ✓ | ✗ |
| No Hospitalization Required | ✓ | ✗ | ✓ | ✗ | ✓ |
| Low Risk | ✓ | ✗ | ✓ | ✗ | ✓ |
| No Anesthesia | ✓ | ✗ | ✓ | ✗ | ✓ |
| Repeatable Treatment | ✓ | ✗ | ✓ | ✗ | ✓ |

See Registration Statement for full disclosures and risks.

14



# Hemorrhoids Hydrolysis Technology – Competitive Advantages



See Registration Statement for full disclosures and risks.

15

# Hemorrhoids Hydrolysis Technology Project Timeline





Complete CFDA Class 2
Medical Device
Certification & Trademark
Registration

Expected to obtain
approval from CFDA

2018.5

2019.12

See Registration Statement for full disclosures and risks.

16



See Registration Statement for full disclosures and risks.

17

# Cross-border Healthcare – Industry Overview





# Cross-Border Healthcare – Competitive Advantages



Hong Kong has been the best choice for middle-class patients from Mainland China and other developing Asian Pacific countries to find healthcare services.

**Highly qualified doctors with good customer service:**
Hong Kong doctors generally have at least 6 years of studying experience at medical schools in either Hong Kong or western countries. The duration of study for specialists is up to 12 years.

**Complete supervision system:**
Hong Kong medical staff are strictly regulated by the Medical Council. Minor mistakes can cause suspension of license, termination of medical qualifications, or even imprisonment.

**Medicines and equipment match international standards:**
Hong Kong has the most fastest approval lead-time for new drugs and medical devices, therefore most advanced drugs, medical devices and treatments from other countries will introduce to Hong Kong which makes Hong Kong as integrated center of the industry.

**Language and geographical advantages**
Language will not be a communication barrier between doctors and patients. Patients can travel to Hong Kong Geographic advantages and multiple transportation choices provide convinience travel to patients.

**Private Health Insurance:**
Hong Kong's commercial health insurance penetrate most of the population, and there is a huge amount of people from mainland China come to Hong Kong for purchasing commercial health insurance.

See Registration Statement for full disclosures and risks.

19

 KPM Healthcare Centre (Under MOU to Acquire) 



## Four Core Services

| 6 Beds of ICU | Medical Beauty | Day Surgery | MRI, 640-Slices CT-Scan, Endoscope, Ultrasound, PET-CT Scan |

See Registration Statement for full disclosures and risks.

20

 # KPM Healthcare Centre



Bridge the latest treatments and therapies between the west and east.

 KPM is the only private full-service medical center equipped with a suite of advanced medical equipment in Hong Kong.

 KPM is the only private medical center in Hong Kong that conducts medical radiological examinations in the heart of the city.

 KPM is the only private medical center that can conduct daytime cancer targeted drugs and dangerous drugs injection in Hong Kong.

 KPM is the largest private medical center providing day surgery in Hong Kong.

 20,000 square feet state-of-art facility located in the heart of Tsim Sha Tsui, Hong Kong

21

# Database & Resources of HNW Clients



Montrose Fine Wines that we acquired helped obtain large number of both existing and potential cross-border healthcare customers of KPM from luxury hotels, private clubs, and etc.

## Hotels

60 millions people from Mainland travel to Hong Kong each year

- Cordis (Langham Place)
- Four Seasons Hotel
- Four Seasons Hotel Macau
- Galaxy Hotel - Macau
- Grand Hyatt, Wanchai
- Hong Kong Skycity Marriott Hotel
- Hotel Inter-continental HK
- Hotel Sintra (Macau)
- Hyatt Regency Hong Kong, Tsim Sha Tsui
- Intercontinental Grand Stanford HK
- Island Shangri-la Hotel
- JW Marriott & Ritz-Carlton Macau
- JW Marriott Hotel
- Kerry Hotel Hong Kong
- Langham Hotel
- Mandarin Oriental, Hong Kong
- Melco Crown (COD) Hotels Limited (Macau)
- MetroPark Hotel Causeway Bay
- MGM Grand Paradise SA

- Mira Moon
- Novotel Citygate Hong Kong
- Regal Airport Hotel
- Renaissance Harbour View Hotel
- Ritz-Carlton Hong Kong
- Sheraton Hong Kong
- Sofitel Luxury Hotels
- Star World Hotel (Macau)
- Studio City Hotels(Macau)
- The 13 Hotel (Macau)
- The Excelsior Hong Kong
- The Murray, A Niccolo Hotel, Hong Kong
- The Peninsula Hong Kong
- The Royal Garden Hotel
- The Royal Pacific Hotel & Towers
- Upper House
- Venetian Cotai Limited (Venetian Macao)
- W Hotel

## Private Clubs

- Ladies Recreation Club
- Royal Hong Kong Yacht Club
- SIDI – Macau Golf & Country Club
- The Aberdeen Marina Club, Hong Kong
- The Hong Kong Club
- The Hong Kong Cricket Club
- The Hong Kong Golf Club
- The Hong Kong Jockey Club

- Aberdeen Boat Club
- American Club
- Craigengower Cricket Club
- Discovery Bay Golf Club Limited
- HK Football Club
- Hong Kong Golf & Tennis Academy
- Kowloon Cricket Club

Database acquired through the acquisition of Hong Kong Montrose Fine Wines

22

# Customer Sourcing Strategy





## 5000+
High Net Worth
Individual Clients
In Total

See Registration Statement for full disclosures and risks.

23

 Cross-border Healthcare Strategic Partners 

## Data Exchange Between Clients

### Insurance



### Apparel



### Airlines

 

See Registration Statement for full disclosures and risks.

24

# Revenue Growth Drivers



**Increasing Awareness of Cross-Border Healthcare [1]**

- Approximately 40% of the high-income population in China acknowledged the benefits of cross-border healthcare, compared to only 3% in 2010.
- The market cross-border healthcare will increase dramatically, with an estimate of about 860,000 people looking for cross-border healthcare solutions in 2019.

**Solid Growth of Customer Groups [2]**

- As the Chinese economy continues to grow, the number of middle-class people in China will continue to grow.
- By 2020, with a strong economy serving as growth driver, our target customer demography could reach 700 million.



**A Huge Potential Market to be Explored [3]**

- The total number of patients with Hemorrhoids in China: 156 million
- Market Size (Conservative)  : $150 billion

**The Consumption Levels of Middle-Class Continue to Increase [4]**

- In 2016, the number of medical tourism is five times more than 2015. The cost of per patient is over $7000.
- In 2017, more than 600,000 people went abroad for treatment, with 80% of them as cancer patients.

Sources : [1]Sina; [2]Euromonitor International; [3] National Anorectal Disease Epidemiological Survey Results ;2016 National Economic and Social Development Statistical Bulletin; [4]Ctrip -Science and Technology Daily

25

## Financial Forecast







26

 Financial Forecast 

| USD | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| **Segment - Hemorrhoids Treatment** | | | | |
| Driver one: Sales of Devices | $ 2,302,000 | $ 3,383,940 | $ 4,568,319 | $ 6,928,617 |
| | | | | |
| Total Number of Grade III Hopitals in China | 1,151 | 1,151 | 1,151 | 1,151 |
| Grade III Hospital Occupancy Rate | 25% | 35% | 45% | 65% |
| Number of Cooperated Grade III Hospital | 288 | 403 | 518 | 748 |
| Number of Device in Each Hospital | 2 | 2 | 2 | 2 |
| Number of Devices Sold to Hospital | 576 | 806 | 1036 | 1496 |
| | | | | |
| Price of Device | $ 4,000 | $ 4,200 | $ 4,410 | $ 4,631 |
| Growth rate | | 5% | 5% | 5% |
| | | | | |
| Driver Two: Sales of Kit | $ 630,172,500 | $ 926,353,575 | $ 1,250,577,326 | $ 1,896,708,945 |
| | | | | |
| Price of Kit | $ 200 | $ 210 | $ 221 | $ 232 |
| Growth rate | | 5% | 5% | 5% |
| | | | | |
| Year Number of Patients | 3,150,863 | 4,411,208 | 5,671,553 | 8,192,243 |
| | | | | |
| Number of Patients under Maximum Capcity per Day | 40 | 40 | 40 | 40 |
| Occupancy Rate | 60% | 70% | 75% | 80% |
| Number of Patients per Day | 24 | 28 | 30 | 32 |
| | | | | |
| Total Hemorrhoids Treatment Revenue | $ 632,474,500 | $ 929,737,515 | $ 1,255,145,645 | $ 1,903,637,562 |

27

# Management Team & Board of Directors



**Mr. Law Lok Bun**, age 67, is an Executive Director and the President of the Company. He was appointed as an Executive Director of the Company on April 17, 2012. He is responsible for planning the overall direction of the Company and managing the Company's day to day affairs. He has more than thirty years of experience in pharmaceutical manufacturing, wholesaling and retail operations. He is currently a managing director of Merika Medicine Factory Limited. Mr. Law is a graduate of Hong Kong Baptist University, from which he received a B.A. Degree in Analytical Chemistry.

**Dr. Lai Yat Man**, age 59, is an Executive Director and the Chief Executive Officer of the Company. He was appointed as an Executive Director of the Company on September 1, 2012. He is primarily responsible for the Company's business planning, strategy and management, as well as providing medical and biological information support. He has more than 25 years of experience in the medical and pharmaceutical industries. From 1987 to 1988, he served as the Chief Resident of Emergency Internal Medicine Department of Neihu General Hospital in Taipei. From 1988 to 1995, he served as the Chief of Internal Medicine Department of Tamsui First Hospital in Taipei County. In 1998, he founded United Asia Medical Network Company Limited in Hong Kong. He is, currently, the Chairman of United Asia Medical Network Company Limited. Dr. Lai received his medical degree from the Medical College of National Taiwan University in 1985.

**Mr. Fung Kwok Wing**, age 45, is an Executive Director and the Chief Financial Officer of the Company. He was appointed as an Executive Director of the Company on September 1, 2012. He is primarily responsible for the business operations, developing the financial strategy, overseeing financial and administrative operations, and the human resources management of the Company. He has more than 10 years of experience in accounting and finance. He is, also, currently, the Chief Financial Officer of United Asia Medical Network Company Limited. Mr. Fung is a member of the American Institute of Certified Public Accountants. Mr. Fung obtained a Bachelor of Social Science in Economics Degree from The Chinese University of Hong Kong in 1995.

# Independent Director



**Mr. Lo Tsz Fung Philip**, age 53, was appointed as an Independent Non-executive Director of the Company on September 1, 2012. Mr. Lo was appointed as a director and the Chairman of the Audit Committee and a member of the Compensation Committee and Corporate Governance Committee of QKL Stores Inc. (NASDAQ: QKLS )in November 2011. Mr. Lo has served as managing director of Shenzhen Xin Wei Managing Consultancy Limited since August 2011, independent non-executive director of Styland Holdings Limited (Hong Kong Exchange Code: 211) since April 2009, and managing director of P&L Financial Consultancy Limited since December 2007. Mr. Lo, also, served as Chief Financial Officer of Wuhan General Group (China) Inc. (NASDAQ: WUHN) from February 2010 to January 2012; Chief Financial Officer of Wuhan Zhongye Yangluo Heavy Machinery Co., Ltd. from December 2007 to January 2009; and Senior Manager of Albert Wong & Co, from June 2006 to December 2007. Mr. Lo received his Bachelor's Degree from University of Wollongong, Australia. He is a member of CPA Australia and a member of HKICPA. We believe that Mr. Lo's knowledge of finance and accounting matters brings a unique expertise to our Board of Directors.

**Mr. Tai Kam Chiu Daniel** (Formerly known as "Tai Tze Yu Daniel, age 58, was appointed as an Independent Non-executive Director of the Company on September 1, 2012. He has more than 20 years of management and supervision experience in various enterprises, which engage in the businesses of electronic products, catering and trading. From 1990 to 2006, he was a Manager and General Manager of Sharp-Roxy (HK) Limited in Hong Kong. He was primarily responsible for the planning, direction and control of all sales, advertising and promotion activities related to consumer electronic products. In addition to the local sales in Hong Kong, he had full responsibility and accountability of the corporate sales, sales administration and support, and new business development. From 2006 to 2007, he was a manager and director of Rakutei Dinning & Bar. From 2007 to 2009, he was a General Manager of Kelvin Electric Trading Company Limited. He is, currently, a Managing Director of Aqua Gold Holding Company Limited since 2009. From 2003 to the present, Mr. Tai has served as a Director and Executive Director of Radio Association of Hong Kong. He was the Fellow of The Professional Validation Centre of Hong Kong Business Sector in 2005.

 Independent Director 

**Dr. Dominic Man-Kit Lam**, age 72, was appointed as an Independent Director of the Company on January 25, 2019. Dr. Lam has over 40 years of experience in biotechnology development, research, and education. He is currently Chief Scientific Consultant at Chaoda Modern Agriculture (Holdings) Ltd, Industrial Advisor at EQT Partners AB, Chairman of the Board and a Director at MacKay Life Sciences, Inc, non-executive Director at New World TMT Limited, and Director of New Legend Group Ltd. He is the founder of LifeTech Group, the World Eye Organization, and the Hong Kong Institute of Biotechnology. He has also served as Independent Non-Executive Director of International Business Settlement Holdings Limited. Dr. Lam obtained his B.S. in Mathematics from Lakehead University, M.S. in Theoretical Physics from University of British Columbia, Ph.D. in Medical Biophysics from University of Toronto, and completed a post-doctoral fellowship at Harvard University. He has been on the faculty of Harvard Medical School and Baylor College of Medicine. As a medical scientist, Dr. Lam has published over 100 scientific articles, including over 10 in *Nature* and *Proceedings of the National Academy of Sciences of the United States of America*, as well as more than 20 in scientific and artistic books. In 2001, Dr. Lam's Edible Vaccine was named by Massachusetts Institute of Technology as one of the five patents that would transform business and technology and was also named by Time Magazine as one of the ten most important professions in the 21st century. He has also received a Presidential Medal of Merit, the KPMG Peat Marwick's High Tech Entrepreneur of the Year award, the U.S. High Tech Entrepreneur of the Year Award, and the Asia Society Man of the Year award.

**Mr. David P. Bennett** was appointed as an Independent Director of the Company on January 25, 2019. He currently serves as the managing member of Health & Wealth Management (HWM), LLC where he offers investment management and health and fitness services to its clients. He has also been the CIO of Bennett Capital Management (BCM) since 1999, which is the investment management subsidiary of HWM. Prior to working with HWM and BCM, Mr. Bennett was an analyst and portfolio manager at value investor May Management from 1995-1998 located in the Pacific Northwest in the U.S. Before joining May Management, Mr. Bennett was an analyst at Prudential Securities in New York City from 1984-1995. While at Prudential, he covered stocks, bonds, currencies, and commodities. Mr. Bennett earned his M.B.A. in Finance/International Business from the Stern School of Business at New York University in New York City. Mr. Bennett received his B.G.S., focusing on international affairs and biological sciences, from the University of Maryland in College Park, Maryland.

# Independent Director



**Ms. Suk-Kwan Kwong** was appointed as an Independent Director of the Company on January 25, 2019. She has been a registered nurse and holds a nursing practicing certificate issued by the Nursing Council of Hong Kong since 2000. Ms. Suk-Kwan Kwong currently serves as a head nurse in Solve Medical Centre in Hong Kong where she is responsible for the management of the daily operations of Solve Medical Centre. From 2014 to 2017, Ms. Kwong worked as Registered Nurse in Sage Bradbury Home for the Elderly in Hong Kong. She worked in the divisions of general medicine, cardiology, and surgery in various hospitals and medical centers in Hong Kong from 2000 to 2013. Ms. Kwong completed her nursing training from the School of Nursing of Kwong Wah Hospital in Hong Kong in 2000.

**Mr. Marc-Andre Tremblay** was appointed as an Independent Director of the Company on January 25, 2019. He currently serves as a consultant in Intercontinental Group. Mr. Tremblay has been a business consultant active in the field of health education for many years in Canada and abroad, and has an active interest in both traditional and modern health technology. From 2014 to 2016, he was employed by Great Man International Education group in Guangzhou, China as a consultant, manager, and international kindergarten director of operations. He has also been a teacher in Prince Albert Catholic School in Saskatchewan, Canada. Mr. Tremblay received his B.A. in 2007 and M.A. in 2011 from the University of Quebec, Canada.

31

# Board Committee





**Mr. David P. Bennett** has joined as a member of the audit committee and the chairman of the nominating committee of the Board.

**Ms. Suk-Kwan Kwong** has joined the Board as the chair of the compensation committee and a member of the nominating committee.

**Mr. Marc-Andre Tremblay** has joined as a member of the compensation committee of the Board.

32

 Contact Information 



**Sam Tu**
Vice President
Email: sam@dgjigroup.com
Tel: (852)-9490-8800
Address: Unit 07, 3/F, Yale
Industrial Ctr, 61-63 Au Pui Wan St,
Fotan, N.T., Hong Kong



**Edric Guo**
COO
Email: yguo@univest.us
Tel: (646)-775-0000
Address: 375 Park Avenue 15th
Floor New York, NY 10152, USA

33