UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DRAGON JADE INTERNATIONAL, LTD.,**

    **Plaintiff/Counter-Defendant,**

v.                                                               Case No: 8:17-cv-2422-T-27CPT

**ULTROID, LLC, ULTROID
MARKETING DEVELOPMENT CORP.,
and ULTROID TECHNOLOGIES, INC.,**

    **Defendants/Counter-Plaintiffs.**
_____/

## ORDER

**BEFORE THE COURT** is Dragon Jade's Motion for Sanctions Pursuant to Fed. R. Civ. P. 37 (Dkt. 148). Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b) the court **REFERS** the motion to the United States Magistrate Judge for disposition. The Case Management and Scheduling Orders (Dkts. 14, 74, 123) are amended as follows:[1]

    Pretrial Conference                                       **November 7, 2019 at 10:30 A.M.**

    Trial Term                                                      **December 2, 2019**

**DONE AND ORDERED** this 21st day of August, 2019.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE
United States District Judge**

Copies to: Counsel of record

---

[1] All other provisions of the Case Management and Scheduling Order shall remain in full force and effect. And with respect to the other deadlines proposed by the parties, they should comply with the Federal Rules of Civil Procedure and the Local Rules.

1