UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DRAGON JADE INTERNATIONAL, LTD.,

    Plaintiff/Counter-Defendant,

v.                                               Case No: 8:17-cv-2422-T-27CPT

ULTROID, LLC, ULTROID
MARKETING DEVELOPMENT CORP.,
and ULTROID TECHNOLOGIES, INC.,

    Defendants/Counter-Plaintiffs.
_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. Upon consideration, the Case Management and Scheduling Order is amended as follows:

Pretrial Conference                             **September 3, 2020 at 11:30 A.M.**

Trial Term                                            **October 5, 2020**

All other provisions of the Amended Case Management and Scheduling Order shall remain in full force and effect.

**DONE AND ORDERED** this 12th day of May, 2020.

                                                     **JAMES D. WHITTEMORE**
                                                     **United States District Judge**

Copies to: Counsel of Record