UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DRAGON JADE INTERNATIONAL, LTD.,　　　CASE NO 8:17-cv-02422-JDW-CPT
a British Virgin Islands limited company,

　　　　Plaintiff/Counter-Defendant,

v.

ULTROID, LLC, a Nevada corporation;
ULTROID MARKETING DEVELOPMENT
CORP, a Florida corporation; ULTROID
TECHNOLOGIES, INC. a Florida
corporation,

　　　　Defendants/Counter-Plaintiffs.
_____/

**PLAINTIFF/COUNTER-DEFENDANT DRAGON JADE INTERNATIONAL, LTD.'S
MOTION TO CONTINUE TRIAL**

Pursuant to Middle District of Florida Local Rule 3.09, Plaintiff, Dragon Jade International Ltd. ("Dragon Jade" or "Plaintiff"), by and through undersigned counsel, moves to continue the trial in this case presently scheduled to commence on October 5, 2020 due to the severe illness of Dragon Jade's CEO, a material witness in this case. In support thereof, Dragon Jade states as follows:

**I.　　PROCEDURAL BACKGROUND**

1.　　On October 13, 2017, Dragon Jade filed a Complaint in the Middle District of Florida against Ultroid Marketing Development Corp., Ultroid Technologies, Inc., and Ultroid, LLC (collectively "Ultroid" or "Defendants") seeking damages and injunctive relief for alleged breaches of contracts and foreclosure of security interests relating to a Hemorrhoid Management

System manufactured by Defendants for which Dragon Jade was the Hong Kong distributor. [ECF No. 1].

2. Defendants filed a series of counterclaims against Plaintiff [ECF No. 39, ECF No. 121, and ECF No. 126], and in response, Plaintiff filed a motion to dismiss certain of the amended counterclaims. [ECF No. 127]. On June 25, 2019, the Court dismissed three of Ultroid's counterclaims (II, III, and IV). [ECF No. 136].

3. Plaintiff filed a motion for partial summary judgment on March 16, 2020 [ECF No. 176] as to the remaining counterclaims, which motion remains pending before the Court.

4. Under the most recent Amended Case Management and Scheduling Order combined with the Court's most recent Notice of Rescheduling Hearing, the Parties are currently set for a trial commencing October 5, 2020 at 9:00 A.M., with the pretrial conference to be held remotely before Magistrate Judge Tuite on September 17, 2020 at 10:00 A.M. [ECF No. 180 and ECF No. 181].

## II. LEGAL STANDARD

5. Federal Rule of Civil Procedure 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." FED. R. CIV. P. 16(b)(4); *accord* Local Rule 3.09(a) ("a continuance may be allowed by order of the Court for good cause shown"). "This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F. 3d 1417, 1418 (11th Cir. 1998) (internal quotations and citations omitted). Courts also have broad discretion to manage their cases in an efficient and expedient manner. *See Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002).

6. In *Rhodes v. Lazy Flamingo 2, Inc.*, No. 2:14-CV-00561-JES-CM (M.D. Fla. Apr. 12, 2016),[1] 20 days before the trial was set to begin, Plaintiff filed a motion to continue trial because one of the plaintiffs, an essential witness, fell seriously ill and required immediate treatment. The court recognized that Ms. Rhodes was "an essential witness" who was "scheduled to undergo a serious medical procedure that will require a lengthy recovery period." Despite an objection by the defendant, the court found that Ms. Rhodes "should be present in the courtroom" and granted the continuance. *See* Ex. A.

### III. GOOD CAUSE FOR CONTINUANCE

7. On January 13, 2020, Glenn Henricksen, Dragon Jade's consultant, notified undersigned counsel that Dr. Lai had a Transient Ischemic Attack ("TIA"). TIA caused Dr. Lai's left vision field to be blurred, which was causing frequent vertigo. Mr. Henricksen advised that at that time, Dr. Lai was receiving treatment in Taiwan.

8. On February 21, 2020, Mr. Henricksen advised undersigned counsel that Dr. Lai had not yet returned from Taiwan.

9. On August 3, 2020, William Fung, Dragon Jade's CFO advised undersigned counsel that Dr. Lai may not be medically fit to participate in trial preparations or to testify at trial, whether in-person or remotely. Mr. Fung stated further that given Dr. Lai's condition, Dragon Jade wishes to continue the trial until after December 2020. Undersigned counsel has requested additional details regarding Dr. Lai's medical condition, to support this motion, but Dragon Jade has not yet provided undersigned counsel with that information.

---

[1] Order in *Rhodes v. Lazy Flamingo 2, Inc.*, No. 2:14-CV-00561-JES-CM (M.D. Fla. Apr. 12, 2016) attached hereto as Exhibit A.

10. As CEO of Dragon Jade, Dr. Lai is an essential witness who possesses personal knowledge of many of the crucial underlying facts. In several instances, he is the only individual who possesses personal knowledge of facts that are indispensable to Plaintiff's case, including as to liability as well as damages. Dr. Lai's live testimony is critical to Plaintiff's case and Plaintiff deserves to have its CEO present at a jury trial.

11. Dragon Jade respectfully requests a continuance to a trial date after January 1, 2021 to allow Dr. Lai sufficient time to recover from his serious and debilitating illness.

12. Defendants object to an extension of the current trial period. However, any prejudice Defendants may claim would be minimal and certainly would be outweighed by the good cause demonstrated herein.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULES**

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that he has conferred with the client who consents to the requested relief and that he has conferred with counsel for Defendants and they do not agree with the relief sought herein.

| | |
|---|---|
| Dated: September 4, 2020<br>Miami, Florida | */s/ William J. Simonitsch*<br>William J. Simonitsch, Esq. (TRIAL COUNSEL)<br>Fla. Bar No. 0422060<br>Email: bill.simonitsch@klgates.com<br>ELISA J. D'AMICO, ESQ.<br>Fla. Bar No. 76936<br>Email: elisa.damico@klgates.com<br>DragonJade@klgates.com;<br>docketingeast@klgates.com.<br>**K&L GATES LLP**<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 3900<br>Miami, Florida 33131<br>Telephone: (305) 539-3300<br>Facsimile: (305) 358-7095<br>***Counsel for Dragon Jade International, Ltd.*** |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **September 4, 2020** a true and correct copy of the foregoing was served via CM/ECF to counsel of record on the attached Service List.

                                               /s/ *William J. Simonitsch*
                                               WILLIAM J. SIMONITSCH, ESQ.

# SERVICE LIST

WILLIAM E. LAWTON, ESQ.
E-Mail: wlawton@drml-law.com
JENNA MARIE WINCHESTER, ESQ.
E-Mail: JWinchester@drml-law.com
**DEAN, RINGERS, MORGAN & LAWTON, PA**
201 E Pine Street, Suite 1200
PO Box 2928
Orlando, FL 32802-2928
Telephone: (407) 422-4310
Facsimile: (407) 648-0233
*Counsel for Defendants/Counter-Plaintiffs*

JOSHUA B. WALKER, ESQ.
Email: jwalker@wrgn-law.com
**WALKER REVELS GRENINGER NETCHER, PLLC**
189 S Orange Ave Ste 1830
Orlando, FL 32801-3261
Telephone: (407) 789-1830
Facsimile: (321) 251-2990
*Counsel for Defendants/Counter-Plaintiffs*