# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| Vincent J. Rhodes and Diana Rhodes, | Civ. No. 2:14-cv-561-FtM-29CM |
| Plaintiffs, | |
| v. | **ORDER** |
| Lazy Flamingo 2, Inc., | |
| Defendant. | |

This matter is before the Court on Plaintiffs' Motion to Continue Trial. The trial in this matter is scheduled for April 18, 2016. However, Mrs. Rhodes, an essential witness, is scheduled to undergo a serious medical procedure that will require a lengthy recovery period. Defendant objects to a continuance, arguing that Plaintiffs will not be prejudiced if Mrs. Rhodes testifies by other means at trial. The Court disagrees. Mrs. Rhodes should be present in the courtroom. In any case, she is currently very ill and the Court will not compel her to testify by other means.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiffs' Motion to Continue Trial (Docket No. 108) is **GRANTED**. Trial will commence on or after November 1, 2016.

Dated: 04/12/16

/s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge