UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DRAGON JADE INTERNATIONAL,
LTD.,

     Plaintiff/Counter-Defendant,

v.                                     Case No. 8:17-cv-2422-T-27CPT

ULTROID, LLC, ULTROID MARKETING
DEVELOPMENT CORP., and ULTROID
TECHNOLOGIES, INC.,

     Defendants/Counter-Plaintiffs.
_____/

## O R D E R

This cause is before the Court following a status conference conducted on January 12, 2021.   Upon due consideration of the matter, the Court hereby ORDERS as follows:

1.     The parties are noticed that a mediation conference shall commence at 9:30 a.m. on March 2, 2021, before Magistrate Judge Christopher P. Tuite.

2.     In light of the current COVID-19 pandemic and given that the Plaintiff's representative(s) may be located in Hong Kong, the Court intends to conduct the mediation by Zoom videoconference.   Accordingly, in-person attendance at the mediation is not required.   Counsel will receive a separate Zoom video invitation via e-mail.   The parties and counsel are hereby reminded that, under Local Rule 4.11(b),

the taking of photographs, the operation of recording or transmission devices, and the broadcasting or televising of proceedings in any courtroom, hearing room, or chambers of this Court, or the environs thereof, either while the Court is in session or at recess between sessions when Court officials, lawyers, jurors, witnesses, or other persons connected with judicial proceedings of any kind are present, are prohibited. Additionally, all parties participating in the videoconference are expected to dress appropriately.

3.      The mediation shall be conducted in accordance with Chapter Nine of the Middle District of Florida's Local Rules, as well as all pertinent Orders of the Court.   The participants shall be prepared to spend as much time as necessary to settle the case, or until an impasse is declared.

4.      No later than February 25, 2021, each party shall provide directly to the undersigned's chambers a brief, written mediation statement. [1]   Each party's statement shall be limited to five pages, shall outline the party's positions concerning the claims and/or defenses in the case, and shall provide an explanation for all relief requested, including any monetary demands.   These mediation statements will be treated as confidential communications, will not be shared with the opposing parties, and will not be incorporated into the public record of this case, unless otherwise ordered hereafter.

---

[1]   The parties shall submit their mediation statements via email to chambers_flmd_tuite@flmd.uscourts.gov, with the subject line "Dragon Jade Int'l Ltd. v. Ultroid, LLC: Mediation Statement of [Insert Party Name]."

DONE and ORDERED in Tampa, Florida, this 13th day of January 2021.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record

3